# Exhibit A
## To
## First Amended Complaint For Breach Of Fiduciary Duty, Unjust Enrichment And An Accounting

EXHIBIT A

Yahoo!   My Yahoo!   Mail                                         Search:

**YAHOO! FINANCE**   Sign In                 Finance Home - Help
                    New User? Sign Up

Home   Investing   News & Opinion   Retirement   Banking & Credit   Loans   Insurance   Small Biz
Special Editions   Columnists   Personal Finance   Investing Ideas   Markets   Company Finances   Providers

Get Quotes [         ]  [GO]  Symbol Lookup | Finance Search



Press Release                                         Source: PLAYERS INC

# PLAYERS INC Promotes Dawn Ridley to Senior Vice President

Tuesday January 16, 3:24 pm ET

WASHINGTON, Jan. 16 /PRNewswire/ -- PLAYERS INC, the licensing and marketing subsidiary of the NFL Players Association (NFLPA), announced today that Dawn Ridley has been promoted to Senior Vice President of PLAYERS INC. Ridley will be responsible for managing and directing PLAYERS INC's $750 million retail licensing business. She will also supervise corporate marketing and business development efforts, and will assist in the overall operation and management of PLAYERS INC. PLAYERS INC works with more than 90 licensees and sponsors and represents all 1,800 active and 3,500 retired NFL players. Each year, the company generates more than 3,500 player marketing opportunities.

**Top Stor**
- Stocks Fall on Lan Expected PPI - AP (
- Cold Ruins Nearly Citrus - AP (8:51 am)
- 4Q Profits Soar at Chase - AP (11:15 am
- Digital Music Sale: 2006 - AP (8:12 am)

- Most-viewed articl


ADVERTISEMENT

(Photo: http://www.newscom.com/cgi-bin/prnh/20070116/LATU101)

Over the last decade, Ridley has been instrumental in the growth of PLAYERS INC, a company that now generates more than $100 million annually.

Since 2002, Dawn Ridley has been the Vice President of Corporate Marketing and Business Development for PLAYERS INC, where she was responsible for maximizing sponsorship and promotional activities with NFL sponsors and PLAYERS INC sponsors and licensees. Under Ridley's leadership, her team worked with NFL sponsors to conceptualize and activate marketing campaigns they execute during each NFL season.

Under her direction, the corporate marketing department grew from two to six staff members and has produced significant increases in sponsorship of PLAYERS INC properties since 2002. Her team manages all aspects of PLAYERS INC's sponsorship agreements, including developing programs that meet the sponsors' needs while integrating PLAYERS INC's properties and assets. In 2006, PLAYERS INC created a new brand identity which utilizes the player icon with the wordmark NFLPLAYERS. As a result of Ridley's involvement, the exposure of the new PLAYERS INC brand NFLPLAYERS used in national marketing campaigns and co-branded with sponsors continues to grow. The logo is now included in all promotional elements in every NFL broadcast that features players and is extensively featured in point of sale

promotions at mass merchants, grocery stores, convenience stores, and quick service restaurants nationwide.

Ridley served as assistant vice president for the company's trading cards and collectibles department for nearly seven years, managing all the operations, marketing and licensing activities for the category. In this position, she helped develop a variety of successful promotions including "NFL Player of the Day," an annual promotion that in 2002, 2003 and 2004 received the Card Trade Award for Best Licensor Promotion after increasing sales of NFL products and encouraging multiple consumer visits to hobby shops nationwide.

"Dawn has been an invaluable member of PLAYERS INC for 12 years," NFLPA Executive Director Gene Upshaw said. "We've seen tremendous growth in key areas under Dawn's leadership and there is no doubt that our organization will continue to thrive once she takes on her new role as Senior Vice President."

Prior to joining PLAYERS INC in 1995, Ridley held sales and marketing positions with the Atlanta Committee for the Olympic Games (ACOG) and the Atlanta Braves baseball club. While at ACOG, she generated $2 million in ticket and suite sales revenue and was named assistant manager for the Olympic Suite Program at Atlanta Fulton County Stadium for the 1996 Olympic Games.

Ridley's board and committee memberships include Special Olympics DC (President) and the Greater Washington Sports Alliance. She has been a featured speaker on various panels, written for several publications and has been a guest on several television programs. Ridley has also served as a keynote speaker for the Virginia Association of Marketing Educators and various universities, including Harvard, Georgetown and Howard. She was recognized as one of the "Forty Under Forty" licensing leaders of tomorrow by Licensel Magazine in 2001 and was selected as an honoree for The Network Journal's 40 Under Forty Achievement Award in 2006.

A native of Evansville, Indiana, Ridley has a BA in African American Studies and psychology from Indiana University, and an MBA in marketing from Clark Atlanta University.

"Dawn has been instrumental in building successful corporate partnerships that have established our organization as a sports marketing industry leader," said PLAYERS INC Chief Operating Officer & Executive Vice President Andrew Feffer. "I know that she will continue to provide the leadership and creativity required to make PLAYERS INC a successful venture as we move forward."

About PLAYERS INC

Formed in 1994, PLAYERS INC is the licensing and marketing subsidiary of the NFL Players Association. Representing more than 1,800 active and 3,500 retired NFL players, PLAYERS INC "takes the helmets off" the players and markets them as personalities as well as professional athletes. Through an exclusive sponsorship agreement between the NFL and PLAYERS INC, NFL players are integrated into NFL sponsor activation programs through PLAYERS INC. In addition, under an exclusive agreement between the NFL and PLAYERS INC, NFLPLAYERS.COM, PLAYERS INC's official website, is part of the NFL Internet Network. Each year PLAYERS INC negotiates and facilitates more than 3,500 player marketing opportunities for NFL players. PLAYERS INC activities include retail licensing, corporate sponsorships and promotions, special events, radio and television projects, publishing and internet. For more information, please visit NFLPLAYERS.COM.

Source: PLAYERS INC

✉ Email Story      📟 Set News Alert      🖨 Print Story

[ Search News ]

Sponsor Results

**No Closing Cost Home Loans from Lenox**
A range of mortgage loans & refinancing in CA for all types of credit. Lenox Financial It's a No Brainer. As heard on the radio.
www.lenoxhomeloans.net

**Save on All Your Calls with Vonage**
Save 50% on your bill with Vonage unlimited local/long distance - $24.99/mo.
www.vonage.com

**Mortgage Rates at 40-yr Lows**
$310K loan for $999/mo. Think you pay too much? Calculate new payment.
www.lowermybills.com

(What's This?)

---

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.