**Exhibit F
To
First Amended Complaint For Breach Of
Fiduciary Duty, Unjust Enrichment And An
Accounting**

Dockets.Justia.com

EXHIBIT F

PLAYERS≡.c.∵

April 8, 2003

Herb Adderley
1058 Tristram Circle
Mantua, NJ 08051

Dear Herb:

This letter sets forth the understanding between you and Players Inc with regard to your participation in the Players Inc group licensing program. You have agreed to participate on a non-exclusive basis in our program with Reebok under the following terms.

| | |
|---|---|
| Products (the product line will include, but will not be limited to, the following): | Authentic Jerseys ($75.00 wholesale)<br>Fashion Long Sleeve Crew ($50.00 wholesale)<br>Long Sleeve Plaited Tee ($30.00 wholesale)<br>Short Sleeve Plaited Tee ($20.00 wholesale)<br>Cap ($12.50 wholesale) |
| Term: | Through February 28, 2005 |
| Royalty Rate: | 6% (wholesale) |
| Territory: | Worldwide |

Once again, thank you for your participation in this Players Inc group licensing program and we hope you enjoy its benefits. If you have any questions, please do not hesitate to call me at (800) 372-5535. Finally, please sign both copies of this acknowledgment and return one to me in the envelope provided.

Sincerely,                                          Acknowledged:

Howard Skall                                       Herb Adderley
Vice President
Player Marketing

NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED
2021 L STREET NW SUITE 600 WASHINGTON DC 20036 TELEPHONE 202-463-2200 FAX 202-463-3402
www.nflplayers.com

JULY 25TH, 2004

HOWARD SKALL
NLFPA
2021 L ST NW
SUITE 600
WASHINGTON D.C. 200036

DEAR HOWARD

APRIL 8, 2003, I SIGNED A LETTER OF UNDERSTANDING WITH PLAYERS INC. TO PARTICIPATE IN THE GROUP LICENSING PROGRAM. I AGREED TO PARTICIPATE ON A NON - EXCLUSIVE BASIS WITH YOUR REEBOK PROGRAM UNDER THE FOLLOWING TERMS.

PRODUCTS ( THE PRODUCT LINE WILL INCLUDE. BUT NOT BE LIMITED TO, THE FOLLOWING )

AUTHENTIC JERSEYS ( $75.00 WHOLESALE )
FASHION LONG SLEEVE CREW ( $50.00 )
LONG SLEEVE PLAITED TEE ($30.00)
SHORT SLEEVE PLAITED TEE ( $20.00 )
CAP ($12.50)

TERM :            THROUGH FEBRUARY 28TH, 2005

ROYALTY RATE :    8% ( WHOLESALE )

TERRITORY :       WORLDWIDE

I AM WRITING THIS LETTER BECAUSE I HAVEN'T HEARD ANYTHING FROM REEBOK CONCERNING THE SAMPLE OF THE PRODUCTS WHICH I WAS TOLD THAT I WOULD RECIEVE SIX OF EACH. WHAT IS MORE DISTURBING TO ME IS THAT I HAVEN'T HEARD ANYTHING FROM PLAYERS INC.SINCE SIGNING THE AGREEMENT. I CALLED SETH WYMAN AND I WAS TOLD THAT HE WAS IN HAWAII. I CALLED BACK AND SPOKE TO HIM A COUPLE OF MONTHS AGO CONCERNING THE SITUATION AND HE TOLD ME THAT IT WAS A MISTAKE ON REEBOKS PART. HE ALSO SAID THAT HE WOULD CHECK ON THE SITUATION AND GET BACK TO ME. HE HASN'T CALLED ME BACK FOR SOME REASON, TRHEREFORE, I TRY TO REACH YOU A FEW WEEKS AGO AND CONTINUED TO GET A TAPE RECORDING. I LEFT SEVERAL MESSAGES ASKING THAT YOU PLEASE CONTACT ME AND YOU DIDN'T RETURN MY CALL. I HAVE RECIEVED CALLS FROM FANS IN SEVERAL STATES INCLUDING D.C. ASKING WHERE THEY CAN PURCHASE MY JERSEY. I TELL THEM TO CHECK OUT THE STORE IN THEIR AREA WHO SELLS REEBOK PRODUCTS OR TO CALL YOUR OFFICE. IN YOUR LETTER OF AGREEMENT, YOU SAID THAT " WE HOPE THAT YOU ENJOY ITS BENEFITS." SO FAR, I HAVEN'T ENJOYED ANY BENEFITS OR A RETURN CALL FROM YOU OR SETH INFORMING ME OF WHAT HAS HAPPENED WITH THE PROGRAM. PLEASE LET ME KNOW IF THE PROGRAM WITH REEBOK AND PLAYERS INC. IS STILL GOING ON AND WHAT HAPPENED TO THE SAMPLE PRODUCT I WAS TOLD THAT I WOULD RECIEVE.

SINCERELY,

Sunday, July 25, 2004 America Online. Herb Adderley 26