Parrish et al v. National Football League Players Incorporated
Case 3:07-cv-00943-WHA   Document 7   Filed 02/26/2007   Page 1 of 1
Doc. 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, ET AL., | No. C 07-00943 (JCS) |
|     Plaintiff(s), | CLERK'S NOTICE |
|   v. | |
| NATIONAL FOOTBALL LEAGUE, | |
|     Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiffs' Motion to Appoint Manatt, Phelps & Phillips, LLP as Interim Class Counsel before Magistrate Judge Spero previously noticed for March 23, 2007, at 9:30 a.m., has been reset to **THE SAME DAY, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: February 26, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Karen L. Hom
    Courtroom Deputy