ORIGINAL

RECEIVED

07 FEB 26 PM 2: 14

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

ORIGINAL
FILED

FEB 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

BERNARD PAUL PARRISH and
HERBERT ANTHONY ADDERLEY,
on behalf of themselves and all others
similarly situated,

Plaintiff,

v.

NATIONAL FOOTBALL LEAGUE
PLAYERS INCORPORATED d/b/a/
PLAYERS INC., a Virginia Corporation,

Defendant.

Case No.  C 07 00943 JCS

[PROPOSED] ORDER
GRANTING APPLICATION OF
JEFFREY L. KESSLER FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jeffrey L. Kessler, an active member in good standing of the bar of New York, whose business address and telephone is Dewey Ballantine LLP, 1301 Avenue of the Americas, New York, New York  10019, telephone (212) 259-8000, facsimile (212) 259-6333, email: jkessler@deweyballantine.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant National Football League Players Incorporated d/b/a Players Inc., a Virginia Corporation,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

application will constitute notice to the party.  All future filings in this action are subject to the

requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

-2-

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


BERNARD PAUL PARRISH, ET AL.,

        Plaintiff,

  v.

NATIONAL FOOTBALL LEAGUE,

        Defendant.
_____/

Case Number: CV07-00943 JCS

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey L. Kessler
Dewey Ballantine, LLP
1301 Avenue of the Americas
New York, NY 10019

David G. Feher
Dewey Ballantine, LLP
1301 Avenue of the Americas
New York, NY 10019

Eamon O'Kelly
Dewey Ballantine, LLP
1301 Avenue of the Americas
New York, NY 10019

Jeffrey Rugg
Dewey Ballantine, LLP
1301 Avenue of the Americas
New York, NY 10019


Dated: February 28, 2007

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk