MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendant. | CIVIL ACTION NO.  C07 0943 JCS<br><br>**NOTICE TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO APPOINT MANATT, PHELPS & PHILLIPS, LLP AS INTERIM CLASS COUNSEL**<br><br>Current Date: Friday, March 23, 2007<br>Current Time: 1:30 pm<br><br>Re-Noticed Date: Friday, April 27, 2007<br>Re-Noticed Time: 9:30 am<br><br>Judge: Honorable Joseph C. Spero |

PLEASE TAKE NOTICE that, pursuant to Local Rule 7-7, Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III, on behalf of themselves and others similarly situated (collectively, "Plaintiffs"), hereby continue the hearing date for Plaintiffs' motion to have the law firm of Manatt, Phelps & Phillips, LLP ("Manatt") appointed interim class counsel for Plaintiffs, currently scheduled for 1:30 p.m. on March 23, 2007, to 9:30 a.m. on April

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

NOTICE TO CONTINUE HEARING ON MOTION
TO APPOINT MANATT AS INTERIM CLASS COUNSEL
CASE NO. C 07-0943 JCS

Dockets.Justia.com

27, 2007, or as soon thereafter as this matter may be heard, before the Honorable Joseph C. Spero in Courtroom A of the above-referenced Court,

                                      Respectfully submitted,

Dated:  February 28, 2007                   /s/ Ronald S. Katz
                                                              Ronald S. Katz (SBN 085713)
                                                              Ryan S. Hilbert (SBN 210549)
                                                              Noel S. Cohen (SBN 219645)
                                                              MANATT, PHELPS & PHILLIPS, LLP
                                                              1001 Page Mill Road, Building 2
                                                              Palo Alto, CA  94304-1006
                                                              Telephone:    (650) 812-1300
                                                              Facsimile:     (650) 213-0260

**OF COUNSEL**

Lewis T. LeClair, Esq.
Jill C. Adler, Esq.
MCKOOL SMITH P.C.
300 Crescent Court
Dallas, TX 75201
Telephone:     214-978-4984
Facsimile:      214-978-4044

Samuel A. Mutch Esq.
SAMUEL A. MUTCH, P.A.
2114 N.W. 40th Terrace, Suite A-1
Gainesville, FL  32605
Telephone:     (352) 378-5599
Facsimile:      (352) 378-3388

20176795.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

NOTICE TO CONTINUE HEARING ON MOTION
TO APPOINT MANATT AS INTERIM CLASS COUNSEL
CASE NO. C 07-0943 JCS