1  Jeannine Yoo Sano (174190)
   *jsano@deweyballantine.com*
2  Jane M. Guthrie (244448)
   *jguthrie@deweyballantine.com*
3  DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
4  East Palo Alto, CA  94303
   Telephone:  (650) 845-7000
5  Facsimile:  (650) 845-7333

6  Jeffrey L. Kessler (*pro hac vice*)
   *jkessler@deweyballantine.com*
7  David G. Feher (*pro hac vice*)
   *dfeher@deweyballantine.com*
8  Eamon O'Kelly (*pro hac vice*)
   *eokelly@deweyballantine.com*
9  DEWEY BALLANTINE LLP
   1301 Avenue of the Americas
10 New York, NY  10019-6092
   Telephone:  (212) 259-8000
11 Facsimile:   (212) 259-6333

12 Kenneth L. Steinthal (*pro hac vice* pending)
   *kenneth.steinthal@weil.com*
13 Joseph R. Wetzel (238008)
   *joseph.wetzel@weil.com*
14 Weil, Gotshal & Manges
   201 Redwood Shores Parkway
15 Redwood Shores, CA  94065
   Telephone:  (650) 802-3000
16 Facsimile:   (650) 802-3100

17 Attorneys for Defendant
   National Football League Players Incorporated
18 d/b/a Players, Inc., a Virginia Corporation

19 **UNITED STATES DISTRICT COURT**

20 **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| 21  BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC., a Virginia Corporation,<br><br>Defendant. | Case No.  C 07 00943 JCS<br><br>PLAYERS INC.'S REQUEST FOR REASSIGNMENT PURSUANT TO STANDING ORDER OF HON. JOSEPH C. SPERO |

1    Defendant National Football League Players Incorporated d/b/a Players Inc., a Virginia
2 Corporation ("Players Inc."), respectfully declines to consent to the assignment of this case to a
3 United States Magistrate Judge for trial and disposition and requests reassignment to a United
4 States District Court Judge in accordance with paragraph 3 of the Standing Order of Magistrate
5 Judge Spero.

6 Dated:  February 28, 2007          Respectfully submitted,

7                                    DEWEY BALLANTINE LLP

8

9                                    By_____/S/_____
                                         Jane M. Guthrie
10                                   Counsel for Defendant Players Inc.

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DEWEY BALLANTINE LLP, 1950 University Avenue, Suite 500, East Palo Alto, California 94303. On February 28, 2007, I served the within documents:

    1.    Players Inc.'s Request for Reassignment Pursuant to Standing Order of Hon. Joseph C. Spero

☒    by placing the document(s) listed above in a sealed envelope on February 28, 2007 with postage thereon fully prepaid, in the United States mail, Registered, Return Receipt Requested at East Palo Alto, addressed as set forth below.

I served the above-referenced document(s) via electronic transmission to the email address of the addressee(s) as indicated below - via email on February 22, 2007.

I am readily familiar with Dewey Ballantine's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelope(s) for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices -- items to be placed in Federal Express on ** for delivery on **.

Ronald S. Katz
rkatz@manatt.com
Ryan S. Hilbert
rhilbert@manatt.com
Noel S. Cohen
ncohen@manatt.com
MANATT, PHELPS & PHILLIPS LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 28, 2007, at East Palo Alto, California.

/S/_____
Tammy Miller