MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail:  rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail:  rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail:  ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendant. | CIVIL ACTION NO.   C07 0943 WHA<br><br>**RENEWED NOTICE OF PLAINTIFFS' MOTION TO APPOINT MANATT, PHELPS & PHILLIPS, LLP AS INTERIM CLASS COUNSEL**<br><br>Date:  Thursday, May 3, 2007<br>Time:  8:00 am<br>Place:  Courtroom 9, 19th Floor<br>Judge:  Honorable William Alsup |

PLEASE TAKE NOTICE that on May 3, 2007, or as soon thereafter as this matter may be heard, before the Honorable William Alsup in Courtroom 9 of the above-referenced Court, Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III, on behalf of themselves and others similarly situated (collectively, "Plaintiffs"), will move to have the law firm of Manatt, Phelps & Phillips, LLP ("Manatt") appointed interim class counsel for Plaintiffs.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

RENEWED NOTICE FOR PLAINTIFFS' MOTION
TO APPOINT MANATT AS INTERIM CLASS COUNSEL
CASE NO.  C 07-0943 WHA

Dockets.Justia.com

1    This motion is made pursuant to Rule 23(g)(2) of the Federal Rules of Civil Procedure,

2  which provides that the district court "may designate interim counsel to act on behalf of the

3  putative class before determining whether to certify the action as a class action."  Fed. R. Civ.

4  Proc. 23(g)(2).  Manatt is qualified to represent the putative class because it is experienced in

5  handling class actions, including class actions on behalf of retired athletes; has spent significant

6  time and resources investigating the claims at issue here; and will commit the resources necessary

7  to best represent the putative class.

8    This Motion is based on this Renewed Notice of Motion.  This Motion also is based on

9  Plaintiff's Memorandum of Points and Authorities in Support of the Motion and the Declaration

10  of Ronald S. Katz (and exhibits thereto), both of which were filed on February 14, 2007, and on

11  such other and further evidence as this Court may consider.

12
13                                    Respectfully submitted,

14  Dated:  March 2, 2007              /s/ Ryan S. Hilbert
                                       Ronald S. Katz (SBN 085713)
15                                     Ryan S. Hilbert (SBN 210549)
                                       Noel S. Cohen (SBN 219645)
16                                     MANATT, PHELPS & PHILLIPS, LLP
                                       1001 Page Mill Road, Building 2
17                                     Palo Alto, CA  94304-1006
                                       Telephone:    (650) 812-1300
18                                     Facsimile:    (650) 213-0260

19                                     **OF COUNSEL**

20                                     Lewis T. LeClair, Esq.
                                       Jill C. Adler, Esq.
21                                     MCKOOL SMITH P.C.
                                       300 Crescent Court
22                                     Dallas, TX 75201
                                       Telephone:    214-978-4984
23                                     Facsimile:    214-978-4044

24                                     Samuel A. Mutch Esq.
                                       SAMUEL A. MUTCH, P.A.
25                                     2114 N.W. 40th Terrace, Suite A-1
                                       Gainesville, FL  32605
26                                     Telephone:    (352) 378-5599
                                       Facsimile:    (352) 378-3388
27  20176986.1

28

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Palo Alto

2

RENEWED NOTICE FOR PLAINTIFFS' MOTION
TO APPOINT MANATT AS INTERIM CLASS COUNSEL
CASE NO.  C 07-0943 WHA