1  Jeannine Yoo Sano (174190)
   jsano@deweyballantine.com
2  Jane M. Guthrie (244448)
   jguthrie@deweyballantine.com
3  DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
4  East Palo Alto, CA 94303
   Telephone: (650) 845-7000
5  Facsimile: (650) 845-7333

6  Jeffrey L. Kessler (*pro hac vice*)
   jkessler@deweyballantine.com
7  David G. Feher (*pro hac vice*)
   dfeher@deweyballantine.com
8  Eamon O'Kelly (*pro hac vice*)
   eokelly@deweyballantine.com
9  DEWEY BALLANTINE LLP
   1301 Avenue of the Americas
10 New York, NY 10019-6092
   Telephone: (212) 259-8000
11 Facsimile: (212) 259-6333

12 Kenneth L. Steinthal (*pro hac vice* pending)
   kenneth.steinthal@weil.com
13 Joseph R. Wetzel (238008)
   joseph.wetzel@weil.com
14 Weil, Gotshal & Manges
   201 Redwood Shores Parkway
15 Redwood Shores, CA 94065
   Telephone: (650) 802-3000
16 Facsimile: (650) 802-3100

17 Attorneys for Defendant
   National Football League Players Incorporated
18 d/b/a Players Inc., a Virginia Corporation

19              UNITED STATES DISTRICT COURT

20         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

21 BERNARD PAUL PARRISH, HERBERT )  Case No. C 07-00943 WHA
   ANTHONY ADDERLEY and WALTER    )
22 ROBERTS III, on behalf of themselves and all )
   others similarly situated,     )  JOINT STIPULATION ENLARGING
23                                )  TIME TO RESPOND TO COMPLAINT
                  Plaintiffs,     )  PURSUANT TO CIVIL L.R. 6-1(a)
24                                )
          v.                      )
25                                )
   NATIONAL FOOTBALL LEAGUE       )
26 PLAYERS INCORPORATED d/b/a PLAYERS )
   INC., a Virginia corporation,  )
27                                )
                  Defendant.      )
28

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

Joint Stipulation Enlarging Time to Respond
to Complaint Pursuant to Civil L.R. 6-1(a)
Case No. C 07-00943 WHA

Dockets.Justia.com

1  Pursuant to Civil L.R. 6-1(a), Plaintiffs Bernard Paul Parrish, Herbert Anthony
2  Adderley, and Walter Roberts III, on behalf of themselves and all others similarly situated
3  (collectively "Plaintiffs") and National Football League Players Incorporated d/b/a Players Inc.
4  ("Players Inc.") hereby file this Joint Stipulation to enlarge the time for Players Inc. to respond to
5  Plaintiffs' First Amended Complaint in the above-captioned matter to April 6, 2007.

## JOINT STIPULATION

WHEREAS Plaintiffs filed their class action complaint against Players Inc. on February 14, 2007;

WHEREAS Plaintiffs served Players Inc. with the complaint on February 15, 2007;

WHEREAS this case had been originally assigned to Magistrate Judge Joseph C. Spero;

WHEREAS Plaintiffs filed their First Amended Complaint on February 23, 2007;

WHEREAS Plaintiffs served Players Inc. with the amended complaint on February 26, 2007;

WHEREAS this case was reassigned to District Court Judge William H. Alsup on March 1, 2007;

WHEREAS the parties agree to enlarge the time for Players Inc. to respond to Plaintiffs' First Amended Complaint to April 6, 2007;

//
//
//
//
//
//
//
//

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

1  IT IS HEREBY AGREED AND STIPULATED by the parties that Players Inc.
2  shall have an enlarged period of time to respond to Plaintiffs' First Amended Complaint, and that
3  Players Inc.'s response to Plaintiffs' First Amended Complaint is due on April 6, 2007.

Dated: March 2, 2007

DEWEY BALLANTINE LLP

By _____
Eamon O'Kelly

Attorneys for Defendant PLAYERS, INC.

Dated: March 2, 2007

MANATT, PHELPS & PHILLIPS LLP

By _____
Ryan S. Hilbert

Attorneys for Plaintiffs BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated