Jeannine Y. Sano (SBN: 174190)
jsano@deweyballantine.com
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Jeffrey L. Kessler (pro hac vice)
jkessler@deweyballantine.com
David G. Feher (pro hac vice)
Eamon O'Kelly (pro hac vice)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

Kenneth L. Steinthal (pro hac vice pending)
Joseph R. Wetzel (SBN: 238008)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Bruce S. Meyer (pro hac vice pending)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant
NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED
d/b/a PLAYERS INC, a Virginia corporation.

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III on behalf of themselves and all others similarly situated, | ) ) ) ) ) | Civil Action No. C07 0943 WHA<br><br>Honorable William H. Alsup |
| Plaintiffs, | ) ) | **DECLARATION OF JOE NAHRA** |
| v. | ) ) | **IN SUPPORT OF DEFENDANT'S** |
| NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation, | ) ) ) ) ) | **MOTION TO TRANSFER VENUE** |
| Defendant. | ) ) | |

Declaration of Joe Nahra                                                      Civ. Action No. C07 0943 WHA

Dockets.Justia.com

**DECLARATION OF JOE NAHRA**

Joe Nahra, hereby declares, under penalty of perjury, as follows:

1.      I make this declaration in support of the motion to transfer venue of Defendant National Football League Players Incorporated d/b/a Players Inc ("Players Inc").  I am over twenty-one years of age, and I have personal knowledge of each of the facts stated herein. If called upon to testify, I could and would testify completely thereto.

2.      I am Staff Counsel for the National Football League Players Association ("NFLPA").

3.      The NFLPA is a Virginia corporation with its principal place of business in Washington, D.C.  It is incorporated as a non-profit association that acts as the exclusive collective bargaining representative for NFL players..

4.      The NFLPA obtains certain licensing rights from players, which are then assigned to Players Inc, which has the right to enter into group licensing contracts on behalf of such players for products, services, and sponsors.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.

Dated:  April **3**, 2007

_Joe Nahra_
Joe Nahra

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

-2-

Declaration of Joe Nahra                    Civ. Action No. C07 0943 WHA