1    Jeannine Y. Sano (SBN: 174190)
     jsano@deweyballantine.com
2    DEWEY BALLANTINE LLP
     1950 University Avenue, Suite 500
3    East Palo Alto, California  94303-2225
     Telephone:  (650) 845-7000
4    Facsimile:  (650) 845-7333

5    Jeffrey L. Kessler (pro hac vice)
     jkessler@deweyballantine.com
6    David G. Feher (pro hac vice)
     Eamon O'Kelly (pro hac vice)
7    DEWEY BALLANTINE LLP
     1301 Avenue of the Americas
8    New York, New York 10019-6092
     Telephone: (212) 259-8000
9    Facsimile: (212) 259-6333

10   Kenneth L. Steinthal (pro hac vice pending)
     Joseph R. Wetzel (SBN: 238008)
11   WEIL, GOTSHAL & MANGES LLP
     201 Redwood Shores Parkway
12   Redwood Shores, California  94065
     Telephone:  (650) 802-3000
13   Facsimile:  (650) 802-3100

14   Bruce S. Meyer (pro hac vice pending)
     WEIL, GOTSHAL & MANGES LLP
15   767 Fifth Avenue
     New York, New York 10153
16   Telephone:  (212) 310-8000
     Facsimile:  (212) 310-8007

17

18   Attorneys for Defendant
     NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED
19   d/b/a PLAYERS INC, a Virginia corporation.

20                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
21
     BERNARD PAUL PARRISH, HERBERT    )  Civil Action No.  C07 0943 WHA
22   ANTHONY ADDERLEY, and WALTER     )
     ROBERTS III on behalf of themselves and all )  Honorable William H. Alsup
23   others similarly situated,        )
                                       )
24              Plaintiffs,            )  **DECLARATION OF GENE**
                                       )  **UPSHAW IN SUPPORT OF**
25         v.                          )  **DEFENDANT'S MOTION TO**
                                       )  **TRANSFER VENUE**
26   NATIONAL FOOTBALL LEAGUE         )
     PLAYERS INCORPORATED d/b/a PLAYERS )
27   INC, a Virginia corporation,      )
                                       )
28              Defendant.             )
     _____)

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

**DECLARATION OF GENE UPSHAW**

Gene Upshaw, hereby declares, under penalty of perjury, as follows:

1.    I make this declaration in support of the motion to transfer venue of Defendant National Football League Players Incorporated d/b/a Players Inc ("Players Inc").  I am over twenty-one years of age, and I have personal knowledge of each of the facts stated herein. If called upon to testify, I could and would testify completely thereto.

2.    I am Chairman of Players Inc, the Defendant in the above captioned action.

3.    Players Inc is a Virginia corporation with its principal place of business in Washington, D.C.

4.    The vast majority of Players Inc's staff and those responsible for its core functions are located in the Washington, D.C. area.  Virtually all the documents and files relevant to Players Inc's licensing programs are located in this area as well.

5.    The licensing and accounting activities of Players Inc take place in large part at or near its offices in Washington, D.C.

6.    Players Inc does not have any office or employees in the Northern District of California.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.

Dated:  April **3**, 2007

_____
Gene Upshaw

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

-2-

Declaration of Gene Upshaw                                   Civ. Action No. C07 0943 WHA