# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY and WALTER ROBERTS III, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation, <br><br> Defendant. | Case No. C 07-00943 WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT PLAYERS INC'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11, 28 U.S.C. § 1927, AND THE COURT'S INHERENT POWERS** <br><br> Date: May 17, 2007 <br> Time: 8:00 a.m. <br> Ctrm: 9 <br> Judge: Honorable William H. Alsup |

The Court, having considered the Motion of Defendant National Football League Players Incorporated d/b/a Players Inc ("Players Inc"), the Memorandum of Points and Authorities in support thereof, the declarations of Eamon O'Kelly and Gene Upshaw, and the exhibits attached thereto, and all papers filed herein, finds as follows:

1. That Plaintiffs and their counsel (Ronald S. Katz and the law firm Manatt, Phelps & Phillips LLP; Lewis T. LeClair and the law firm McKool Smith P.C.; and Samuel A. Mutch and the law firm Samuel A. Mutch P.A.), violated Fed. R. Civ. P. 11;

2. That Plaintiffs and their above-named counsel violated 28 U.S.C. § 1927; and

3. That pursuant to Rule 11, 28 U.S.C. § 1927, and the Court's inherent powers, the offending allegations should be stricken and all claims by Plaintiffs Parrish and Roberts be

1  dismissed with prejudice; the First Amended Complaint should be dismissed; and Players Inc. is
2  entitled to monetary sanctions in the amount of its reasonable attorney's fees and costs.
3      Good cause appearing therefore, the Court hereby rules that:
4      Players Inc's Motion for Sanctions is GRANTED in its entirety.  Players Inc shall file a
5  request for attorney's fees and costs within thirty (30) days of the issuance of this order.
6      IT IS SO ORDERED.
7      Dated:  _____, 2007

_____
Honorable William H. Alsup
Judge, United States District Court