Jeannine Yoo Sano (Bar No. 174190)
*jsano@deweyballantine.com*
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@deweyballantine.com*
David G. Feher (*pro hac vice*)
*dfeher@deweyballantine.com*
Eamon O'Kelly (*pro hac vice*)
*eokelly@deweyballantine.com*
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice* pending)
*kenneth.steinthal@weil.com*
Joseph R. Wetzel (238008)
*joseph.wetzel@weil.com*
Weil, Gotshal & Manges
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice* pending)
*bruce.meyer@weil.com*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendant National Football League Players
Incorporated d/b/a Players Inc., a Virginia Corporation

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC., a Virginia Corporation,<br><br>Defendant. | Case No. C 07 00943 WHA<br><br>**PLAYERS INC.'S RENOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c)**<br><br>Date: May 17, 2007<br>Time: 8:00 a.m.<br>Ctrm: 9<br>Judge: William H. Alsup |

1    PLEASE TAKE NOTICE that on May 17, 2007 at 8:00 a.m., or as soon thereafter as the
2 matter may be heard, in Courtroom 9 of the above-entitled Court, located at 450 Golden Gate
3 Avenue, San Francisco, California, Defendant National Football League Players Incorporated
4 d/b/a Players Inc. ("Players, Inc.") will and hereby does move, pursuant to Fed. R. Civ. P. 12(c),
5 to dismiss all causes of action alleged by Plaintiffs Bernard Paul Parrish ("Parrish"), Herbert
6 Anthony Adderly ("Adderly"), and Walter Roberts III ("Roberts") (collectively "Plaintiffs") in
7 their First Amended Complaint (the "Amended Complaint" or "Am. Compl.").
8    This motion will be based on the documents filed previously with the Court on April 4,
9 2007, as Document Nos. 32 and 33.

10    Dated:  April 4, 2007             DEWEY BALLANTINE LLP

12                                      By__/S/_____
                                            Jeffrey L. Kessler
13                                      Attorneys for Defendant Players Inc.