## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendant. | Civil Action No. C07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c)**<br><br>Date: May 17, 2007<br>Time: 8:00 a.m.<br>Ctrm: 9<br>Judge: William H. Alsup |

The Court, having considered Defendant National Football League Players Incorporated d/b/a/ Players Inc's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c), and all papers filed herein, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that Players Inc's Motion for Judgment on the Pleadings is GRANTED. IT IS FURTHER ORDERED that Plaintiffs' First Amended Complaint is DISMISSED with prejudice.

Dated: _____, 2007

_____
Honorable William H. Alsup
Judge, United States District Court

[Proposed] Order Granting Judgment on the Pleadings
Case No. C 07-00943 WHA