1. Jeannine Yoo Sano (Bar No. 174190)
   *jsano@deweyballantine.com*
2. DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
3. East Palo Alto, CA 94303
   Tel: (650) 845-7000; Fax: (650) 845-7333
4. 
5. Jeffrey L. Kessler (*pro hac vice*)
   *jkessler@deweyballantine.com*
   David G. Feher (*pro hac vice*)
6. *dfeher@deweyballantine.com*
   Eamon O'Kelly (*pro hac vice*)
7. *eokelly@deweyballantine.com*
   DEWEY BALLANTINE LLP
8. 1301 Avenue of the Americas
   New York, NY 10019-6092
9. Tel: (212) 259-8000; Fax: (212) 259-6333

10. Kenneth L. Steinthal (*pro hac vice* pending)
    *kenneth.steinthal@weil.com*
11. Joseph R. Wetzel (238008)
    *joseph.wetzel@weil.com*
12. Weil, Gotshal & Manges
    201 Redwood Shores Parkway
13. Redwood Shores, CA 94065
    Tel: (650) 802-3000; Fax: (650) 802-3100
14. 
15. Bruce S. Meyer (*pro hac vice* pending)
    *bruce.meyer@weil.com*
    Weil, Gotshal & Manges LLP
16. 767 Fifth Avenue
    New York, NY 10153
17. Tel: (212) 310-8000; Fax: (212) 310-8007

18. Attorneys for Defendant National Football League Players
    Incorporated d/b/a Players Inc., a Virginia Corporation
19. 

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC., a Virginia Corporation,<br><br>        Defendant. | Case No. C 07 00943 WHA<br><br>**PLAYERS INC.'S RENOTICE OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br>Date: May 17, 2007<br>Time: 8:00 a.m.<br>Ctrm: 9<br>Judge: William H. Alsup |

1    PLEASE TAKE NOTICE that on May 17, 2007 at 8:00 a.m., or as soon thereafter as the
2  matter may be heard, in Courtroom 9 of the above-entitled Court, located at 450 Golden Gate
3  Avenue, San Francisco, California, Defendant National Football League Players Incorporated
4  d/b/a Players Inc. ("Players, Inc.") will and hereby does move, pursuant to 28 U.S.C. § 1404(a),
5  to transfer venue to the United States District Court for the Eastern District of Virginia, or, in the
6  alternative, to the United States District Court for the District of Columbia.  The convenience of
7  the parties and witnesses, and the interests of justice, weigh strongly in favor of transferring this
8  case.
9    This motion will be based on the documents filed previously with the Court on April 4,
10  2007, as Document Nos. 34, 35, and 36.

11    Dated:  April 4, 2007          DEWEY BALLANTINE LLP

13                                   By__/S/_____
                                        Jeffrey L. Kessler
14                                   Attorneys for Defendant Players Inc.

Case No. C 07-00943 WHA
Players Inc.'s Renotice of Motion to Transfer Venue