1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

10   BERNARD PAUL PARRISH, HERBERT        )   Case No. C 07-00943 WHA
     ANTHONY ADDERLEY and WALTER          )
11   ROBERTS III, on behalf of themselves and all )  **[PROPOSED] ORDER GRANTING**
     others similarly situated,           )   **PLAYERS INC.'S MOTION TO**
12                                        )   **TRANSFER VENUE PURSUANT TO 28**
                  Plaintiffs,             )   **U.S.C. § 1040(a)**
13                                        )
              v.                          )   Date:    May 17, 2007
14                                        )   Time:    8:00 a.m.
     NATIONAL FOOTBALL LEAGUE             )   Ctrm:    9
15   PLAYERS INCORPORATED d/b/a PLAYERS )     Judge:   Honorable William H. Alsup
     INC., a Virginia corporation,        )
16                                        )
                  Defendant.              )
17   _____  )

18

19          The Court, having considered National Football League Players Incorporated d/b/a

20   Players Inc.'s ("Players Inc.") Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and all

21   other papers filed herein, hereby orders as follows:

22          IT IS HEREBY ORDERED that Players Inc's Motion to Transfer Venue to

23   United States District Court for the Eastern District of Virginia is GRANTED.

24          Dated:  _____, 2007

25                                        _____
26                                        Honorable William H. Alsup
                                          Judge, United States District Court
27

28
                                          [Proposed] Order Granting Players Inc.'s Motion
                                          to Transfer Venue Pursuant to 28 U.S.C. § 1404(a)
                                          Case No. C 07-00943 WHA