# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendant. | Case No. C 07-00943 WHA<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO APPOINT MANATT, PHELPS & PHILLIPS, LLP AS INTERIM CLASS COUNSEL**<br><br>Date:  May 3, 2007<br>Time: 8:00 a.m.<br>Ctrm: 9<br>Judge: Honorable William H. Alsup |

The Court, having considered Plaintiffs' Motion to Appoint Manatt, Phelps & Phillips, LLP as Interim Class Counsel, Defendant, National Football League Players Incorporated d/b/a Players Inc.'s ("Players Inc.") brief in opposition to Plaintiffs' motion and all other papers filed herein, hereby orders as follows:

IT IS HEREBY ORDERED that Plaintiffs' Motion to Appoint Manatt, Phelps & Phillips, LLP as Interim Class Counsel is DENIED.

Dated: _____, 2007

_____
Honorable William H. Alsup
Judge, United States District Court

[Proposed] Order Denying Plaintiffs' Motion to Appoint
Manatt, Phelps & Phillips as Interim Class Counsel
Case No. C 07-00943 WHA

Dockets.Justia.com