# DEWEY BALLANTINE LLP

**1301 AVENUE OF THE AMERICAS**
**NEW YORK, NEW YORK 10019-6092**
TEL 212 259-8000   FAX 212 259-6333

EAMON O'KELLY
212 259 6342
eokelly@deweyballantine.com

April 13, 2007

The Honorable William H. Alsup
United States District Judge
United States District Court for the
  Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Parrish et al v. NFL Players Inc
           No C07 0943 (WHA)

Dear Judge Alsup:

      We represent the defendant in the above referenced action. Currently, plaintiffs' motion for the appointment of interim class counsel is noticed for May 3, 2007. The initial case management conference is scheduled for May 17, 2007, and defendants' motions for (1) judgment on the pleadings pursuant to Rule 12(c), (2) sanctions, and (3) transfer of venue all are noticed for the same date. We have conferred with counsel for the plaintiffs and both sides agree that it would be more efficient if oral argument on all four motions were to be heard on the same date as the case management conference, and respectfully propose May 31, 2007 as such date. If May 31 is not suitable for the Court, the parties propose June 14, 2007 as an alternative.

      A Stipulation and Proposed Order is attached.

      Yours respectfully

      Eamon O'Kelly

Copy to:    Ronald S. Katz, Esq.
             Ryan S. Hilbert, Esq.