Jeannine Yoo Sano (Bar No. 174190)
jsano@deweyballantine.com
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

Jeffrey L. Kessler (*pro hac vice*)
jkessler@deweyballantine.com
David G. Feher (*pro hac vice*)
dfeher@deweyballantine.com
Eamon O'Kelly (*pro hac vice*)
eokelly@deweyballantine.com
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice* pending)
kenneth.steinthal@weil.com
Joseph R. Wetzel (238008)
joseph.wetzel@weil.com
Weil, Gotshal & Manges
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice* pending)
bruce.meyer@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendant National Football League Players
Incorporated d/b/a Players Inc., a Virginia Corporation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC., a Virginia Corporation,<br><br>        Defendant. | Case No. C 07 00943 WHA<br><br>**STIPULATION FOR CONTINUANCE OF (1) CASE MANAGEMENT CONFERENCE; (2) PLAINTIFF'S MOTION TO APPOINT MANATT AS INTERIM COUNSEL; (3) DEFENDANT'S MOTIONS FOR (a) MOTION TO TRANSFER VENUE; (b) MOTION FOR JUDGMENT ON THE PLEADINGS; AND (c) MOTION FOR SANCTIONS**<br>Judge: Honorable William H. Alsup |

1    WHEREAS Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley and Walter

2  Roberts III, on behalf of themselves and all others similarly situated (hereinafter "Plaintiffs")

3  filed a Motion to Appoint Manatt, Phelps & Phillips LLP as Interim Class Counsel and

4  scheduled same for hearing on May 3, 2007;

5    WHEREAS Defendants National Football League Players Incorporated d/b/a Players,

6  Inc., a Virginia Corporation (hereinafter "Defendant") filed three motions:

7        (a)    Motion to Transfer Venue Pursuant to 28 U.S.C. § 1040(a);

8        (b)    Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c);

9  and

10        (c)    Motion for Sanctions Pursuant to Fed. R. Civ. P. 11, 28 U.S.C. § 1927,

11  and the Court's Inherent Powers

12  and scheduled same for hearing on May 17, 2007; and

13    WHEREAS the Court, by Order dated March 2, 2007, scheduled an Initial Case

14  Management Conference for May 17, 2007, at 11:00 a.m.; and

15    WHEREAS the requested continuance would foster judicial economy and efficiency and

16  also save the parties the time and expense that they would otherwise expend if they had to

17  participate in two separate hearings, further promoting the efficient judicial administration of this

18  action; and

19    WHEREAS the parties have met and conferred regarding a mutually agreeable date for

20  the hearing of both Plaintiffs' and Defendant's respective motions, and the Initial Case

21  Management Conference;

22    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO,

23  through their respective counsel, that:

24    1.    Plaintiffs' Motion to Appoint Manatt, Phelps & Phillips LLP as Interim Class

25  Counsel ;

26    2.    Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1040(a);

27    3.    Defendant's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P.

28  12(c);

1   4.  Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11, 28 U.S.C. §

2 1927, and the Court's Inherent Powers; and

3   5.  Initial Case Management Conference;

4 shall all be continued for hearing to either May 31, 2007 or June 14, 2007, at the Court's

5 convenience.

6   IT IS FURTHER STIPULATED that the respective motions shall be heard by oral

7 argument at 8:00 a.m., and the Initial Case Management Conference shall be heard at 11:00 a.m.

8   IT IS FURTHER STIPULATED that any oppositions, replies, and/or case management

9 statement shall be filed in accordance with local rules.

10   Dated: April 13, 2007   DEWEY BALLANTINE LLP

11

12         By_____

13           Eamon O'Kelly
           Attorneys for Defendant Players Inc.

14   Dated: April 13, 2007   MANATT, PHELPS & PHILLIPS LLP

15

16         By_____

17           Ryan S. Hilbert
           Attorneys for Plaintiffs

18   Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures,

19 I attest under penalty of perjury that concurrence in the filing of the document has been obtained

20 from Ryan S. Hilbert.

21   Dated: April 13, 2007   DEWEY BALLANTINE LLP

22

23         By_____

24           Eamon O'Kelly
           Attorneys for Defendant Players Inc.

25

26

27

28