Jeannine Yoo Sano (Bar No. 174190)
*jsano@deweyballantine.com*
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@deweyballantine.com*
David G. Feher (*pro hac vice*)
*dfeher@deweyballantine.com*
Eamon O'Kelly (*pro hac vice*)
*eokelly@deweyballantine.com*
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice* pending)
*kenneth.steinthal@weil.com*
Joseph R. Wetzel (238008)
*joseph.wetzel@weil.com*
Weil, Gotshal & Manges
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice* pending)
*bruce.meyer@weil.com*
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendant National Football League Players
Incorporated d/b/a Players Inc., a Virginia Corporation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC., a Virginia Corporation,<br><br>Defendant. | Case No. C 07 00943 WHA<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF (1) CASE MANAGEMENT CONFERENCE; (2) PLAINTIFF'S MOTION TO APPOINT MANATT AS INTERIM COUNSEL; (3) DEFENDANT'S MOTIONS FOR (a) MOTION TO TRANSFER VENUE; (b) MOTION FOR JUDGMENT ON THE PLEADINGS; AND (c) MOTION FOR SANCTIONS**<br>Judge: Honorable William H. Alsup |

Case No. C 07-00943 WHA
[Proposed] Order Granting Continuance of Plaintiffs' and Defendants'
Motions and Initial Case Management Conference

1  Pursuant to the Stipulation of the parties for the continuance of:

2  1. Plaintiffs' Motion to Appoint Manatt, Phelps & Phillips LLP as Interim Class

3  Counsel ;

4  2. Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1040(a);

5  3. Defendant's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P.

6  12(c);

7  4. Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11, 28 U.S.C. §

8  1927, and the Court's Inherent Powers; and

9  5. Initial Case Management Conference;

10  and good cause appearing therefor,

11  IT IS HEREBY ORDERED that the hearings on

12  1. Plaintiffs' Motion to Appoint Manatt, Phelps & Phillips LLP as Interim Class

13  Counsel ;

14  2. Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1040(a);

15  3. Defendant's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P.

16  12(c);  and

17  4. Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11, 28 U.S.C. §

18  1927, and the Court's Inherent Powers;

19  shall be continued to _____ at 8:00 a.m.

20  IT IS FURTHER ORDERED that the Initial Case Management Conference shall be

21  continued to _____ at 11:00 a.m.

22  IT IS FURTHER ORDERED that any oppositions, replies, and/or case management

23  statement shall be filed in accordance with local rules.

24  Dated: April ___, 2007  _____

25  Honorable William H. Alsup
Judge, United States District Court

26

27

28

Case No. C 07-00943 WHA
[Proposed] Order Granting Continuance of Plaintiffs' and Defendants'
Motions and Initial Case Management Conference