1  Jeannine Yoo Sano (Bar No. 174190)
   *jsano@deweyballantine.com*
2  DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA  94303
   Tel:  (650) 845-7000; Fax:  (650) 845-7333
4

5  Jeffrey L. Kessler (*pro hac vice*)
   *jkessler@deweyballantine.com*
   David G. Feher (*pro hac vice*)
6  *dfeher@deweyballantine.com*
   Eamon O'Kelly (*pro hac vice*)
7  *eokelly@deweyballantine.com*
   DEWEY BALLANTINE LLP
8  1301 Avenue of the Americas
   New York, NY  10019-6092
9  Tel:  (212) 259-8000; Fax:  (212) 259-6333

10 Kenneth L. Steinthal (*pro hac vice* pending)
   *kenneth.steinthal@weil.com*
11 Joseph R. Wetzel (238008)
   *joseph.wetzel@weil.com*
12 Weil, Gotshal & Manges
   201 Redwood Shores Parkway
13 Redwood Shores, CA  94065
   Tel:  (650) 802-3000; Fax:  (650) 802-3100
14

   Bruce S. Meyer (*pro hac vice* pending)
15 *bruce.meyer@weil.com*
   Weil, Gotshal & Manges LLP
16 767 Fifth Avenue
   New York, NY  10153
17 Tel:  (212) 310-8000; Fax:  (212) 310-8007

18 Attorneys for Defendant National Football League Players
   Incorporated d/b/a Players Inc., a Virginia Corporation
19

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC., a Virginia Corporation,<br><br>          Defendant. | Case No.  C 07 00943 WHA<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF (1) CASE MANAGEMENT CONFERENCE; (2) PLAINTIFF'S MOTION TO APPOINT MANATT AS INTERIM COUNSEL; (3) DEFENDANT'S MOTIONS FOR (a) MOTION TO TRANSFER VENUE; (b) MOTION FOR JUDGMENT ON THE PLEADINGS; AND (c) MOTION FOR SANCTIONS**<br>Judge:  Honorable William H. Alsup |

Case No. C 07-00943 WHA
[Proposed] Order Granting Continuance of Plaintiffs' and Defendants'
Motions and Initial Case Management Conference

Dockets.Justia.com

1  Pursuant to the Stipulation of the parties for the continuance of:

2      1.    Plaintiffs' Motion to Appoint Manatt, Phelps & Phillips LLP as Interim Class

3  Counsel ;

4      2.    Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1040(a);

5      3.    Defendant's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P.

6  12(c);

7      4.    Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11, 28 U.S.C. §

8  1927, and the Court's Inherent Powers; and

9      5.    Initial Case Management Conference;

10  and good cause appearing therefor,

11      IT IS HEREBY ORDERED that the hearings on

12      1.    Plaintiffs' Motion to Appoint Manatt, Phelps & Phillips LLP as Interim Class

13  Counsel ;

14      2.    Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1040(a);

15      3.    Defendant's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P.

16  12(c);  and

17      4.    Defendant's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11, 28 U.S.C. §

18  1927, and the Court's Inherent Powers;

19  shall be continued to  May 31, 2007,  at 8:00 a.m.

20      IT IS FURTHER ORDERED that the Initial Case Management Conference shall be

21  continued to  June 14, 2007,  at 11:00 a.m.  Joint case management statement is due June 7, 2007.

22      IT IS FURTHER ORDERED that  any oppositions, repiies, and/or case management

23  statement shall be filed in accordance with local rules.

24      Dated: April  13 , 2007

25                                                  Honorable William H. Alsup
   Judge, United States District Court

26

27

28

Case No. C 07-00943 WHA
[Proposed] Order Granting Continuance of Plaintiffs' and Defendants'
Motions and Initial Case Management Conference