1  Jeannine Yoo Sano (Bar No. 174190)
   jsano@deweyballantine.com
2  DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA 94303
   Tel: (650) 845-7000; Fax: (650) 845-7333
4
   Jeffrey L. Kessler (*pro hac vice*)
5  jkessler@deweyballantine.com
   David G. Feher (*pro hac vice*)
6  dfeher@deweyballantine.com
   Eamon O'kelly (*pro hac vice*)
7  eokelly@deweyballantine.com
   DEWEY BALLANTINE LLP
8  1301 Avenue of the Americas
   New York, NY 10019-6092
9  Tel: (212) 259-8000; Fax: (212) 259-6333

10 Kenneth L. Steinthal *(pro hac vice pending)*
   kenneth.steinthal@weil.com
11 Joseph R. Wetzel (238008)
   joseph.wetzel@weil.com
12 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
13 Redwood Shores, California 94065-1175
   Tel: (650) 802-3000; Fax: (650) 802-3100
14
   Bruce S. Meyer *(pro hac vice pending)*
15 bruce.meyer@weil.com
   WEIL, GOTSHAL & MANGES LLP
16 767 Fifth Avenue
   New York, New York 10153-0119
17 Tel: (212) 310-8000; Fax: (212) 310-8007

18 Attorneys for Defendant National Football League Players
   Incorporated d/b/a Players Inc., a Virginia Corporation
19



E-filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia Corporation,<br><br>Defendant. | No. C 07-00943 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF BRUCE S. MEYER |

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Case No. C 07-00943 WHA

1  Bruce S. Meyer, an active member in good standing of the bars of the U.S.
2  Southern and Eastern District Courts of New York, whose business address and telephone
3  number is Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (212)
4  310-8000, having applied in the above-entitled action for admission to practice in the Northern
5  District of California on a *pro hac vice* basis, representing National Football League Players
6  Incorporated d/b/a Players Inc,
7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8  and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
9  appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
10 in the application will constitute notice to the party. All future filings in this action are subject to
11 the requirements contained in General Order No. 45, *Electronic Case Filing*.

13 Dated: April 26, 2007

Judge William H. Alsup

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*         2                            Case No. C 07-00943 WHA