1  Jeannine Yoo Sano (Bar No. 174190)
   jsano@deweyballantine.com
2  DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA 94303
   Tel: (650) 845-7000; Fax: (650) 845-7333
4
   Jeffrey L. Kessler (*pro hac vice*)
5  jkessler@deweyballantine.com
   David G. Feher (*pro hac vice*)
6  dfeher@deweyballantine.com
   Eamon O'kelly (*pro hac vice*)
7  eokelly@deweyballantine.com
   DEWEY BALLANTINE LLP
8  1301 Avenue of the Americas
   New York, NY 10019-6092
9  Tel: (212) 259-8000; Fax: (212) 259-6333

10 Kenneth L. Steinthal *(pro hac vice pending)*
   kenneth.steinthal@weil.com
11 Joseph R. Wetzel (238008)
   joseph.wetzel@weil.com
12 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
13 Redwood Shores, California 94065-1175
   Tel: (650) 802-3000; Fax: (650) 802-3100
14
   Bruce S. Meyer *(pro hac vice pending)*
15 bruce.meyer@weil.com
   WEIL, GOTSHAL & MANGES LLP
16 767 Fifth Avenue
   New York, New York 10153-0119
17 Tel: (212) 310-8000; Fax: (212) 310-8007

18 Attorneys for Defendant National Football League Players
   Incorporated d/b/a Players Inc., a Virginia Corporation
19

E-filing

20              **UNITED STATES DISTRICT COURT**
       **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**
21

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia Corporation,<br><br>Defendant. | No. C 07 00943 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF KENNETH L. STEINTHAL |

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF            Case No. C 07-00943 WHA
ATTORNEY *PRO HAC VICE*

1    Kenneth L. Steinthal, an active member in good standing of the bars of the U.S. Southern and Eastern District Courts of New York, whose business address and telephone number is Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065, (650) 802-3000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing National Football League Players Incorporated d/b/a Players Inc,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 26, 2007

_____
Judge William H. Alsup

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*             2                Case No. C 07-00943 WHA