| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | RONALD S. KATZ (Bar No. CA 085713) |
| 2 | E-mail: rkatz@manatt.com |
| | RYAN S. HILBERT (California Bar No. 210549) |
| 3 | E-mail: rhilbert@manatt.com |
| | NOEL S. COHEN (California Bar No. 219645) |
| 4 | E-mail: ncohen@manatt.com |
| | 1001 Page Mill Road, Building 2 |
| 5 | Palo Alto, CA  94304-1006 |
| | Telephone:  (650) 812-1300 |
| 6 | Facsimile:  (650) 213-0260 |
| 7 | Attorneys for Plaintiffs. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BERNARD PAUL PARRISH and HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated, | | CIVIL ACTION NO.   C07 0943 WHA |
| Plaintiffs, | | **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, ALLOWING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** |
| vs. | | |
| | | Date:  Thursday, May 31, 2007 |
| NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation, | | Time:  8:00 am |
| | | Judge:  Honorable William H. Alsup |
| Defendant. | | |

Having considered Players Inc's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) ("Motion for Judgment on the Pleadings"), Plaintiffs' Opposition to the Motion for Judgment on the Pleadings, Defendant's Reply, all other papers filed herein, the records of the

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER DENYING DEFENDANT'S
MOTION FOR JUDGMENT ON THE PLEADINGS
CASE NO.  C 07-0943 WHA

Dockets.Justia.com

1  case, and any oral argument on the Motion for Judgment on the Pleadings, the Court hereby

2  orders as follows:

3      ___ IT IS HEREBY ORDERED that Defendant's Motion for Judgment on the Pleadings

4  is DENIED.

5      **– OR –**

6      ___ IT IS HEREBY ORDERED that Plaintiffs First Amended Complaint is dismissed

7  WITHOUT PREJUDICE.   Plaintiffs shall have until _____, 2007 by which to file a Second

8  Amended Complaint.

9      IT IS SO ORDERED.

10

11  Dated: _____, 2007     _____
                                      Honorable William H. Alsup
12                                    Judge, United States District Court

13

14

15  20181282.1

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

[PROPOSED] ORDER DENYING DEFENDANT'S
MOTION FOR JUDGMENT ON THE PLEADINGS
CASE NO. C 07-0943 WHA