MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH and HERBERT ANTHONY ADDERLEY and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendant. | CIVIL ACTION NO.  C07 0943 WHA<br><br>**DECLARATION OF RYAN S. HILBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AND, IN THE ALTERNATIVE, REQUEST TO GRANT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

I, Ryan S. Hilbert, do hereby declare and certify as follows:

1.   I have personal knowledge of the following facts, and if called as a witness, could and would competently testify thereto.

2.   I am an attorney at law, duly licensed to practice before all the courts of the State of California, and I am an associate with the law offices of Manatt, Phelps & Phillips, LLP,

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

DECLARATION OF RYAN S. HILBERT IN OPPOSITION
TO MOTION FOR JUDGMENT ON THE PLEADINGS
CASE NO. C 07-0943 WHA

Dockets.Justia.com

1  attorneys of record for Plaintiffs in the above-entitled action.

2      3.    Attached hereto as <u>Exhibit 1</u> is a true and correct printout from the website of
3  Defendant PLAYERS INC as it existed on February 6, 2007.

4      4.    Attached hereto as <u>Exhibit 2</u> is a true and correct printout from the website of
5  Defendant PLAYERS INC as it existed on May 8, 2007.

6      5.    Attached hereto as <u>Exhibit 3</u> is a proposed Second Amended Complaint prepared
7  by Plaintiffs.

8  I declare under penalty of perjury under the laws of the United States that the foregoing is
9  true and correct and that this declaration was executed on May 10, 2007.

10

11                                          /s/Ryan S. Hilbert
                                          Ryan S. Hilbert

12

13

14  20181281.3

15–28

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

DECLARATION OF RYAN S. HILBERT IN OPPOSITION
TO MOTION FOR JUDGMENT ON THE PLEADINGS
CASE NO. C 07-0943 WHA