# Exhibit 1
## to the
## Declaration Of Ryan S. Hilbert In Support Of Plaintiffs' Opposition To Defendant's Motion For Judgment On The Pleadings And, In The Alternative, Request To Grant Motion For Leave To File Second Amended Complaint



HOME   PLAYERS   NEWS   RETIRED   FANTASY   GAMES   AUDIO / VIDEO   **ABOUT US**   SEARCH   [      ] Go

# ABOUT US



Download Press Kit: PDF

MISSION  |  HISTORY  |  EVENTS & PROPERTIES
MEDIA  |  FAQS  |  LICENSING  |  CONTACT

## MISSION STATEMENT

The mission of PLAYERS INC is to "take the helmets off" NFL players - past, present, and future - and to market them as personalities, as well as professional athletes. PLAYERS INC, the licensing and marketing subsidiary of the NFLPA, has three core objectives:

1. To help grow the game of football by bringing the fans closer to players by promoting the players in as many positive ways as possible through licensing and promotions, appearances, special events, community service and media;
2. To increase awareness and understanding of the PLAYERS INC brand through all segments of the company's business - PLAYERS INC *means* NFL Players;
3. To generate revenue for the players, the NFLPA, and PLAYERS INC.

## WHAT IS PLAYERS INC?

National Football League Players Incorporated, officially known as PLAYERS INC, is the for-profit licensing and marketing subsidiary of the NFL Players Association. Formed in 1994, its mission is to "take the helmets off" the players and market them as personalities as well as professional athletes. PLAYERS INC, which represents more than 1,800 active players and over 3,080 retired players, has been aggressive in its efforts to expand player marketing opportunities.

Activities include retail licensing, special events, corporate sponsorship, radio and television projects, publishing, a website (nflplayers.com) and other promotional programs. PLAYERS INC has become a fully integrated marketing company for active and retired NFL players. These activities generate guaranteed royalties to PLAYERS INC and the players, in addition to providing financial support to the NFLPA. The organization is committed to meeting the needs of all NFL players in the National Football League by creating player marketing opportunities, increasing brand awareness and developing valuable business partnerships.

PLAYERS INC has positioned itself in the marketplace as a "brand" and has adopted the slogan "PLAYERS INC *means* NFL Players." The highly recognizable PLAYERS INC logo, which represents all players in the NFL, has become a valuable and recognizable icon that appears on all licensed products and is used in connection with all sponsorships, promotions and PLAYERS INC events and properties.

©2006 PLAYERS INC
Photos courtesy of AP Photos, Getty Images and NFL Photos. Stats courtesy of CBS SportsLine.
Contact us | Privacy policy

# PLAYERS EXTRA

**JOURNALS //**

RECENT UPDATES

Kevin Mawae
Alex Smith
Dallas Clark
Willie Whitehead
Kerry Rhodes
Ciatrick Fason

More journals »
RSS Subscribe

**PERSONAL SITES //**
Search by team or position:
Team [v]  Position [v]
Or by name: [      ] Go

**PLAYER TRIVIA //**
No trivia is available today.
Submit

**PLAYERS POLL //**
Which player were you rooting for most in Super Bowl XLI?
○ Rex Grossman
○ Marvin Harrison
○ Peyton Manning
○ Mushin Muhammad
Vote



Gain access to behind-the-scenes coverage of some of the hottest events that took place during the week of Super Bowl XLI in Miami.
more »

**TELEVISION //**



Four NFL players are featured in their roles off the field in *Helmets Off: The Home Game.*
more »

## 5QUESTIONS

Get the answers from three of the NFL's top players. more »

**ALL-ACCESS REPORT //**
Sign up to get the latest info on all your favorite players. more »

**MERCHANDISE //**



**NFL HOBBY SHOP PROGRAM**
Get information on the officially authorized NFL Hobby Shop program. more »

