# Exhibit 2
## to the
## Declaration Of Ryan S. Hilbert In Support Of Plaintiffs' Opposition To Defendant's Motion For Judgment On The Pleadings And, In The Alternative, Request To Grant Motion For Leave To File Second Amended Complaint

Dockets.Justia.com





HOME  PLAYERS  NEWS  RETIRED  FANTASY  GAMES  AUDIO / VIDEO  ABOUT US  SEARCH  [Go]

# ABOUT US



Download Press Kit PDF

**MISSION** **HISTORY** **EVENTS & PROPERTIES**

**MEDIA** **FAQS** **LICENSING** **CONTACT**

## MISSION STATEMENT

PLAYERS INC, branded as NFL PLAYERS, is the NFL Players Associations fully integrated sports marketing company. It is our mission to take the helmets off our players – past, present, and future – and position them as engaging personalities, as well as professional athletes. The following four core objectives support this strategic mission:

1. Represent and promote our players interests through licensing and promotions, appearances, special events, community service and media

2. Build the NFL PLAYERS brand to create greater awareness and drive incremental revenue

3. Create added value and deliver unparalleled service for our partners, sponsors and licensees

4. Become community and civic champions

## WHAT IS PLAYERS INC?

PLAYERS INC, otherwise known as NFL PLAYERS, is the for-profit licensing, marketing, sponsorship and content development subsidiary of the NFL Players Association. Formed in 1994, PLAYERS INC represents more than 1,800 active and many memorable retired NFL players.

Activities include marketing, licensing, special events, corporate sponsorship, media and content development, publishing, website (NFLPLAYERS.COM) and other promotional programs. PLAYERS INC is a fully integrated marketing company for active and retired NFL players. These activities generate guaranteed royalties to PLAYERS INC and the players, in addition to providing financial support to the NFLPA. The organization is committed to meeting the needs of all NFL players in the National Football League by creating player marketing opportunities, increasing brand awareness and developing valuable business partnerships.

In 2006, PLAYERS INC unveiled a new brand identity, utilizing the word-mark NFL PLAYERS below its player icon. The new brand identity, which will be used as the identifier of PLAYERS INC licensees, sponsors and properties, was created to more efficiently convey and illustrate the authenticity of the players' own company. NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED will remain the registered corporate name while NFL PLAYERS and the player icon will be used as the primary consumer brand identity.

©2006 PLAYERS INC
Photos courtesy of AP Photos, Getty Images and NFL Photos. Stats courtesy of CBS SportsLine.
Contact us | Privacy policy

---

**ROOKIE FORUM** //


What **DRIVES ME?** 2007 ROOKIE FORUM

In our exclusive 2007 Rookie Forum, 12 NFL prospects reveal what makes them unique as they prepare to make a big impact in the NFL next season. more »

**JOURNALS** //

### RECENT UPDATES

Daniel Graham
Pierre Woods
Reche Caldwell
Wayne Hunter
Montae Reagor
Philip Rivers

More journals »

**RSS** Subscribe

**BIRTHDAYS** //

The following players were born today:

Brian Calhoun    05/08/1984

**PERSONAL SITES** //

Search by team or position:
[Team ▾] [Position ▾]
Or by name: [_____] [Go]

**PLAYER TRIVIA** //

Which former USFL player was not a Heisman Trophy winner in college?

○ Doug Flutie
○ Jim Kelly
○ Mike Rozier
○ Herschel Walker

[Submit]

---

**EVENTS** //


NFL PLAYERS ROOKIE PREMIERE

Beginning Thursday, May 17, 30 of the top NFL Draft picks will gather in Los Angeles for the Reebok NFL Players Rookie Premiere presented by EA SPORTS and produced by PLAYERS INC. more »

NFL PLAYERS
GALA
JB AWARDS

Every spring, the NFLPA and PLAYERS INC host the NFL Players Gala Featuring the JB Awards to recognize NFL players who exemplify leadership, dedication and commitment to team and community. more »

**ALL-ACCESS REPORT** //

Sign up to get the latest info on all your favorite players.
e-Newsletter

**MERCHANDISE** //



NFL HOBBY SHOP PROGRAM
Get information on the officially authorized NFL Hobby Shop program. more »

**AUCTION**


