MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiffs.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH and HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendant. | CIVIL ACTION NO. C07 0943 WHA<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Date: Thursday, May 31, 2007<br>Time: 8:00 am<br>Judge: Honorable William H. Alsup |

Having considered Players Inc's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) ("Motion to Transfer"), Plaintiffs' Opposition to the Motion to Transfer, Defendant's Reply, all other papers filed herein, the records of the case, and any oral argument on the Motion to Transfer, the Court hereby orders as follows:

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER DENYING MOTION TO TRANSFER
CASE NO. C 07-0943 WHA

Dockets.Justia.com

1  IT IS HEREBY ORDERED that Defendant's Motion to Transfer is DENIED.

2  IT IS SO ORDERED.

4  Dated: _____, 2007     _____
                                    Honorable William H. Alsup
5                                   Judge, United States District Court

8  20181280.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2                   [PROPOSED] ORDER DENYING MOTION TO TRANSFER
                    CASE NO. C 07-0943 WHA