```
 1  MANATT, PHELPS & PHILLIPS, LLP
    RONALD S. KATZ (Bar No. CA 085713)
 2  E-mail: rkatz@manatt.com
    RYAN S. HILBERT (California Bar No. 210549)
 3  E-mail: rhilbert@manatt.com
    NOEL S. COHEN (California Bar No. 219645)
 4  E-mail: ncohen@manatt.com
    1001 Page Mill Road, Building 2
 5  Palo Alto, CA 94304-1006
    Telephone: (650) 812-1300
 6  Facsimile: (650) 213-0260

 7  Attorneys for Plaintiffs.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH and HERBERT ANTHONY ADDERLEY and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendant. | CIVIL ACTION NO. C07 0943 WHA<br><br>**DECLARATION OF WALTER ROBERTS III IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE** |

I, Walter Roberts III, declare and state as follows:

1. I am a party to this lawsuit, and submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Transfer Venue. I have personal, first-hand knowledge of the matters stated herein, and, if called upon to do so, I could and would competently testify

thereto. I was a wide receiver and kick returner in the NFL from 1964 to 1970. During this time, I played with the Cleveland Browns from 1964 to 1966 and was a member of the Cleveland Browns team that defeated Johnny Unitas and Coach Don Shula's Baltimore Colts 27-0 in the 1964 World Championship.

2. Following my stint with the Browns, I played with the New Orleans Saints during their inaugural season in 1967 and helped the Saints win their first game in franchise history by scoring three touchdowns in a 31-24 victory over the Philadelphia Eagles. I also played for Coach Vince Lombardi and the Washington Redskins in 1969 and 1970.

3. Putting aside my time playing professional football, I have been a resident of California since I was nine years old. I have been a resident of Northern California since about 1979. I currently live in San Jose, California. Any documents I have that are related to this case are located there.

4. In my senior year at Compton High School in Compton, California in 1960, I was California state and national long-jump champion. Following high school, I attended San Jose State for four years. I left San Jose State in 1964 to begin my professional football career.

5. Following my professional football career, I returned to Southern California in 1971 before moving to Northern California in 1979. In the early 1980s, I co-founded a building supplies company called JR Builders Specialties, Inc. This company, which was located on Third Avenue in San Mateo, California, remained in business until 1988 or 1989.

6. Since 1988 or 1989, I have worked in various jobs throughout Northern California. For example, I have worked, and continue to work, part-time as a carrier for the San Francisco Chronicle. I currently work for the Chronicle every day from 3:30 a.m. to 6:30 a.m. There is currently only one other person who has been trained to perform my specific job with the Chronicle. It would be difficult for me to travel to the East Coast in connection with this case, because I would have to make sure that that person was available to work for me in my absence.

05/08/2007  06:51   4089725143                POSTAL ANNEX                        PAGE  04/04

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct and that this declaration was executed on May 9, 2007.

*/s/ Walter Roberts III*
Walter Roberts III

MANATT, PHELPS &
PHILLIPS, LLP

3

DECLARATION OF WALTER ROBERTS III IN
OPPOSITION TO MOTION TO TRANSFER VENUE