MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH and HERBERT ANTHONY ADDERLEY and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendant. | CIVIL ACTION NO.  C07 0943 WHA<br><br>**DECLARATION OF RYAN S. HILBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE** |

I, Ryan S. Hilbert, do hereby declare and certify as follows:

 1. I have personal knowledge of the following facts, and if called as a witness, could and would competently testify thereto.

 2. I am an attorney at law, duly licensed to practice before all the courts of the State of California, and I am an associate with the law offices of Manatt, Phelps & Phillips, LLP,

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

DECLARATION OF RYAN S. HILBERT IN
OPPOSITION TO MOTION TO TRANSFER VENUE
CASE NO. C 07-0943 WHA

Dockets.Justia.com

1  attorneys of record for Plaintiffs in the above-entitled action.

2      3.    Attached hereto as <u>Exhibit 1</u> is a true and correct printout from the website of the NFL Players Association ("NFLPA") as it existed on May 8, 2007.

4      4.    I am informed and believe that Doug Allen and Pat Allen, the former President and Executive Vice President of PLAYERS INC, respectively, reside at 542 N. Gardner Street, Los Angeles, California 90036.

7      5.    I am also informed and believe that Howard Skall is a marketing manager in the Football Division of Creative Artists Agency (CAA). According to its website at www.caa.com, CAA is located at 2000 Avenue of the Stars, Los Angeles, CA 90067.

10      6.    I have reviewed the LM-2 Form filed by the NFLPA in 2006. According to this report, Electronic Arts, which is headquartered in Redwood City, California, paid the NFLPA $33,487,103 in 2005. This report is available on the U.S. Department of Labor's website at www.dol.gov.

14      7.    Attached hereto as <u>Exhibit 2</u> is a true and correct printout regarding the median time intervals in months for trial in the various district courts. This printout is available at: http://www.uscourts.gov/caseload2006/tables/C05Mar06.pdf.

17      8.    Attached hereto as <u>Exhibit 3</u> is a true and correct printout from the website of PLAYERS INC as it existed on May 8, 2007.

19  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 10, 2007.

                                       /s/Ryan S. Hilbert
                                       Ryan S. Hilbert

20181278.1