**Exhibit 1
to the
Declaration Of Ryan S. Hilbert In Support Of
Plaintiffs' Opposition To Defendant's Motion To
Transfer Venue**



National Football League Players Association

**NFLPA Contacts**

Regional Directors

Staff

Steering Committee Profiles

Home >> NFLPA Contacts >> Staff

## Contacts: Staff

### Headquarters

2021 L Street, NW
Suite 600
Washington, DC 20036
800-372-2000
202-463-2200

### Western Office

423 Washington Street
Suite 700
San Francisco, CA 94111

### Executive Department

Fax: 202-835-9776
Email: executive.leader@nflplayers.com

Gene Upshaw, Executive Director
Mary Moran, Director of Human Resources
Kerry Cesoves, Executive Assistant/Travel Coordinator
Stephanie Gargiulo, Executive Assistant
Blake Velcoff, Human Resources Manager
Emma Martinez, Office Assistant
Jaimon Williams, Receptionist

### Regional Directors Department

Clark Gaines, Senior Regional Director
Scottie Graham, Regional Director
James Gedry, AFLPA Regional Director
Tom Carter, Regional Director
Jason Belser, Regional Director
Larry Kerman, NFLCA Staff Director
Jackie Sherzer, Programs Manager
Erin O'Boyle, Programs Assistant
Abby Wald, Administrative Assistant

### Legal Department

Fax: 202-857-0673
Email: office.legal@nflplayers.com

Richard Berthelsen, General Counsel
Tim English, Staff Counsel
Tom DePaso, Staff Counsel/Regional Director
Arthur McAfee, Staff Counsel
Joe Nahra, Staff Counsel
Todd Flanagan, Staff Counsel
Johnson Bazzel, Legal Assistant
Tarawa Tice, Legal Assistant
Michael Greene, Paralegal

Active Players, Registered Agents, Financial Advisors, Retired Players, and Media Login for Full Access

If you need to register your email address click on the link below:

Email Verification

Search:

▸ Advanced Search

Click the link below to view information on becoming a Registered Agent

Agent Certification

Click the link below to view information on becoming a Registered Financial Advisor

Financial Advisor Applications

Click the link below to view information on joining the Retired Players Association

Retired Player Applications

### Financial Advisors Program

E-mail: HELPAFinancialAdvisors@aflcio.org

Dana Hammonds, Director
Joe Briggs, Manager of Financial Advisors Program
Cheryl Malik, Administrative Assistant

### Finance & Asset Management Department

Fax: 202-822-0151
Email: finance@aflcio.org

Charles Ross, Director
Erin Douglas, Controller
Ode Isaacs, Accounting Manager
Michael Zales, Staff Accountant
Dominic Payne, Staff Accountant
Alexis Smith, Accounts Receivable Clerk
Sibyl Capps, Data Entry Clerk

### Benefits Department

Fax: 202-835-9775
Email: mlachapelle@aflcio.org

Miki Yaras-Davis, Director
Christophine Smith, Assistant Director
Adora Williams, Benefits Manager
Bethany Marshall, Administrative Assistant

### Membership Services Department

Fax: 202-857-1088
Email: [illegible]

AnneMarie Malde, Director
Willis Whalen, Manager
Clauette Gagnon, Membership Services Coordinator

### NFLPA Retired Players Department

Fax: 202-857-1089
Email: [illegible]

Andre Collins, Director
Dee Becker, Assistant Director
Corinne Murphy, Manager
Olivia Thomas, Administrative Assistant
Alanna Film, Administrative Assistant

### Communications Department

Fax: 202-835-9775
Email: [illegible]

Carl Francis, Director
Joanna Comfort, Communications Assistant

### Player Development Department

Fax: 202-835-9775
Email: [illegible]

Stacy Robinson, Director
Leslie Satchell, Player Development Manager
Kimberly Murray, Player Development Coordinator

### Salary Cap and Agent Administration Department

Email: [illegible]

Mark Levin, Director
Athelia Doggette, Assistant Director
Doug Flewitt, Salary Cap Manager
Caitlin Recklinger, Administrative Assistant
Paul Minder, Agent Administration Assistant

### Information Systems Department

Fax: 202-857-0380
Email: [illegible]

Richard Persons, Director
Corey S. Wilson, Assistant Director
Julius Persons, Information Systems Manager
James W. Rourse III, Database Administrator
Gustavo R. Trzebiciez, Webmaster

Players Inc Staff:

Fax: 202-857-0380
Email: wilnelson@nflplayers.com

Gene Upshaw, Chairman
Andy Feffer, Chief Operating Officer, Executive Vice President
Dawn Ridley, Vice President, Corp Mktg & Bus Dev
Pam Adolph, Vice President, Apparel & Operations
Dexter Santos, Vice President, Player Marketing
Allison Tucker, Assistant Vice President, Corp Mktng
Lara Potter, Assistant Vice President, Communications
Felice Jones, Assistant Vice President, Special Events
Angela Mandalakas, Assistant Vice President, Player Mktng
Joshua Goodstadt, Assistant Vice President, Multimedia
Karen Bush, Assistant Vice President, Trading Cards
Steve Goodman, Senior Manager, Corporate Marketing
Doug Abel, Player Marketing Manager
Todd Nipe, Corporate Marketing Manager
Ryan Kees, Operations Manager
Danika Rainer, Special Events Manager
Veronica Jenkins, Graphic Arts Manager
Mike Donnelly, Website Editor
Khalil Garriott, Website Editor
Nicole Krzesny, Licensing Manager
Kelly Skolnick, Player Marketing Manager
Muneer Moore, Player Marketing Manager
Amy Maestas, Corporate Marketing Coordinator
Michael Green, Senior Office Assistant
Maria Butch, Licensing Assistant, Apparel
Richard Medina, Licensing Assistant, Multimedia
Erin O'Boyle, Program Assistant
Amanda Shank, Player Marketing Coordinator
Jelyne MacCarty, Administrative Assistant
Jennifer Sacka, Administrative Assistant
Donnay Morris, Administrative Assistant
Rosalynn Mauree, Administrative Assistant
Adele Dodson, Receptionist