**Exhibit 3
to the
Declaration Of Ryan S. Hilbert In Support Of
Plaintiffs' Opposition To Defendant's Motion To
Transfer Venue**



# NFL PLAYERS

HOME | PLAYERS | NEWS | RETIRED | FANTASY | GAMES | AUDIO / VIDEO | **ABOUT US** | SEARCH [Go]

## ABOUT US



Download Press Kit: PDF

MISSION | HISTORY | EVENTS & PROPERTIES
MEDIA | FAQS | LICENSING | **CONTACT**

**Contact Us**

PLAYERS INC
2021 L St, NW
Washington, DC 20036
Main number: 202-496-2860

Gene Upshaw
Chairman

Andy Feffer
Executive Vice President and Chief Operating Officer

Dawn Ridley
Senior Vice President, Corporate Marketing & Business Development

Pam Adolph
Vice President, Apparel & Operations
202-496-2861
Pamela.Adolph@nflplayers.com

Dexter Santos
Vice President, Player Marketing
202-496-2874
Dexter.Santos@nflplayers.com

Karen Bush
Assistant Vice President, Trading Cards and Collectibles
202-496-2874
Karen.Bush@nflplayers.com

Josh Goodstadt
Assistant Vice President, Multimedia
202-463-1276
Joshua.Goodstadt@nflplayers.com

Felice Jones
Assistant Vice President, Special Events
202-496-2876
Felice.Jones@nflplayers.com

Angela Manolakas
Assistant Vice President, Player Marketing
202-496-2869
Angela.Manolakas@nflplayers.com

Lara Potter
Assistant Vice President, Communications
202-496-2885
Lara.Potter@nflplayers.com

Allison Tucker
Assistant Vice President, Corporate Marketing
202-496-2864
Allison.Tucker@nflplayers.com

Joe Nahra
Staff Counsel
202-463-2240
Joe.Nahra@nflplayers.com

©2006 PLAYERS INC.
Photos courtesy of AP Photos, Getty Images and NFL Photos. Stats courtesy of CBS SportsLine.
Contact us | Privacy policy

---

### ROOKIE FORUM 

In our exclusive 2007 Rookie Forum, 12 NFL prospects reveal what makes them unique as they prepare to make a big impact in the NFL next season. more »

### JOURNALS
**RECENT UPDATES**

- Daniel Graham
- Pierre Woods
- Reche Caldwell
- Wayne Hunter
- Montae Reagor
- Philip Rivers

More journals »

RSS Subscribe

### BIRTHDAYS
The following players were born today:

Brian Calhoun   05/06/1984

### PERSONAL SITES
Search by team or position:
[Team ▼] [Position ▼]
Or by name: [_____] [Go]

### PLAYER TRIVIA

Which former USFL player was not a Heisman Trophy winner in college?
- ○ Doug Flutie
- ○ Jim Kelly
- ○ Mike Rozier
- ○ Herschel Walker

[Submit]

---

### EVENTS 

Beginning Thursday, May 17, 30 of the top NFL Draft picks will gather in Los Angeles for the Reebok NFL Players Rookie Premiere presented by EA SPORTS and produced by PLAYERS INC. more »



**NFL PLAYERS GALA — JB AWARDS**

Every spring, the NFLPA and PLAYERS INC host the NFL Players Gala Featuring the JB Awards to recognize NFL players who exemplify leadership, dedication and commitment to team and community. more »

### ALL-ACCESS REPORT
Sign up to get the latest info on all your favorite players.
e-Newsletter

### MERCHANDISE

**NFL HOBBY SHOP PROGRAM**
Get information on the officially authorized NFL Hobby Shop program. more »


NFL AUCTION

