MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH and HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendant. | CIVIL ACTION NO.   C07 0943 WHA<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS**<br><br>Date:  Thursday, May 31, 2007<br>Time:  8:00 am<br>Judge:  Honorable William H. Alsup |

The Court, having considered Defendant's Motion for Sanctions Pursuant to Rule 11, 28 U.S.C. § 1927 and the Court's Inherent Powers ("Motion for Sanctions"), Plaintiffs' Opposition to Defendant's Motion for Sanction, Defendant's Reply, all other papers filed herein, and the records of the case, hereby orders as follows:

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER DENYING  MOTION FOR SANCTIONS
CASE NO.  C 07-0943 WHA

Dockets.Justia.com

1   IT IS HEREBY ORDERED that Defendant's Motion for Sanctions is DENIED.

2   IT IS SO ORDERED.

4   Dated: _____, 2007        _____
                                        Honorable William H. Alsup
5                                       Judge, United States District Court

8   41115178.1

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Palo Alto

2          [PROPOSED] ORDER DENYING MOTION FOR SANCTIONS
           CASE NO. C 07-0943 WHA