Parrish et al v. National Football League Players Incorporated — Case 3:07-cv-00943-WHA  Document 62  Filed 05/10/2007  Page 1 of 3  Doc. 62

05/08/2007  14:22  3523723435      RENAISSANCE PRINTING      PAGE 02/04

MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiffs.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH and HERBERT ANTHONY ADDERLEY and WALTER ROBERTS III, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation, <br><br> Defendant. | CIVIL ACTION NO. C07 0943 WHA <br><br> DECLARATION OF BERNARD PAUL PARRISH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS |

I, Bernard Paul Parrish, declare and state as follows:

1. I am a party to this lawsuit, and submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion for Sanctions. I have personal, first-hand knowledge of the matters stated herein, and, if called upon to do so, I could and would competently testify thereto.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

DECLARATION OF BERNARD PAUL PARRISH IN OPPOSITION TO MOTION FOR SANCTIONS
CASE NO. C 07-0943 JCS

Dockets.Justia.com

05/08/2007  14:22  3523723435                RENAISSANCE PRINTING                        PAGE  03/04

2.  I was a defensive back with the Cleveland Browns from 1959 through 1966. I graduated with a degree in Building Construction from the University of Florida, School of Architecture and Fine Arts. I was the CEO and President of a commercial construction company for over 20 years that employed over 3,000 tradesmen, laborers and engineers both union and non-union, building hotels, medical and office buildings, housing for officers and enlisted men on Air Force Bases in eight states. Prior to entering the NFL, I was a baseball All-American at the University of Florida (where I am also a member of the school's Hall of Fame) and played one year of professional baseball.

3.  I have been an advocate for retired players for many years and am the author of a best selling book, *They Call It A Game*, published in 1971, which advocated players rights.

4.  I am Co-President (with Herb Adderley) of the Retired Professional Football Players for Justice ("RPFPJ."). I founded this not-for-profit organization in 2007 solely to advance the rights of retired NFL players. Neither I nor any officer, director or outside litigation counsel receive a salary or any payments from RPFPJ.

5.  RPFPJ is currently engaged in no commercial or licensing activities, and if it engages in such activities in the future, its intention is to do that on a cooperative, non-profit basis in which all retired players share equally. Although the RPFPJ has no involvement in the present litigation, exposing the unfair practices of PLAYERS INC through encouraging this lawsuit falls squarely within the framework of the RPFPJ's legitimate aims.

6.  Ronald Katz of Manatt, Phelps & Phillips and Lewis LeClair of McKool Smith did not found and have no financial interest in the RPFPJ. They are listed on the RPFPJ website, www.playersforjustice.org, as outside counsel. These individuals have derived no financial gain from any association with RPFPJ. They are merely outside counsel should RPFPJ ever bring a litigation, which it has not yet done.

7.  Sam Mutch, Esq., currently serves in the strictly administrative position of secretary-treasurer, but he is being replaced by Margaret Parrish. He has derived no economic benefit from this position nor will he ever derive any economic benefit from this position.

05/08/2007  14:22   3523723435                     RENAISSANCE PRINTING                          PAGE  04/04

8. I have executed and mailed to the NFLPA two group licensing agreements ("GLAs") with PLAYERS INC. I located these GLAs after reading Gene Upshaw's Declaration in Support of Defendant's Motion for Sanctions. Attached hereto as Exhibit A is a true and correct copy of the executed GLAs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 8, 2007, at Gainesville, Florida.

/s/ Bernard Paul Parrish
Bernard Paul Parrish

41114070.2

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

3

DECLARATION OF BERNARD PAUL PARRISH IN
OPPOSITION TO MOTION FOR SANCTIONS
CASE NO. C 07-0943 JCS