MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendant. | CIVIL ACTION NO. C07 0943 WHA<br><br>**SUPPLEMENTAL DECLARATION OF RONALD S. KATZ IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO APPOINT MANATT, PHELPS & PHILLIPS, LLP AS INTERIM CLASS COUNSEL**<br><br>Date:  May 31, 2007<br>Time:  8:00 a.m.<br>Judge:  William Alsup |

I, Ronald S. Katz, declare and state as follows:

1.      I am an attorney at Manatt, Phelps & Phillips, LLP and am one of the
lawyers responsible for the representation of Plaintiffs Herbert Anthony Adderley, Bernard Paul
Parrish and Walt Roberts III, on behalf of themselves and others similarly situated ("Plaintiffs")

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

SUPP. DECL. OF RONALD S. KATZ
CASE NO. C07 0943 WHA

Dockets.Justia.com

1   in this matter.  I have personal, first-hand knowledge of the matters stated herein, and, if called

2   upon to do so, I could and would competently testify thereto.

3           2.      Contrary to Defendant's allegations in its Corrected Opposition to

4   Plaintiffs' Motion to Appoint Interim Class Counsel at pp. 2, 5 and 9, I am not nor have I ever

5   been an officer or director of Retired Professional Football Players for Justice ("RPFPJ"), nor

6   have I ever been identified as such by that organization.

7           3.      I am identified as "Outside Litigation Counsel" for RPFPJ on its website,

8   and that is my only association with that organization.  It is a potential association because that

9   organization is not currently engaging in and has never engaged in any litigation.

10          4.      Contrary to Defendant's allegations in its Corrected Opposition to

11  Plaintiffs' Motion to Appoint Interim Class Counsel at pp. 8 and 9, I did not play a "leading role

12  in establishing Retired Players for Justice."  I am not a founder of that organization.

13          5.      Contrary to Defendant's allegations in its Corrected Opposition to

14  Plaintiffs' Motion to Appoint Interim Class Counsel at p. 12, I am not acting "with the apparent

15  improper purpose of advancing the agenda of a non-class member, Parrish, in his long-running

16  campaign against the NFLPA."  At his request, I am representing Mr. Parrish and others in this

17  lawsuit, which I believe, as a result of my investigation and research described in my earlier

18  declaration supporting this Motion, is well-founded in fact and in law.  I have not been retained

19  for any purpose other than this lawsuit.

20          I declare under penalty of perjury under the laws of the United States that the

21  foregoing is true and correct and that this declaration was executed on May 17, 2007, at Palo

22  Alto, California.

23                          /s/Ronald S. Katz_____
                                Ronald S. Katz
24

25  20181741.1

26

27

28

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Palo Alto

2

SUPP. DECL. OF RONALD S. KATZ
CASE NO. C07 0943 WHA