1  Mark Malin (SBN 199757)
   *mmalin@deweyballantine.com*
2  DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA 94303
   Tel: (650) 845-7000; Fax: (650) 845-7333
4
   Jeffrey L. Kessler (*pro hac vice*)
5  *jkessler@deweyballantine.com*
   David G. Feher (*pro hac vice*)
6  *dfeher@deweyballantine.com*
   Eamon O'Kelly (*pro hac vice*)
7  *eokelly@deweyballantine.com*
   DEWEY BALLANTINE LLP
8  1301 Avenue of the Americas
   New York, NY 10019-6092
9  Tel: (212) 259-8000; Fax: (212) 259-6333

10 Kenneth L. Steinthal (*pro hac vice*)
   *kenneth.steinthal@weil.com*
11 Joseph R. Wetzel (SBN 238008)
   *joseph.wetzel@weil.com*
12 Weil, Gotshal & Manges
   201 Redwood Shores Parkway
13 Redwood Shores, CA 94065
   Tel: (650) 802-3000; Fax: (650) 802-3100
14
   Bruce S. Meyer (*pro hac vice*)
15 *bruce.meyer@weil.com*
   Weil, Gotshal & Manges LLP
16 767 Fifth Avenue
   New York, NY 10153
17 Tel: (212) 310-8000; Fax: (212) 310-8007

18 Attorneys for Defendant National Football League Players
   Incorporated d/b/a Players Inc., a Virginia Corporation
19

<div style="margin-left:2em">
**DEWEY BALLANTINE LLP**
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225
</div>

20 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

21 BERNARD PAUL PARRISH,                 Case No.  C 07 00943 WHA
   HERBERT ANTHONY ADDERLEY,
22 WALTER ROBERTS III on behalf of       **DECLARATION OF GENE**
   themselves and all others similarly   **UPSHAW IN FURTHER**
23 situated,                             **SUPPORT OF DEFENDANT'S**
                                         **MOTION FOR SANCTIONS**
24         Plaintiffs,
                                         Date: May 31, 2007
25     v.                               Time: 8:00 am
                                         Ctrm: 9
26 NATIONAL FOOTBALL LEAGUE             Judge:  William H. Alsup
   PLAYERS INCORPORATED d/b/a/
27 PLAYERS INC., a Virginia Corporation,

28         Defendant.

Declaration of Gene Upshaw                          Civ. Action No. C07 0943 WHA

**DEWEY BALLANTINE LLP**
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

## DECLARATION OF GENE UPSHAW

Gene Upshaw, hereby declares, under penalty of perjury, as follows:

1.     I make this declaration in further support of the motion for sanctions of Defendant National Football League Players Incorporated d/b/a Players Inc ("Players Inc"). I am over twenty-one years of age, and I have personal knowledge of each of the facts stated herein. If called upon to testify, I could and would testify completely thereto.

2.     I am the Chairman of Players Inc, the Defendant in the above captioned action.

3.     According to the records of Players Inc there are over 13,000 retired NFL players alive today.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.

Dated:  May 16, 2007

_____
Gene Upshaw

-2-

Declaration of Gene Upshaw                              Civ. Action No. C07 0943 WHA