1   Mark Malin (Bar No. 199757)
    *mmalin@deweyballantine.com*
2   DEWEY BALLANTINE LLP
    1950 University Avenue, Suite 500
3   East Palo Alto, CA 94303
    Tel: (650) 845-7000; Fax: (650) 845-7333
4

5   Jeffrey L. Kessler (*pro hac vice*)
    *jkessler@deweyballantine.com*
    David G. Feher (*pro hac vice*)
6   *dfeher@deweyballantine.com*
    Eamon O'Kelly (*pro hac vice*)
7   *eokelly@deweyballantine.com*
    DEWEY BALLANTINE LLP
8   1301 Avenue of the Americas
    New York, NY 10019-6092
9   Tel: (212) 259-8000; Fax: (212) 259-6333

10  Kenneth L. Steinthal (*pro hac vice*)
    *kenneth.steinthal@weil.com*
11  Claire E. Goldstein (Bar No. 237979)
    *claire.goldstein@weil.com*
12  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
13  Redwood Shores, CA 94065-1175
    Tel: (650) 802-3000; Fax: (650) 802-3100
14

15  Bruce S. Meyer (*pro hac vice*)
    *bruce.meyer@weil.com*
    WEIL, GOTSHAL & MANGES LLP
16  767 Fifth Avenue
    New York, NY 10153-0119
17  Tel: (212) 310-8000; Fax: (212) 310-8007

18  Attorneys for Defendant National Football League Players
    Incorporated d/b/a Players Inc, a Virginia Corporation
19

20

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

21  | | |
22  BERNARD PAUL PARRISH, HERBERT      Case No. CV 07 00943 WHA
    ANTHONY ADDERLEY, and WALTER
    ROBERTS III, on behalf of themselves and all    **DECLARATION OF MARY MORAN
23  others similarly situated,                       IN SUPPORT OF PLAYERS INC'S
                                                     REPLY TO PLAINTIFFS'
                      Plaintiffs,                    OPPOSITION TO MOTION TO
24                                                   TRANSFER VENUE**

25  v.                                               Date: May 31, 2007
                                                     Time: 8:00 a.m.
26  NATIONAL FOOTBALL LEAGUE PLAYERS                 Ctrm: 9
    INCORPORATED d/b/a PLAYERS INC., a               Judge: Honorable William H. Alsup
27  Virginia Corporation,

                      Defendant.
28

Civil Action No. C07 0943 WHA
Declaration of Moran in Support of Players Inc's Reply to
Plaintiff's Opposition to Motion to Transfer Venue

Dockets.Justia.com

1    Mary Moran, hereby declares, under penalty of perjury, as follows:

2        1.      I make this declaration in support of the motion to transfer venue of

3    Defendant National Football League Players Incorporated d/b/a Players Inc ("Players Inc").  I am

4    over twenty-one years of age, and I have personal knowledge of each of the facts stated herein.  If

5    called upon to testify, I could and would testify completely thereto.

6        2.      I am the Human Resources Director for the National Football League

7    Players Association ("NFLPA").

8        3.      The NFLPA has an office in San Francisco, California, but that office has

9    had no employees since prior to October 2006.

10        4.      Previously, an NFLPA regional director (and, prior to September 2003, an

11    administrative assistant) worked in the NFLPA's San Francisco office.  The regional director was

12    responsible for communicating with players regarding labor issues.  He was not involved in any

13    licensing or marketing activities.

14        5.      No employee of Players Inc, a subsidiary of the NFLPA, has ever worked

15    in the NFLPA's San Francisco office.

16

17        //

18        //

19        //

20        //

21        //

22        //

23        //

24        //

25        //

26        //

27        //

28

Civil Action No. C07 0943 WHA
Declaration of Moran in Support of Players Inc's Reply to
Plaintiff's Opposition to Motion to Transfer Venue

2

1          I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.  .

3

4    Dated: May 16, 2007

5                                    _____

6                                          Mary Moran

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MARY MORAN IN SUPPORT OF
PLAYERS INC'S REPLY TO PLAINTIFFS' OPPOSITION TO
MOTION TO TRANSFER VENUE          3                       Civil Action No. C07 0943 WHA