Mark Malin (Bar No. 199757)
mmalin@deweyballantine.com
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

Jeffrey L. Kessler (*pro hac vice*)
jkessler@deweyballantine.com
David G. Feher (*pro hac vice*)
dfeher@deweyballantine.com
Eamon O'Kelly (*pro hac vice*)
eokelly@deweyballantine.com
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
kenneth.steinthal@weil.com
Claire E. Goldstein (Bar No. 237979)
claire.goldstein@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer *(pro hac vice)*
bruce.meyer@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendant National Football League Players Incorporated d/b/a Players Inc, a Virginia Corporation

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia Corporation,<br><br>Defendant. | Case No. CV 07 00943 WHA<br><br>**DECLARATION OF HOWARD SKALL IN SUPPORT OF PLAYERS INC'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO TRANSFER VENUE**<br><br>Date: May 31, 2007<br>Time: 8:00 a.m.<br>Ctrm: 9<br>Judge: Honorable William H. Alsup |

Civil Action No. C07 0943 WHA
Declaration of Skall in Support of Players Inc's Reply to
Plaintiff's Opposition to Motion to Transfer Venue

Dockets.Justia.com

1  Howard Skall, hereby declares, under penalty of perjury, as follows:

2  1.  I make this declaration in support of the motion to transfer venue of Defendant National Football League Players Incorporated d/b/a Players Inc ("Players Inc"). I am over twenty-one years of age, and I have personal knowledge of each of the facts stated herein. If called upon to testify, I could and would testify completely thereto.

2.  I am a former employee of Players Inc.

3.  I am currently employed as a marketing agent with Creative Artists Agency Sports.

4.  I work out of my home office in Olney, Maryland, a suburb of Washington, D.C. My office is within 100 miles of the Eastern District of Virginia and Washington, D.C.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Civil Action No. C07 0943 WHA
Declaration of Skall in Support of Players Inc's Reply to
Plaintiff's Opposition to Motion to Transfer Venue
2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. .

Dated: May 16, 2007

                                                          Howard Skall