| | |
|---|---|
| 1 | Mark Malin (Bar No. 199757) |
| | *mmalin@deweyballantine.com* |
| 2 | DEWEY BALLANTINE LLP |
| | 1950 University Avenue, Suite 500 |
| 3 | East Palo Alto, CA 94303 |
| | Tel: (650) 845-7000; Fax: (650) 845-7333 |
| 4 | |
| | Jeffrey L. Kessler (*pro hac vice*) |
| 5 | *jkessler@deweyballantine.com* |
| | David G. Feher (*pro hac vice*) |
| 6 | *dfeher@deweyballantine.com* |
| | Eamon O'Kelly (*pro hac vice*) |
| 7 | *eokelly@deweyballantine.com* |
| | DEWEY BALLANTINE LLP |
| 8 | 1301 Avenue of the Americas |
| | New York, NY 10019-6092 |
| 9 | Tel: (212) 259-8000; Fax: (212) 259-6333 |
| 10 | Kenneth L. Steinthal (*pro hac vice*) |
| | *kenneth.steinthal@weil.com* |
| 11 | Claire E. Goldstein (Bar No. 237979) |
| | *claire.goldstein@weil.com* |
| 12 | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| 13 | Redwood Shores, CA 94065 |
| | Tel: (650) 802-3000; Fax: (650) 802-3100 |
| 14 | |
| | Bruce S. Meyer (*pro hac vice*) |
| 15 | *bruce.meyer@weil.com* |
| | WEIL, GOTSHAL & MANGES LLP |
| 16 | 767 Fifth Avenue |
| | New York, NY 10153 |
| 17 | Tel: (212) 310-8000; Fax: (212) 310-8007 |
| 18 | Attorneys for Defendant National Football League Players |
| | Incorporated d/b/a Players Inc., a Virginia Corporation |
| 19 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 21 | BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III on behalf of themselves and all others similarly situated, | Case No. C 07 00943 WHA |
| 22 | | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| 23 | | |
| 24 | Plaintiffs, | |
| 25 | v. | |
| 26 | NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC., a Virginia Corporation, | |
| 27 | | |
| 28 | Defendant. | |

1  Notice is hereby given that Jeannine Sano, with the consent of National Football
2 League Players Incorporated d/b/a/ Players Inc, a Virginia Corporation (hereinafter "Players
3 Inc"), hereby withdraws as counsel of record for Players Inc in this action.
4
5 Dated: May 17, 2007                    Respectfully submitted,
6                                         DEWEY BALLANTINE LLP
7
8                                         By: /s/_____
                                              Jeffrey L. Kessler

**DEWEY BALLANTINE LLP**
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

1

Case No. C 07-00943 WHA
Notice of Withdrawal of Counsel