1  Mark Malin (Bar No. 199757)
   *mmalin@deweyballantine.com*
2  DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA 94303
   Tel: (650) 845-7000; Fax: (650) 845-7333
4
   Jeffrey L. Kessler (*pro hac vice*)
5  *jkessler@deweyballantine.com*
   David G. Feher (*pro hac vice*)
6  *dfeher@deweyballantine.com*
   Eamon O'Kelly (*pro hac vice*)
7  *eokelly@deweyballantine.com*
   DEWEY BALLANTINE LLP
8  1301 Avenue of the Americas
   New York, NY 10019-6092
9  Tel: (212) 259-8000; Fax: (212) 259-6333

10 Kenneth L. Steinthal (*pro hac vice*)
   *kenneth.steinthal@weil.com*
11 Claire E. Goldstein (Bar No. 237979)
   *claire.goldstein@weil.com*
12 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
13 Redwood Shores, CA 94065
   Tel: (650) 802-3000; Fax: (650) 802-3100
14
   Bruce S. Meyer (*pro hac vice*)
15 *bruce.meyer@weil.com*
   WEIL, GOTSHAL & MANGES LLP
16 767 Fifth Avenue
   New York, NY 10153
17 Tel: (212) 310-8000; Fax: (212) 310-8007

18 Attorneys for Defendant National Football League Players
   Incorporated d/b/a Players Inc., a Virginia Corporation
19
                    **UNITED STATES DISTRICT COURT**
20          **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

21 | BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III on behalf of themselves and all others similarly situated, | Case No. C 07 00943 WHA |
22 | | **[PROPOSED] ORDER GRANTING WITHDRAWAL OF JEANNINE SANO** |
23 | | |
24 | Plaintiffs, | |
25 | v. | |
26 | NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC., a Virginia Corporation, | |
27 | Defendant. | |
28

Case No. C 07-00943 WHA
[Proposed] Order Granting Withdrawal of Jeannine Sano

Dockets.Justia.com

1   IT IS HEREBY ORDERED that the request for withdrawal of Jeannine Sano as counsel of record for National Football League Players Incorporated d/b/a/ Players Inc, a Virginia Corporation in the above-entitled action is GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
Honorable William H. Alsup
United States District Court Judge

**DEWEY BALLANTINE LLP**
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

Case No. C 07-00943 WHA
[Proposed] Order Granting Withdrawal of Jeannine Sano