United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARISH and HERBERT ANTHONY ADDERLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br>_____ / | No. C 07-00943 WHA<br><br>**ORDER GRANTING DEFENDANT'S LETTER REQUEST** |

Good cause shown, Attorney Eamon O'Kelly may be substituted in for Jeffrey Kessler, counsel for defendant National Football League Players Inc., at the case management conference on June 14, 2007.

**IT IS SO ORDERED.**

Dated: May 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE