1  Mark Malin (Bar No. 199757)
   *mmalin@deweyballantine.com*
2  DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA  94303
   Tel:  (650) 845-7000; Fax:  (650) 845-7333
4
   Jeffrey L. Kessler (*pro hac vice*)
5  *jkessler@deweyballantine.com*
   David G. Feher (*pro hac vice*)
6  *dfeher@deweyballantine.com*
   Eamon O'Kelly (*pro hac vice*)
7  *eokelly@deweyballantine.com*
   DEWEY BALLANTINE LLP
8  1301 Avenue of the Americas
   New York, NY  10019-6092
9  Tel:  (212) 259-8000; Fax:  (212) 259-6333

10 Kenneth L. Steinthal (*pro hac vice*)
   *kenneth.steinthal@weil.com*
11 Claire E. Goldstein (Bar No. 237979)
   *claire.goldstein@weil.com*
12 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
13 Redwood Shores, CA  94065
   Tel:  (650) 802-3000; Fax:  (650) 802-3100
14
   Bruce S. Meyer (*pro hac vice*)
15 *bruce.meyer@weil.com*
   WEIL, GOTSHAL & MANGES LLP
16 767 Fifth Avenue
   New York, NY  10153
17 Tel:  (212) 310-8000; Fax:  (212) 310-8007

18 Attorneys for Defendant National Football League Players
   Incorporated d/b/a Players Inc., a Virginia Corporation
19

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC., a Virginia Corporation,<br><br>         Defendant. | Case No.  C 07 00943 WHA<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF JEANNINE SANO |

Case No. C 07-00943 WHA
[Proposed] Order Granting Withdrawal of Jeannine Sano

1  IT IS HEREBY ORDERED that the request for withdrawal of Jeannine Sano as
2  counsel of record for National Football League Players Incorporated d/b/a/ Players Inc, a
3  Virginia Corporation in the above-entitled action is GRANTED.
4  IT IS SO ORDERED.
5  Dated: May 18, 2007

_____
Honorable William H. Alsup
United States District Court Judge

**DEWEY BALLANTINE LLP**
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

1

Case No. C 07-00943 WHA
[Proposed] Order Granting Withdrawal of Jeannine Sano