# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Parrish,<br><br>              Plaintiff(s),<br><br>   v.<br><br>National Football League Players Incorporated,<br><br>             Defendant(s). | 07-00943 WHA<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
07-00943 WHA                                -1-

Dockets.Justia.com

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5  It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: May 30, 2007

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-00943 WHA                                -2-

PROOF OF SERVICE

Case Name:      Parrish v. National Football League Players Incorporated

Case Number:    07-00943 WHA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 30, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Ryan S. Hilbert
> Manatt Phelps & Phillips
> 1001 Page Mill Road, Building 2
> Palo Alto, CA 94304
> rhilbert@manatt.com
>
> Ronald Stanley Katz
> Manatt,Phelps & Phillips LLP
> 1001 Page Mill Road
> Building 2
> Palo Alto, CA 94304-1006
> rkatz@manatt.com
>
> Noel Scott Cohen
> Manatt Phelps & Phillips, LLP
> 1001 Pate Mill Rd., Building 2
> Palo Alto, CA 94304-1006
> ncohen@manatt.com

Jane Marie Guthrie
Dewey Ballantine
1950 University Avenue
Suite 500
East Palo Alto, CA 94303
jguthrie@deweyballantine.com

Jeffrey L. Kessler
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019-6092
jkessler@deweyballantine.com

Eamon O'Kelly
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019-6092
eokelly@dbllp.com

David G. Feher
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
dfeher@dbllp.com

Jeffrey S. Rugg
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019
jrugg@dbllp.com

Bruce S. Meyer
Weil Gotshal & Manges LLP
767 Fifth Avene
New York, NY 10153

Kenneth L. Steinthal
Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
kenneth.steinthal@weil.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 30, 2007 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:    Timothy J. Smagacz

        */s/ Timothy Smagacz*
        ADR Administrative Assistant
        415-522-4205
        Tim_Smagacz@cand.uscourts.gov