## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: May 31, 2007

Case No.   C 07-0943 WHA        Judge: WILLIAM H ALSUP

Title: BERNARD PARRISH -v- NFL PLAYERS INC

Attorneys:  Plf: Ronald Katz, Lewis LeClair, Ryan Hilbert, Jill Adler
            Dft: Kenneth Steinthal, Jeffery Kessler, Eancon O'Kelley

Deputy Clerk:  Anthony Bowser   Court Reporter: Catherine Powell

## PROCEEDINGS

1)   Plaintiff's Motion for Appointment of Lead Counsel

2)   Defendant's Motions for Change of Venue/Sanctions/Judgment on the Pleadings

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Motions deemed submitted; Court to issue order.