MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

*Attorneys for Plaintiffs.*

MCKOOL SMITH,
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

DEWEY BALLANTINE LLP
MARK MALIN (Bar No. 199757)
mmalin@deweyballantine.com
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

JEFFREY L. KESSLER (*pro hac vice*)
jkessler@deweyballantine.com
DAVID G. FEHER (*pro hac vice*)
dfeher@deweyballantine.com
EAMON O'KELLY (*pro hac vice*)
eokelly@deweyballantine.com
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333

WEIL, GOTSHAL & MANGES LLP
KENNETH L. STEINTHAL (*pro hac vice*)
kenneth.steinthal@weil.com
CLAIRE E. GOLDSTEIN (Bar No. 237979)
claire.goldstein@weil.com
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

BRUCE S. MEYER (*pro hac vice*)
bruce.meyer@weil.com
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

*Attorneys for Defendant National Football League Players Incorporated d/b/a Players Inc, a Virginia Corporation.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendant. | CIVIL ACTION NO. C07 0943 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS
CASE NO. C07 0943 WHA

Dockets.Justia.com

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

This case is still in its infancy. The pleadings are not yet at issue, and Plaintiffs were recently given until June 21, 2007 to file a Second Amended Complaint. The Court has not yet determined whether to certify this case as a class action and the parties have yet to commence discovery.

For these reasons, the parties believe that it would be premature to participate in ADR at this time. The parties further believe that ADR would be most productive only after the parties have been allowed to engage in meaningful discovery.

If and when ADR does become appropriate, the parties respectfully request that they be allowed to participate in a settlement conference before a Magistrate Judge.

Dated: June 7, 2007

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Ryan S. Hilbert
Ryan S. Hilbert
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260
*Attorneys for Plaintiffs*

Dated: June 7, 2007

DEWEY BALLANTINE LLP

By: /s/ Eamon O'Kelly
Eamon O'Kelly (*pro hac vice*)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333
*Attorneys for Defendant National Football League Players Incorporated d/b/a Players Inc., a Virginia Corporation*

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS
CASE NO. C07 0943 WHA

1                      **[PROPOSED] ORDER**

2       Pursuant to the Stipulation above, the parties are hereby excused from participating in

3 ADR at this time.

4       IT IS SO ORDERED.

5       Dated:_____

6                                                   HON. WILLIAM H. ALSUP
                                                    United States District Court Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS
CASE NO. C07 0943 WHA