MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendant. | CIVIL ACTION NO. C07 0943 WHA<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

ADR CERTIFICATION
CASE NO. C07 0943 WHA

Dockets.Justia.com

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that

2    he or she has:

3        1.    Read the handbook entitled "*Dispute Resolution Procedures in the Northern*

4    *District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (*Limited*

5    *printed copies are available from the clerk's office for parties in cases not submit to the court's*

6    *Electronic Case Filing program (ECF) under General Order 45*);

7        2.    Discussed the available dispute resolution options provided by the Court and

8    private entities; and

9        3.    Considered whether this case might benefit from any of the available dispute

10    resolution options.

11    Dated: June 7, 2007
                                    By:  /s/ Bernard Paul Parrish
12                                        Bernard Paul Parrish
                                        *Plaintiff*
13    *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ryan*
      *S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.*
14
      Dated: June 7, 2007
15                                    By:  /s/ Herbert Anthony Adderley
                                        Herbert Anthony Adderley
16                                        *Plaintiff*
      *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ryan*
17    *S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.*

18    Dated: June 7, 2007
                                    By:  /s/ Walter Roberts III
19                                        Walter Roberts III
                                        *Plaintiff*
20    *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ryan*
      *S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.*
21    Dated: June 7, 2007
                                    MANATT, PHELPS & PHILLIPS, LLP
22
                                    By:  /s/ Ryan S. Hilbert
23                                        Ryan S. Hilbert
                                        MANATT, PHELPS & PHILLIPS, LLP
24                                        1001 Page Mill Road, Building 2
                                        Palo Alto, CA  94304-1006
25                                        Telephone:     (650) 812-1300
                                        Facsimile:      (650) 213-0260
26                                        *Attorneys for Plaintiffs*

27

28    20182671.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

ADR CERTIFICATION
CASE NO. C07 0943 WHA