UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: WILLIAM ALSUP**

**Date**: June 14, 2007

**Case No:** C 07-00943 WHA

**Case Title**: BERNARD PARRISH, et al.  v.  NFL PLAYERS, INC.

**Appearances:**

    For Plaintiff(s): Ronald Katz, Lewis Leclair, Jill Adler, Ryan Hilbert

    For Defendant(s): Eamon O'Kelly

**Deputy Clerk**:  Rowena B. Espinosa        **Court Reporter**: Kathy Wyatt

## *PROCEEDINGS*

1.  Case Management Conference - held

MOTION/MATTER: ( ) Granted
                    ( ) Denied
                    ( ) Granted in part/Denied in part
                    ( ) Taken under submission
                    ( ) Withdrawn/Off Calendar
                    ( ) Continued to:

Order to be prepared by:       ( ) Plaintiff    ( ) Defendant    (X) Court

## *SUMMARY*

- Jury trial set for 09/22/08; PTC set for 09/08/08.
- Case is referred to Magistrate Judge Larson for settlement.


cc: WH; VT