Mark Malin (SBN 199757)
*mmalin@deweyballantine.com*
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@deweyballantine.com*
David G. Feher (*pro hac vice*)
*dfeher@deweyballantine.com*
Eamon O'Kelly (*pro hac vice*)
*eokelly@deweyballantine.com*
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
Claire E. Goldstein (SBN 237979)
*claire.goldstein@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendant National Football League Players
Incorporated d/b/a Players Inc, a Virginia Corporation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, a Virginia Corporation,<br><br>Defendant. | Case No. C 07 00943 WHA<br><br>Honorable William H. Alsup<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: June 14, 2007     BY: /s/Andrew Feffer
                             Andrew Feffer
                             Executive Vice President and COO
                             PLAYERS INC

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Eamon O'Kelly hereby attests that concurrence in the filing of this document has been obtained.*

Date: June 15, 2007     BY: /s/Eamon O'Kelly
                             Eamon O'Kelly
                             DEWEY BALLANTINE LLP
                             Attorneys for Defendant

-1-

ADR Certification by Parties and Counsel            Civ. Action No. C07 0943 WHA