**Exhibit D
To The
Second Amended Complaint For Breach Of Contract,
Unjust Enrichment, Breach of Fiduciary Duty,
Violation of California Business & Professions Code
§ 17200, And An Accounting**



## NFL PLAYERS ASSOCIATION
Retired Player Group Licensing Authorization Form

The undersigned hereby exclusively authorizes the NFLPA to use his name, signature, picture, and/or likeness in the NFLPA Retired Player Licensing Program. It is understood that such rights will be licensed by the NFLPA on a group basis, and that this authorization extends only to the use of such rights in programs involving six or more retired NFL players.

It is also understood that no license granted by the NFLPA shall involve a personal endorsement by the player.

It is further understood that the monies generated by such licensing of retired player group rights will be divided among the player, the Players Assistance Trust, and, to the extent necessary, may be used to cover the cost of administering the Retired Player Group Licensing Program. Any group licensing contract entered into with an individual company by the NFLPA shall exclude players who are committed by contract individually for competitive products or services.

This authorization shall expire December 31, 1998.

Agreed to By: _____Bernard P Parrish_____
(player)

_____Bernard P Parrish_____
(please print your name)

Date: 3/10/98