# Exhibit G
## To The
## Second Amended Complaint For Breach Of Contract, Unjust Enrichment, Breach of Fiduciary Duty, Violation of California Business & Professions Code § 17200, And An Accounting



NFL Players Associa
2021 L Street, NW
Suite 600
Washington, DC 201
202.483 ~~~0
Fax 20'   .7,0366

Dear NFLPA Member:

In 1994 the NFLPA created a separate marketing and licensing subsidiary, Players Inc. Since then, Players Inc has marketed NFL players, **active and retired**, in a variety of ways: licensed products such as trading cards and videogames, television and radio programming, personal appearances, autograph signings, an all-player internet site (nflplayers.com) and at events such as the NFL Kick-Off and the Super Bowl.

Hundreds of retired NFL players have received payments from Players Inc for these activities but every retired NFL player has benefited from Players Inc's creation. How? Because 40% of Players Inc's operating revenue is paid to the NFLPA as a royalty for the active player name and image rights secured by the NFLPA and licensed to Players Inc. This allows the NFLPA to provide extensive services and benefits to retired players in return for modest retired player dues of $50 per year. For example, the NFLPA Retired Players Department and Benefits Department serves almost 4000 NFLPA retired player members at an annual cost to the NFLPA of $1.5 million. Retired player dues offset less than $200,000 of that amount. The $1.3 million difference in the cost of retired player representation by the PA is paid for by active player licensing. Retired players deserve this kind of support from active players because you built the game and the union. We live every day by the NFLPA's motto: "Past, Present and Future."

We have the participation of almost every active NFL player in group licensing. And we need your support for the licensing program as well. You have signed the NFLPA Group Licensing Assignment ("GLA") in the past but your GLA is about to expire. Please sign the enclosed GLA and return it today. This agreement is non-exclusive and will not interfere with any other licensing or endorsement opportunities you may have.

Join the thousands of retired NFL players who have provided their name and image rights to the NFLPA and Players Inc. You may get the opportunity to receive royalty payments or appearance fees. And, as explained above, Players Inc funds the NFLPA, giving the NFLPA the financial and staff resources to:

- negotiate better pension and disability benefits
- publicize a network of medical facilities that treat retired players without insurance
- organize 32 NFLPA local chapters
- hold a retired players convention
- endow the Players Assistance Trust for retired players in need

Help us market retired NFL players and show your support for the NFLPA and Players Inc by signing and returning the enclosed GLA today!

If you have any questions about the GLA or retired player licensing, please call Beverly Halton at the NFLPA Retired Players Department (202-463-2213 or 800-372-2000).

Thanks for your prompt attention and for your help. Enjoy the rest of the 2003 NFL season!

Happy Holidays,

Douglas F. Allen
Assistant Executive Director



## NFL PLAYERS ASSOCIATION
Retired Player Group Licensing Authorization Form

The undersigned hereby exclusively authorizes the NFLPA to use his name, signature, picture, and/or likeness in the NFLPA Retired Player Licensing Program. It is understood that such rights will be licensed by the NFLPA on a group basis, and that this authorization extends only to the use of such rights in programs involving six or more retired NFL players.

It is also understood that no license granted by the NFLPA shall involve a personal endorsement by the player.

It is further understood that the monies generated by such licensing of retired player group rights will be divided among the player, the Players Assistance Trust, and, to the extent necessary, may be used to cover the cost of administering the Retired Player Group Licensing Program. Any group licensing contract entered into with an individual company by the NFLPA shall exclude players who are committed by contract individually for competitive products or services.

This authorization shall expire December 31, 1998.

Agreed to By: _____

*(player)*

_____

*(please print your name)*

Date: _____



## NFL PLAYERS ASSOCIATION
Retired Player Group Licensing Authorization Form

The undersigned hereby exclusively authorizes the NFLPA to use his name, signature, picture, and/or likeness in the NFLPA Retired Player Licensing Program. It is understood that such rights will be licensed by the NFLPA on a group basis, and that this authorization extends only to the use of such rights in programs involving six or more retired NFL players.

It is also understood that no license granted by the NFLPA shall involve a personal endorsement by the player.

It is further understood that the monies generated by such licensing of retired player group rights will be divided among the player, the Players Assistance Trust, and, to the extent necessary, may be used to cover the cost of administering the Retired Player Group Licensing Program. Any group licensing contract entered into with an individual company by the NFLPA shall exclude players who are committed by contract individually for competitive products or services.

This authorization shall expire December 31, 1997.


Agreed to By: _____
                                                    *(player)*


                        _____
                                        *(please print your name)*

Date: _____

 **POSITIVE ACCOMPLISHMENTS OF THE NFLPA RETIRED PLAYERS ORGANIZATION**

1. Carried through a grassroots pension reform movement which has produced increases across the board in the Bert Bell/NFL Players Pension Plan.

