DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>        Plaintiffs,<br><br>        v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>        Defendants. | Case No.  C 07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date: August 16, 2007<br>Time: 8:00 am<br>Ctrm: 9<br>Judge: William H. Alsup |

        The Court, having considered the Motion of Defendant National Football League Players Association ("NFLPA") to Dismiss the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and all papers filed herein, and good cause appearing, hereby orders as follows:

        IT IS HEREBY ORDERED that the Motion is GRANTED and Plaintiffs' Second Amended Complaint as against the NFLPA is hereby DISMISSED with prejudice.

Dated: _____, 2007

                                        _____
                                        The Honorable William H. Alsup
                                        United States District Court Judge

---

[Proposed] Order Granting NFLPA's Motion to Dismiss                    Civ. Action No. C07 0943 WHA

Dockets.Justia.com