```
 1  Mark Malin (Bar No. 199757)
    mmalin@deweyballantine.com
 2  DEWEY BALLANTINE LLP
    1950 University Avenue, Suite 500
 3  East Palo Alto, CA 94303
    Tel: (650) 845-7000; Fax: (650) 845-7333
 4
    Jeffrey L. Kessler (pro hac vice)
 5  jkessler@deweyballantine.com
    David G. Feher (pro hac vice)
 6  dfeher@deweyballantine.com
    Eamon O'Kelly (pro hac vice)
 7  eokelly@deweyballantine.com
    DEWEY BALLANTINE LLP
 8  1301 Avenue of the Americas
    New York, NY 10019
 9  Tel: (212) 259-8000; Fax: (212) 259-6333

10  Kenneth L. Steinthal (pro hac vice)
    kenneth.steinthal@weil.com
11  Claire E. Goldstein (Bar No. 237979)
    claire.goldstein@weil.com
12  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
13  Redwood Shores, CA 94065
    Tel: (650) 802-3000; Fax: (650) 802-3100
14
    Bruce S. Meyer (pro hac vice)
15  bruce.meyer@weil.com
    WEIL, GOTSHAL & MANGES LLP
16  767 Fifth Avenue
    New York, NY 10153
17  Tel: (212) 310-8000; Fax: (212) 310-8007

18  Attorneys for Defendant National Football League Players
    Incorporated d/b/a Players Inc,
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING PLAYERS INC'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date: August 16, 2007<br>Time: 8:00 am<br>Ctrm: 9<br>Judge: William H. Alsup |

1  The Court, having considered Defendant National Football League Players
2  Incorporated d/b/a/ Players Inc's Motion to Dismiss the Second Amended Complaint Pursuant to
3  Fed. R. Civ. P. 12(b)(6), and all papers filed herein, and good cause appearing, hereby orders as
4  follows:
5  Players Inc's Motion to Dismiss the Second Amended Complaint is GRANTED.
6  Plaintiffs' Second Amended Complaint as against Players Inc is DISMISSED with prejudice.
7  IT IS SO ORDERED.
8  Dated: _____, 2007

The Honorable William H. Alsup
United States District Court Judge

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

-2-

[Proposed] Order Granting Players Inc's Motion to Dismiss        Civ. Action No. C07 0943 WHA