Mark Malin (Bar No. 199757)
mmalin@deweyballantine.com
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

Jeffrey L. Kessler (*pro hac vice*)
jkessler@deweyballantine.com
David G. Feher (*pro hac vice*)
dfeher@deweyballantine.com
Eamon O'Kelly (*pro hac vice*)
eokelly@deweyballantine.com
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
kenneth.steinthal@weil.com
Claire E. Goldstein (Bar No. 237979)
claire.goldstein@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
bruce.meyer@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendant National Football League Players Incorporated d/b/a Players Inc,

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**DECLARATION OF CLAIRE E. GOLDSTEIN IN SUPPORT OF PLAYERS INC'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Date: August 16, 2007<br>Time: 8:00 am<br>Ctrm: 9<br>Judge: William H. Alsup |

Declaration of Claire E. Goldstein     Civ. Action No. C07 0943 WHA

## DECLARATION OF CLAIRE E. GOLDSTEIN

I, Claire Goldstein, hereby declare, under penalty of perjury, as follows:

1. Attached hereto as Exhibit A is a true and accurate copy of an email dated June 4, 2007, sent from Herbert Anthony Adderley to "yesterdaysheroes@adelphia.net," with copies to "johnpage@flash.net" and "jyoung2333@comcast.net."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 6, 2007, in Redwood Shores, California.

*/s/ Claire E. Goldstein*
Claire E. Goldstein