# EXHIBIT A

-----Original Message-----
From: Heroes of Football of TEXAS <HeroesofFootball@webtv.net>
To: andy48@cox.net <andy48@cox.net>; tsgoode60@bellsouth.net <tsgoode60@bellsouth.net>; AFLHallofFame@aol.com <AFLHallofFame@aol.com>; anthony@lifechamps.com <anthony@lifechamps.com>; tliscio@flash.net <tliscio@flash.net>; Arbanas84@aol.com <Arbanas84@aol.com>; astill@abssupport.com <astill@abssupport.com>; ballstate68@aol.com <ballstate68@aol.com>; barrysmithfla@aol.com <barrysmithfla@aol.com>; william.harris4@comcast.net <william.harris4@comcast.net>; billandmarlene@mail.ev1.net <billandmarlene@mail.ev1.net>; dupe89@yahoo.com <dupe89@yahoo.com>; boblilly1@mac.com <boblilly1@mac.com>; BT77@msn.com <BT77@msn.com>; salterbdc@aol.com <salterbdc@aol.com>; buildingmen@aol.com <buildingmen@aol.com>; ccmaia@yahoo.com <ccmaia@yahoo.com>; catchthevisionministry@cox.net <catchthevisionministry@cox.net>; Cburiiii@aol.com <Cburiiii@aol.com>; cchandler@charlotteobserver.com <cchandler@charlotteobserver.com>; cheers@nytimes.com <cheers@nytimes.com>; Cliff@energytransfer.com <Cliff@energytransfer.com>; cdobler@shsi.net <cdobler@shsi.net>; daveedwards52@yahoo.com <daveedwards52@yahoo.com>; dpivec@pivec.com <dpivec@pivec.com>; ddlewis@potashcorp.com <ddlewis@potashcorp.com>; Joe68D@yahoo.com <Joe68D@yahoo.com>; drowski@sbcglobal.net <drowski@sbcglobal.net>; donny51643@aol.com <donny51643@aol.com>; joedot_oliver@earthlink.net <joedot_oliver@earthlink.net>; drroberts@comcast.net <drroberts@comcast.net>; josad@nextel.blackberry.net <josad@nextel.blackberry.net>; earlgolfpar1@cox.net <earlgolfpar1@cox.net>; edwardlee72@hotmail.com <edwardlee72@hotmail.com>; SUGGSE@realtracs.com <SUGGSE@realtracs.com>; Emmorris22@aol.com <Emmorris22@aol.com>; barnes4940@aol.com <barnes4940@aol.com>; fjack222@yahoo.com <fjack222@yahoo.com>; fpitts1@lsu.edu <fpitts1@lsu.edu>; lbf91@bellsouth.net <lbf91@bellsouth.net>; gsayers@sayers.com <gsayers@sayers.com>; mingo21@earthlink.net <mingo21@earthlink.net>; nbascribe@sbcglobal.net <nbascribe@sbcglobal.net>; split-n@erols.com <split-n@erols.com>; Harold_L_Jackson@Baylor.edu <Harold_L_Jackson@Baylor.edu>; hcarsoninc@aol.com <hcarsoninc@aol.com>; nhayes@suntimes.com <nhayes@suntimes.com>; henryc@sound.net <henryc@sound.net>; isaac.curtis@whihotels.com <isaac.curtis@whihotels.com>; Jturney@totacc.com <Jturney@totacc.com>; jackbarry99@gmail.com <jackbarry99@gmail.com>; jackdolbin@yahoo.com <jackdolbin@yahoo.com>; JBrooks21@insightbb.com <JBrooks21@insightbb.com>; JawsESPN@aol.com <JawsESPN@aol.com>; jeffnixon@gmail.com <jeffnixon@gmail.com>; jefferycross@yahoo.com <jefferycross@yahoo.com>; Alfred.Jenkins@anheuser-busch.com <Alfred.Jenkins@anheuser-busch.com>; jensencrash11@yahoo.com <jensencrash11@yahoo.com>; Jimhartsiu@aol.com <Jimhartsiu@aol.com>; jimmcfarl@aol.com <jimmcfarl@aol.com>; jcainbhm@charter.net <jcainbhm@charter.net>; joejonesbrowns@yahoo.com <joejonesbrowns@yahoo.com>; john.niland@gte.net <john.niland@gte.net>;

