```
 1  Mark Malin (Bar No. 199757)
    mmalin@deweyballantine.com
 2  DEWEY BALLANTINE LLP
    1950 University Avenue, Suite 500
 3  East Palo Alto, CA  94303
    Tel: (650) 845-7000; Fax: (650) 845-7333
 4
    Jeffrey L. Kessler (pro hac vice)
 5  jkessler@deweyballantine.com
    David G. Feher (pro hac vice)
 6  dfeher@deweyballantine.com
    Eamon O'Kelly (pro hac vice)
 7  eokelly@deweyballantine.com
    DEWEY BALLANTINE LLP
 8  1301 Avenue of the Americas
    New York, NY  10019
 9  Tel: (212) 259-8000; Fax: (212) 259-6333

10  Kenneth L. Steinthal (pro hac vice)
    kenneth.steinthal@weil.com
11  Claire E. Goldstein (Bar No. 237979)
    claire.goldstein@weil.com
12  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
13  Redwood Shores, CA  94065
    Tel: (650) 802-3000; Fax: (650) 802-3100
14
    Bruce S. Meyer (pro hac vice)
15  bruce.meyer@weil.com
    WEIL, GOTSHAL & MANGES LLP
16  767 Fifth Avenue
    New York, NY  10153
17  Tel: (212) 310-8000; Fax: (212) 310-8007

18  Attorneys for Defendant
    National Football League Players Association
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Date: August 16, 2007<br>Time: 8:00 am<br>Ctrm: 9<br>Judge: William H. Alsup |

National Football League Players Association's Disclosure Statement    Civ. Action No. C07 0943 WHA

-1-

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that there is no parent corporation of the National Football League Players Association and no publicly held corporation owns stock in the National Football League Players Association.

Date: July 6, 2007                          DEWEY BALLANTINE LLP

                                            BY:    /S/ Jeffrey L. Kessler
                                                   Jeffrey L. Kessler

                                            Attorneys for Defendant
                                            National Football League Players Association

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: July 6, 2007                         By: /S/ Claire E. Goldstein
                                                Claire E. Goldstein

                                            Attorneys for Defendant
                                            National Football League Players
                                            Association

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225