1  MANATT, PHELPS & PHILLIPS, LLP
   RONALD S. KATZ (Bar No. CA 085713)
2  E-mail: rkatz@manatt.com
   RYAN S. HILBERT (Bar No. CA 210549)
3  E-mail: rhilbert@manatt.com
   NOEL S. COHEN (Bar No. CA 219645)
4  E-mail: ncohen@manatt.com
   1001 Page Mill Road, Building 2
5  Palo Alto, CA 94304-1006
   Tel: (650) 812-1300; Fax: (650) 213-0260
6  *Attorneys for Plaintiffs.*

7  DEWEY BALLANTINE LLP
   MARK MALIN (Bar No. 199757)
8  *mmalin@deweyballantine.com*
   1950 University Avenue, Suite 500
9  East Palo Alto, CA 94303
   Tel: (650) 845-7000; Fax: (650) 845-7333
10
   JEFFREY L. KESSLER (*pro hac vice*)
11 *jkessler@deweyballantine.com*
   DAVID G. FEHER (*pro hac vice*)
12 *dfeher@deweyballantine.com*
   EAMON O'KELLY (*pro hac vice*)
13 *eokelly@deweyballantine.com*
   1301 Avenue of the Americas
14 New York, NY 10019-6092
   Tel: (212) 259-8000; Fax: (212) 259-6333
15

MCKOOL SMITH,
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Tel: (214) 978-4984; Fax: (214) 978-4044

WEIL, GOTSHAL & MANGES LLP
KENNETH L. STEINTHAL (*pro hac vice*)
*kenneth.steinthal@weil.com*
CLAIRE E. GOLDSTEIN (Bar No. 237979)
*claire.goldstein@weil.com*
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

BRUCE S. MEYER (*pro hac vice*)
*bruce.meyer@weil.com*
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

16 *Attorneys for Defendant National Football League Players
   Incorporated d/b/a Players Inc, a Virginia Corporation.*

17                    UNITED STATES DISTRICT COURT

18                        NORTHERN DISTRICT

19                     SAN FRANCISCO DIVISION

20

21 BERNARD PAUL PARRISH, HERBERT
   ANTHONY ADDERLEY, and WALTER
22 ROBERTS III, on behalf of themselves and all
   others similarly situated,
23
                Plaintiffs,
24
   v.
25
   NATIONAL FOOTBALL LEAGUE
26 PLAYERS ASSOCIATION, a Virginia
   corporation, and NATIONAL FOOTBALL
27 LEAGUE PLAYERS INCORPORATED d/b/a
   PLAYERS INC, a Virginia corporation,
28
                Defendants.

CIVIL ACTION NO. C07 0943 WHA

**JOINT STIPULATION CONTINUING
HEARING DATE FOR DEFENDANTS'
MOTIONS TO DISMISS**

Current Hearing Date:
Date:  Thursday, August 16, 2007
Time:  8:00 am

New Hearing Date:
Date:  Thursday, August 30, 2007
Time:  8:00 am

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED]
ORDER CONTINUING HEARING
CASE NO. C07 0943 WHA

1    Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III, on

2    behalf of themselves and all others similarly situated, (collectively, "Plaintiffs"), and Defendants

3    National Football League Players Association ("NFLPA") and National Football League Players

4    Incorporated d/b/a Players Inc ("Players Inc") (collectively, "Defendants") hereby file this Joint

5    Stipulation to continue the hearing date on Defendants' Motions to Dismiss from August 16,

6    2007 to August 30, 2007.

7                                      **<u>JOINT STIPULATION</u>**

8    WHERAS Plaintiffs filed their Second Amended Complaint on June 21, 2007;

9    WHEREAS, on July 6, 2007, Defendants each filed a Motion to Dismiss Plaintiffs'

10   Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and scheduled same for hearing

11   on August 16, 2007;

12   WHEREAS Ronald Katz, lead counsel for Plaintiffs, will be on vacation August 2 through

13   August 17, 2007, and Lew LeClair, co-counsel for Plaintiffs, will be on vacation August 7

14   through August 19, 2007;

15   WHEREAS the parties have agreed to continue the hearing date for the Motions to

16   Dismiss filed by Defendants to August 30, 2007 in order to accommodate the vacation schedules

17   of Plaintiffs' counsel.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27

28

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Palo Alto

1

STIPULATION AND [PROPOSED]
ORDER CONTINUING HEARING
CASE NO. C07 0943 WHA

1    **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO**,

2    through their respective counsel, that the hearing date for the Motions to Dismiss filed by

3    Defendants shall be continued to August 30, 2007.

4

5    Dated:    July 17, 2007            MANATT, PHELPS & PHILLIPS, LLP

6                            By:  /s/ Ryan S. Hilbert
                                 Ryan S. Hilbert
7                                MANATT, PHELPS & PHILLIPS, LLP
                                 1001 Page Mill Road, Building 2
8                                Palo Alto, CA  94304-1006
                                 Telephone:    (650) 812-1300
9                                Facsimile:    (650) 213-0260
                                 *Attorneys for Plaintiffs*
10

11

12   Dated:    July 17, 2007            DEWEY BALLANTINE LLP

13                           By:  /s/ Eamon O'Kelly
                                 Eamon O'Kelly (*pro hac vice*)
14                               DEWEY BALLANTINE LLP
                                 1301 Avenue of the Americas
15                               New York, NY  10019-6092
                                 Tel:  (212) 259-8000; Fax:  (212) 259-6333
16                               *Attorneys for Defendants*
     *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ryan*
17   *S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.*

18                       **[PROPOSED] ORDER**

19        Pursuant to the Joint Stipulation above, it is hereby ORDERED that the hearing date for

20   the Motions to Dismiss filed by Defendants shall be continued to August 30, 2007.

21        IT IS SO ORDERED.

22        Dated:_____            _____
                                         HON. WILLIAM H. ALSUP
23                                       United States District Court Judge

24

25

26   20184914.1

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED]
ORDER CONTINUING HEARING
CASE NO. C07 0943 WHA