MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (Bar No. CA 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (Bar No. CA 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Tel: (650) 812-1300; Fax: (650) 213-0260
*Attorneys for Plaintiffs.*

DEWEY BALLANTINE LLP
MARK MALIN (Bar No. 199757)
mmalin@deweyballantine.com
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

JEFFREY L. KESSLER (*pro hac vice*)
jkessler@deweyballantine.com
DAVID G. FEHER (*pro hac vice*)
dfeher@deweyballantine.com
EAMON O'KELLY (*pro hac vice*)
eokelly@deweyballantine.com
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333

MCKOOL SMITH,
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Tel: (214) 978-4984; Fax: (214) 978-4044

WEIL, GOTSHAL & MANGES LLP
KENNETH L. STEINTHAL (*pro hac vice*)
kenneth.steinthal@weil.com
CLAIRE E. GOLDSTEIN (Bar No. 237979)
claire.goldstein@weil.com
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

BRUCE S. MEYER (*pro hac vice*)
bruce.meyer@weil.com
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

*Attorneys for Defendant National Football League Players Incorporated d/b/a Players Inc, a Virginia Corporation.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**JOINT STIPULATION CONTINUING HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS**<br><br>Current Hearing Date:<br>Date: Thursday, August 16, 2007<br>Time: 8:00 am<br><br>New Hearing Date:<br>Date: Thursday, August 30, 2007<br>Time: 8:00 am |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
CASE NO. C07 0943 WHA

Dockets.Justia.com

Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III, on behalf of themselves and all others similarly situated, (collectively, "Plaintiffs"), and Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") (collectively, "Defendants") hereby file this Joint Stipulation to continue the hearing date on Defendants' Motions to Dismiss from August 16, 2007 to August 30, 2007.

**JOINT STIPULATION**

WHERAS Plaintiffs filed their Second Amended Complaint on June 21, 2007;

WHEREAS, on July 6, 2007, Defendants each filed a Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and scheduled same for hearing on August 16, 2007;

WHEREAS Ronald Katz, lead counsel for Plaintiffs, will be on vacation August 2 through August 17, 2007, and Lew LeClair, co-counsel for Plaintiffs, will be on vacation August 7 through August 19, 2007;

WHEREAS the parties have agreed to continue the hearing date for the Motions to Dismiss filed by Defendants to August 30, 2007 in order to accommodate the vacation schedules of Plaintiffs' counsel.

///
///
///
///
///
///
///
///
///

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO**, through their respective counsel, that the hearing date for the Motions to Dismiss filed by Defendants shall be continued to August 30, 2007.

Dated: July 17, 2007                MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Ryan S. Hilbert
 Ryan S. Hilbert
 MANATT, PHELPS & PHILLIPS, LLP
 1001 Page Mill Road, Building 2
 Palo Alto, CA  94304-1006
 Telephone:  (650) 812-1300
 Facsimile:  (650) 213-0260
 *Attorneys for Plaintiffs*

Dated: July 17, 2007                DEWEY BALLANTINE LLP

By: /s/ Eamon O'Kelly
 Eamon O'Kelly (*pro hac vice*)
 DEWEY BALLANTINE LLP
 1301 Avenue of the Americas
 New York, NY  10019-6092
 Tel:  (212) 259-8000;  Fax:  (212) 259-6333
 *Attorneys for Defendants*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ryan S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.*

### [PROPOSED] ORDER

Pursuant to the Joint Stipulation above, it is hereby ORDERED that the hearing date for the Motions to Dismiss filed by Defendants shall be continued to August 30, 2007.

IT IS SO ORDERED.

Dated: July 23, 2007

_____
HON. WILLIAM H. ALSUP
United States District Court Judge

20184914.1