| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>RONALD S. KATZ (Bar No. CA 085713)<br>E-mail: rkatz@manatt.com<br>RYAN S. HILBERT (Bar No. CA 210549)<br>E-mail: rhilbert@manatt.com<br>NOEL S. COHEN (Bar No. CA 219645)<br>E-mail: ncohen@manatt.com<br>1001 Page Mill Road, Building 2<br>Palo Alto, CA 94304-1006<br>Tel: (650) 812-1300; Fax: (650) 213-0260<br>*Attorneys for Plaintiffs.* | MCKOOL SMITH,<br>LEWIS T. LECLAIR (Bar No. CA 077136)<br>E-mail: lleclair@mckoolsmith.com<br>300 Crescent Court<br>Dallas, TX 75201<br>Tel: (214) 978-4984; Fax: (214) 978-4044 |
| DEWEY BALLANTINE LLP<br>MARK MALIN (Bar No. 199757)<br>*mmalin@deweyballantine.com*<br>1950 University Avenue, Suite 500<br>East Palo Alto, CA 94303<br>Tel: (650) 845-7000; Fax: (650) 845-7333<br><br>JEFFREY L. KESSLER (*pro hac vice*)<br>*jkessler@deweyballantine.com*<br>DAVID G. FEHER (*pro hac vice*)<br>*dfeher@deweyballantine.com*<br>EAMON O'KELLY (*pro hac vice*)<br>*eokelly@deweyballantine.com*<br>1301 Avenue of the Americas<br>New York, NY 10019-6092<br>Tel: (212) 259-8000; Fax: (212) 259-6333<br><br>*Attorneys for Defendants.* | WEIL, GOTSHAL & MANGES LLP<br>KENNETH L. STEINTHAL (*pro hac vice*)<br>*kenneth.steinthal@weil.com*<br>CLAIRE E. GOLDSTEIN (Bar No. 237979)<br>*claire.goldstein@weil.com*<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel: (650) 802-3000; Fax: (650) 802-3100<br><br>BRUCE S. MEYER (*pro hac vice*)<br>*bruce.meyer@weil.com*<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000; Fax: (212) 310-8007 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**JOINT STIPULATION TO FILE CONSOLIDATED OPPOSITION AND CONSOLIDATED REPLY IN CONNECTION WITH DEFENDANTS' MOTIONS TO DISMISS**<br><br>Hearing Date: Thursday, August 30, 2007<br>Time: 8:00 am |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED]
ORDER FOR CONSOLIDATED BRIEFING
CASE NO. C07 0943 WHA

1  Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III, on behalf of themselves and all others similarly situated, (collectively, "Plaintiffs"), and Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") (collectively, "Defendants") hereby file this Joint Stipulation for Plaintiffs to file a consolidated Opposition and Defendants to file a consolidated Reply in connection with Defendants' Motions to Dismiss.

## JOINT STIPULATION

WHEREAS Plaintiffs filed their Second Amended Complaint on June 21, 2007;

WHEREAS, on July 6, 2007, Defendants each filed a Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), which Motions are currently scheduled for hearing on August 30, 2007;

WHEREAS Plaintiffs' deadline to oppose Defendants' Motions is August 9, and Defendants' deadline to file their Reply briefs is August 16;

WHEREAS Plaintiffs contend that the issues raised in Defendants' Motions are overlapping and believe that for clarity, ease of reference and judicial economy, it would be preferable to file a single consolidated Opposition brief not to exceed forty-five (45) pages instead of two Opposition briefs of up to twenty-five (25) pages each;

WHEREAS Plaintiffs have asked, and Defendants have agreed, that Plaintiffs be allowed to file one consolidated Opposition brief not to exceed forty-five (45) pages;

WHEREAS, in exchange, Defendants have asked, and Plaintiffs have agreed, that Defendants be allowed to file one consolidated Reply brief not to exceed thirty (30) pages.

///
///
///
///
///
///
///

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO**, through their respective counsel, that Plaintiffs shall be permitted to file one consolidated Opposition brief not to exceed forty-five (45) pages; and Defendants shall be permitted to file one consolidated Reply brief not to exceed thirty (30) pages.

Dated: August ___, 2007      MANATT, PHELPS & PHILLIPS, LLP

By: _____
Ryan S. Hilbert
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260
*Attorneys for Plaintiffs*

Dated: August 2, 2007      DEWEY BALLANTINE LLP

By: _____
Eamon O'Kelly (*pro hac vice*)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333
*Attorneys for Defendants*

### [PROPOSED] ORDER

Pursuant to the Joint Stipulation above, it is hereby ORDERED that Plaintiffs shall be permitted to file one consolidated Opposition brief not to exceed forty-five (45) pages; and Defendants shall be permitted to file one consolidated Reply brief not to exceed thirty (30) pages.

IT IS SO ORDERED.

Dated:_____      _____
HON. WILLIAM H. ALSUP
United States District Court Judge

20184914.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND [PROPOSED]
ORDER FOR CONSOLIDATED BRIEFING
CASE NO. C07 0943 WHA