| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>RONALD S. KATZ (Bar No. CA 085713)<br>E-mail: rkatz@manatt.com<br>RYAN S. HILBERT (Bar No. CA 210549)<br>E-mail: rhilbert@manatt.com<br>NOEL S. COHEN (Bar No. CA 219645)<br>E-mail: ncohen@manatt.com<br>1001 Page Mill Road, Building 2<br>Palo Alto, CA 94304-1006<br>Tel: (650) 812-1300; Fax: (650) 213-0260<br>*Attorneys for Plaintiffs.* | MCKOOL SMITH,<br>LEWIS T. LECLAIR (Bar No. CA 077136)<br>E-mail: lleclair@mckoolsmith.com<br>300 Crescent Court<br>Dallas, TX 75201<br>Tel: (214) 978-4984; Fax: (214) 978-4044 |
| DEWEY BALLANTINE LLP<br>MARK MALIN (Bar No. 199757)<br>*mmalin@deweyballantine.com*<br>1950 University Avenue, Suite 500<br>East Palo Alto, CA 94303<br>Tel: (650) 845-7000; Fax: (650) 845-7333<br><br>JEFFREY L. KESSLER (*pro hac vice*)<br>*jkessler@deweyballantine.com*<br>DAVID G. FEHER (*pro hac vice*)<br>*dfeher@deweyballantine.com*<br>EAMON O'KELLY (*pro hac vice*)<br>*eokelly@deweyballantine.com*<br>1301 Avenue of the Americas<br>New York, NY 10019-6092<br>Tel: (212) 259-8000; Fax: (212) 259-6333 | WEIL, GOTSHAL & MANGES LLP<br>KENNETH L. STEINTHAL (*pro hac vice*)<br>*kenneth.steinthal@weil.com*<br>CLAIRE E. GOLDSTEIN (Bar No. 237979)<br>*claire.goldstein@weil.com*<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel: (650) 802-3000; Fax: (650) 802-3100<br><br>BRUCE S. MEYER (*pro hac vice*)<br>*bruce.meyer@weil.com*<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000; Fax: (212) 310-8007 |

*Attorneys for Defendants.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>        Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**JOINT STIPULATION TO FILE CONSOLIDATED OPPOSITION AND CONSOLIDATED REPLY IN CONNECTION WITH DEFENDANTS' MOTIONS TO DISMISS**<br><br>Hearing Date: Thursday, August 30, 2007<br>Time: 8:00 am |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED]
ORDER FOR CONSOLIDATED BRIEFING
CASE NO. C07 0943 WHA

Dockets.Justia.com

1  Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III, on
2  behalf of themselves and all others similarly situated, (collectively, "Plaintiffs"), and Defendants
3  National Football League Players Association ("NFLPA") and National Football League Players
4  Incorporated d/b/a Players Inc ("Players Inc") (collectively, "Defendants") hereby file this Joint
5  Stipulation for Plaintiffs to file a consolidated Opposition and Defendants to file a consolidated
6  Reply in connection with Defendants' Motions to Dismiss.

## JOINT STIPULATION

8  WHEREAS Plaintiffs filed their Second Amended Complaint on June 21, 2007;

9  WHEREAS, on July 6, 2007, Defendants each filed a Motion to Dismiss Plaintiffs'
10  Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), which Motions are currently
11  scheduled for hearing on August 30, 2007;

12  WHEREAS Plaintiffs' deadline to oppose Defendants' Motions is August 9, and
13  Defendants' deadline to file their Reply briefs is August 16;

14  WHEREAS Plaintiffs contend that the issues raised in Defendants' Motions are
15  overlapping and believe that for clarity, ease of reference and judicial economy, it would be
16  preferable to file a single consolidated Opposition brief not to exceed forty-five (45) pages
17  instead of two Opposition briefs of up to twenty-five (25) pages each;

18  WHEREAS Plaintiffs have asked, and Defendants have agreed, that Plaintiffs be allowed
19  to file one consolidated Opposition brief not to exceed forty-five (45) pages;

20  WHEREAS, in exchange, Defendants have asked, and Plaintiffs have agreed, that
21  Defendants be allowed to file one consolidated Reply brief not to exceed thirty (30) pages;

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION AND [PROPOSED]
ORDER FOR CONSOLIDATED BRIEFING
CASE NO. C07 0943 WHA

1  **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO**,

2  through their respective counsel, that Plaintiffs shall be permitted to file one consolidated

3  Opposition brief not to exceed forty-five (45) pages; and Defendants shall be permitted to file one

4  consolidated Reply brief not to exceed thirty (30) pages.

5

6  Dated:    August _2_, 2007        MANATT, PHELPS & PHILLIPS, LLP

7                                    By:  /s/ Ryan S. Hilbert
                                         Ryan S. Hilbert
8                                        MANATT, PHELPS & PHILLIPS, LLP
                                         1001 Page Mill Road, Building 2
9                                        Palo Alto, CA  94304-1006
                                         Telephone:    (650) 812-1300
10                                       Facsimile:    (650) 213-0260
                                         *Attorneys for Plaintiffs*
11

12
13  Dated:    August _2_, 2007        DEWEY BALLANTINE LLP

14                                    By:  /s/ Eamon O'Kelly
                                         Eamon O'Kelly (*pro hac vice*)
15                                       DEWEY BALLANTINE LLP
                                         1301 Avenue of the Americas
16                                       New York, NY  10019-6092
                                         Tel:  (212) 259-8000; Fax:  (212) 259-6333
17                                       *Attorneys for Defendants*

18                          **[PROPOSED] ORDER**

19      Pursuant to the Joint Stipulation above, it is hereby ORDERED that Plaintiffs shall be

20  permitted to file one consolidated Opposition brief not to exceed forty-five (45) pages; and

21  Defendants shall be permitted to file one consolidated Reply brief not to exceed thirty (30) pages.

22      IT IS SO ORDERED.

23      Dated:  August 3, 2007

24                                             HON. _____ ALSUP
                                               United States District Court Judge

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND [PROPOSED]
ORDER FOR CONSOLIDATED BRIEFING
CASE NO. C07 0943 WHA