E-Filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>    Defendants. | Case No. C 07 0943 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ERIC LAUFGRABEN *PRO HAC VICE* |

Eric Laufgraben, an active member in good standing of the bar of New York, whose business address and telephone is Dewey Ballantine LLP, 1301 Avenue of the Americas, New York, New York 10019, telephone (212) 259-8000, facsimile (212) 259-6333, email: elaufgraben@deweyballantine.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc")

**IT IS HEREBY ORDERED** that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

1  application will constitute notice to the party. All future filings in this action are subject to the
2  requirements contained in General Order No. 45, *Electronic Case Filing*.
3
4  Dated: ___August 3___, 2007
5
6                                         WILLIAM ALSUP
                                           United States District Judge
7
...
28

[Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice*      Case No. C 07 0943 WHA