IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PAUL PARRISH, et al.,

    Plaintiff,

v.

NATIONAL FOOTBALL LEAGUE, et al.,

    Defendant.

No. C 07-00943 WHA

**CLERK'S NOTICE RESCHEDULING HEARING TIME**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Defendant's Motion to Dismiss previously set for August 30, 2007 at 8:00 a.m. has been rescheduled for **August 30, 2007 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 9, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Dawn Toland
Courtroom Deputy to the
Honorable William Alsup