| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | RONALD S. KATZ (Bar No. CA 085713) |
| 2 | E-mail: rkatz@manatt.com |
| | RYAN S. HILBERT (California Bar No. 210549) |
| 3 | E-mail: rhilbert@manatt.com |
| | NOEL S. COHEN (California Bar No. 219645) |
| 4 | E-mail: ncohen@manatt.com |
| | 1001 Page Mill Road, Building 2 |
| 5 | Palo Alto, CA 94304-1006 |
| | Telephone: (650) 812-1300 |
| 6 | Facsimile: (650) 213-0260 |
| 7 | MCKOOL SMITH, P.C. |
| | LEWIS T. LECLAIR (Bar No. CA 077136) |
| 8 | E-mail: lleclair@mckoolsmith.com |
| | JILL C. ADLER (Bar No. CA 150783) |
| 9 | E-mail: jadler@mckoolsmith.com |
| | 300 Crescent Court |
| 10 | Dallas, TX 75201 |
| | Telephone: (214) 978-4984 |
| 11 | Facsimile: (214) 978-4044 |
| 12 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation, <br><br> Defendants. | CIVIL ACTION NO. C07 0943 WHA <br><br> **[PROPOSED] ORDER DENYING PLAYERS INC'S AND NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION'S MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** <br><br> Date: Thursday, August 30, 2007 <br> Time: 2:00 pm <br> Judge: Honorable William H. Alsup |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTIONS TO DISMISS
CASE NO. C 07-0943 WHA

Dockets.Justia.com

1  Having considered Players Inc's Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) ("Players Inc's Motion"), and the National Football League Players Association's Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "NFLPA's Motion"), Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss, Defendant's Consolidated Reply, all other papers filed herein, the records of the case, and any oral argument on the Motions, the Court hereby orders as follows:

IT IS HEREBY ORDERED that Players Inc's Motion and the NFLPA's Motion are each DENIED.

IT IS SO ORDERED.

Dated: _____, 2007

_____
Honorable William H. Alsup
Judge, United States District Court

20181282.1