MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL C. ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>DECLARATION OF RYAN S. HILBERT IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

DECLARATION OF RYAN S. HILBERT
ISO CONSOLIDATED OPPOSITION
CASE NO. C07 0943 WHA

Dockets.Justia.com

I, Ryan S. Hilbert, do hereby declare and certify as follows:

1. I have personal knowledge of the following facts, and if called as a witness, could and would competently testify thereto.

2. I am an attorney at law, duly licensed to practice before all the courts of the State of California, and I am an associate with the law offices of Manatt, Phelps & Phillips, LLP, attorneys of record for Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III, on behalf of themselves and all others similarly situated ("Plaintiffs"), in the above-entitled action.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Players Inc's Responses and Objections to Plaintiffs' First Set of Requests for Admissions dated August 1, 2007.

4. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the Declaration of Gene Upshaw in Support of Defendant's Motion for Sanctions dated April 3, 2007.

5. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the "NFL PLAYERS ASSOCIATION: Retired Player Group Licensing Authorization Form" signed by Herb Adderley on November 22, 2002, and showing an expiration date of December 31, 2005. This document was produced by Players Inc on August 1, 2007 in response to Plaintiffs' First Set of Requests for Production of Documents and Things.

6. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the "NFL PLAYERS ASSOCIATION: Retired Player Group Licensing Authorization Form" signed by Herb Adderley on May 1, 2001, and showing an expiration date of December 31, 2003. This document was produced by Players Inc on August 1, 2007 in response to Plaintiffs' First Set of Requests for Production of Documents and Things.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on August 9, 2007.

      /s/ Ryan S. Hilbert  
      Ryan S. Hilbert

20186402.1

Manatt, Phelps & Phillips, LLP  
Attorneys At Law  
Palo Alto

2

DECLARATION OF RYAN S. HILBERT  
ISO CONSOLIDATED OPPOSITION  
CASE NO. C07 0943 WHA