**Exhibit 2
to the
Declaration of Ryan S. Hilbert in Support of
Plaintiffs' Consolidated Opposition to Defendants'
Motions to Dismiss**

Jeannine Y. Sano (SBN: 174190)
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225
Telephone: 650 845-7000
Facsimile: 650 845-7333

Jeffrey L. Kessler (pro hac vice)
jkessler@deweyballantine.com
David G. Feher (pro hac vice)
Eamon O'Kelly (pro hac vice)
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: 212 259-8000
Facsimile: 212 259-6333

Kenneth L. Steinthal (pro hac vice pending)
Joseph R. Wetzel (SBN: 238008)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Bruce S. Meyer (pro hac vice pending)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310 8000
Facsimile: (212) 310 8007

Attorneys for Defendant NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendant. | ) Civil Action No. C07 0943 WHA<br>)<br>) Honorable William H. Alsup<br>)<br>) **DECLARATION OF GENE UPSHAW**<br>) **IN SUPPORT OF DEFENDANT'S**<br>) **MOTION FOR SANCTIONS**<br>) |

Declaration of Gene Upshaw     Civ. Action No. C07 0943 WHA

## DECLARATION OF GENE UPSHAW

Gene Upshaw, hereby declares, under penalty of perjury, as follows:

1.   I make this declaration in support of the motion for sanctions of Defendant National Football League Players Incorporated d/b/a Players Inc ("Players Inc"). I am over twenty-one years of age, and I have personal knowledge of each of the facts stated herein. If called upon to testify, I could and would testify completely thereto.

2.   I am the Chairman of Players Inc, the Defendant in the above captioned action.

3.   Players Inc is incorporated in Virginia. It is a for-profit licensing, sponsorship, marketing, and content development company affiliated with and primarily owned by the National Football League Players Association ("NFLPA"), the union representing athletes who play in the NFL.

4.   Players Inc is not a union and does not represent retired players (or any other players) in collective bargaining.

5.   The NFLPA's practice has been to sign current and former NFL players to group licensing agreements ("GLAs"), whereby a player agrees to assign rights to his name, image, and other attributes to the NFLPA for licensing in groups of six or more players to entities such as video game companies, trading card companies, and sports merchandise companies. The NFLPA, in turn, assigns the GLAs to Players Inc for group licensing activities.

6.   Individual retired players may also enter into ad hoc licensing agreements with Players Inc from time to time, whereby a player licenses rights to his name or image to Players Inc for use in a specific group licensing program.

-2-

Declaration of Gene Upshaw    Civ. Action No. C07 0943 WHA

7.	If a retired player did not sign a GLA or ad hoc licensing agreement, Players Inc did not license the retired player's name or image and did not include the retired player in its group licensing program.

8.	Plaintiff Bernard Parrish ("Parrish") has never signed a GLA and did not participate in any Players Inc programs despite the fact that he, like all retired NFL players, was eligible to do so.

9.	Plaintiff Walter Roberts III ("Roberts") has never signed a GLA and did not participate in any Players Inc programs despite the fact that he was eligible to do so.

10.	In contrast to Parrish and Roberts, Plaintiff Herbert Adderley ("Adderley") has signed GLAs and has participated in certain Players Inc licensing programs for which he has received more than $13,000 in payments. Adderley's last GLA expired at the end of 2005.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.

Dated: April 3, 2007

_____
Gene Upshaw

-3-

Declaration of Gene Upshaw                                Civ. Action No. C07 0943 WHA