IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>    Defendant.<br>_____ / | No. C 07-01802 WHA<br><br>**ORDER SETTING HEARING ON DISCOVERY DISPUTE AND BRIEFING SCHEDULE** |

    The Court is in receipt of the plaintiffs' letter of August 10, 2007, concerning a discovery dispute. An in-court hearing is set for **FRIDAY, AUGUST 17, 2007, AT 2:30 P.M.** Defendant shall respond to plaintiffs' letter by **NOON ON WEDNESDAY, AUGUST 15**. Please make sure you have met and conferred prior to the hearing.

    **IT IS SO ORDERED.**

Dated: August 13, 2007.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE