IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PAUL PARISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,

   Plaintiffs,

   v.

NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,

   Defendant.

No. C 07-01802 WHA

**ORDER RE-SETTING HEARING ON DISCOVERY DISPUTE**

The Court **MOVES** the discovery hearing from **2:30 P.M.** to **1:30 P.M.** on **FRIDAY, AUGUST 17, 2007.**

**IT IS SO ORDERED.**

Dated: August 16, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE