Mark Malin (Bar No. 199757)
mmalin@deweyballantine.com
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

Jeffrey L. Kessler (*pro hac vice*)
jkessler@deweyballantine.com
David G. Feher (*pro hac vice*)
dfeher@deweyballantine.com
Eamon O'Kelly (*pro hac vice*)
eokelly@deweyballantine.com
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
kenneth.steinthal@weil.com
Claire E. Goldstein (Bar No. 237979)
claire.goldstein@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
bruce.meyer@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendant National Football League Players Association and National Football League Players Incorporated d/b/a Players Inc,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**DECLARATION OF EAMON O'KELLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date: August 30, 2007<br>Time: 2:00 pm<br>Ctrm: 9<br>Judge: William H. Alsup |

Declaration of Eamon O'Kelly             Civ. Action No. C07 0943 WHA

### DECLARATION OF EAMON O'KELLY

Eamon O'Kelly hereby declares, under penalty of perjury, as follows:

1. I am a member of Dewey Ballantine LLP, and attorney for Defendants in this action. I submit this Declaration in Support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. Attached as Exhibit A is a true and correct copy of an email from David Greenspan of Dewey Ballantine LLP to Ryan Hilbert of Manatt, Phelps & Phillips, LLP dated August 1, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 16, 2006

                                                /S/Eamon O'Kelly
                                                Eamon O'Kelly

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document

Date: August 16, 2007                  BY:   /S/Joseph R. Wetzel
                                                                            Joseph R. Wetzel
                                                                            *Attorneys for Defendants*

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225