# EXHIBIT A



| | | |
|---|---|---|
| **DEWEY BALLANTINE LLP**<br>David Greenspan<br>Associate<br>New York, x6438<br>Sent:08/01/2007 10:34 PM | To | RHilbert@manatt.com |
| | cc | rkatz@manatt.com, ncohen@manatt.com, jadler@mckoolsmith.com, lleclair@mckoolsmith.com, smutch@mutchlaw.com, eokelly@dbllp.com, Christopher |
| | bcc | |
| | Subject | Parrish, et al. v. Players Inc, et al. |

History:    ⇨ This message has been forwarded.

Ryan,

Further to our previous communications, please find attached Players Inc's courtesy document production. Because our discovery vendor is still in the process of constructing our document review platform, we created PDFs of the documents that you have requested. In the future (e.g., for the production targeted to be made on or about August 15th and subsequent productions), we will produce CDs and/or DVDs. Please let me know where such CDs and/or DVDs should be sent in the future. Also, please let me know what document review platform (e.g., Concordance or Summation) you will be using to review our document productions.

The enclosed production is, of course, subject to and without waiver of the objections set forth in the written responses and objections we served on July 16th, 2007. You will find that we have produced all of the documents that you asked us to include in this initial production (including those which you first identified late last week). In particular, we have produced: (1) all GLAs signed by Parrish and Adderley that were in effect during the statute of limitations period (you will see that there are no Parrish GLAs); (2) documents showing stock ownership interests in Players Inc; (3) all licensing agreements with EA Sports; (4) all agreements between Players Inc and the NFLPA relating to the licensing of retired players (you will see that there is just one master agreement plus an amendment); and (5) samples of different versions of the GLAs that were signed by retired NFL players and in effect during the statute of limitations period.

With respect to category number 5, as we have now told you on several occasions, Players Inc does not maintain GLAs in a manner from which one can easily identify all different versions that may have been used. Based on our review to date, however, we have identified four different versions of the GLA form that were signed by retired players and in effect during the limitations period. At this point in time, we cannot be one hundred percent certain that these are the only four versions, but, in an effort to accommodate your request by August 1st, we are telling you what our own investigation has uncovered thus far. The GLAs signed by Adderley represent one version of the GLAs, and we have also produced a sample of each of the other three versions that we have identified.

Regards,
Dave

  
Production (1 of 3).pdf   Production (2 of 3).pdf   Production (3 of 3).pdf

David Greenspan, Esq.
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Phone: 212-259-6438
Fax: 212-259-6333


*************

Pursuant to U.S. Treasury Department Circular 230, unless we expressly state otherwise, any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another party any matter(s) addressed herein.
*************


-Notice-----
   This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (212) 259-8000 and delete this e-mail message from your computer. Thank you.