## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>August 17, 2007</u>

Case No.  <u>C 07-00943 WHA</u>

Title: <u>BERNARD PARISH</u> v. <u>NATIONAL FOOTBALL LEAGUE</u>

Plaintiff Attorneys: Ryan Hilbert; Noel Cohen

Defense Attorneys: Eamon O'Kelly; Michael Maletic

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Lydia Zinn</u>

### PROCEEDINGS

1)  <u> Discovery Hearing - HELD </u>

2)  <u>                                                           </u>

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Court ruled on the discovery dispute re production of documents.