IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS, INC., a Virginia corporation,<br><br>    Defendants.<br>                                     / | No. C 07-00943 WHA<br><br>**ORDER ADOPTING IN PART PROPOSED ORDER REGARDING PLAINTIFFS' DISCOVERY MOTION** |

    The Court has received the proposed order submitted by parties regarding the recent discovery dispute. As to the disputed language, Players Inc's proposal reflects the Court's ruling at the hearing, plaintiffs' proposal does not. Accordingly, the Court approves of the language in the order. Parties are **HEREBY ORDERED** to comply with proposed order and Players Inc's proposal therein.

    **IT IS SO ORDERED.**

Dated: August 29, 2007.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE