1

2

3                                                    FILED

4

5                                              AUG 2 1 2007

6

7

8                    **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
9                      **SAN FRANCISCO DIVISION**

10    BERNARD PAUL PARRISH, HERBERT          Case No. C 07 0943 WHA
      ANTHONY ADDERLEY, WALTER
11    ROBERTS III,                          ~~[PROPOSED]~~ **ORDER**
                                            **GRANTING APPLICATION**
12                 Plaintiffs,              **FOR ADMISSION OF**
                                            **ELIZABETH A. HALEY**
13         v.                               *PRO HAC VICE*

14    NATIONAL FOOTBALL LEAGUE
      PLAYERS ASSOCIATION and NATIONAL
15    FOOTBALL LEAGUE PLAYERS
      INCORPORATED d/b/a/ PLAYERS INC,
16
                   Defendants.
17

18         Elizabeth A. Haley, an active member in good standing of the bar of the United

19    States District Court for the Southern District of New York, whose business address and

20    telephone is Dewey Ballantine LLP, 1301 Avenue of the Americas, New York, NY 10019,

21    telephone (212) 259-8000, facsimile (212) 259-6333, email: ehaley@deweyballantine.com,

22    having applied in the above-entitled action for admission to practice in the Northern District of

23    California on a *pro hac vice* basis, representing Defendants National Football League Players

24    Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc

25    ("Players Inc")

26         **IT IS HEREBY ORDERED** that the application is granted, subject to the terms

27    and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*

28    *hac vice.* Service of papers upon and communication with co-counsel designated in the

1  application will constitute notice to the party. All future filings in this action are subject to the

2  requirements contained in General Order No. 45, *Electronic Case Filing.*

3

4  Dated: __8/29/07_____, 2007

5

6  WILLIAM ALSUP
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28