## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 30, 2007

Case No. C 07-00943 WHA

Title: BERNARD PARRISH v. NATIONAL FOOTBALL LEAGUE

Plaintiff Attorneys: Ryan Hilbert; Ronald Katz; Lewis LeClair

Defense Attorneys: Eamon O'Kelly; Jeffrey Kessler

Deputy Clerk: Dawn Toland

Court Reporter: Sahar McVickar

### PROCEEDINGS

1) Dft's Motion to Dismiss - Taken Under Submission

2) 

Complete Initial Disclosures (Rule 26):

Discovery Cutoff:

Designation of Experts:

Last Day to File Motion:


Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial


**ORDERED AFTER HEARING:**