United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS, INC., a Virginia corporation,<br><br>    Defendants.<br>_____/ | No. C 07-00943 WHA<br><br>**ORDER RE GLA SIGNED BY ADDERLEY AND DUES PAID BY PLAINTIFFS** |

Plaintiffs are hereby ordered to file a copy of the GLA signed by plaintiff Adderley in 2005 no later than **AUGUST 31, 2007, AT NOON**. Parties are also ordered to file a declaration under oath certifying which of the three plaintiffs, if any paid dues to the NFLPA within the statute of limitations, no later than **SEPTEMBER 4, 2007, AT NOON**.

**IT IS SO ORDERED.**

Dated: August 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE