

Ronald S. Katz
Manatt, Phelps & Phillips, LLP
Direct Dial: (650) 812-1346
E-mail: rkatz@manatt.com

August 30, 2007

Client-Matter: 29749-060

**VIA ELECTRONIC FILING**

The Honorable William Alsup
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   *Parrish v. National Football League Players Association*
           Case No. C07-0943 WHA

Dear Judge Alsup:

    Pursuant to the Court's August 30, 2007 Order, we are hereby re-submitting copies of the GLAs signed by Plaintiff Herb Adderley on May 1, 2001 and November 22, 2002, which, having expired on December 31, 2003 and December 31, 2005, respectively, were both in effect within the statute of limitations period. These were attached to the previously-filed August 9, 2007 Declaration of Ryan S. Hilbert.

                          Respectfully submitted,

                          /s/ Ronald S. Katz
                          Ronald S. Katz
                          Counsel for Plaintiffs

Enclosures

1001 Page Mill Road, Building 2, Palo Alto, California 94304-1006  Telephone: 650.812.1300  Fax: 650.213.0260
Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | Washington, D.C.

dockets.Justia.com



## NFL PLAYERS ASSOCIATION

### Retired Player Group Licensing Authorization Form

NFL Players Association
2021 L Street, NW
Suite 600
Washington, DC 20036
202.463.2200
Fax 202.857.0380

The undersigned hereby authorizes the National Football League Players Association ("NFLPA") and its licensing affiliates the non-exclusive right to use his name, signature, facsimile, voice, picture, photograph, likeness and/or biographical information (collectively "image") in the NFLPA Retired Player Group Licensing Program.

Group licensing programs are defined as programs in which a licensee utilizes a total of six (6) or more present or former NFL player images in conjunction with or on products that are sold at retail or used as promotional or premium items.

The undersigned player retains the right to grant the use of his image to another entity for use in a group of five (5) or less present or former players in conjunction with or on products sold at retail or used as promotional or premium items.

If the undersigned player's inclusion in a particular NFLPA program will conflict with an individual exclusive endorsement agreement, and the player provides the NFLPA with timely notice of that conflict, the NFLPA agrees to exclude the player from that particular program.

It is further understood that the moneys generated by such licensing of retired player group rights will be divided between the player and an escrow account for all eligible NFLPA members who have signed a group licensing authorization form. Any group licensing contract entered into with an individual company by the NFLPA shall exclude players who are committed by contract individually for competitive products or services.

This authorization shall expire December 31, 2005.

Agreed to by: _Herb Adderley #26_
(Signature)

HERB ADDERLEY
(Please print your name)

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
(Social Security Number)

11-22-02
(Date)

PI000001



# NFL PLAYERS ASSOCIATION

## Retired Player Group Licensing Authorization Form

NFL Players Association
2021 L Street, NW
Suite 600
Washington, DC 20036
202.463.2200
Fax 202.857.0380

The undersigned hereby authorizes the National Football League Players Association ("NFLPA") and its licensing affiliates the non-exclusive right to use his name, signature, facsimile, voice, picture, photograph, likeness and/or biographical information (collectively "image") in the NFLPA Retired Player Group Licensing Program.

Group licensing programs are defined as programs in which a licensee utilizes a total of six (6) or more present or former NFL player images in conjunction with or on products that are sold at retail or used as promotional or premium items.

The undersigned player retains the right to grant the use of his image to another entity for use in a group of five (5) or less present or former players in conjunction with or on products sold at retail or used as promotional or premium items.

If the undersigned player's inclusion in a particular NFLPA program will conflict with an individual exclusive endorsement agreement, and the player provides the NFLPA with timely notice of that conflict, the NFLPA agrees to exclude the player from that particular program.

It is further understood that the moneys generated by such licensing of retired player group rights will be divided between the player and an escrow account for all eligible NFLPA members who have signed a group licensing authorization form. Any group licensing contract entered into with an individual company by the NFLPA shall exclude players who are committed by contract individually for competitive products or services.

This authorization shall expire December 31, 2003.

Agreed to by: _Herb Adderley_ (Signature)

HERB ADDERLEY #26
(Please print your name)

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
(Social Security Number)

5-1-2001
(Date)

PI000002