Mark Malin (SBN 199757)
mmalin@deweyballantine.com
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

Jeffrey L. Kessler (*pro hac vice*)
jkessler@deweyballantine.com
David G. Feher (*pro hac vice*)
dfeher@deweyballantine.com
Eamon O'Kelly (*pro hac vice*)
eokelly@deweyballantine.com
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
kenneth.steinthal@weil.com
Joseph R. Wetzel (SBN 238008)
joseph.wetzel@weil.com
Weil, Gotshal & Manges
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
bruce.meyer@weil.com
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendant National Football League Players
Incorporated d/b/a Players Inc., a Virginia Corporation

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>                    Plaintiffs,<br><br>    v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC.<br><br>                    Defendants. | Case No. C 07 00943 WHA<br><br>**DECLARATION OF ANDRE COLLINS RE: PLAINTIFFS' PAYMENT OF NFLPA RETIRED PLAYERS ASSOCIATION DUES** |

Declaration of Andre Collins                          Civ. Action No. C07 0943 WHA

# DECLARATION OF ANDRE COLLINS

Andre Collins hereby declares, under penalty of perjury, as follows:

1. I am the Director of the NFLPA Retired Players Department, and have held that position since 2004. I am over twenty-one years of age, and I have personal knowledge of each of the facts stated herein. If called upon to testify, I could and would testify completely thereto.

2. According to the records kept by the NFLPA Retired Players Department, Herbert Adderley paid $50 in annual NFLPA Retired Players Association dues in each of the following years within the statute of limitations period: 2003, 2004, and 2005. Mr. Adderley's membership expired in or around February of 2006, and he is no longer a member of the NFLPA Retired Players Association.

3. According to the records kept by the NFLPA Retired Players Department, Bernard Parrish paid $50 in annual NFLPA Retired Players Association dues in 2005. The NFLPA Retired Players Department does not have any records of Mr. Parrish paying any NFLPA Retired Players Association dues in any other years within the statute of limitations period, or since 1999. Mr. Parrish's membership expired in or around April of 2006, and he is no longer a member of the NFLPA Retired Players Association.

4.  According to the records kept by the NFLPA Retired Players Department, Walter Roberts III did not pay any NFLPA Retired Players Association dues within the statute of limitations period, or at any time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 4, 2007

_____
Andre Collins

-3-

Declaration of Andre Collins                              Civ. Action No. C07 0943 WHA