

**Ronald S. Katz**
Manatt, Phelps & Phillips, LLP
Direct Dial: (650) 812-1346
E-mail: rkatz@manatt.com

September 4, 2007

Client-Matter: 29749-060

**VIA ELECTRONIC FILING**

The Honorable William Alsup
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:   *Parrish v. National Football League Players Association*
              Case No. C07-0943 WHA

Dear Judge Alsup:

    Pursuant to the Court's August 30, 2007 Order, we are filing concurrently herewith declarations from Plaintiffs Bernard Paul Parrish and Herbert Anthony Adderley.

    Defendants' letter brief filed today seeks to include legal arguments, to which Plaintiffs do not respond because Plaintiffs believe that such arguments go beyond what the Court ordered on August, 30, 2007. Plaintiffs will quickly respond to these incorrect arguments, however, if the Court believes that such a response would be helpful to the Court and so orders.

                                                Respectfully submitted,

                                                /s/ Ronald S. Katz
                                                Ronald S. Katz
                                                Counsel for Plaintiffs