1  MANATT, PHELPS & PHILLIPS, LLP
   RONALD S. KATZ (Bar No. CA 085713)
2  E-mail: rkatz@manatt.com
   RYAN S. HILBERT (California Bar No. 210549)
3  E-mail: rhilbert@manatt.com
   NOEL S. COHEN (California Bar No. 219645)
4  E-mail: ncohen@manatt.com
   1001 Page Mill Road, Building 2
5  Palo Alto, CA 94304-1006
   Telephone: (650) 812-1300
6  Facsimile: (650) 213-0260

7  MCKOOL SMITH, P.C.
   LEWIS T. LECLAIR (Bar No. CA 077136)
8  E-mail: lleclair@mckoolsmith.com
   JILL C. ADLER (Bar No. CA 150783)
9  E-mail: jadler@mckoolsmith.com
   300 Crescent Court
10 Dallas, TX 75201
   Telephone: (214) 978-4984
11 Facsimile: (214) 978-4044

12 *Attorneys for Plaintiffs*

13

14              UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT

16               SAN FRANCISCO DIVISION

17

18 BERNARD PAUL PARRISH, HERBERT          CIVIL ACTION NO. C07 0943 WHA
   ANTHONY ADDERLEY, and WALTER
19 ROBERTS III, on behalf of themselves and
   all others similarly situated,
20                                         DECLARATION OF BERNARD PAUL
            Plaintiffs,                    PARRISH REGARDING NFLPA DUES
21
22      vs.

23 NATIONAL FOOTBALL LEAGUE
   PLAYERS ASSOCIATION, a Virginia
24 corporation, and NATIONAL FOOTBALL
   LEAGUE PLAYERS INCORPORATED
25 d/b/a PLAYERS INC, a Virginia
   corporation,
26
            Defendants.
27

28

MANATT, PHELPS &
 PHILLIPS, LLP
ATTORNEYS AT LAW
  PALO ALTO

PARRISH DECLARATION REGARDING NFLPA DUES
CASE NO. C 07-0943 WHA

1

2    I, Bernard Paul Parrish, declare and state as follows:

3        1.      I am a party to this lawsuit, and submit this declaration pursuant to the Court's

4    August 30, 2007 Order.  I have personal, first-hand knowledge of the matters stated herein, and,

5    if called upon to do so, I could and would competently testify thereto.

6        2.      I have paid dues to the National Football League Players Association ("NFLPA")

7    within the period from February 14, 2003 to the present.

8        3.      Attached hereto as Exhibit A is a true and correct copy of a letter to me from the

9    NFLPA Retired Players Steering Committee dated March 15, 2006 thanking me "for being a

10   member of the NFLPA Retired Players Association" and soliciting me to renew my membership.

11       I declare under penalty of perjury under the laws of the United States that the foregoing is

12   true and correct and that this declaration was executed on August 31, 2007.

13

14

15                                   Bernard Paul Parrish

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

PARRISH DECLARATION REGARDING NFLPA DUES
CASE NO. C 07-0943 WHA