| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | RONALD S. KATZ (Bar No. CA 085713) |
| 2 | E-mail: rkatz@manatt.com |
| | RYAN S. HILBERT (California Bar No. 210549) |
| 3 | E-mail: rhilbert@manatt.com |
| | NOEL S. COHEN (California Bar No. 219645) |
| 4 | E-mail: ncohen@manatt.com |
| | 1001 Page Mill Road, Building 2 |
| 5 | Palo Alto, CA 94304-1006 |
| | Telephone: (650) 812-1300 |
| 6 | Facsimile: (650) 213-0260 |
| 7 | MCKOOL SMITH, P.C. |
| | LEWIS T. LECLAIR (Bar No. CA 077136) |
| 8 | E-mail: lleclair@mckoolsmith.com |
| | JILL C. ADLER (Bar No. CA 150783) |
| 9 | E-mail: jadler@mckoolsmith.com |
| | 300 Crescent Court |
| 10 | Dallas, TX 75201 |
| | Telephone: (214) 978-4984 |
| 11 | Facsimile: (214) 978-4044 |
| 12 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation, <br><br> Defendants. | CIVIL ACTION NO. C07 0943 WHA <br><br> **DECLARATION OF HERBERT ANTHONY ADDERLEY REGARDING NFLPA DUES** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

ADDERLEY DECLARATION REGARDING NFLPA DUES
CASE NO. C 07-0943 WHA

I, Herbert Anthony Adderley, declare and state as follows:

1. I am a party to this lawsuit, and submit this declaration pursuant to the Court's August 30, 2007 Order. I have personal, first-hand knowledge of the matters stated herein, and, if called upon to do so, I could and would competently testify thereto.

2. I have paid dues to the National Football League Players Association ("NFLPA") within the period from February 14, 2003 to the present.

3. Attached hereto as Exhibit A is a true and correct copy of the first eight pages of the 2004-2006 NFLPA Retired Members Directory, which lists me as a member.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 31, 2007.

/s/ Herbert Anthony Adderley
Herbert Anthony Adderley

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ronald S. Katz hereby attests that concurrence in the filing of this document has been obtained.*

20187750.3