# EXHIBIT A
# TO THE
# DECLARATION OF HERBERT ANTHONY ADDERLEY
# REGARDING NFLPA DUES



2004 - 2006

NFLPA

Retired

Members

Directory



# 2004-2006
# NFLPA Retired Members Directory

## Table of Contents

NFLPA Departments ................................................................2
NFLPA Retired Players Department ........................................4
Alphabetical Listing ................................................................8
Listings By State ................................................................198

www.nflpa.org

Login Name: First letter of your first name plus your last name, i.e. John Doe =JDoe
Password: The last four digits of your social security number.

Copyright 2004. National Football League Players Association. All rights reserved. This NFLPA Retired Players Membership Directory has been copyrighted and may not be sold, copied, or redistributed in any manner without the express written approval of the NFL Players Association.

---

Individuals' listings are alphabetical by last name, team and the **LAST** year played, wife's name, home address, home telephone number, business information (company, title/description, business address, business phone, business fax), email.

If work address/phone is same as home information it is only listed once.

Not all members of the NFLPA Retired Players are included. A member may request not to be listed.

21

## Team/League Abbreviations

| Abbr | Team |
|---|---|
| AC | Arizona Cardinals 1994 - |
| ATL | Atlanta Falcons 1996 - |
| BAL | Baltimore Colts 1950, 1953-83 Baltimore Ravens 1996- |
| BKN | Brooklyn Lions 1926; Dodgers 1930-43; Tigers 1944 |
| BknA | Brooklyn Dodgers AAFC 1946-48 |
| BOS | Boston Bulldogs 1929; Braves 1932; Redskins 1933-36; Boston Yanks 1944-48, Boston Patriots 1960-70 |
| BUF | Buffalo All-Americans 1920-23 Bisons 1924-25; Rangers 1926; Bisons 1927 & 29, Bills 1960- |
| CAR | Carolina Panthers 1995- |
| CFL | Canadian Football League |
| ChiA | Chicago Rocketts AAFC 1946-48; Hornets 1949 |
| ChiB | Chicago Bears 1922- |
| ChiC | Chicago Cardinals 1920-59 |
| CIN | Cincinnati Celts 1921; Reds 1933; Bengals 1968- |
| CLE | Cleveland Tigers 1920-21; Indians 1923; Bulldogs 1924-25, 1927; Indians 1931; Rams 1937-42, 1944-45; Browns 1950-95 & 1999- |
| DalT | Dallas Texans 1952, 1960-62 |
| DAL | Dallas Cowboys 1970- |
| DEN | Denver Broncos 1970- |
| DET | Detroit Heralds 1920; Tigers 1921; Panthers 1925-26; Wolverines 1928; Lions 1934- |
| FRA | Frankford Yellowjackets 1924-31 |
| GB | Green Bay Packers 1921- |
| HOU | Houston Oilers 1960-96; Houston Texans 2002- |
| IND | Indianapolis Colts 1984- |
| JAX | Jacksonville Jaguars 1995- |
| KC | Kansas City Blues 1924; Kansas City Cowboys 1925-26; Chiefs 1963- |
| LAChargers | L.A. Chargers 1970 |
| LARd | Los Angeles Raiders 1982-94 |
| LARm | Los Angeles Rams 1946-94 |
| LA-A | L.A. Dons AAFC 1946-49 |
| MIA | Miami Dolphins 1976- |
| MIN | Minneapolis Marines 1920-24; Red Jackets 1929-30; Vikings 1961- |
| NE | New England Patriots 1971- |
| NO | New Orleans Saints 1967- |
| NYBDOGS | NY Bulldogs 1949 |
| NYG | NY Brickley Giants 1921; New York Giants 1925- |
| NYY | NY Yankees 1927-28; NY Yankees AAFC 1946-49; NY Yanks 1950-51 |
| NYT | New York Titans 1960-62 |
| NYJ | New York Jets 1963- |
| OAK | Oakland Raiders 1960-81; 1995- |
| PHI | Philadelphia Eagles 1933-42 1944- |
| PHO | Phoenix Cardinals 1988-93 |
| PIT | Pittsburgh Pirates 1933-39; Steelers 1940-42, 1945- |
| SD | San Diego Chargers 1961- |
| SEA | Seattle Seahawks 1977- |
| SF | San Francisco 49ers AAFC 1946-49; SF 49ers 1950- |
| StL | St. Louis All-Stars 1923; Cardinals 1960-87; Rams 1995- |
| TB | Tampa Bay Buccanneers 1976- |
| TEN | Tennessee Oilers 1997-98; Tennessee Titans 1999- |
| USFL | United States Football League |
| WAS | Washington Senators 1921; Redskins 1937- |
| WFL | World Football League |

