MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN CONFIDENTIAL MATERIALS UNDER SEAL IN SUPPORT OF PLAINTIFFS' THIRD AMENDED COMPLAINT; DECLARATION OF RYAN S. HILBERT IN SUPPORT THEREOF** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20189343.1

MISC. REQUEST TO FILE UNDER SEAL
CASE NO. C:07-0943 WHA

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Civil Local Rules 79-5(d) and 7-11, and the Court's inherent authority over its own files and records, Plaintiffs file these documents in support of their Motion for Leave to File the Third Amended Complaint for Breach of Contract, Breach of Fiduciary Duty, an Accounting and Violation of California Business & Professions Code § 17200 (the Complaint is being filed as an attachment to Plaintiff's Motion For Leave to File same).

Specifically, Plaintiffs request that the Court seal the following documents:

**(A)    An unredacted version of Motion for Leave to File the Third Amended Complaint;**

**(B)    An unredacted version of the Third Amended Complaint (filed as an attachment to the Motion for Leave to File);**

**(C)    Exhibits D, F, G, I, J, and O to the Third Amended Complaint (filed as an attachment to the Motion for Leave to File); and.**

**(D)    An unredacted version of the Declaration of Ronald S. Katz in Support of the Motion for Leave to File the Third Amended Complaint.**

This motion is made on the grounds that the above documents contain documents, testimony and information that has been designated as "Highly Confidential – Attorneys Eyes Only" by Defendants. For this reason, Plaintiffs submit the above-referenced documents under seal. Plaintiffs respectfully request that the Court authorize the filing of the documents under seal pursuant to designation by Defendants.

20189343.1    2    MISC. REQUEST TO FILE UNDER SEAL
CASE NO. C:07-0943 WHA

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

| | | |
|---|---|---|
| 1 | Dated: September 27, 2007 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | | |
| 3 | | By:  /s/ Ryan S. Hilbert |
| | | Ronald S. Katz (SBN 085713) |
| | | Ryan S. Hilbert (SBN 210549) |
| 4 | | Noel S. Cohen (SBN 219645) |
| | | MANATT, PHELPS & PHILLIPS, LLP |
| 5 | | 1001 Page Mill Road, Building 2 |
| | | Palo Alto, CA  94304-1006 |
| 6 | | Telephone:     (650) 812-1300 |
| | | Facsimile:      (650) 213-0260 |
| 7 | | *Attorneys for Plaintiffs* |

Lewis T. LeClair, Esq.
Jill Adler, Esq.
McKOOL SMITH, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-4984
214-978-4044 (fax)

**OF COUNSEL**

Samuel A. Mutch Esq.
SAMUEL A. MUTCH, P.A.
2114 N.W. 40th Terrace, Suite A-1
Gainesville, FL  32605
Telephone:     (352) 378-5599
Facsimile:      (352) 378-3388

---

20189343.1               3               MISC. REQUEST TO FILE UNDER SEAL
                                         CASE NO. C:07-0943 WHA

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO