| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | RONALD S. KATZ (Bar No. CA 085713) |
| 2 | E-mail: rkatz@manatt.com |
| | RYAN S. HILBERT (California Bar No. 210549) |
| 3 | E-mail: rhilbert@manatt.com |
| | NOEL S. COHEN (California Bar No. 219645) |
| 4 | E-mail: ncohen@manatt.com |
| | 1001 Page Mill Road, Building 2 |
| 5 | Palo Alto, CA 94304-1006 |
| | Telephone: (650) 812-1300 |
| 6 | Facsimile: (650) 213-0260 |
| 7 | McKOOL SMITH, P.C. |
| | LEWIS T. LECLAIR (Bar No. CA 077136) |
| 8 | E-mail: lleclair@mckoolsmith.com |
| | JILL ADLER (Bar No. CA 150783) |
| 9 | E-mail: jadler@mckoolsmith.com |
| | 300 Crescent Court, Suite 1500 |
| 10 | Dallas, TX 75201 |
| | Telephone: (214) 978-4000 |
| 11 | Facsimile: (214) 978-4044 |
| 12 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**DECLARATION OF RYAN S. HILBERT IN SUPPORT OF PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN CONFIDENTIAL MATERIALS UNDER SEAL IN SUPPORT OF PLAINTIFFS' THIRD AMENDED COMPLAINT** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20189361.1

HILBERT DECLARATION
CASE NO. C:07-0943 WHA

I, Ryan S. Hilbert, declare as follows:

1. I am an associate with Manatt, Phelps & Phillips, LLP, attorneys of record for Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts, III, in the above-captioned matter. The facts below are true and correct and within my own personal knowledge. If called on to testify to them, I could and would competently do so.

2. This Declaration pertains to the Plaintiffs' Motion for Leave to File Third Amended Complaint, the Third Amended Complaint for Breach of Contract, Breach of Fiduciary Duty, an Accounting and Violation of California Business & Professions Code § 17200, and exhibits D, F, G, I, J, and O attached thereto and filed concurrently with the Motion for Leave to File same, and the Declaration of Ronald S. Katz in Support of the Motion to File Third Amended Complaint filed concurrently therewith.

3. The above-referenced documents, information and exhibits have been specifically designated by Defendants as "Highly Confidential – Attorneys Eyes Only."

4. Plaintiffs have narrowly tailored their request to file the above information and documents under seal in that they are only seeking to seal what Defendants have designated as "Highly Confidential – Attorneys Eyes Only" information, testimony and/or documents pursuant to the parties' Stipulated Protective Order.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on September 27, 2007.

                                                       /s/ Ryan S. Hilbert
                                                       Ryan S. Hilbert

20189361.1     2     HILBERT DECLARATION
CASE NO. C:07-0943 WHA

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO