MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**[PROPOSED] ORDER SEALING CONFIDENTIAL DOCUMENTS**<br><br>**[CIVIL L.R. 79-5]** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20189354.1

PROPOSED ORDER
CASE NO. C:07-0943 WHA

Dockets.Justia.com

Plaintiffs have requested an Order sealing documents, information and testimony relating to their Motion to File Third Amended Complaint and, specifically, the Third Amended Complaint for Breach of Contract, Breach of Fiduciary Duty, an Accounting and Violation of California Business & Professions Code § 17200, and exhibits D, F, G, I, J, and O attached thereto and filed concurrently with the Motion for Leave to File same, and the Declaration of Ronald S. Katz in Support of the Motion to File Third Amended Complaint filed concurrently therewith. ("Motion for Leave"). As set forth in the Declaration of Ryan S. Hilbert submitted in support of Plaintiffs' request to file under seal, the documents named above contain information and testimony, or are documents, that Defendants have designated as "Highly Confidential – Attorneys Eyes Only." Pursuant to Civil L.R. 79-5(d), Plaintiffs have submitted a Miscellaneous Administrative Request to file this document under seal.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 26(c), Civil L.R. 79-5(d), and the Court's inherent authority over the papers filed in this Court, the following documents are to be sealed:

**(A)     An unredacted version of Motion for Leave to File the Third Amended Complaint;**

**(B)     An unredacted version of the Third Amended Complaint (filed as an attachment to the Motion for Leave to File);**

**(C)     Exhibits D, F, G, I, J, and O to the Third Amended Complaint (filed as an attachment to the Motion for Leave to File); and.**

**(D)     An unredacted version of the Declaration of Ronald S. Katz in Support of the Motion for Leave to File the Third Amended Complaint.**

**IT IS SO ORDERED**

**Dated: _____, 2007**

_____
Honorable William H. Alsup