| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | RONALD S. KATZ (Bar No. CA 085713) |
| 2 | E-mail: rkatz@manatt.com |
| | RYAN S. HILBERT (California Bar No. 210549) |
| 3 | E-mail: rhilbert@manatt.com |
| | NOEL S. COHEN (California Bar No. 219645) |
| 4 | E-mail: ncohen@manatt.com |
| | 1001 Page Mill Road, Building 2 |
| 5 | Palo Alto, CA 94304-1006 |
| | Telephone: (650) 812-1300 |
| 6 | Facsimile: (650) 213-0260 |
| 7 | McKOOL SMITH, P.C. |
| | LEWIS T. LECLAIR (Bar No. CA 077136) |
| 8 | E-mail: lleclair@mckoolsmith.com |
| | JILL ADLER (Bar No. CA 150783) |
| 9 | E-mail: jadler@mckoolsmith.com |
| | 300 Crescent Court, Suite 1500 |
| 10 | Dallas, TX 75201 |
| | Telephone: (214) 978-4000 |
| 11 | Facsimile: (214) 978-4044 |
| 12 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| | BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**NOTICE OF MANUAL FILING OF THIRD AMENDED COMPLAINT FOR BREACH OF CONTRACT, BREACH OF FIDUCIARY DUTY, AN ACCOUNTING AND VIOLATION OF CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200 AND EXHIBITS D, F, G, I, J, AND O ATTACHED THERETO** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20189357.1

NOTICE OF MANUAL FILING
CASE NO. C:07-0943 WHA

## MANUAL FILING NOTIFICATION

Regarding: Notice of Manual Filing of **Motion for Leave to File Third Amended Complaint, the Third Amended Complaint for Breach of Contract, Breach of Fiduciary Duty, an Accounting and Violation of California Business & Professions Code § 17200, and exhibits D, F, G, I, J, and O attached thereto and filed concurrently with the Motion for Leave to File same, and the Declaration of Ronald S. Katz in Support of the Motion to File Third Amended Complaint filed concurrently therewith..**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the e-filing system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

20189357.1    2    NOTICE OF MANUAL FILING
CASE NO. C:07-0943 WHA

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

| | | |
|---|---|---|
| 1 | Dated: September 27, 2007 | MANATT, PHELPS & PHILLIPS, LLP |

By:  /s/ Ryan S. Hilbert
Ronald S. Katz (SBN 085713)
Ryan S. Hilbert (SBN 210549)
Noel S. Cohen (SBN 219645)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:       (650) 812-1300
Facsimile:        (650) 213-0260
*Attorneys for Plaintiffs*

Lewis T. LeClair, Esq.
Jill Adler, Esq.
McKOOL SMITH, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-4984
214-978-4044 (fax)

**OF COUNSEL**

Samuel A. Mutch Esq.
SAMUEL A. MUTCH, P.A.
2114 N.W. 40th Terrace, Suite A-1
 Gainesville, FL  32605
 Telephone:       (352) 378-5599
 Facsimile:        (352) 378-3388

20189357.1

3

NOTICE OF MANUAL FILING
CASE NO. C:07-0943 WHA

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO