# Exhibit A
## to the
## Third Amended Complaint for Breach of Contract, Beach of Fiduciary Duty, an Accounting and Violation of California Business & Professions Code § 17200

Dockets.Justia.com

NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIA                          52-1169809

| FORM 990 | PART IX - INFORMATION REGARDING TAXABLE SUBSIDIARIES AND DISREGARDED ENTITIES | STATEMENT  19 |
|---|---|---|

NAME OF CORPORATION, PARTNERSHIP OR DISREGARDED ENTITY

NATIONAL FOOTBALL LEAGUE PLAYERS, INC

ADDRESS

2021 L STREET, N.W., WASHINGTON, DC   20036

| EMPLOYER ID NUMBER | PERCENT OWNED | NATURE OF ACTIVITIES | TOTAL INCOME | END-OF-YEAR ASSETS |
|---|---|---|---|---|
| 52-1874638 | 79.00% | LICENSING OF NFLPA'S LOGO AND PLAYER GROUP LICENSING RIGHTS | 4,868,249. | 46,801,206. |

| FORM 990 | PART VIII - RELATIONSHIP OF ACTIVITIES TO ACCOMPLISHMENT OF EXEMPT PURPOSES | STATEMENT  20 |
|---|---|---|

| LINE | EXPLANATION OF RELATIONSHIP OF ACTIVITIES |
|---|---|
| 93A, 93B& 94 | AMOUNTS DUE FROM MEMBERS AND AGENTS AS CONSIDERATION FOR PROVIDING GOODS, SERVICES OR FACILITIES IN FURTHERANCE OF THE PURPOSE CONSTITUTING THE BASIS OF EXEMPTION OF THE ORGANIZATION. |
| 103B | REIMBURSEMENT OF EXPENSES BY AFFILATE |
| 103C & E | REFUNDS AND REIMBURSEMENTS |