# Exhibit B
## to the
## Third Amended Complaint for Breach of Contract, Beach of Fiduciary Duty, an Accounting and Violation of California Business & Professions Code § 17200

Dockets.Justia.com



# NFL PLAYERS ASSOCIATION

## Retired Player Group Licensing Authorization Form

The undersigned hereby authorizes the National Football League Players Association ("NFLPA") and its licensing affiliates the non-exclusive right to use his name, signature, facsimile, voice, picture, photograph, likeness and/or biographical information (collectively "image") in the NFLPA Retired Player Group Licensing Program.

NFL Players Association
2021 L Street, NW
Suite 600
Washington, DC 20036
202.463.2200
Fax 202.857.0380

Group licensing programs are defined as programs in which a licensee utilizes a total of six (6) or more present or former NFL player images in conjunction with or on products that are sold at retail or used as promotional or premium items.

The undersigned player retains the right to grant the use of his image to another entity for use in a group of five (5) or less present or former players in conjunction with or on products sold at retail or used as promotional or premium items.

If the undersigned player's inclusion in a particular NFLPA program will conflict with an individual exclusive endorsement agreement, and the player provides the NFLPA with timely notice of that conflict, the NFLPA agrees to exclude the player from that particular program.

It is further understood that the moneys generated by such licensing of retired player group rights will be divided between the player and an escrow account for all eligible NFLPA members who have signed a group licensing authorization form. Any group licensing contract entered into with an individual company by the NFLPA shall exclude players who are committed by contract individually for competitive products or services.

This authorization shall expire December 31, 2003.

Agreed to by:

_____
(Signature)

Herb Adderley #26
(Please print your name)

_____
(Social Security Number)

5 - 1 - 2001
(Date)