# Exhibit F
## to the
## Third Amended Complaint for Breach of Contract, Breach of Fiduciary Duty, an Accounting and Violation of California Business & Professions Code § 17200

## ***FILED UNDER SEAL***

Dockets.Justia.com