# Exhibit G
## to the
## Third Amended Complaint for Breach of Contract, Breach of Fiduciary Duty, an Accounting and Violation of California Business & Professions Code § 17200

### ***FILED UNDER SEAL***