**Exhibit H
to the
Third Amended Complaint for Breach of
Contract, Beach of Fiduciary Duty, an Accounting
and Violation of California Business &
Professions Code § 17200**

```
>------ Original Message ----- From: "Allen, Doug"
><Doug.Allen@nflplayers.com>
>To:
>Sent: Friday, October 27, 2006 4:47 PM
>Subject: RE: players inc. retired players and amounts of money received.
>
>
>That is exactly what we gave you in Baltimore. That was the total list
>of retired players paid last year and the total amount paid.  857
>payments to 358 players totaling $7,061,150. It was the second line on
>the list we passed out.  What part didn't you understand?  Any progress
>on giving Andre access to your blog?
>
>-----Original Message-----
>From:                                               Sent: Friday, October
>27,
>2006 5:21 PM
>To: Allen, Doug
>Subject: Re: players inc. retired players and amounts of money received.
>
>Thanks it would be nice to know which guys out of the 3,500 that the
>NFLPA said are part of the Players Inc. program take part in programs
>and the total of monies that is given to retired guys.

>------ Original Message ----- From: "Allen, Doug"
><Doug.Allen@nflplayers.com>
>To:
>Cc: "Collins, Andre" <Andre.Collins@nflplayers.com>; "Becker, Dee"
><Dee.Becker@nflplayers.com>
>Sent: Wednesday, October 25, 2006 4:26 PM
>Subject: RE: players inc. retired players and amounts of money received.
>

>I will call you and discuss any questions you have, but as I said at
>the Baltimore meeting, the specifics of individual deals are often
>confidential and the list is not for publication or circulation. I
```

>would be glad to give you the range of payments overall and how many
>opportunities particular players had when we speak if you are
>interested. Any progress with giving Andre access to your blog?
>
>Doug
>
>
>
>-----Original Message-----
>From:
>Sent: Saturday, October 21, 2006 11:32 AM
>To: Thomas, Qiana; Collins, Andre; Becker, Dee; Allen, Doug
>Cc:
>
>Subject: players inc. retired players and amounts of money received.
>
>Qiana,
>As a member of the NFLRPA I am requesting the information that Doug
>Allen said was available to us at the chapters meeting. The names and
>amounts of money that Players inc. has given to the retired players.
>Second Request .

>
>-------------------------------------------------
>This message (and any associated files) is intended only for the use of
>the individual or entity to which it is addressed and may contain
>information that is confidential, subject to copyright or constitutes a
>trade secret. If you are not the intended recipient you are hereby
>notified that any dissemination, copying or distribution of this
>message, or files associated with this message, is strictly prohibited.
>If you have received this message in error, please notify us
>immediately at administrator@nflplayers.com and delete it from your
>computer.
>Messages sent to and from us may be monitored. Internet communications
>cannot be guaranteed to be secure or error-free as information could be
>intercepted, corrupted, lost, destroyed, arrive late or incomplete, or
>contain viruses. Therefore, we do not accept responsibility for any
>errors or omissions that are present in this message, or any
>attachment, that have arisen as a result of e-mail transmission. If
>verification is required, please request a hard-copy version. Any views
>or opinions presented are solely those of the author and do not
>necessarily represent those of the company.
>

2