Exhibit I
to the
Third Amended Complaint for Breach of
Contract, Breach of Fiduciary Duty, an
Accounting and Violation of California Business
& Professions Code § 17200

***FILED UNDER SEAL***