# Exhibit M
## to the
## Third Amended Complaint for Breach of Contract, Beach of Fiduciary Duty, an Accounting and Violation of California Business & Professions Code § 17200



NFL Players Association
2021 L Street, NW
Suite 600
Washington, DC 20036
202.463.2200
Fax 202.857.0380

March 15, 2006

Bernard Parrish
1633 NE 18th Place
Apt. 1131
Gainesville, FL 32609

Dear Bernie:

Thank you for being a member of the NFLPA Retired Players Association. It is time for your annual renewal of membership. Please send in a check or money order for $100.00 with the enclosed renewal form in the envelope provided.

As a reminder, programs exclusively for members include:

- Car Rental and Sports Equipment Discounts
- Access to Union Plus programs/services including Loan Programs, Union Member Mortgage, Education Loans and more!
- An opportunity to obtain a Player Assistance Trust grant of up to $20,000 for catastrophic health or financial hardship
- Additional member benefits available through PLAYERS INC

With your support we can continue to strive to improve pension benefits for former players. Please visit www.nflpa.org and click on Retired Players for more information.

We appreciate your continued support of players past, present and future!

Sincerely,

NFLPA Retired Players Steering Committee

*Brig Owens, President*
*Cornelius Bennett*          *James Hasty*
*George "Butch" Byrd*        *Max Montoya*
*Edgar Fields*               *Joseph Searles*
*Jean Fugett*                *Len Teeuws*