1  MANATT, PHELPS & PHILLIPS, LLP
   RONALD S. KATZ (Bar No. CA 085713)
2  E-mail: rkatz@manatt.com
   RYAN S. HILBERT (California Bar No. 210549)
3  E-mail: rhilbert@manatt.com
   NOEL S. COHEN (California Bar No. 219645)
4  E-mail: ncohen@manatt.com
   1001 Page Mill Road, Building 2
5  Palo Alto, CA 94304-1006
   Telephone: (650) 812-1300
6  Facsimile: (650) 213-0260

7  MCKOOL SMITH, P.C.
   LEWIS T. LECLAIR (Bar No. CA 077136)
8  E-mail: lleclair@mckoolsmith.com
   JILL C. ADLER (Bar No. CA 150783)
9  E-mail: jadler@mckoolsmith.com
   300 Crescent Court
10 Dallas, TX 75201
   Telephone: (214) 978-4984
11 Facsimile: (214) 978-4044

12 *Attorneys for Plaintiffs*

13

14                  UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT

16                    SAN FRANCISCO DIVISION

17

18 | BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated, | CIVIL ACTION NO. C07 0943 WHA |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| vs. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation, | Date:<br>Time:<br>Judge: Honorable William H. Alsup |
| Defendants. | |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
LEAVE TO FILE THIRD AMENDED COMPLAINT
CASE NO. C 07-0943 WHA

Dockets.Justia.com

1  Having considered Plaintiffs' Motion for Leave to File Third Amended Complaint
2  ("Motion"), Defendants' Opposition to Plaintiffs' Motion, Plaintiffs' Reply, all other papers filed
3  herein, the records of the case, and any oral argument on the Motion, the Court hereby orders as
4  follows:

5  IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.  IT IS FURTHER
6  ORDERED that Plaintiffs' Third Amended Complaint is deemed filed and served as of this date,
7  and Defendants shall file and serve a response pleading within ten calendar days.

8  IT IS SO ORDERED.

10  Dated: _____, 2007          _____
                                           Honorable William H. Alsup
11                                         Judge, United States District Court

14  41161180.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

[[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE THIRD AMENDED COMPLAINT
CASE NO. C 07-0943 WHA