1  Mark Malin (SBN 199757)
   mmalin@deweyballantine.com
2  DEWEY & LEBOEUF LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA 94303
   Tel: (650) 845-7000; Fax: (650) 845-7333
4
   Jeffrey L. Kessler (*pro hac vice*)
5  jkessler@deweyballantine.com
   David G. Feher (*pro hac vice*)
6  dfeher@deweyballantine.com
   Eamon O'Kelly (*pro hac vice*)
7  eokelly@deweyballantine.com
   David L. Greenspan (*pro hac vice*)
8  dgreenspan@deweyballantine.com
   Elizabeth A. Haley (*pro hac vice*)
9  ehaley@deweyballantine.com
   Christopher Hurd (*pro hac vice*)
10 churd@deweyballantine.com
   Eric Laufgraben (*pro hac vice*)
11 elaufgraben@deweyballantine.com
   Molly Donovan (*pro hac vice*)
12 mdonovan@deweyballantine.com
   DEWEY & LEBOEUF LLP
13 1301 Avenue of the Americas
   New York, NY 10019-6092
14 Tel: (212) 259-8000; Fax: (212) 259-6333
   1301 Avenue of the Americas
15 New York, New York 10019-6092
   Telephone: (212) 259-8000
16 Facsimile: (212) 259-6333

17 Attorneys for Defendant National Football League Players
   Incorporated d/b/a Players Inc., a Virginia Corporation
18

DEWEY & LeBOEUF LLP
333 South Grand Avenue
Los Angeles, California 90071-1530

19              **UNITED STATES DISTRICT COURT**
       **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**
20

21 BERNARD PAUL PARRISH,
   HERBERT ANTHONY ADDERLEY,
   WALTER ROBERTS III,
22                                          Case No. C 07 00943 WHA
             Plaintiffs,
23                                          **NOTICE OF CHANGE OF LAW
         v.                                 FIRM NAME**
24
   NATIONAL FOOTBALL LEAGUE
25 PLAYERS ASSOCIATION and
   NATIONAL FOOTBALL LEAGUE
26 PLAYERS INCORPORATED d/b/a/
   PLAYERS INC.
27
             Defendants.
28

---

NOTICE OF CHANGE OF LAW FIRM NAME

1 | TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:
2 |     PLEASE TAKE NOTICE THAT the law firm Dewey Ballantine LLP
3 | has changed its name to Dewey & LeBoeuf LLP. The office address, telephone
4 | and facsimile numbers remain the same.

Dated: October 1, 2007

DEWEY & LeBOEUF LLP

BY: __/S/Eamon O'Kelly__
Eamon O'Kelly
*Attorneys for Defendants*

DEWEY & LeBOEUF LLP
333 South Grand Avenue
Los Angeles, California 90071-1530

NOTICE OF CHANGE OF LAW FIRM NAME