1   MANATT, PHELPS & PHILLIPS, LLP
    RONALD S. KATZ (Bar No. CA 085713)
2   E-mail:  rkatz@manatt.com
    RYAN S. HILBERT (California Bar No. 210549)
3   E-mail:  rhilbert@manatt.com
    NOEL S. COHEN (California Bar No. 219645)
4   E-mail:  ncohen@manatt.com
    1001 Page Mill Road, Building 2
5   Palo Alto, CA  94304-1006
    Telephone:  (650) 812-1300
6   Facsimile:  (650) 213-0260

7   McKOOL SMITH, P.C.
    LEWIS T. LECLAIR (Bar No. CA 077136)
8   E-mail:  lleclair@mckoolsmith.com
    JILL ADLER (Bar No. CA 150783)
9   E-mail:  jadler@mckoolsmith.com
    300 Crescent Court, Suite 1500
10  Dallas, TX 75201
    Telephone:  (214) 978-4000
11  Facsimile:  (214) 978-4044

12  Attorneys for Plaintiffs

13                      UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16                                          CIVIL ACTION NO. C07 0943 WHA

17  BERNARD PAUL PARRISH, HERBERT
    ANTHONY ADDERLEY, and WALTER
    ROBERTS, III on behalf of themselves and
18  all others similarly situated,              [PROPOSED] ORDER SEALING
                                                 CONFIDENTIAL DOCUMENTS
19
                    Plaintiffs
20                                              [CIVIL L.R. 79-5]

21  vs.

22

23  NATIONAL FOOTBALL LEAGUE
    PLAYERS ASSOCIATION, a Virginia
    corporation, and NATIONAL FOOTBALL
24  LEAGUE PLAYERS INCORPORATED
    d/b/a PLAYERS INC, a Virginia
25  corporation,

26

27                  Defendants.

28

MANATT, PHELPS &      20189354.1                              PROPOSED ORDER
  PHILLIPS, LLP                                           CASE NO. C:07-0943 WHA
 ATTORNEYS AT LAW
   PALO ALTO

Dockets.Justia.com

1     Plaintiffs have requested an Order sealing documents, information and testimony relating

2 to their Motion to File Third Amended Complaint and, specifically, the Third Amended

3 Complaint for Breach of Contract, Breach of Fiduciary Duty, an Accounting and Violation of

4 California Business & Professions Code § 17200, and exhibits D, F, G, I, J, and O attached

5 thereto and filed concurrently with the Motion for Leave to File same, and the Declaration of

6 Ronald S. Katz in Support of the Motion to File Third Amended Complaint filed concurrently

7 therewith. ("Motion for Leave").  As set forth in the Declaration of Ryan S. Hilbert submitted in

8 support of Plaintiffs' request to file under seal, the documents named above contain information

9 and testimony, or are documents, that Defendants have designated as "Highly Confidential –

10 Attorneys Eyes Only."  Pursuant to Civil L.R. 79-5(d), Plaintiffs have submitted a Miscellaneous

11 Administrative Request to file this document under seal.

12     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, pursuant to Federal Rule

13 of Civil Procedure 26(c), Civil L.R. 79-5(d), and the Court's inherent authority over the papers

14 filed in this Court, the following documents are to be sealed:

15     **(A)**    **An unredacted version of Motion for Leave to File the Third Amended**

16 **Complaint;**

17     **(B)**    **An unredacted version of the Third Amended Complaint (filed as an**

18 **attachment to the Motion for Leave to File);**

19     **(C)**    **Exhibits D, F, G, I, J, and O to the Third Amended Complaint (filed as**

20 **an attachment to the Motion for Leave to File); and.**

21     **(D)**    **An unredacted version of the Declaration of Ronald S. Katz in Support**

22 **of the Motion for Leave to File the Third Amended Complaint.**

23     **IT IS SO ORDERED**

24     **Dated:** __October 3_____, **2007**

25

26



27 Honorable William H. Alsup

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20189354.1                   2                  PROPOSED ORDER
CASE NO. C:07-0943 WHA