Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>　　　　　Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**<br><br>Date:<br>Time:<br>Ctrm: 9<br>Judge: William H. Alsup |

　　　　The Court, having considered Plaintiffs' Motion for Leave to File a Third Amended Complaint, and all papers filed herein, and good cause appearing, hereby orders as follows:

　　　　IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File a Third Amended Complaint is DENIED.

　　　　It is further ORDERED that this action is dismissed with prejudice.

　　　　IT IS SO ORDERED.

Dated:_____, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable William H. Alsup
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

---

[Proposed] Order Denying Plaintiff's Motion　　　　　　　　　　　　Civ. Action No. C07 0943 WHA
for Leave to File a Third Amended Complaint