1  Mark Malin (Bar No. 199757)
   *mmalin@dl.com*
2  DEWEY & LEBOEUF LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA 94303
   Tel: (650) 845-7000; Fax: (650) 845-7333
4
   Jeffrey L. Kessler (*pro hac vice*)
5  *jkessler@dl.com*
   David G. Feher (*pro hac vice*)
6  *dfeher@dl.com*
   Eamon O'Kelly (*pro hac vice*)
7  *eokelly@dl.com*
   DEWEY & LEBOEUF LLP
8  1301 Avenue of the Americas
   New York, NY 10019
9  Tel: (212) 259-8000; Fax: (212) 259-6333
10
   Kenneth L. Steinthal (*pro hac vice*)
11 *kenneth.steinthal@weil.com*
   Claire E. Goldstein (Bar No. 237979)
12 *claire.goldstein@weil.com*
   WEIL, GOTSHAL & MANGES LLP
13 201 Redwood Shores Parkway
   Redwood Shores, CA 94065
14 Tel: (650) 802-3000; Fax: (650) 802-3100
15 Bruce S. Meyer (*pro hac vice*)
   *bruce.meyer@weil.com*
16 WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
17 New York, NY 10153
   Tel: (212) 310-8000; Fax: (212) 310-8007
18 Attorneys for Defendants National Football League Players Association
   and National Football League Players Incorporated d/b/a Players Inc
19

20             **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
21                **SAN FRANCISCO DIVISION**

22 BERNARD PAUL PARRISH, HERBERT          Case No. C 07 0943 WHA
   ANTHONY ADDERLEY, WALTER
23 ROBERTS III,                          **DECLARATION OF**
                                         **DAVID GREENSPAN IN SUPPORT**
24          Plaintiffs,                  **OF DEFENDANTS' OPPOSITION TO**
                                         **PLAINTIFFS' MOTION FOR LEAVE**
25      v.                               **TO FILE A THIRD AMENDED**
                                         **COMPLAINT**
26 NATIONAL FOOTBALL LEAGUE
   PLAYERS ASSOCIATION and NATIONAL
27 FOOTBALL LEAGUE PLAYERS               **FILED UNDER SEAL**
   INCORPORATED d/b/a/ PLAYERS INC,
28
            Defendants.

Dewey & LeBoeuf LLP
1950 University Avenue
East Palo Alto, California 94303-2225

Declaration of David Greenspan                              Civ. Action No. C07 0943 WHA

Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF DAVID GREENSPAN

I, David Greenspan, hereby declare as follows:

1.      I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and my pro hac vice application in this matter was granted by the Court on August 3, 2007. I make this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the Affidavit of Andrew Feffer, dated September 21, 2007.

3.      Attached hereto as Exhibit B is a true and correct copy of a License ████████████████████████████████████████████████████████████ ████████████████████████████████ produced by Defendants with the beginning Bates number PI000100.

4.      Attached hereto as Exhibit C is a true and correct copy of a GLA signed by ████████████████████████████ produced by Defendants with the Bates number PI028804.

5.      Attached hereto as Exhibit D is a true and correct copy of a GLA signed by ████████████████████████ produced by Defendants with the Bates number PI027852.

6.      Attached hereto as Exhibit E is a true and correct copy of a GLA signed by ████████████████████████ produced by Defendants with the Bates number PI027871.

7.      Attached hereto as Exhibit F is a true and correct copy of a GLA signed by ████████████████████████████ produced by Defendants with the Bates number PI028253.

8.      Attached hereto as Exhibit G are true and correct copies of documents ████████████████████████████ produced by Defendants with the beginning Bates number PI051532.

---

Declaration of David Greenspan                              Civ. Action No. C07 0943 WHA

1    9.    Attached hereto as Exhibit H is a true and correct copy of an Agreement

2    ██████████████████████████████████████████████████, produced by

3    Defendants with the Bates number PI009619.

4    10.    Attached hereto as Exhibit I is a true and correct copy of an Agreement

5    ████████████████████████████████████ produced by Defendants

6    with the beginning Bates number PI067218.

7    11.    Attached hereto as Exhibit J is a true and correct copy of an Agreement

8    ████████████████████████████████████████████████████

9    produced by Defendants with the Bates number PI009617.

10    12.    Attached hereto as Exhibit K is a true and correct copy of an Agreement

11    ███████████████████████████████ dated June 14, 2004, produced by

12    Defendants with the beginning Bates number PI067215.

13    13.    Attached hereto as Exhibit L are true and correct excerpts from the

14    Deposition of Doug Allen, which was taken on September 7, 2007.

15    14.    Attached hereto as Exhibit M is a true and correct copy of an Agreement

16    ████████████████████████████████████████████ produced

17    by Defendants with the beginning Bates number PI088054.

18    15.    Attached hereto as Exhibit N is a true and correct copy of an Agreement

19    ██████████████████████████████████████████ produced

20    by Defendants with the beginning Bates number PI088052.

21    16.    Attached hereto as Exhibit O is a true and correct copy of an Agreement

22    ███████████████████████████████████████ produced by

23    Defendants with the Bates number PI087805.

24    17.    Attached hereto as Exhibit P is a true and correct copy of an Agreement

25    ███████████████████████████████████████ produced by

26    Defendants with the beginning Bates number PI087803.

27

28

Dewey & LeBoeuf LLP
1950 University Avenue
East Palo Alto, California 94303-2225

-2-

Declaration of David Greenspan                                    Civ. Action No. C07 0943 WHA

18.    Attached hereto as Exhibit Q is a true and correct copy of an Agreement ████████████████████████████████████████████████ produced by Defendants with the beginning Bates number PI088512.

19.    Attached hereto as Exhibit R is a true and correct copy of an Agreement ████████████████████████████████████████████████ produced by Defendants with the beginning Bates number PI088509.

20.    Attached hereto as Exhibit S is a true and correct copy of an Agreement ████████████████████████████████████████████████

21.    Attached hereto as Exhibit T is a true and correct copy of an Agreement ████████████████████████████████████████████████

22.    Attached hereto as Exhibit U is a true and correct copy of an Agreement ████████████████████████████████████ produced by Defendants with the beginning Bates number PI021560.

23.    Attached hereto as Exhibit V is a true and correct copy of an Agreement ████████████████████████████████████ produced by Defendants with the beginning Bates number PI021830.

24.    Attached hereto as Exhibit W is a true and correct copy of an Agreement ████████████████████████████████████ produced by Defendants with the beginning Bates number PI021532.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  October 11, 2007

                                        /s/
                                  David Greenspan

Dewey & LeBoeuf LLP
1950 University Avenue
East Palo Alto, California 94303-2225

-3-