Mark Malin (Bar No. 199757)
*mmalin@dl.com*
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
Eamon O'Kelly (*pro hac vice*)
*eokelly@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
Claire E. Goldstein (Bar No. 237979)
*claire.goldstein@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association and National Football League Players Incorporated d/b/a Players Inc

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, <br><br>Plaintiffs, <br><br>v. <br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, <br><br>Defendants. | Case No. C 07 0943 WHA <br><br>**DECLARATION OF ANDREW FEFFER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** <br><br>**PUBLIC VERSION** |

Declaration of Andrew Feffer                                    Civ. Action No. C07 0943 WHA

Dockets.Justia.com

## DECLARATION OF ANDREW FEFFER

Andrew Feffer, being duly sworn, deposes and hereby declares, as follows:

1. I am Executive Vice President and Chief Operating Officer of National Football League Players Incorporated ("Players Inc") and have held that position since December 4, 2006. I am over twenty-one years of age and have personal knowledge of each of the facts stated herein. If called upon to testify, I could and would testify completely thereto.

2. Players Inc has generated and remitted to retired players tens of millions of dollars over the years from the licensing and marketing of retired players' likenesses or images. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

3. ███████████████████████████████████ was a tiny fraction of, and does not remotely offset, Players Inc's costs for generating, facilitating, and coordinating such licensing, marketing, and appearances activities over this four-and-one-half-year period.

4. I understand that in their Third Amended Complaint ("TAC"), Plaintiffs make several allegations regarding Players Inc's Retired Player Group Licensing Program, the Sponsorship Agreement between Players Inc and NFL Properties, Inc. ("Sponsorship Agreement"), and several licensing agreements.

5. A retired player may submit a signed Group Licensing Authorization form ("GLA"), which "authorizes the National Football League Players Association ('NFLPA') and its licensing affiliates the <u>non-exclusive</u> right to use their name, signature, facsimile, voice, picture, photograph, likeness, and/or biographical information (collectively 'image') in the NFLPA Retired Player Group Licensing Program." (emphasis added). This language confirming

that the authorization is non-exclusive is included in both of Herbert Adderley's executed GLAs, which are attached to the TAC as Exhibits B and C thereto.

6.  The non-exclusive nature of the GLAs permits retired players to pursue group licensing opportunities with other licensees. One recent and prominent example is the football video game All-Pro Football 2k8, which was released by Take-Two Interactive. Take-Two Interactive did not license any retired players' likenesses or images from Players Inc in connection with this video game. Nevertheless, All-Pro Football 2k8 features the likenesses or images of 254 retired NFL players.

7.  I have directed members of Player Inc's staff to review our records to determine whether any of the 254 retired NFL players featured in All-Pro Football 2k8 are members of the NFLPA Retired Players Association or have signed GLAs identical to the one signed by Adderley and attached as Exhibit C to the TAC. Based on that review, approximately ▇ of those 254 retired NFL players are regular dues-paying members of the NFLPA Retired Players Association and ▇ of the 254 retired NFL players signed GLAs that are the same as the one signed by Adderley and attached as Exhibit C to the TAC.

8.  All-Pro Football 2k8 has received significant media coverage for its use of the likenesses or images of retired NFL players. Attached hereto as Exhibits A-C are true and correct copies of media reports regarding All-Pro Football 2k8.

9.  All-Pro Football 2k8 competes with the Madden 2008 football video game, which is a Players Inc-licensed product released by Electronic Arts ("EA"). The licensing agreement between Players Inc and EA executed in 2004, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ also received significant and extensive media coverage. A small sampling of the significant media coverage, for example, is referred to in Plaintiffs' Second Amended Complaint ("SAC"), which cites articles from the Wall Street Journal, Los Angeles Times, Calgary Herald, Arizona Daily Star, and PlayStation Magazine.

10. I understand that Plaintiffs allege that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

-2-

Declaration of Andrew Feffer                                Civ. Action No. C07 0943 WHA

1 ████████████████████████████████████████
2 ████████████████████████████████████████
3    11.   In fact, ████████████████████████████
4 ████████████████████████████████████████
5 ████████████████████████████████████████
6    12.   When ███ or any licensee wants to use the likenesses or images of retired NFL players, such retired players' rights have to be separately obtained.
    13.   ████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████
    14.   ████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████

15.   I understand that Plaintiffs also allege that the Retired Player Group Licensing Program and the GLAs operate in an exclusive manner. The only way in which the Retired Group Licensing Program or the GLAs could operate in an exclusive manner is with respect to already-licensed products. The GLAs provide that a player will be excluded from a particular Players Inc group licensing program in which he would otherwise participate only if he commits to an individual exclusive endorsement agreement which conflicts with that program and he notifies Players Inc or the NFLPA. Under no circumstance is a participating player otherwise excluded from a Players Inc group licensing program by signing an exclusive or non-exclusive licensing authorization with another entity.

16.   I understand that Plaintiffs also allege that ████████████████
████████████████████████████████████████

-3-

Declaration of Andrew Feffer                    Civ. Action No. C07 0943 WHA

17. ████████

18. ████████ NFL sponsors sometimes request appearances at and participation in events by individual retired NFL players.

19. Typically, Players Inc agrees to such requests on an ad hoc basis. ████

20. ████████ For each business category, generally only one company may be an NFL sponsor at any one time. For example, General Motors is currently the only automobile manufacturer that is an NFL sponsor. Thus, even in the limited circumstance (as discussed above in paragraph ~~13~~ 15) where a retired NFL player might be excluded from an individual exclusive endorsement with General Motors because of a pending NFL players group licensing promotion ████████, he would still have the opportunity

-4-

Declaration of Andrew Feffer                                         Civ. Action No. C07 0943 WHA

to participate in an individual or group licensing promotion with Ford, Chrysler, Toyota, Honda, or numerous other automobile manufacturers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 9, 2007

*[signature]*

Andrew Feffer