1    Mark Malin (Bar No. 199757)
     *mmalin@deweyballantine.com*
2    DEWEY & LEBOUEF LLP
     1950 University Avenue, Suite 500
3    East Palo Alto, CA  94303
     Tel:  (650) 845-7000 Fax:  (650) 845-7333
4
     Jeffrey L. Kessler (*pro hac vice*)
5    *jkessler@deweyballantine.com*
     David G. Feher (*pro hac vice*)
6    *dfeher@deweyballantine.com*
     Eamon O'Kelly (*pro hac vice*)
7    *eokelly@deweyballantine.com*
     DEWEY & LEBOUEF LLP
8    1301 Avenue of the Americas
     New York, NY  10019
9    Tel:  (212) 259-8000; Fax:  (212) 259-6333

10   Kenneth L. Steinthal (*pro hac vice*)
     *kenneth.steinthal@weil.com*
11   Claire E. Goldstein (Bar No. 237979)
     *claire.goldstein@weil.com*
12   WEIL, GOTSHAL & MANGES LLP
     201 Redwood Shores Parkway
13   Redwood Shores, CA  94065
     Tel:  (650) 802-3000; Fax:  (650) 802-3100
14
     Bruce S. Meyer (*pro hac vice*)
15   *bruce.meyer@weil.com*
     WEIL, GOTSHAL & MANGES LLP
16   767 Fifth Avenue
     New York, NY  10153
17   Tel:  (212) 310-8000; Fax:  (212) 310-8007

18   Attorneys for Defendants National Football League Players Association
     and National Football League Players Incorporated d/b/a Players Inc
19

20   **UNITED STATES DISTRICT COURT**
     **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

21

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III, | Case No. C 07 0943 WHA |
| Plaintiffs, | **MANUAL FILING NOTIFICATION:** |
| v. | **EXHIBITS D THROUGH F TO THE DECLARATION OF ANDREW FEFFER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, | |
| Defendants. | Judge:  Hon. William H. Alsup |

22
23
24
25
26
27
28

MANUAL FILING NOTIFICATION                                         CASE NO. C 07 0943 WHA

Dockets.Justia.com

**MANUAL FILING NOTIFICATION RE:**

**EXHIBITS D THROUGH F TO THE DECLARATION OF ANDREW FEFFER IN**

**SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR**

**LEAVE TO FILE A THIRD AMENDED COMPLAINT**

This filing is in paper or physical form only, and is being maintained in the case

file in the Clerk's Office. If you are a participant in this case, this filing will be served in hard-

copy shortly. For information on retrieving this filing directly from the court, please see the

court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

☐　Voluminous Document (PDF file size larger than the efiling system allows)

☐　Unable to Scan Documents

☐　Physical Object (description):

☐　Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☒　Item Under Seal

☐　Conformance with the Judicial Conference Privacy Policy (General Order 53).

☐　Other (description):

Dated:  October 11, 2007　　　　　　　WEIL, GOTSHAL & MANGES LLP

By:　　/s/ Joseph R. Wetzel
　　　　Joseph R. Wetzel (Bar No. 238008)
　　　　*Counsel for Defendants*

MANUAL FILING NOTIFICATION　　　　　　　1　　　　　　　Case No. C 07 0943 WHA