1  Mark Malin (Bar No. 199757)
   *mmalin@deweyballantine.com*
2  DEWEY & LEBOUEF LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA 94303
   Tel: (650) 845-7000 Fax: (650) 845-7333
4
   Jeffrey L. Kessler (*pro hac vice*)
5  *jkessler@deweyballantine.com*
   David G. Feher (*pro hac vice*)
6  *dfeher@deweyballantine.com*
   Eamon O'Kelly (*pro hac vice*)
7  *eokelly@deweyballantine.com*
   DEWEY & LEBOUEF LLP
8  1301 Avenue of the Americas
   New York, NY 10019
9  Tel: (212) 259-8000; Fax: (212) 259-6333

10 Kenneth L. Steinthal (*pro hac vice*)
   *kenneth.steinthal@weil.com*
11 Claire E. Goldstein (Bar No. 237979)
   *claire.goldstein@weil.com*
12 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
13 Redwood Shores, CA 94065
   Tel: (650) 802-3000; Fax: (650) 802-3100
14
   Bruce S. Meyer (*pro hac vice*)
15 *bruce.meyer@weil.com*
   WEIL, GOTSHAL & MANGES LLP
16 767 Fifth Avenue
   New York, NY 10153
17 Tel: (212) 310-8000; Fax: (212) 310-8007

18 Attorneys for Defendants National Football League Players Association
   and National Football League Players Incorporated d/b/a Players Inc
19

20 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

21
22 BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III,

   Case No. C 07 0943 WHA

   **MANUAL FILING NOTIFICATION:**

23            Plaintiffs,
24 v.

   **EXHIBITS A THROUGH K TO THE AFFIDAVIT OF ANDREW FEFFER**

25 NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,

   Judge: Hon. William H. Alsup

26
27
            Defendants.
28

MANUAL FILING NOTIFICATION                                   CASE NO. C 07 0943 WHA

# MANUAL FILING NOTIFICATION RE:

## EXHIBITS A THROUGH K TO THE AFFIDAVIT OF ANDREW FEFFER

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's Office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

☐ Voluminous Document (PDF file size larger than the efiling system allows)

☐ Unable to Scan Documents

☐ Physical Object (description):

☐ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☒ Item Under Seal

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53).

☐ Other (description):

Dated:  October 11, 2007                          WEIL, GOTSHAL & MANGES LLP


By:   /s/ Joseph R. Wetzel
      Joseph R. Wetzel (Bar No. 238008)
      *Counsel for Defendants*