| | |
|---|---|
| 1 | Mark Malin (Bar No. 199757) |
| | *mmalin@deweyballantine.com* |
| 2 | DEWEY & LEBOUEF LLP |
| | 1950 University Avenue, Suite 500 |
| 3 | East Palo Alto, CA  94303 |
| | Tel:  (650) 845-7000 Fax:  (650) 845-7333 |
| 4 | |
| | Jeffrey L. Kessler (*pro hac vice*) |
| 5 | *jkessler@deweyballantine.com* |
| | David G. Feher (*pro hac vice*) |
| 6 | *dfeher@deweyballantine.com* |
| | Eamon O'Kelly (*pro hac vice*) |
| 7 | *eokelly@deweyballantine.com* |
| | DEWEY & LEBOUEF LLP |
| 8 | 1301 Avenue of the Americas |
| | New York, NY  10019 |
| 9 | Tel:  (212) 259-8000; Fax:  (212) 259-6333 |
| 10 | Kenneth L. Steinthal (*pro hac vice*) |
| | *kenneth.steinthal@weil.com* |
| 11 | Claire E. Goldstein (Bar No. 237979) |
| | *claire.goldstein@weil.com* |
| 12 | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| 13 | Redwood Shores, CA  94065 |
| | Tel:  (650) 802-3000; Fax:  (650) 802-3100 |
| 14 | |
| | Bruce S. Meyer (*pro hac vice*) |
| 15 | *bruce.meyer@weil.com* |
| | WEIL, GOTSHAL & MANGES LLP |
| 16 | 767 Fifth Avenue |
| | New York, NY  10153 |
| 17 | Tel:  (212) 310-8000; Fax:  (212) 310-8007 |
| 18 | Attorneys for Defendants National Football League Players Association |
| | and National Football League Players Incorporated d/b/a Players Inc |
| 19 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 21 | | |
| 22 | BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III, | Case No. C 07 0943 WHA |
| 23 | | **MANUAL FILING NOTIFICATION:** |
| 24 | Plaintiffs, | **EXHIBITS A THROUGH I TO THE DECLARATION OF DOUG ALLEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** |
| 25 | v. | |
| 26 | NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, | |
| 27 | | Judge:  Hon. William H. Alsup |
| 28 | Defendants. | |

MANUAL FILING NOTIFICATION                                                          CASE NO. C 07 0943 WHA

**MANUAL FILING NOTIFICATION RE:**

**EXHIBITS A THROUGH I TO THE DECLARATION OF DOUG ALLEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's Office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

☐ Voluminous Document (PDF file size larger than the efiling system allows)

☐ Unable to Scan Documents

☐ Physical Object (description):

☐ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☒ Item Under Seal

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53).

☐ Other (description):

Dated: October 11, 2007        WEIL, GOTSHAL & MANGES LLP


By:   /s/ Joseph R. Wetzel
      Joseph R. Wetzel (Bar No. 238008)
      *Counsel for Defendants*