

ORIGINAL TRANSCRIPT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BERNARD PAUL PARRISH, HERBERT
ANTHONY ADDERLEY, and WALTER
ROBERTS III, on behalf of
themselves and all others
similarly situated,

        Plaintiffs,

vs.                  CIVIL ACTION NO.  C07 0943 WHA

NATIONAL FOOTBALL LEAGUE PLAYERS
ASSOCIATION, a Virginia
corporation, and NATIONAL
FOOTBALL LEAGUE PLAYERS
INCORPORATED d/b/a PLAYERS INC,
a Virginia corporation.

        Defendants.

VIDEOTAPED DEPOSITION OF DOUG ALLEN
LOS ANGELES, CALIFORNIA
SEPTEMBER 7, 2007

Reported by Terrie C. Barker, CSR No. 12000

Doug Allen                                                September 7, 2007

42

**REDACTED**





Doug Allen                                    September 7, 2007

43

1

2

3

4

5                        **REDACTED**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21          MR. FEHER:  Objection to form.  It's an

22    improper question as phrased.

23          THE WITNESS:  Could you repeat the question?

24    BY MR. LeCLAIR:        **REDACTED**

25



Doug Allen                                          September 7, 2007

44

**REDACTED**

10          MR. FEHER:  Objection to form.  Counsel, I
11     don't want to get too involved, but can you phrase
12     things without talking about your understanding of
13     things.  I think we'll go a lot faster.
14     BY MR. LeCLAIR:
15          Q.    Go ahead.
16          THE WITNESS:  Could you repeat the
17     question?

**REDACTED**



Doug Allen                                    September 7, 2007



45

1
2
3
4
5          **REDACTED**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Doug Allen                                          September 7, 2007

46

1

2

3

4

5                         **REDACTED**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Doug Allen                                    September 7, 2007

47

1

2

3

4

5

6                          **REDACTED**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Doug Allen                                    September 7, 2007

48

1
2
3
4
**REDACTED**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Doug Allen                                    September 7, 2007

109

1
2
3
4
5
6           **REDACTED**
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



P A U L S O N

REPORTING & LITIGATION SERVICES

800.300.1214          WWW.PAULSONREPORTING.COM          619.239.4111

Doug Allen                                    September 7, 2007



110

**REDACTED**



P A U L S O N

REPORTING & LITIGATION SERVICES

800.300.1214          WWW.PAULSONREPORTING.COM          619.239.4111

Doug Allen                                        September 7, 2007



111

1
2
3
4
5                          **REDACTED**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Doug Allen                                          September 7, 2007

112

1

2

3

4

5                        **REDACTED**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Doug Allen                                     September 7, 2007

113

1

2

3

4

5

6                              **REDACTED**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Doug Allen                                    September 7, 2007



114

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**REDACTED**



Doug Allen                                                September 7, 2007

123

1
2
3
4
5                               **REDACTED**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Doug Allen                                      September 7, 2007

124



**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Doug Allen                                    September 7, 2007

125

1
2
3
4                        **REDACTED**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Doug Allen                                    September 7, 2007

130

**REDACTED**



P A U L S O N
REPORTING & LITIGATION SERVICES
WWW.PAULSONREPORTING.COM
800.300.1214                              619.239.4111

Doug Allen                                          September 7, 2007



131

**REDACTED**



Doug Allen                                           September 7, 2007

132

1

2

3

4

5

6

7

8                          **REDACTED**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Doug Allen                                        September 7, 2007

133



**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Doug Allen                                    September 7, 2007

134

**REDACTED**

20          (Exhibit 16 marked)

21    BY MR. LeCLAIR:

22        Q.   All right.  I want to change subjects,

23    Mr. Allen, and ask you about the Group Licensing

24    Authorizations related to retired players.

25          Let me show you what I've marked as



Doug Allen                                September 7, 2007

148

1   Mr. Adderley on Exhibit 17 as "highly confidential."

2          MR. FEHER:  You should separately contact

3   the lawyers at my office who are dealing with

4   document production.  Because I'm sure they had no

5   intent.  It's just that they didn't want to make

6   designation decisions for you.

