# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia Corporation,<br><br>Defendant. | No. C 07 00943 WHA<br><br>**DECLARATION OF JOEL LINZNER**<br><br>Date:<br>Time:<br>Ctrm:<br>Judge: William H. Alsup<br><br>**PUBLIC VERSION** |

DECLARATION OF JOEL LINZNER                                   Case No. C 07-00943 WHA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Bernard Parrish, et al.,

    Plaintiffs,

v.

Case No. C 07 0943 WHA

National Football League Players Association,
et al.,

    Defendants.

## DECLARATION OF JOEL LINZNER

I, Joel Linzner, declare as follows:

1. I am Executive Vice President of Business and Legal Affairs of Electronic Arts Inc. ("EA") and have held that position since April 2004. From October 2002 to April 2004, I was Senior Vice President of Worldwide Business Affairs. From July 1999 to October 2002, I was Vice President of Worldwide Business Affairs at EA. Since July 1999, I have been the EA person principally responsible for negotiations with National Football League Players Incorporated d/b/a Players Inc ("Players Inc") regarding player group licensing. I am over twenty-one years of age and have personal knowledge of each of the facts stated herein. If called upon to testify, I could and would testify completely thereto.

### 2004 License Agreement

2.

**REDACTED**

3.

**REDACTED**

4.

**2005 License Agreement**

5.

**Separate Retired Player License Agreements**

6.

**REDACTED**

7.

////

3

**REDACTED**

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was in executed in Redwood City, California on October 5, 2007.

_____
Joel Linzner