**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia Corporation,<br><br>Defendant. | No. C 07 00943 WHA<br><br>**DECLARATION OF WARREN FRISS**<br><br>Date:<br>Time:<br>Ctrm:<br>Judge: William H. Alsup<br><br>**PUBLIC VERSION** |

DECLARATION OF WARREN FRISS                                 Case No. C 07-00943 WHA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,

    Plaintiffs,

v.

NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,

    Defendants.

Case No. C 07 0943 WHA

## DECLARATION OF WARREN FRISS

I, Warren Friss, declare as follows:

1. I am Vice President and Entertainment General Manager of Topps Company, Inc. ("Topps") and have held that position since February 2005. From June 1991 to February 2005, I held the position of Vice President and Internet Business General Manager and from February 2000 to June 2001, I held the position of General Counsel. I joined Topps as Deputy General Counsel in May 1995. I am over twenty-one years of age, and I have personal knowledge of each of the facts stated herein. If called upon to testify, I could and would testify completely thereto.

**2004 License Agreement**

2.

**REDACTED**

1  3.

2
3
4
5                                    **REDACTED**
6
7
8
9
10  4.
11
12
13
14  5.
15
16  **2007 License Agreement**
17
18
19
20
21
22          I declare under the penalty of perjury under the laws of the United States of
23  America that the foregoing is true and correct and that this declaration was in executed in New
24  York, New York on October 10, 2007.
25
26                                                              _____
                                                                Warren Friss
27
28

-2-