MARK MALIN (199757)
mmalin@deweyballantine.com
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

Jeffrey L. Kessler (*pro hac vice*)
jkessler@deweyballantine.com
David G. Feher (*pro hac vice*)
dfeher@deweyballantine.com
Eamon O'Kelly (*pro hac vice*)
eokelly@deweyballantine.com
DEWEY BALLANTINE LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
kenneth.steinthal@weil.com
Claire E. Goldstein (237979)
claire.goldstein@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
bruce.meyer@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendant National Football League Players Incorporated d/b/a Players Inc., a Virginia Corporation

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia Corporation,<br><br>Defendant. | No. CV-07-00943 WHA<br><br>**PROOF OF SERVICE** |

Civil Action No. C07 0943 WHA

# PROOF OF SERVICE

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 201 Redwood Shores Parkway, Redwood Shores, California 94065-1175 (hereinafter "WGM"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on October 11, 2007, I served a copy of:

- **Defendants' Memorandum Of Points and Authorities in Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint (Unredacted Version)**

- **Declaration of Andrew Feffer In Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint- EXHIBITS D through F-FILED UNDER SEAL (Unredacted Version)**

- **Affidavit of Andrew Feffer – FILED UNDER SEAL**

- **Declaration of Doug Allen In Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint- EXHIBITS A through I-FILED UNDER SEAL (Unredacted Version)**

- **Declaration of Joel Linzner - EXHIBITS A through F - FILED UNDER SEAL (Unredacted Version)**

- **Declaration of Warren Friss - EXHIBITS A through D - FILED UNDER SEAL (Unredacted Version)**

- **Declaration of David Greenspan in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint- EXHIBITS A through K; M through W - FILED UNDER SEAL (Unredacted Version)**

☐ **BY U.S. MAIL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at WGM in accordance with WGM's ordinary business practices. I am readily familiar with WGM's practice for collection and processing of mail, and know that in the ordinary course of WGM's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn to below.

☐ **BY FACSIMILE** by sending a true copy from WGM's facsimile transmission telephone number of 650-802-3100 to the fax number(s) set forth in the service list below. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine. I have attached to the original papers being filed with the Court a copy of the transmission report.

☒ **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy through WGM's electronic mail system to the email address(es) set forth in the service list below.

☒ **BY OVERNIGHT DELIVERY** by placing a true copy thereof enclosed in a sealed envelope with overnight delivery fees provided for, addressed as follows, for collection by Federal Express at WGM in accordance with WGM's ordinary business practices. I

am readily familiar with WGM's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of WGM's business practice the document(s) described above will be deposited by an employee or agent of WGM in a box or other facility regularly maintained by Federal Express for collection on the same day that the document(s) are placed at WGM.

☐ **BY PERSONAL SERVICE** by placing a true copy thereof enclosed in a sealed envelope to be delivered by messenger to the offices of the addressee(s) (and left with an employee or person in charge of addressee's office), as stated below, during ordinary business hours on April ___, 2007.

| Addressee | Method |
|---|---|
| Noel Scott Cohen<br>Manatt Phelps & Phillips, LLP<br>1001 Page Mill Rd., Building 2<br>Palo Alto, CA 94304-1006<br>Tel: 650.812.1300<br>Fax: 650.213.0260<br>ncohen@manatt.com<br>*Attorneys for Bernard Paul Parrish; Herbert Anthony Adderley; and Walter Roberts, III* | ☐ by U.S. Mail<br>☐ by fax<br>☒ by email<br>☐ by overnight delivery<br>☐ by hand |
| Ryan S. Hilbert<br>Manatt Phelps & Phillips<br>1001 Page Mill Road, Building 2<br>Palo Alto, CA 94304<br>Tel: 650.812.1300<br>Fax: 650.213.0260<br>rhilbert@manatt.com<br>*Attorneys for Bernard Paul Parrish; Herbert Anthony Adderley; and Walter Roberts, III* | ☐ by U.S. Mail<br>☐ by fax<br>☒ by email<br>☒ by overnight delivery<br>☐ by hand |
| Ronald Stanley Katz<br>Manatt Phelps & Phillips<br>1001 Page Mill Road, Building 2<br>Palo Alto, CA 94304<br>Tel: 650.812.1300<br>Fax: 650.213.0260<br>rkatz@manatt.com<br>*Attorneys for Bernard Paul Parrish; Herbert Anthony Adderley; and Walter Roberts, III* | ☐ by U.S. Mail<br>☐ by fax<br>☒ by email<br>☐ by overnight delivery<br>☐ by hand |
| Lewis T. LeClair<br>Jill Addler<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Tel: 214.978.4000<br>Tel: 214.978.4044<br>*Attorneys for Bernard Paul Parrish; Herbert Anthony Adderley; and Walter Roberts, III* | ☐ by U.S. Mail<br>☐ by fax<br>☒ by email<br>☒ by overnight delivery<br>☐ by hand |

|  |  |
|---|---|
| Mark Malin<br>Dewey & LeBoeuf LLP<br>1950 University Ave., Ste. 500<br>E. Palo Alto, CA 94303<br>Tel: 650.845.7000<br>Fax: 650.845.7333<br>mmalin@deweyballantine.com<br>*Attorneys for Defendant National Football League Players Incorporated d/b/a/ Players, Inc., A Virginia Corporation* | ☐ by U.S. Mail<br>☐ by fax<br>☒ by email<br>☐ by overnight delivery<br>☐ by hand |
| Jeffrey L. Kessler<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Tel: 212.259.8000<br>Fax: 212.259.6333<br>jkessler@deweyballantine.com<br>*Attorneys for Defendant National Football League Players Incorporated d/b/a/ Players, Inc., A Virginia Corporation* | ☐ by U.S. Mail<br>☐ by fax<br>☒ by email<br>☐ by overnight delivery<br>☐ by hand |
| David G. Feher<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Tel: 212.259.8000<br>Fax: 212.259.6333<br>dfeher@deweyballantine.com<br>*Attorneys for Defendant National Football League Players Incorporated d/b/a/ Players, Inc., A Virginia Corporation* | ☐ by U.S. Mail<br>☐ by fax<br>☒ by email<br>☐ by overnight delivery<br>☐ by hand |
| Eamon O'Kelly<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Tel: 212.259.8000<br>Fax: 212.259.6333<br>eokelly@deweyballantine.com<br>*Attorneys for Defendant National Football League Players Incorporated d/b/a/ Players, Inc., A Virginia Corporation* | ☐ by U.S. Mail<br>☐ by fax<br>☒ by email<br>☐ by overnight delivery<br>☐ by hand |

Executed on October 11, 2007 at Redwood Shores, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Conrad McKinney