1  Mark Malin (Bar No. 199757)
   *mmalin@deweyballantine.com*
2  DEWEY & LEBOUEF LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA  94303
   Tel:  (650) 845-7000 Fax:  (650) 845-7333
4
   Jeffrey L. Kessler (*pro hac vice*)
5  *jkessler@deweyballantine.com*
   David G. Feher (*pro hac vice*)
6  *dfeher@deweyballantine.com*
   Eamon O'Kelly (*pro hac vice*)
7  *eokelly@deweyballantine.com*
   DEWEY & LEBOUEF LLP
8  1301 Avenue of the Americas
   New York, NY  10019
9  Tel:  (212) 259-8000; Fax:  (212) 259-6333

10  Kenneth L. Steinthal (*pro hac vice*)
    *kenneth.steinthal@weil.com*
11  Claire E. Goldstein (Bar No. 237979)
    *claire.goldstein@weil.com*
12  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
13  Redwood Shores, CA  94065
    Tel:  (650) 802-3000; Fax:  (650) 802-3100
14
    Bruce S. Meyer (*pro hac vice*)
15  *bruce.meyer@weil.com*
    WEIL, GOTSHAL & MANGES LLP
16  767 Fifth Avenue
    New York, NY  10153
17  Tel:  (212) 310-8000; Fax:  (212) 310-8007

18  Attorneys for Defendants National Football League Players Association
    and National Football League Players Incorporated d/b/a Players Inc
19

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III, | Case No. C 07 0943 WHA |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO SEAL DOCUMENTS** |
| v. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, | Date:<br>Time:<br>Ctrm:<br>Judge:  William H. Alsup |
| Defendants. | |

[PROPOSED] ORDER GRANTING MISCELLANEOUS
ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS                              CASE NO. C 07 0943 WHA

1    Upon good cause shown, IT IS HEREBY ORDERED that the following documents

2  submitted to the Clerk's Office on October 11, 2007 shall be received and filed under seal by the

3  Clerk:

4           **1.    Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third**

5           **Amended Complaint (*unredacted version*);**

6           **2.    Declaration of Andrew Feffer in Support of Defendants' Opposition to**

7           **Plaintiffs' Motion for Leave to File a Third Amended Complaint**

8           **(*unredacted version*);**

9                   **a.    Exhibits D through F to the Declaration of Andrew Feffer in**

10                   **Support of Defendants' Opposition to Plaintiffs' Motion for**

11                   **Leave to File a Third Amended Complaint;**

12          **3.    Declaration of David Greenspan in Support of Defendants' Opposition**

13          **to Plaintiffs' Motion for Leave to File a Third Amended Complaint**

14          **(*unredacted version*);**

15                  **a.    Affidavit of Andrew Feffer (also submitted as Exhibit A to**

16                  **Declaration of David Greenspan in Support of Defendants'**

17                  **Opposition to Plaintiffs' Motion for Leave to File a Third**

18                  **Amended Complaint) (*unredacted version*);**

19                          **i.    Exhibits A through K to the Affidavit of Andrew**

20                          **Feffer;**

21                  **b.    Exhibits B through K and M through W to the Declaration**

22                  **of David Greenspan in Support of Defendants' Opposition**

23                  **to Plaintiffs' Motion for Leave to File a Third Amended**

24                  **Complaint;**

25                  **c.    Exhibit L to the Declaration of David Greenspan in Support**

26                  **of Defendants' Opposition to Plaintiffs' Motion for Leave to**

27                  **File a Third Amended Complaint (*unredacted version*);**

28          **4.    Declaration of Doug Allen in Support of Defendants' Opposition to**

1      **Plaintiffs' Motion for Leave to File a Third Amended Complaint**

2      (*unredacted version*);

3            a.  **Exhibits A through I to the Declaration of Doug Allen in**

4                **Support of Defendants' Opposition to Plaintiffs' Motion for**

5                **Leave to File a Third Amended Complaint;**

6            b.  **Exhibit J to Declaration of Doug Allen in Support of**

7                **Defendants' Opposition to Plaintiffs' Motion for Leave to**

8                **File a Third Amended Complaint (*unredacted version*);**

9      5.   **Declaration of Joel Linzner (*unredacted version*);**

10           a.  **Exhibits A through F to the Declaration of Joel Linzner.**

11     6.   **Declaration of Warren Friss (*unredacted version*); and**

12           a.  **Exhibits A through D To the Declaration of Warren Friss.**

13

14     IT IS SO ORDERED.

15

16     Dated: _____, 2007

17                                          _____
                                            The Honorable William H. Alsup
18                                          U.S. District Court Judge
                                            .
19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MISCELLANEOUS
ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS          2                    CASE NO. C 07 0943 WHA