| | |
|---|---|
| 1 | Mark Malin (Bar No. 199757) |
| | *mmalin@deweyballantine.com* |
| 2 | DEWEY & LEBOUEF LLP |
| | 1950 University Avenue, Suite 500 |
| 3 | East Palo Alto, CA  94303 |
| | Tel:  (650) 845-7000 Fax:  (650) 845-7333 |
| 4 | |
| | Jeffrey L. Kessler (*pro hac vice*) |
| 5 | *jkessler@deweyballantine.com* |
| | David G. Feher (*pro hac vice*) |
| 6 | *dfeher@deweyballantine.com* |
| | Eamon O'Kelly (*pro hac vice*) |
| 7 | *eokelly@deweyballantine.com* |
| | DEWEY & LEBOUEF LLP |
| 8 | 1301 Avenue of the Americas |
| | New York, NY  10019 |
| 9 | Tel:  (212) 259-8000; Fax:  (212) 259-6333 |
| 10 | Kenneth L. Steinthal (*pro hac vice*) |
| | *kenneth.steinthal@weil.com* |
| 11 | Claire E. Goldstein (Bar No. 237979) |
| | *claire.goldstein@weil.com* |
| 12 | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| 13 | Redwood Shores, CA  94065 |
| | Tel:  (650) 802-3000; Fax:  (650) 802-3100 |
| 14 | |
| | Bruce S. Meyer (*pro hac vice*) |
| 15 | *bruce.meyer@weil.com* |
| | WEIL, GOTSHAL & MANGES LLP |
| 16 | 767 Fifth Avenue |
| | New York, NY  10153 |
| 17 | Tel:  (212) 310-8000; Fax:  (212) 310-8007 |
| 18 | Attorneys for Defendants National Football League Players Association |
| | and National Football League Players Incorporated d/b/a Players Inc |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III, | Case No. C 07 0943 WHA |
| Plaintiffs, | **DECLARATION OF JOSEPH R. WETZEL IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO SEAL DOCUMENTS** |
| v. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, | Date: |
| | Time: |
| | Ctrm: |
| Defendants. | Judge:  William H. Alsup |

DECLARATION ISO MISCELLANEOUS
ADMINISTRATIVE REQUEST PURSUANT TO CIVIL
LOCAL RULES 7-11 AND 79-5 TO SEAL DOCUMENTS        CASE NO. C 07 0943 WHA

**DECLARATION OF JOSEPH R. WETZEL**

I, Joseph R. Wetzel, based upon personal knowledge or following reasonable investigation, declare as follows:

I am admitted to practice before this Court, and I am an associate at the law firm of Weil, Gotshal & Manges LLP, which is counsel of record for Defendants National Football League Players Association and National Football League Players Incorporated d/b/a/ Players Inc (collectively, "Defendants"). I submit this declaration pursuant to Civil Local Rule 79-5(d). If called upon as a witness, I could competently testify to the truth of each statement herein.

1. Defendants are filing concurrently herewith Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint ("Defendants' Opposition") and Defendants' Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-11 and 79-5 to Seal Documents.

2. Attached as <u>Exhibit A</u> hereto is a true and correct copy of the Stipulated Protective Order, approved by this Court subject to stated conditions on July 31, 2007, which governs the exchange of confidential information in the above-captioned action.

3. Defendants' Opposition includes information that qualifies for protection as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order because it contains commercially and competitively sensitive information related to Defendants' licensing business. A copy of this document has been lodged with the Clerk.

4. The Declaration of Andrew Feffer in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint ("Feffer Declaration") filed on October 11, 2007, includes information that qualifies for protection as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order because it contains commercially and competitively sensitive business information related to Defendants' licensing business, including discussion of the terms of confidential agreements and the amounts of payments made pursuant to confidential agreements. A copy of this document has been lodged with the Clerk.

       a.      Exhibits D through F of the Feffer Declaration have been designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order because they contain commercially and competitively sensitive business information related to Defendants' licensing business. A copy of these documents has been lodged with the Clerk.

