1  Mark Malin (Bar No. 199757)
   *mmalin@deweyballantine.com*
2  DEWEY & LEBOUEF LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA  94303
   Tel:  (650) 845-7000 Fax:  (650) 845-7333
4

   Jeffrey L. Kessler (*pro hac vice*)
5  *jkessler@deweyballantine.com*
   David G. Feher (*pro hac vice*)
6  *dfeher@deweyballantine.com*
   Eamon O'Kelly (*pro hac vice*)
7  *eokelly@deweyballantine.com*
   DEWEY & LEBOUEF LLP
8  1301 Avenue of the Americas
   New York, NY  10019
9  Tel:  (212) 259-8000; Fax:  (212) 259-6333

10 Kenneth L. Steinthal (*pro hac vice*)
   *kenneth.steinthal@weil.com*
11 Claire E. Goldstein (Bar No. 237979)
   *claire.goldstein@weil.com*
12 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
13 Redwood Shores, CA  94065
   Tel:  (650) 802-3000; Fax:  (650) 802-3100
14

   Bruce S. Meyer (*pro hac vice*)
15 *bruce.meyer@weil.com*
   WEIL, GOTSHAL & MANGES LLP
16 767 Fifth Avenue
   New York, NY  10153
17 Tel:  (212) 310-8000; Fax:  (212) 310-8007

18 Attorneys for Defendants National Football League Players Association
   and National Football League Players Incorporated d/b/a Players Inc
19

**UNITED STATES DISTRICT COURT**
20 **NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
21

| | |
|---|---|
| 22  BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III,<br><br>24                   Plaintiffs,<br><br>25  v.<br><br>26  NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br>28                   Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO SEAL DOCUMENTS**<br><br>Date:<br>Time:<br>Ctrm:<br>Judge:  William H. Alsup |

[PROPOSED] ORDER GRANTING MISCELLANEOUS
ADMINISTRATIVE REQUEST TO SEAL DOCUMENTS                                    CASE NO. C 07 0943 WHA

Upon good cause shown, IT IS HEREBY ORDERED that the following documents submitted to the Clerk's Office on October 11, 2007 shall be received and filed under seal by the Clerk:

1. **Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint** (*unredacted version*);

2. **Declaration of Andrew Feffer in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint** (*unredacted version*);

    a. Exhibits D through F to the Declaration of Andrew Feffer in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint;

3. **Declaration of David Greenspan in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint** (*unredacted version*);

    a. Affidavit of Andrew Feffer (also submitted as Exhibit A to Declaration of David Greenspan in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint) (*unredacted version*);

        i. Exhibits A through K to the Affidavit of Andrew Feffer;

    b. Exhibits B through K and M through W to the Declaration of David Greenspan in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint;

    c. Exhibit L to the Declaration of David Greenspan in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint (*unredacted version*);

4. **Declaration of Doug Allen in Support of Defendants' Opposition to**

**Plaintiffs' Motion for Leave to File a Third Amended Complaint** (*unredacted version*);

    a. Exhibits A through I to the Declaration of Doug Allen in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint;

    b. Exhibit J to Declaration of Doug Allen in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint (*unredacted version*);

5. **Declaration of Joel Linzner** (*unredacted version*);

    a. Exhibits A through F to the Declaration of Joel Linzner.

6. **Declaration of Warren Friss** (*unredacted version*); and

    a. Exhibits A through D To the Declaration of Warren Friss.

IT IS SO ORDERED.

Dated: __October 15__, 2007

_____
The Honorable William H. Alsup
U.S. District Court Judge