MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**[PROPOSED] ORDER SEALING CONFIDENTIAL DOCUMENTS**<br><br>**[CIVIL L.R. 79-5]** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20190546.1

PROPOSED ORDER
CASE NO. C:07-0943 WHA

Dockets.Justia.com

1  Plaintiffs have requested an Order sealing documents, specifically, information and testimony contained in their Reply Brief in Support of their Motion to File Third Amended Complaint and in Exhibit A to the Declaration of Lewis T. LeClair in Support thereof. As set forth in the accompanying Declaration of Ryan S. Hilbert, these documents contain information and/or testimony that Defendants have designated as "Highly Confidential – Attorneys Eyes Only" or "Confidential." Pursuant to Civil L.R. 79-5(d), Plaintiffs have submitted a Miscellaneous Administrative Request to file these documents under seal.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 26(c), Civil L.R. 79-5(d), and the Court's inherent authority over the papers filed in this Court, the following documents are to be sealed:

**(A)   An unredacted version of Plaintiff's Reply Brief in Support of Plaintiffs' Motion for Leave to File the Third Amended Complaint; and**

**(B)   Exhibit A to the Declaration of Lewis T. LeClair.**

**IT IS SO ORDERED**

**Dated: _____, 2007**

_____
Honorable William H. Alsup