MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail:  rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail:  rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail:  ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail:  lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail:  jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone:  (214) 978-4000
Facsimile:  (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**NOTICE OF MANUAL FILING OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE THE THIRD AMENDED COMPLAINT AND EXHIBIT A TO THE DECLARATION OF LEWIS T. LECLAIR** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20190549.1

NOTICE OF MANUAL FILING
CASE NO. C:07-0943 WHA

Dockets.Justia.com

## MANUAL FILING NOTIFICATION

Regarding: Notice of Manual Filing of **Plaintiffs' Reply Brief in Support of Plaintiffs' Motion for Leave to File the Third Amended Complaint and Exhibit A to the Declaration of Lewis T. LeClair.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than the e-filing system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

20190549.1    2    NOTICE OF MANUAL FILING
CASE NO. C:07-0943 WHA

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

| | | |
|---|---|---|
| 1 | Dated: October 18, 2007 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | | By: /s/ Ryan S. Hilbert |
| 3 | | Ronald S. Katz (SBN 085713) |
| | | Ryan S. Hilbert (SBN 210549) |
| 4 | | Noel S. Cohen (SBN 219645) |
| | | MANATT, PHELPS & PHILLIPS, LLP |
| 5 | | 1001 Page Mill Road, Building 2 |
| | | Palo Alto, CA 94304-1006 |
| 6 | | Telephone:     (650) 812-1300 |
| | | Facsimile:     (650) 213-0260 |
| 7 | | *Attorneys for Plaintiffs* |

Lewis T. LeClair, Esq.
Jill Adler, Esq.
McKOOL SMITH, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-4984
214-978-4044 (fax)

20190549.1     3     NOTICE OF MANUAL FILING
CASE NO. C:07-0943 WHA

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO