MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, and HERBERT ANTHONY ADDERLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**DECLARATION OF LEWIS T. LECLAIR IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Date:<br>Time:<br>Judge: Honorable William H. Alsup |

I, Lewis T. LeClair, do hereby declare and certify as follows:

1. I have personal knowledge of the following facts, and if called as a witness, could and would competently testify thereto.

2. I am an attorney at law, duly licensed to practice before all the courts of the State of California, and I am a shareholder with the law offices of McKool Smith P.C., attorneys of record for Plaintiffs in the above-entitled action. I was the attorney who took the deposition of Douglas A. Allen in this matter on September 7, 2007.

3. I hereby submit this Declaration in response to statements made in Defendants' Opposition to Motion for leave to File Third Amended Complaint and in further compliance with this Court's September 6, 2007 Order Granting Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint ("SAC").

4. Defendants point out an error in Plaintiffs' Motion for Leave in that the Motion mistakenly refers to the quotation of the sworn testimony of Mr. Allen in the proposed Third Amended Complaint ("TAC"). The actual quotations from Mr. Allen were removed from the TAC in editing the complaint in part because counsel believed that the language of the contracts was more important. Unfortunately, I did not notice that the Motion language had not been updated to match the TAC. I apologize to the Court for this error, and attach the Allen testimony referenced in the Motion, which supports the allegations in the TAC.

5. Attached hereto as Exhibit A are true and correct excerpts from the September 7, 2007 deposition of Douglas Allen. These excerpts support Plaintiffs' allegations in the TAC, and also provide context for Plaintiffs' Reply arguments in response to the additional Allen testimony, and Allen Declaration, submitted by Defendants in their Opposition.

6. Attached hereto as Exhibit B are true and correct printouts from the website of Electronic Arts, which provide information on the game called NFL Street 2.

2

DECLARATION OF LEWIS T. LECLAIR
IN SUPPORT OF MOTION FOR LEAVE
CASE NO. C07 0943 WHA

Dallas 246010v1

1     I declare under penalty of perjury under the laws of the United States that the foregoing is
2 true and correct and that this declaration was executed on October /8, 2007.

                                                         Lewis T. LeClair