### \*\*\*FILED UNDER SEAL\*\*\*

### Exhibit A
### to the
### Declaration of Lewis T. LeClair in Support of
### Motion for Leave to File Third Amended
### Complaint

### \*\*\*FILED UNDER SEAL\*\*\*