**Exhibit B
to the
Declaration of Lewis T. LeClair in Support of
Motion for Leave to File Third Amended
Complaint**



| NFL STREET 2 MUSIC | ASK SHOCK AND X | HIT THE STREET ONLINE | STREET SURVEY: |
|---|---|---|---|
| | We got your questions for Jeremy Shockey and Xzibit -- and now we have their | Take your game online for both the PlayStation2 and Xbox. | Already got the game? Take our NFL STREET 2 survey and tell us what you think. |



Hit the STREET with hard beats and pumping music as you pull off your sick moves and rack up the style points. For a closer look at the tunes in the game, check out our Music Page!
Hear the Music >>

## GET LEGENDARY

See some of the awesome Legends that are in the game, including Eric Dickerson and Cris Carter!
All-Timers >>

answers! Watch the videos to see how Shock and X responded to some of the questions you had for them!
Shockey Responds >>
Xzibit Answers >>



## OWN THE CITY MODE

How can you dominate the world of NFL STREET 2? By Owning the City, of course! Get the scoop on this new game mode here!
Own It >>

If you're already playing online, make sure you're logged in to see your personal stats and game results.

Online Home >>
Current Leaders >>

## ONLINE PLAY FAQ



Find out more about going online to play NFL STREET 2 with your friends!
Learn about online >>

## STREET NEWS:

3/17 - Added new screens and videos to the PSP page.

1/19 - Read the acclaim for NFL STREET 2 on our Press page!

1/14 - Check out the new videos showing Jeremy Shockey and Xzibit responding to your questions!

1/6 - New gameplay video added!

12/25 - See some of the Legends that are in the game, and watch the new Quick Strike and Open Field Showdown videos!

12/22 - Go behind the scenes of the NFL STREET 2 commercial, and check out Jerry Porter playing the new game!





© 2006 Electronic Arts Inc. Trademarks belong to their respective owners. All rights reserved.
Advertise | Legal Notices | Terms of Service | Privacy Policy | Corporate Info | Jobs | Piracy | Try AOL Free



- SSX ON TOUR
- NFL STREET 3
- NBA STREET V3
- FIFA STREET 2



Buy Now

- GAME INFO
- HOME
- SCREENSHOTS
- VIDEOS
- ARTIST GALLERY
- MUSIC
- NFL LEGENDS
- FIELDS
- PLAYSTATION 2
- XBOX
- NINTENDO GAMECUBE
- PSP

- FIND A STORE
- COMMUNITY
- ONLINE PLAY
- SUPPORT



Some of the best players in NFL history show off their style and power in NFL STREET 2. From hard-hitting Mike Singletary to the smooth running of Eric Dickerson, check out the Legends that are in the game.



JOEY BROWNER
DB (1983-1992)

Ball-hawking defensive back that stuck to receivers like glue.

 

**STREET NEWS:**
2/1 - Added the PSP page.

1/19 - Read the acclaim for NFL STREET 2 on our Press page!

1/14 - Check out the new videos showing Jeremy Shockey and Xzibit responding to your questions!

1/6 - New gameplay video added!

12/25 - See some of the Legends that are in the game, and watch the new Quick Strike and Open Field Showdown videos!

12/22 - Go behind the scenes of the NFL STREET 2 commercial, and check out Jerry Porter playing the new game!

12/20 - New Jump Ball video is added, along with features on Own The City mode and Online Play!

12/16 - See screens of the 10 new Fields and bonus environments.



One of the all-time best receivers -- no one had better hands.



Elusive and fast with a big arm and the uncanny ability to create something out of nothing.



Record-setting back that took the league by storm with amazing speed and power.



12/14 - Enter your own wish list and you might be a big winner!

12/10 - Find out about Crush The Carrier mode in this new video!

12/3 - New video is up for the Two Minute Challenge mini-game!

12/3 - Platform videos on the platform pages!

11/23 - Videos and Screenshots are now available!

11/19 - Check out the brand-new Artist Gallery, as well as the wallpaper on the Downloads page!

The Ageless Wonder -- played top-notch cornerback for two decades.



Mean Joe was the center of the great Steeler defensive lines of the 1970s.



He had it all -- quickness, speed, power and moves. Bo knew how to run.



Famed linebacker for the Steel Curtain defenses in the 1970s.

 



Set the standard at offensive tackle for over a decade. A rock on the line.



Caught tons of balls and helped the Packers back to respectability.



One of the great linebackers of all time -- the leader of the famed 1985 Bears defense.



© 2006 Electronic Arts Inc. Trademarks belong to their respective owners. All rights reserved.



Advertise | Legal Notices | Terms of Service | Privacy Policy | Corporate Info | Jobs | Piracy | Try AOL Free