# DEWEY & LEBOEUF LLP

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

tel +1 212 259 8050
fax +1 212 259 6333
jkessler@dl.com

October 19, 2007

The Honorable William Alsup
United States District Court,
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Parrish v. National Football League Players Association, et al.*
Case No. C07-0943 WHA

Dear Judge Alsup,

I represent the defendants in the above-captioned action. I write in connection with the Court's order dated September 6, 2007, in which the Court stated (among other things) that after plaintiffs had filed the reply brief on their motion for leave to file an amended complaint, the "Court [would] then determine if a hearing is necessary." We believe that the papers submitted by the parties demonstrate that plaintiffs have no good-faith basis for the amendments to the complaint and that the proposed amended complaint should be dismissed with prejudice. If the Court is uncertain about this, given plaintiffs' continued resort to the "smoke-and-mirrors" approach to pleading, we respectfully request that the court schedule oral argument.

Respectfully yours,

/s/ Jeffrey L. Kessler
Jeffrey L. Kessler
Counsel for Defendants

cc:   Ronald S. Katz, Esq.

NEW YORK | LONDON MULTINATIONAL PARTNERSHIP | WASHINGTON, DC
ALBANY | ALMATY | AUSTIN | BEIJING | BOSTON | BRUSSELS | CHARLOTTE | CHICAGO | EAST PALO ALTO
FRANKFURT | HARTFORD | HONG KONG | HOUSTON | JACKSONVILLE | JOHANNESBURG (PTY) LTD. | LOS ANGELES
MILAN | MOSCOW | PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | WARSAW