MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>[PROPOSED] ORDER SEALING CONFIDENTIAL DOCUMENTS<br><br>[CIVIL L.R. 79-5] |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20190546.1

PROPOSED ORDER
CASE NO. C:07-0943 WHA

Dockets.Justia.com

1  Plaintiffs have requested an Order sealing documents, specifically, information and
2  testimony contained in their Reply Brief in Support of their Motion to File Third Amended
3  Complaint and in Exhibit A to the Declaration of Lewis T. LeClair in Support thereof.  As set
4  forth in the accompanying Declaration of Ryan S. Hilbert, these documents contain information
5  and/or testimony that Defendants have designated as "Highly Confidential – Attorneys Eyes
6  Only" or "Confidential."   Pursuant to Civil L.R. 79-5(d), Plaintiffs have submitted a
7  Miscellaneous Administrative Request to file these documents under seal.

8  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, pursuant to Federal Rule
9  of Civil Procedure 26(c), Civil L.R. 79-5(d), and the Court's inherent authority over the papers
10  filed in this Court, the following documents are to be sealed:

11  **(A)    An unredacted version of Plaintiff's Reply Brief in Support of**
12  **Plaintiffs' Motion for Leave to File the Third Amended Complaint; and**
13  **(B)    Exhibit A to the Declaration of Lewis T. LeClair.**

15  **IT IS SO ORDERED**
16  **Dated:** __October 22_____, 2007

    _____
    Honorable [signature: Judge William Alsup]

    IT IS SO ORDERED
    Judge William Alsup