MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN CONFIDENTIAL MATERIALS UNDER SEAL** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20192203.1

MISC. REQUEST TO FILE UNDER SEAL
CASE NO. C:07-0943 WHA

Dockets.Justia.com

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Civil Local Rules 79-5(d) and 7-11, and the Court's inherent authority over its own files and records, Plaintiffs file these documents in connection with their Third Amended Complaint.

Specifically, Plaintiffs request that the Court seal the following documents:

**(A)** **An unredacted version of Plaintiffs' Third Amended Complaint; and**

**(B)** **Exhibits D, F, G, I, J, and O in support thereof.**

This motion is made on the grounds that the above documents contain testimony and/or information that has been designated as "Highly Confidential – Attorneys Eyes Only" or "Confidential" by Defendants. For this reason, Plaintiffs submit the above-referenced documents under seal. Plaintiffs respectfully request that the Court authorize the filing of the documents under seal pursuant to designation by Defendants.

Dated: November 15, 2007   MANATT, PHELPS & PHILLIPS, LLP

By:  /s/ Ryan S. Hilbert
Ronald S. Katz (SBN 085713)
Ryan S. Hilbert (SBN 210549)
Noel S. Cohen (SBN 219645)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:    (650) 812-1300
Facsimile:     (650) 213-0260
*Attorneys for Plaintiffs*

Lewis T. LeClair, Esq.
Jill Adler, Esq.
McKOOL SMITH, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-4984
214-978-4044 (fax)

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO