MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**PROOF OF SERVICE** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20192214.1

PROOF OF SERVICE
CASE NO. C:07-0943 WHA

Dockets.Justia.com

# PROOF OF SERVICE

I, Donna L. Wishon, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1001 Page Mill Road, Building 2, Palo Alto, CA 94304-1006. On November 15, 2007, I served the following documents:

1. **Plaintiffs' Third Amended Complaint and Exhibits D, F, G, I, J, and O in support thereof.**

☐ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail, addressed as set forth below.

☐ By transmitting via facsimile the document listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ By placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☒ By electronic mail to the below email addresses:

| | |
|---|---|
| Jeffrey L, Kessler, Esq.<br>David G. Feher, Esq.<br>Eamon O'Kelly, Esq.<br>David Greenspan, Esq.<br>Elizabeth Haley, Esq.<br>Dewey Ballantine LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6092<br>Email: jkessler@deweyballantine.com<br>Email: dfeher@deweyballantine.com<br>Email: eo'kelly@deweyballantine.com<br>Email: dgreenspan@deweyballantine.com<br>Email: ehaley@deweyballantine.com | Kenneth L. Steinthal, Esq.<br>Claire E. Goldstein, Esq.<br>Weil, Gotshal & Manges, LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Email: Kenneth.steinthal@weil.com<br>Email: Claire.goldstein@weil.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 15, 2007, at Palo Alto, California.

            /s/ Donna L. Wishon
            *Donna L. Wishon*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures*, *Ryan S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.*

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20192214.1      2      PROOF OF SERVICE
CASE NO. C:07-0943 WHA