# DEWEY & LEBOEUF LLP

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

tel +1 212 259 8050
fax +1 212 259 6333
jkessler@dl.com

November 19, 2007

The Honorable William Alsup
United States District Court,
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Parrish v. National Football League Players Association, et al.*
              Case No. C07-0943 WHA

Dear Judge Alsup,

        We represent Defendants in the above-captioned action, the NFLPA and Players Inc. I write in connection with the Court's Order dated today, in which the Court ruled that certain documents Plaintiffs attach to their Third Amended Complaint ("TAC") would not be filed under seal because Plaintiffs had not established that such documents are confidential and non-public.

        The documents referenced in the Court's Order are <u>not</u> Plaintiffs' documents, but confidential non-public business documents of the NFLPA and Players Inc, the Defendants. Plaintiffs thus had no interest to demonstrate that these documents are confidential and non-public in nature, apart from fulfilling their obligations under the confidentiality order in this action.

        For example, Plaintiffs attach to their TAC a licensing agreement between Players Inc and Electronic Arts Inc. ("EA"), which is a confidential business document of Players Inc whose terms are a trade secret. Players Inc and the parties with which it contracts would be seriously harmed if such documents were publicly filed, especially if such terms became available to the competitors of Players Inc and EA.

        If the Court deems it necessary, Defendants can make a more detailed showing as to the confidentiality of the documents affected by the Court's Order, but Defendants respectfully request that the referenced documents not be publicly filed, and that the filing under seal protections be afforded these documents.

        Respectfully yours,

/s/ Jeffrey L. Kessler
Jeffrey L. Kessler
Counsel for Defendants

cc:    Ronald S. Katz, Esq.

NEW YORK | LONDON MULTINATIONAL PARTNERSHIP | WASHINGTON, DC
ALBANY | ALMATY | AUSTIN | BEIJING | BOSTON | BRUSSELS | CHARLOTTE | CHICAGO | EAST PALO ALTO
FRANKFURT | HARTFORD | HONG KONG | HOUSTON | JACKSONVILLE | JOHANNESBURG (PTY) LTD. | LOS ANGELES
MILAN | MOSCOW | PARIS MULTINATIONAL PARTNERSHIP | RIYADH AFFILIATED OFFICE | ROME | SAN FRANCISCO | WARSAW

dockets.Justia.com

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.