IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLY, and WALTER ROBERTS III,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC,<br><br>    Defendant.<br>_____ / | No. C 07-00943 WHA<br><br>**ORDER CLARIFYING MOTION TO SEAL DOCUMENTS** |

      The Court has received defendants' letter regarding this Court's order denying plaintiffs' motion to seal certain court documents. If defendants wish to file court documents under seal they must formally file a motion with a sworn record showing specifically why good cause has been met. A letter is insufficient. It is of no matter who files the documents with the Court. Good cause must be shown.

      **IT IS SO ORDERED.**

Dated: November 20, 2007.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE