1  Mark Malin (Bar No. 199757)
   *mmalin@dl.com*
2  DEWEY & LEBOEUF LLP
   1950 University Avenue, Suite 500
3  East Palo Alto, CA 94303
   Tel: (650) 845-7000; Fax: (650) 845-7333
4
   Jeffrey L. Kessler (*pro hac vice*)
5  *jkessler@dl.com*
   David G. Feher (*pro hac vice*)
6  *dfeher@dl.com*
   Eamon O'Kelly (*pro hac vice*)
7  *eokelly@dl.com*
   DEWEY & LEBOEUF LLP
8  1301 Avenue of the Americas
   New York, NY 10019
9  Tel: (212) 259-8000; Fax: (212) 259-6333

10 Kenneth L. Steinthal (*pro hac vice*)
   *kenneth.steinthal@weil.com*
11 Claire E. Goldstein (Bar No. 237979)
   *claire.goldstein@weil.com*
12 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
13 Redwood Shores, CA 94065
   Tel: (650) 802-3000; Fax: (650) 802-3100
14
   Bruce S. Meyer (*pro hac vice*)
15 *bruce.meyer@weil.com*
   WEIL, GOTSHAL & MANGES LLP
16 767 Fifth Avenue
   New York, NY 10153
17 Tel: (212) 310-8000; Fax: (212) 310-8007

18 Attorneys for Defendants National Football League Players Association
   and National Football League Players Incorporated d/b/a Players Inc
19

20            UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION
21

22 BERNARD PAUL PARRISH, HERBERT         Case No. C 07 0943 WHA
   ANTHONY ADDERLEY, WALTER
23 ROBERTS III,                          **DECLARATION OF DAVID G.
                                         FEHER IN SUPPORT OF
24        Plaintiffs,                    DEFENDANTS'
                                         MISCELLANEOUS
   v.                                    ADMINISTRATIVE MOTION TO
25                                       FILE UNDER SEAL CERTAIN
                                         CONFIDENTIAL INFORMATION
26 NATIONAL FOOTBALL LEAGUE              FILED BY PLAINTIFFS
   PLAYERS ASSOCIATION and NATIONAL
27 FOOTBALL LEAGUE PLAYERS
   INCORPORATED d/b/a/ PLAYERS INC,
28
          Defendants.

---

Declaration of David G. Feher In Support          Civ. Action No. C07 0943 WHA
Of Defendants' Motion To File Under Seal

Dewey & LeBoeuf LLP
1950 University Avenue
East Palo Alto, California 94303-2225

# DECLARATION OF DAVID G. FEHER

I, David G. Feher, hereby declare, as follows:

1.     I am a partner with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and have been admitted pro hac vice in this matter. I make this Declaration in support of Defendants' Administrative Motion to File Certain Confidential Materials Under Seal. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

2.     Pursuant to Local Rule 7-11, I conferred with Ronald S. Katz, counsel for Plaintiffs, in an effort to obtain a stipulation agreeing to Defendants' Administrative Motion to File Certain Confidential Materials Under Seal. Mr. Katz declined to enter into a stipulation, but responded that plaintiffs take no position on sealing, and neither support nor oppose Defendants' Administrative Motion.

3.     Pursuant to the Protective Order in this matter, parties have the ability to challenge the designations of confidentiality made during discovery. Plaintiffs have never challenged the designations of confidentiality to the information in the affected portions of the Third Amended Complaint or to Exhibits D, F, G, I, J, and O thereto.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was in executed in New York, New York on November 21, 2007.

Dated: November 21, 2007

_____
David G. Feher

Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225