Mark Malin (Bar No. 199757)
mmalin@dl.com
DEWEY & LEBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

Jeffrey L. Kessler (*pro hac vice*)
jkessler@dl.com
David G. Feher (*pro hac vice*)
dfeher@dl.com
Eamon O'Kelly (*pro hac vice*)
eokelly@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
kenneth.steinthal@weil.com
Claire E. Goldstein (Bar No. 237979)
claire.goldstein@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
bruce.meyer@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**DECLARATION OF JOEL LINZNER IN SUPPORT OF DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN CONFIDENTIAL MATERIALS FILED BY PLAINTIFFS** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Bernard Parrish, et al.,

    Plaintiffs,

v.

National Football League Players Association,
et al.,

    Defendants.

Case No. C 07 0943 WHA

## DECLARATION OF JOEL LINZNER

I, Joel Linzner, declare as follows:

1. I am Executive Vice President of Business and Legal Affairs of Electronic Arts Inc. ("EA") and have held that position since April 2004. From October 2002 to April 2004, I was Senior Vice President of Worldwide Business Affairs. From July 1999 to October 2002, I was Vice President of Worldwide Business Affairs at EA. Since July 1999, I have been the EA person principally responsible for negotiations with National Football League Players Incorporated d/b/a Players Inc ("Players Inc") regarding player group licensing. I am over twenty-one years of age and have personal knowledge of each of the facts stated herein. If called upon to testify, I could and would testify completely thereto.

2. I understand that plaintiffs in this action have attached to their Third Amended Complaint certain licensing contracts between EA and Players Inc, specifically the contracts effective as of March 1, 2004 and March 1, 2005 ("EA Licensing Contracts").

3. The EA Licensing Contracts are filled with extremely sensitive confidential business information, including specific price terms, royalty rates, and other individually negotiated terms and conditions of the contracts. This information is not a

matter of public record, and would cause substantial competitive injury to EA if it were publicly disclosed. Indeed, I believe that public disclosure of this information would harm competition by divulging to EA's and Players Inc's competitors the confidential price and other terms that EA and Players Inc negotiated in these contracts. The harm to EA and others from public disclosure of these documents would be severe and immediate.

I declare under the penalty of perjury under the laws of the United States of America and the State' of California that the foregoing is true and correct and that this declaration was in executed in Redwood City, California on November 21, 2007.

Joel Linzner