1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

9
10
11
12
13
14
15
16
17

<div style="float:left; writing-mode:vertical">Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225</div>

BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,

                    Plaintiffs,

          v.

NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,

                    Defendants.

Case No.  C 07 0943 WHA

~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION FILED BY PLAINTIFFS**

Date:
Time:
Ctrm:  9
Judge:  William H. Alsup

18
19

          The Court, having considered Defendants' Motion to File Under Seal, and all

papers filed herein, and good cause appearing, hereby orders as follows:

20
21

          IT IS HEREBY ORDERED that the following documents are to be sealed:

          (A)     An unredacted version of the Third Amended Complaint; and

22
23

          (B)     Exhibits D, F, G, I, and O thereto.

          IT IS SO ORDERED.

24
25

Dated:  November 26        , 2007

26
27

          The Honorable William H. Alsup
          United States District Court Judge

28

Dockets.Justia.com