| | |
|---|---|
| Mark Malin (Bar No. 199757) *mmalin@dl.com* DEWEY & LEBOEUF LLP 1950 University Avenue, Suite 500 East Palo Alto, CA 94303 Tel: (650) 845-7000; Fax: (650) 845-7333 | Kenneth L. Steinthal (*pro hac vice*) *kenneth.steinthal@weil.com* Claire E. Goldstein (Bar No. 237979) *claire.goldstein@weil.com* WEIL, GOTSHAL & MANGES LLP 201 Redwood Shores Parkway Redwood Shores, CA 94065 Tel: (650) 802-3000; Fax: (650) 802-3100 |
| Jeffrey L. Kessler (*pro hac vice*) *jkessler@dl.com* David G. Feher (*pro hac vice*) *dfeher@dl.com* Eamon O'Kelly (*pro hac vice*) *eokelly@dl.com* DEWEY & LEBOEUF LLP 1301 Avenue of the Americas New York, NY 10019 Tel: (212) 259-8000; Fax: (212) 259-6333 | Bruce S. Meyer (*pro hac vice*) *bruce.meyer@weil.com* WEIL, GOTSHAL & MANGES LLP 767 Fifth Avenue New York, NY 10153 Tel: (212) 310-8000; Fax: (212) 310-8007 |

Attorneys for Defendants.

| | |
|---|---|
| Ronald S. Katz (Bar No. CA 085713) *rkatz@manatt.com* Ryan S. Hilbert (Bar No. CA 210549) *rhilbert@manatt.com* Noel S. Cohen (Bar No. CA 219645) *ncohen@manatt.com* MANATT, PHELPS & PHILLIPS, LLP 1001 Page Mill Road, Building 2 East Palo Alto, CA 94303-1006 Tel: (650) 812-1300; Fax: (650) 213-0260 | Lewis T. LeClair (Bar No. CA 077136) *lleclair@mckoolsmith.com* Jill Adler (Bar No. CA 150783) *jadler@sckoolsmith.com* MCKOOL SMITH, P.C. 300 Crescent Court, Suite 1500 Dallas, TX 75201 Tel: (214) 978-4984; Fax: (214) 978-4044 |

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, Plaintiffs, v. NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, Defendants. | Case No. C 07 0943 WHA **JOINT STIPULATION TO DISMISS PLAINTIFFS' CAUSE OF ACTION ARISING UNDER CALIFORNIA BUS. & PROF. CODE § 17200** |

| | |
|---|---|
| 1 | Defendants National Football League Players Association ("NFLPA") and |
| 2 | National Football League Players Incorporated d/b/a/ Players Inc ("Players Inc") (collectively, |
| 3 | "Defendants") and Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter |
| 4 | Roberts III (collectively "Plaintiffs") hereby file this Joint Stipulation to Dismiss Plaintiffs' |
| 5 | Cause of Action Arising Under California Business & Professions Code § 17200 ("17200 |
| 6 | Claims"). |

## JOINT STIPULATION

WHEREAS this Court in its Order Granting Motions To Dismiss, dated September 6, 2007, dismissed the claims arising under California Bus. & Prof. Code § 17200 ("Section 17200") that Plaintiffs alleged in the Second Amended Complaint;

WHEREAS Plaintiffs filed a Motion For Leave To File A Third Amended Complaint, dated September 27, 2007, in which plaintiff Roberts requested leave to re-allege the claims under Section 17200 "solely…for purposes of preserving the right to appeal dismissal" of those claims;

WHEREAS Plaintiffs further requested in their Motion For Leave To File A Third Amended Complaint that the Court dismiss Roberts's Section 17200 claims with prejudice in order to preserve those claims for appeal;

WHEREAS Plaintiffs' Third Amended Complaint ("TAC") asserts and alleges -- "[s]olely for purposes of preserving Plaintiffs' right to appeal the Court's September 6, 2007 Dismissal of claims arising under" Section 17200, as asserted by Plaintiff Roberts -- a Fifth Cause of Action re-alleging and incorporating by reference the allegations made in their Second Amended Complaint as to Section 17200 (TAC ¶ 114) (the "Section 17200 Cause of Action");

WHEREAS Defendants now join in Plaintiffs' request that this Court dismiss with prejudice the Section 17200 Cause of Action;

Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO**, through their respective counsel, that the Section 17200 Cause of Action alleged in the TAC be dismissed with prejudice for the reasons stated in the Court's Order Granting Motions To Dismiss, dated September 6, 2007.

Date:	Dewey & LeBoeuf LLP

BY: /s/Jeffrey L. Kessler
Jeffrey L. Kessler
*Attorneys for Defendants*

Date: November 28, 2007	Manatt, Phelps & Phillips, LLP

BY: Ryan S. Hilbert
Ryan S. Hilbert
*Attorneys for Plaintiffs*

### [PROPOSED] ORDER

Pursuant to the Joint Stipulation above, it is hereby ORDERED that the claims alleged in Plaintiffs' Third Amended Complaint arising under California Business & Professions Code § 17200 be dismissed with prejudice for the reasons stated in the Court's Order Granting Motions To Dismiss, dated September 6, 2007.

IT IS SO ORDERED.

Dated: November 29, 2007

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

Pursuant to General Order 45(X)(b), I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories listed as counsel above.

Date: November 28, 2007	Weil, Gotshal & Manges LLP

By: /s/ Joseph R. Wetzel
Joseph R. Wetzel
*Attorneys for Defendants*

-2-

Joint Stipulation And [Proposed] Order To Dismiss Plaintiffs' 17200 Claim	Civ. Action No. C07 0943 WHA