MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,

Plaintiffs

vs.

NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,

Defendants.

CIVIL ACTION NO. C07 0943 WHA

**DECLARATION OF RYAN S. HILBERT IN SUPPORT OF PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO RE-SET DATES AND DEADLINES**

**[N.D. LOCAL RULE 7-11]**

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

MISC. REQUEST RE-SETTING DEADLINES
CASE NO. C:07-0943 WHA

Dockets.Justia.com

I, Ryan S. Hilbert, do hereby declare and certify as follows:

1. I have personal knowledge of the following facts, and if called as a witness, could and would competently testify thereto. I am an attorney at law, duly licensed to practice before all the courts of the State of California, and I am an associate with the law offices of Manatt, Phelps & Phillips, LLP, attorneys of record for Plaintiffs in the above-entitled action.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of a letter I sent to counsel for Defendants on November 21, 2007.

3. Attached hereto as <u>Exhibit B</u> is a true and correct printout of an e-mail string showing communications sent and received in November and December 2007 between me and David Feher, counsel for Defendants.

4. Attached hereto as <u>Exhibit C</u> are true and correct copies of draft Joint Stipulations I sent to opposing counsel on November 27, 2007 and November 29, 2007, respectively. These Joint Stipulations are identical, except that the November 27 Joint Stipulation lists Defendants' originally-proposed May 30, 2008 deadline for Plaintiffs' Motion for Class Certification, and the November 29 Joint Stipulation lists Defendants' mid-March deadline.

5. As the attached exhibits demonstrate, the parties were able to agree on all of the new dates listed in Plaintiffs' accompanying motion except the deadline for Plaintiffs' Motion for Class Certification. After exchanging several lengthy e-mails on the subject, it became clear that Defendants would not stipulate to the filing of the present motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 3, 2007.

                                                /s/Ryan S. Hilbert
                                                Ryan S. Hilbert