| | |
|---|---|
| 1 | Mark Malin (Bar No. 199757)<br>*mmalin@dl.com* |
| 2 | DEWEY & LEBOEUF LLP<br>1950 University Avenue, Suite 500 |
| 3 | East Palo Alto, CA 94303<br>Tel: (650) 845-7000; Fax: (650) 845-7333 |
| 4 | |
| 5 | Jeffrey L. Kessler (*pro hac vice*)<br>*jkessler@dl.com* |
| 6 | David G. Feher (*pro hac vice*)<br>*dfeher@dl.com* |
| 7 | Eamon O'Kelly (*pro hac vice*)<br>*eokelly@dl.com* |
| 8 | DEWEY & LEBOEUF LLP<br>1301 Avenue of the Americas |
| 9 | New York, NY 10019<br>Tel: (212) 259-8000; Fax: (212) 259-6333 |
| 10 | Todd L. Padnos (Bar No. 208202)<br>*tpadnos@dl.com* |
| 11 | DEWEY & LEBOEUF LLP<br>One Embarcadero Center, Suite 400 |
| 12 | San Francisco, CA 94111<br>Tel: (415) 951-1140; Fax: (415) 438-1140 |
| 13 | |
| 14 | Kenneth L. Steinthal (*pro hac vice*)<br>*kenneth.steinthal@weil.com* |
| 15 | Claire E. Goldstein (Bar No. 237979)<br>*claire.goldstein@weil.com* |
| 16 | WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway |
| 17 | Redwood Shores, CA 94065<br>Tel: (650) 802-3000; Fax: (650) 802-3100 |
| 18 | Bruce S. Meyer (*pro hac vice*)<br>*bruce.meyer@weil.com* |
| 19 | WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue |
| 20 | New York, NY 10153<br>Tel: (212) 310-8000; Fax: (212) 310-8007 |
| 21 | |
| 22 | Attorneys for Defendants National Football League Players Association<br>and National Football League Players Incorporated d/b/a Players Inc |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v. | Case No. C 07 0943 WHA<br><br>**NOTICE OF APPEARANCE OF TODD L. PADNOS AS ADDITIONAL COUNSEL FOR DEFENDANTS NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION AND** |

| | |
|---|---|
| 1<br>2<br>3<br>4 | NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>　　　　Defendants.<br>_____/ **NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC.** |

I, Todd L. Padnos, of the San Francisco, California office of Dewey & LeBoeuf LLP hereby enter my appearance as additional counsel for Defendants National Football League Players Association and National Football League Players Incorporated d/b/a/ Players Inc. My address and telephone numbers are as follows:

> Dewey & LeBoeuf LLP
> One Embarcadero Center, Suite 400
> San Francisco, CA 94111
> Telephone: (415) 951-1140
> Facsimile: (415) 438-1140
> E-mail: tpadnos@dl.com

Date: December 4, 2007　　　　　　　　　　　　　　Dewey & LeBoeuf LLP

　　　　　　　　　　　　　　　　　　　　　　BY: __/s/Todd L. Padnos___
　　　　　　　　　　　　　　　　　　　　　　Todd L. Padnos
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

　　　I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document

Date: December 4, 2007　　　　　　　　　　BY: __/S/Todd L. Padnos_____
　　　　　　　　　　　　　　　　　　　　　　Todd L. Padnos
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*