    A. 1987 Game Plan-- Promoted commitment to "past, present, and future" to players.
    B. Completed a successful letter-writing campaign (1500 letters) which caused owners to move from "no increase" in pension to a 40% increase across the board for vested players.
    C. Inclusion of pre-'59ers in the Bert Bell Pension Plan with a 33 1/3% increase across the board and benefits for widows and survivors.
    D. Won pension lawsuits which will put $38 million more into the pension fund.
    E. Administered pension fund, through trustees, helping to increase assets from $81 million in 1982 to $361 million now.
    F. Annual review of assets, liabilities, and actuarial assumptions of the pension plan.

2. Development of a strong retired players organization.

    A. 28 chapters have been organized.
    B. Developed a monthly newsletter, Touchback, for members.
    C. A "Blueprint for Successful Chapter Organization" has been distributed to chapters.
    D. Individual membership is up to 2300 (only 300 nine years ago). There were 300 new members for fiscal 1992 (March 1992- February 1993). An MVP team for recruiting members has been established.
    E. Organized a national steering policy-making committee of nine retired players. The current committee is made up of Dick Ambrose, Tom Day, Earl Edwards, Leon Hart, Ron Mix, Lou Piccone, Harry Thompson, and Clayton Tonnemaker. Harry Thompson is the current national steering committee president and past president Len Teeuws serves as ex-officio.
    F. Have held nine national conventions through which needs and programs were introduced by members.
    G. In process of surveying members for new life after football study. Have produced studies on "Life and Stress After Football" and "Injuries: Aftermath of A Career" which are recognized as the only such studies ever completed.
    H. Currently working on a mortality study (i.e., life expectancy of players) of 9,100 ex-players to be published by NIOSH (National Institute of Safety and Health) and a study, "After the Battle: Report on the Lives of Former Players."

3. Developed a Players Assistance Trust Fund (P.A.T.)

    A. Fund totals $366,000 with money coming from the speaker's bureau, licensing, special projects, player donations, and NFLPA grants of $100,000 yearly.
    B. Distributed just under $180,000 to 60 needy players.
    C. Goal is a $1 million fund by June, 1994.

(OVER)

4. Developed programs to individually benefit members.

   A. Deborah Hospital program where members and their families receive no-cost heart and lung care.
   B. Dr. James St. Ville of the Orthopedic Bioengineering Institute offers no cost orthopaedic care for members and their families.
   C. Obtained group health plan with USA Life.
   D. NCL Cruise program.
   E. Instituted Union Privilege program offering members prescription drug cards, credit cards, automobile loans, educational loans, etc.
   F. Promote members identity as a former NFL player

5. Developing a business network of retired players

   A. Only players organization in any sport to produce a yearly business directory which is distributed to the membership, active and retired, at no charge.
   B. Emphasized business networking through "Athletes in the Marketplace" seminars at national conventions.
   C. Campaigned for ex-player jobs in WLAF, Arena, and NFL leagues.

6. Protecting Players' Rights

   A. Working with active players' organization to stop NFL owners from eliminating workers' compensation benefits for players. Successful in Indiana and Minnesota, losers in Florida and Texas, currently inv~lved in Pennsylvania legislation and in new legislation in Texas.
   B. "Watchdog" on the Bert Bell Pension Board and expeditor of information on pension rights and options.

7. Developing a retired players licensing program

   A. Obtained Group Licensing Agreements from 1600 NFLPA retired members.
   B. Speaker's Bureau is in place. To date, players have received $188,000 in speakers' fees, and P.A.T. fund has received $32,000.

8. Supporting charities through individual chapters and national programs.

   A. Examples include Mackey Awards Banquet in Chicago (annually raising $1 million), local charity banquet in Washington, DC (annually raising $127,500), Deborah Hospital Golf Tournament (raised $90,000), Oklahoma City Golf Tournament ($60,000 raised for local charities),Carolinas, ($2,000 raised for P.A.T.).
   B. Exploring programs against drug abuse and gang violence.
   C. "What's Your Verdict"--drug and alcohol prevention in high schools.
   D. "Buckle Up America"--program with National Highway Traffic Safety Administration

 NFLPA SPEAKERS BUREAU QUESTIONNAIRE

The NFLPA is attempting to better service its members with speaking engagments and appearances. Below is a brief questionnaire that will help us match retired players to the organizations that are requesting their services.

If you are interested, please fill out the form and return it to the Retired Players Dept., ATTN: Angela Manolakas, 2021 L St. NW, Washington, DC 20036. If possible, please include a brief resume.

Name: _____

Address: _____
_____

Phone:    home    _____
          work    _____

NFL Playing Experience: _____

Closest major City: _____    Driving time: _____

Areas of interest (you may check more than one):

Management Objectives _____    Salesmanship _____
Education _____    Drug/Alcohol Prevention _____
Religion _____    Motivation _____
Autographs/Pictures _____    NFL Playing Experience _____
Other _____

List any organizations to which you have spoken    _____
_____

List any special qualifications (advanced college degrees, religious affiliations, civic groups, business experience, etc.) _____
_____

Does your schedule allow you to travel for more than a day?    Yes _____    No _____

Fees are usually determined by the organization requesting a speaker. If you wish to specify a range of speaking fees, list your requirements below. _____

NOTE: A small portion of each retired player's speaking fee will go toward the Players Assistance Trust Fund (P.A.T)