suebrodie@aol.com <suebrodie@aol.com>; jhadl@ku.edu <jhadl@ku.edu>; khouston@houstonisd.org <khouston@houstonisd.org>; kenneth29@aol.com <kenneth29@aol.com>; kenthill@mindspring.com <kenthill@mindspring.com>; sackmachine91@aol.com <sackmachine91@aol.com>; lba043@aol.com <lba043@aol.com>; Larry-Cole63@sbcglobal.net <Larry-Cole63@sbcglobal.net>; Larry.J.Dibbles@usps.gov <Larry.J.Dibbles@usps.gov>; leeroy@jordanredwood.com <leeroy@jordanredwood.com>; Lhadd@aol.com <Lhadd@aol.com>; liffort.hobley@thomson.com <liffort.hobley@thomson.com>; Olsafety45@san.rr.com <Olsafety45@san.rr.com>; loustraining@msn.com <loustraining@msn.com>; Lvbef@aol.com <Lvbef@aol.com>; Mike@mikebarber.org <Mike@mikebarber.org>; mikerk1016@yahoo.com <mikerk1016@yahoo.com>; mccoy@comcast.net <mccoy@comcast.net>; mpyle50@comcast.net <mpyle50@comcast.net>; mr_mnj@msn.com <mr_mnj@msn.com>; lowerynick@cox.net <lowerynick@cox.net>; nbulaich@iesi.com <nbulaich@iesi.com>; Obraze@yahoo.com <Obraze@yahoo.com>; pcoffman@meyerlab.com <pcoffman@meyerlab.com>; papapres@cox.net <papapres@cox.net>; ray@lawrencemarshall.com <ray@lawrencemarshall.com>; RGosselin@dallasnews.com <RGosselin@dallasnews.com>; mary_sue_duty@hotmail.com <mary_sue_duty@hotmail.com>; rockybleier@earthlink.net <rockybleier@earthlink.net>; rogerbrown@cox.net <rogerbrown@cox.net>; roger.staubach@staubach.com <roger.staubach@staubach.com>; porterdesk@gmail.com <porterdesk@gmail.com>; sweet80pea@hotmail.com <sweet80pea@hotmail.com>; wvbcmbn@verizon.net <wvbcmbn@verizon.net>; sjones@raiders.com <sjones@raiders.com>; creativesharon@sbcglobal.net <creativesharon@sbcglobal.net>; ErvinWBishop@aol.com <ErvinWBishop@aol.com>; SteveB@dprinc.com <SteveB@dprinc.com>; SteveHHMD@aol.com <SteveHHMD@aol.com>; news@wkyc.com <news@wkyc.com>; Toi Cook <tcook41@gershla.com>; playball@intercom.net <playball@intercom.net>; td33@msn.com <td33@msn.com>; redmagplustv@aol.com <redmagplustv@aol.com>; vincef@touchdownrealestate.com <vincef@touchdownrealestate.com>; wlcamp44@hotmail.com <wlcamp44@hotmail.com>; tribiv@ameritech.net <tribiv@ameritech.net>; hashim4188@yahoo.com <hashim4188@yahoo.com>; mckee@unt.edu <mckee@unt.edu>; willieb@stonemarksd.com <willieb@stonemarksd.com>; cordellw75@yahoo.com <cordellw75@yahoo.com>
Sent: Tue Jun 05 02:53:56 2007
Subject: Fwd: Great News -

<<Fwd: Great News ->>

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.472 / Virus Database: 269.8.9/834 - Release Date: 6/5/2007
2:38 PM


No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.472 / Virus Database: 269.8.9/834 - Release Date: 6/5/2007
2:38 PM

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.472 / Virus Database: 269.8.9/834 - Release Date: 6/5/2007
2:38 PM

------------------------------------
This message (and any associated files) is intended only for the
use of the individual or entity to which it is addressed and may
contain information that is confidential, subject to copyright or
constitutes a trade secret. If you are not the intended recipient
you are hereby notified that any dissemination, copying or
distribution of this message, or files associated with this
message, is strictly prohibited. If you have received this message
in error, please notify us immediately at
administrator@nflplayers.com and delete it from your computer.
Messages sent to and from us may be monitored. Internet
communications cannot be guaranteed to be secure or error-free as
information could be intercepted, corrupted, lost, destroyed,
arrive late or incomplete, or contain viruses. Therefore, we do not
accept responsibility for any errors or omissions that are present
in this message, or any attachment, that have arisen as a result of
e-mail transmission. If verification is required, please request a
hard-copy version. Any views or opinions presented are solely those
of the author and do not necessarily represent those of the
company.

----- Message from "Jane Arnett" <janearnett@exprofootballplayers.com> on Mon, 4 Jun 2007 19:16:05 -0400 -----

**To:** "AbnerHaynes andAssociatesInc" <abnerhaynesandassociatesinc@webtv.net>, "Heroes of Football of TEXAS" <heroesoffootball@webtv.net>

**Subject:** Fwd: Great News -

This just arrived

Note: forwarded message attached.


----- Message from "Jane Arnett" <jkaevents@yahoo.com> on Mon, 4 Jun 2007 19:14:07 -0400 -----

**To:** <janearnett@exprofootballplayers.com>
**Subject:** Fwd: Great News -

Note: forwarded message attached.

---

Luggage? GPS? Comic books?
Check out fitting gifts for grads <
http://us.rd.yahoo.com/evt=48249/*http://search.yahoo.com/search?fr=oni_on_mail&p=graduation+gifts&c
s=bz> at Yahoo! Search.

----- Message from "SHARON HAWKINS" <creativesharon@sbcglobal.net> on Mon, 4 Jun 2007 17:03:14 -0400 -----

        **To:** "Jane Arnett" <jkaevents@yahoo.com>
**Subject:** Fwd: Great News -

Note: forwarded message attached.

----- Message from <HerbAdderley26@aol.com> on Mon, 4 Jun 2007 16:07:16 -0400 -----
        **To:** <creativesharon@sbcglobal.net>
**Subject:** Fwd: Great News -

See what's free at AOL.com <http://www.aol.com?ncid=AOLAOF00020000000503> .

----- Message from <HerbAdderley26@aol.com> on Mon, 4 Jun 2007 16:04:37 -0400 -----
        **To:** <yesterdaysheroes@adelphia.net>
        **cc:** <JOHNPAGE@FLASH.NET>, <jyoung2333@comcast.net>
**Subject:** Re: Great News -

I just received the Great news from our attorney in Palo Alto, CA. that the Judge in San Francisco ruled today AGAINST Players Inc. The case will not be dismissed, and will go before a jury to decide the out come... Upshaw, and his Henchmen, have been in a state of shock all day because they were sure that the case will be thrown out... They have two choices now, either come to us with a proposal for an out of court settlement, or let a jury decide the out come... A jury trial will bring out the truth including the coruuption between Upshaw, Players inc, and how they used the retired players to make millions of $$$, and not share a Dime with us... We are on the move, so, Ain't No Stopping us Now!! -=- Herb -=-

See what's free at AOL.com <http://www.aol.com?ncid=AOLAOF00020000000503> .