# NFLPA Departments
## 1-800-372-2000

| | |
|---|---|
| Executive | Gene Upshaw, Executive Director |
| Accounting | Bill Garner, Director of Finance/Asset Mgmt |
| Arena Football League Players Association | James Guidry, Regional Director |
| Benefits | Miki Yaras-Davis, Director |
| Communications | Carl Francis, Director |
| Financial Advisors Program | Dana Hammonds, Assistant Director |
| Human Resources | Mary Moran, Director |
| Information Systems | Richard Persons, Director |
| Legal | Richard Berthelsen, General Counsel |
| Membership (Active) | AnneMarie Snyder, Director |
| Player Development | Stacy Robinson, Director |
| Regional Directors | Clark Gaines, Senior Regional Director |
| Research | Michael Duberstein, Director |
| Salary Cap & Agent Administration | Mark Levin, Director |

### NFLPA Retired Players

Andre Collins, Director — (202) 463-2228
Dee Becker, Asst. Director — (202) 463-2227
Corinne Beavers — (202) 463-2226
Anne Gasho — (202) 463-2223

Email — nflparetiredplayers@nflplayers.com
Fax — (202) 857-1089

3

# NFLPA RETIRED PLAYERS DEPARTMENT

## A CONTINUED VOICE IN YOUR UNION

In 1984, the Retired Players Association was formed to provide an active voice in the organization for all former professional football players. Goals were set, local chapters were formed, and an agenda fitting the needs of former players was put into place.

Our goals and objectives include:

- To increase membership;
- To establish more local chapters;
- To increase the future pension and benefits for all players;
- To strengthen the formal line of communication between active and retired players;
- To build a network of retired players for business contacts and second careers;
- To help build the image of the game and promote it to the benefit of players;
- To raise funds for the Players Assistance Trust Fund (PAT);
- To help facilitate the development of a professional athletes' retirement center;
- To develop and support youth education programs.

## LEADERSHIP

A nine-member National Steering Committee is elected (three posts each year) at the retired players convention. The committee meets throughout the year. This group serves as the organization's advisory body.

## COMMUNICATION

All retired members receive the monthly newsletter, Touchback, a publication that keeps retired players informed of recent events.

The retired players department has a section on the NFLPA website, www.nflpa.org. Players can join the organization, view the list of membership benefits, and read stories from the newsletter.

4

## Retired Players' Studies

The NFLPA conducts studies that are important to retired players. For example, the department is currently working with the Center For The Study of Retired Athletes at the University of North Carolina (Chapel Hill) on a health study focusing on clinical and epidemiological research. The primary goal of the Center is to analyze data collected from NFLPA retired players on types, mechanisms, and outcomes of injuries sustained by professional athletes during their careers.

Other studies include:
- Lifestyles After Football (1996)
- After The Battle (1994)
- NIOSH Mortality Study (1994)
- Injuries: Aftermath of a Football Career (1990)
- Life and Stress After Football (1989)

Players interested on obtaining copies of any of these studies may contact the Retired Players Department.