7   BY MR. LeCLAIR:

8      Q.   Mr. Allen, the next to the last paragraph

9   states, "It is further understood that the moneys

10  generated by such licensing of retired player group

11  rights will be divided between the player and an

12  escrow account for all eligible NFLPA members who

13  have signed a Group Licensing Authorization Form."

14         Do you see that language?

15     A.   I do.

16     Q.   When it refers to an escrow account for all

17  eligible NFLPA members who have signed a Group

18  Licensing Authorization Form, was there such an

19  account created?

20     A.   No, because all of the money was distributed

21  to the players who participated.

22     Q.   So you did not divide the money at all

23  between the player and an escrow account.  You didn't

24  even create an escrow account?

25     A.   There was no money to create it with.  We

Doug Allen                                    September 7, 2007

149

 1    wouldn't have been able to get the players to do it

 2    in the first place if they weren't getting paid.  We

 3    learned that lesson.  And all of the money secured

 4    for retired player licensing was distributed to the

 5    players who were involved in those license programs.

 6    There was no other money to escrow.  There was no

 7    other money to divide.  And if we had -- if we had

 8    discounted it and taken money out of it, we wouldn't

 9    have gotten the players to participate in the first

10    place.

11          MR. FEHER:  Object to the form.

12    BY MR. LeCLAIR:

13      Q.   How long did this language stay in the

14    Retired Player GLA Form?

15      A.   I don't know.

16      Q.   I think it was in there probably about ten

17    years.  Does that make sense to you?

18      A.   I don't know.

19      Q.   Do you know why you didn't take it out?

20          MR. FEHER:  Objection to form.

21          THE WITNESS:  I think -- well, my opinion is

22    because we were hopeful that we would be able to

23    generate through group player licensing of retired

24    players a sufficient amount of money to do that, but

25    that was never the case.



Doug Allen                                              September 7, 2007

207

1
2
3
4
5
6
7                              **REDACTED**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Doug Allen                                          September 7, 2007



208

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**REDACTED**

Doug Allen                                    September 7, 2007

263

1        A.    It's the division in the moneys that are

2   paid to Players Inc. among -- as between Players Inc.

3   and the NFLPA by agreement and by formula.

4

5

6

7

8

9

10                           **REDACTED**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Doug Allen                                                    September 7, 2007



264

**REDACTED**

Doug Allen                                    September 7, 2007



265

**REDACTED**



Doug Allen                                    September 7, 2007

266

1

2

3

4

5

6

7

8

9                        **REDACTED**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

P A U L S O N

REPORTING & LITIGATION SERVICES

800.300.1214        WWW.PAULSONREPORTING.COM        619.239.4111

Doug Allen                                          September 7, 2007

267

1

2

3

4

5

6

7

8

9

10

11         **REDACTED**

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Doug Allen                                                    September 7, 2007

268

1
2
3
4
5
6
7
8
9                           **REDACTED**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Doug Allen                                            September 7, 2007

294

REPORTER CERTIFICATION

1

2

3      I, Terrie C. Barker, Certified Shorthand

4  Reporter, in and for the State of California, do

5  hereby certify:

6

7      That the foregoing witness was by me duly sworn;

8  that the deposition was then taken before me at the

9  time and place herein set forth; that the testimony

10  and proceedings were reported stenographically by me

11  and later transcribed into typewriting under my

12  direction; that the foregoing is a true record of the

13  testimony and proceedings taken at that time.

14

15      IN WITNESS WHEREOF, I have subscribed my name

16  this 13th day of September, 2007.

17

18

19

20          /s/ Terrie C. Barker

21          Terrie C. Barker, CSR No. 12000

22

23

24

25

P A U L S O N

REPORTING & LITIGATION SERVICES

800.300.1214          WWW.PAULSONREPORTING.COM          619.239.4111