       5.      The Declaration of David Greenspan in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint ("Greenspan Declaration") filed on October 11, 2007, includes information that that qualifies for protection as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order because it contains commercially and competitively sensitive business information related to Defendants' licensing business, including discussion of the terms of confidential agreements and the amounts of payments made pursuant to confidential agreements. A copy of this document has been lodged with the Clerk.

       a.      Exhibit A to the Greenspan Declaration, the Affidavit of Andrew Feffer, dated September 21, 2007, includes information that qualifies for protection as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order because it contains commercially and competitively sensitive business information related to Defendants' licensing business, including discussion of the terms of confidential agreements and the amounts of payments made pursuant to confidential agreements. A copy of this document has been lodged with the Clerk.

       i.      Exhibits A through K of the Affidavit of Andrew Feffer have been designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order because they contain commercially and competitively sensitive business information related to Defendants' licensing business. A copy of these documents has been lodged with the Clerk.

       b.      Exhibits B and G through K to the Greenspan Declaration have been designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated

1  Protective Order because they contain commercially and competitively sensitive business
2  information related to Defendants' licensing business.  A copy of these documents has been
3  lodged with the Clerk.

4      c. Exhibits C through F to the Greenspan Declaration have been
5  designated "Confidential" pursuant to the Stipulated Protective Order because they contain
6  Retired Player Group Licensing Forms executed by retired players.  A copy of these documents
7  has been lodged with the Clerk.

8      d. Exhibit L to the Greenspan Declaration, attaching portions of the
9  September 7, 2007 Doug Allen Deposition transcript, includes information that qualifies for
10 protection as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective
11 Order because it contains commercially and competitively sensitive business information related
12 to Defendants' licensing business, including discussion of the terms of confidential agreements
13 and the amounts of payments made pursuant to confidential agreements.  A copy of this
14 document has been lodged with the Clerk.

15     e. Exhibits M through R and U through W to the Greenspan
16 Declaration have been designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the
17 Stipulated Protective Order because they contain commercially and competitively sensitive
18 business information related to Defendants' licensing business.  A copy of these documents has
19 been lodged with the Clerk.

20     f. Exhibits S and T to the Greenspan Declaration include information
21 that qualifies for protection as "Highly Confidential – Attorneys' Eyes Only" pursuant to the
22 Stipulated Protective Order because it contains commercially and competitively sensitive
23 business information related to Defendants' licensing business.  A copy of these documents has
24 been lodged with the Clerk.

25     6. The Declaration of Doug Allen in Support of Defendants' Opposition to
26 Plaintiffs' Motion for Leave to File a Third Amended Complaint ("Allen Declaration"), filed on
27 October 11, 2007, includes information that qualifies for protection as "Highly Confidential –
28

Attorneys' Eyes Only" pursuant to the Stipulated Protective Order because it contains commercially and competitively sensitive business information related to Defendants' licensing business, including discussion of the terms of confidential agreements and the amounts of payments made pursuant to confidential agreements.  A copy of this document has been lodged with the Clerk.

      a.    Exhibits A through I of the Allen Declaration have been designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order because they contain commercially and competitively sensitive business information related to Defendants' licensing business.  A copy of these documents has been lodged with the Clerk.

      b.    Exhibit J to the Allen Declaration, attaching portions of the September 7, 2007 Doug Allen Deposition transcript, includes information that qualifies for protection as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order because it contains commercially and competitively sensitive business information related to Defendants' licensing business, including discussion of the terms of confidential agreements and the amounts of payments made pursuant to confidential agreements.  A copy of this document has been lodged with the Clerk.

7.    The Declaration of Joel Linzner, filed on October 11, 2007, includes information that qualifies for protection as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order because it contains commercially and competitively sensitive business information related to Defendants' licensing business, including discussion of the terms of confidential agreements and the amounts of payments made pursuant to confidential agreements.  A copy of this document has been lodged with the Clerk.

      a.    Exhibits A and D through F to the Declaration of Joel Linzner have been designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order because they contain commercially and competitively sensitive business information related to Defendants' licensing business, including the terms of confidential agreements.  A copy of this document has been lodged with the Clerk.

        b.      Exhibits B and C to the Declaration of Joel Linzner qualify for protection as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order because they contains commercially and competitively sensitive business information related to Defendants' licensing business,

8.      The Declaration of Warren Friss, filed on October 11, 2007, includes information includes information that qualifies for protection as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order because it contains commercially and competitively sensitive business information related to Defendants' licensing business, including discussion of the terms of confidential agreements and the amounts of payments made pursuant to confidential agreements. A copy of this document has been lodged with the Clerk.

        a.      Exhibits A through D to the Declaration of Warren Friss have been designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order because they contain commercially and competitively sensitive business information related to Defendants' licensing business, including the terms of confidential agreements. A copy of this document has been lodged with the Clerk.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: October 11, 2007                WEIL, GOTSHAL & MANGES LLP

                              By:   /s/ Joseph R. Wetzel
                                  Joseph R. Wetzel (Bar No. 238008)
                                  *Counsel for Defendants*