## Pension Improvements

Since 1987, through the lobbying efforts of the retired players and negotiations by the active players, the following pension benefits have been achieved:

| Date | Improvement |
|---|---|
| March 1987 | Players who played prior to 1959 receive pension benefits for the first time |
| October 1992 | 33-1/3% increase (pre-59ers) |
| June 1993 | 40% increase (pre-59ers receive 33-1/3%) in monthly benefit |
| June 1994 | Pre-59ers included in Pension Plan |
| June 1995 | World War II years included for vesting |
| May 1996 | Korean War and Vietnam years included for vesting |
| March 1998 | Four-year players added to plan; 10% increase in monthly benefit for all retirees |
| January 2002 | Minimum $200 a month per season played (normal retirement at age 55) retroactive to September 1, 2001. |
| January 2003 | Injured Reserve seasons prior to 1970 not previously counted toward vesting are included. Payments made retroactive to June 1, 1998 |

5

## NFLPA Retired Players' Chapters

Chapters nationwide represent a cross section of retired professional football players from all decades. They operate with organized leadership and regular meetings. The Retired Players Association has developed chapter regulations to help chapter officers organize the local groups. The chapters are involved in many charitable and special events. Former players promote community service by working with youth groups, allowing retired players to give young people motivation to succeed.

## National Convention

The NFLPA Retired Players Annual Convention is held to discuss and develop policies that will benefit and promote the retired player and the image of the sport.

## Players Assistance Trust Fund (P.A.T.)

The Players Assistance Trust Fund (P.A.T.) was established to help players faced with catastrophic problems of health and finance. The maximum grant amounts are $15,000 for medical related problems and $10,000 for other financial crises. As of December 31, 2003, the fund has assisted 520 former players, students (scholarships) and charitable organizations in the amount of $5.3 million since it was established in December, 1990. Players have received 90% of the money provided.

The Players Assistance Trust Fund grants have also helped former NFL players return to college for degree completion. The P.A.T. Fund is continuing to grow through donations by the NFL Players Association, the National Football League, private corporations, NFLPA retired players' chapters and their special events and individual contributions. In addition, a scholarship program is offered each fall to deserving high school male and female senior scholar/athletes in each Chapter City.

# NFLPA Retired Players Licensing Programs

PLAYERS INC, the for-profit licensing company of the NFL Players Association, is constantly working to develop retired players programs. The NFLPA Retired Players Department has obtained Group Licensing Assignment agreements (GLAs) from more than 2,900 retired NFL players, and is in the process of building up our list so that PLAYERS INC can provide more opportunities to retirees.

---

**Bert Bell/Pete Rozelle/NFL Players Retirement Plan Office**

Bert Bell/Pete Rozelle/NFL Players Retirement Plan
200 St. Paul Place, Suite 2040
Baltimore, Md. 21202-2040
(410) 685-5069
(800) 638-3186

Sarah E. Gaunt, Plan Director
Gay Lynn Hector, Assistant Plan Director

7

# ALPHABETICAL LISTING
## A

**Abdul-Saboor, Mikal** (PIT, 1983) **Andrea,** 5465 Derby Chase Court, Alpharetta, GA 30005 (770) 343-8266 ... (770) 772-3036 • email: asaboor@comcast.net

**Acks, Ronald W.** (ATL, NE, GB, 1976) **Judy,** 563 Licklog Ridge, Hayesville, NC 28904 (828) 389-0561 ... Public Works Equipment, Sales Rep, street & sewer maintenance equipment, 3405 Westwood Industrial Drive, Monroe, NC 28110 (800) 222-6803 • Fax (704) 283-2266

**Adams, George Wallace** (NYG, NE, 1992) **Michelle,** 1405 Susan Lane, Carrollton, TX 75007 (214) 727-5522

**Adams, Peter A.** (CLE, 1976) 1443 Hygeia Avenue, Levcadia, CA 92024 (760) 942-2105 ... • email: apedroadams@aol.com

**Adams, Robert B.** (PIT, NE, ATL, SF, DEN, 1977) 7065 Hollywood Blvd., Los Angeles, CA 90028 (323) 841-1016 ... Able International, Sr. Vice President, world leader in social betterment programs, (323) 960-3530 • Fax (323) 960-3537 • email: bob@rarefire.com

**Adams, Sam E.** (NE, NO, 1982) 12010 Hollystone, Houston, TX 77070 (281) 890-0053

**Adams, Stefon L.** (LARd, CLE, MIA, 1990) **Patrice,** 937 Bingham Lane, Stone Mountain, GA 30083 (404) 298-0691 ... Next Level Youth Sports Camps, Owner/Program Director, basic fundamental skills camp, (404) 888-0801 • Fax (404) 292-3609 • email: Adams7sp@aol.com

**Adderley, Herb** (GB, DAL, 1972) 1058 Tristram Cir., Mantua, NJ 08051-2204 (856) 468-0773 ... • email: herbadderley26@aol.com

**Addison, Thomas M** (BOS, 1967) 47 Devamt Drive E, Sun City H.H., Bluffton, SC 29910 (843) 705-5350

**Adickes, John M.** (ChiB, MIN, 1989) **Lisa,** 205 West Fair Oaks Place, San Antonio, TX 78209 (210) 804-0799 ... Salomon Smith Barney, Senior Vice President, investments, 300 Convent Street, 28th Floor, San Antonio, TX 78209 (210) 242-6379 • email: maxie@sbcglobal.net

**Adickes, Mark** (USFL, KC, WAS, 1992) **Jacqueline,** 941 Fox Ridge Rd., SW, Rochester, MN 55902 (507) 289-4428 ... Mayo Clinic, Orthopedic Surgery, 200 1st St. S.W., Rochester, MN 55905 (507) 284-2511 • email: mjsmge@hotmail.com

**Agajanian, Ben** (PHI, PIT, LA-A, NYG, LARm, LAChargers, DalT, GB, OAK, SD, 1964) 4381 Green St. Apt. C, Los Alamitos, CA 90720 (562) 596-7775 ... Ben Agajanian Kicking Camp, Owner, kicking camp for kids, • Fax (972) 596-7775

**Agase, Alexander A.** (LA-A, ChiA, CLE, BAL, 1953) **Norma,** 1281 Pine Ridge Circle E., Apt. G-1, Tarpon Springs, FL 34688-5407 (727) 938-7046 ... Football Coach

**Agee, Melvin** (IND, ATL, 1996) **Sharon,** 685 Martinfield Drive, Lawerencville, GA 30045 (678) 517-4649 ... S & M Accounting Services, Owner, tax & accounting services, (770) 237-5807 • email: BBopp68@cs.com

**Agee, Thomas L.** (DAL, KC, SEA, 1994) **Anchylus,** 1505 Blackhawk Dr., Opelika, AL 36801 (334) 749-0759 ... (334) 705-5550 • email: tagee@ci.opelika.al.us

**Akers, Jeremy** (ATL, NFL Europe, DAL, OAK, DEN, StL, 2002) **Angie,** 2668 Vuelta Grande Ave, Long Beach, CA 90815 (562) 425-1799 ... The Mortgage Factory, Service Manager, real estate loans, 222 N Sepulveda Blvd, Suite 2000, El Segundo, CA 90245 (310) 364-5252 • Fax (310) 364-5246 • email: jakers@venmedia.com

**Akili, Samaji Adi** (SD, HOU, 1978) **Wanda,** 1219 Gregg, Houston, TX 77020 (713) 223-4223

**Akiu, Michael** (HOU, 1989) **Sheraine,** P.O. Box 1845, Kailua, HI 96734 (808) 262-1942 ... (808) 741-6453 • email: akiu02@aol.com

**Alban, Richard H.** (WAS, PIT, 1959) **Mary,** 306 Belpaire Ct., Newtown Square, PA 19073 (610) 356-9128