Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, <br><br> Defendants. | Case No. C 07 0943 WHA <br><br> [~~PROPOSED~~] **ORDER RE-SETTING DEADLINES** <br><br> Date: <br> Time: <br> Ctrm: 9 <br> Judge: William H. Alsup |

The Court, having considered Plaintiffs' Miscellaneous Administrative Request to Re-set Dates and Deadlines, Defendants' Opposition to Plaintiffs' Motion to Set a February 7, 2008 Class Certification Motion Deadline, and all papers filed herein, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that the following dates and deadlines shall apply to this action:

| | |
|---|---|
| <u>March 14, 2008</u>: | Class-certification motion deadline (35-day track) |
| <u>May 23, 2008</u>: | Non-expert discovery cut-off |
| <u>May 23, 2008</u>: | Last day to file expert reports |
| <u>June 13, 2008</u>: | Last day to submit expert "opposition reports" |
| <u>June 27, 2008</u>: | Last day to file expert reply reports |

| | |
|---|---|
| <u>July 9, 2008</u>: | Close of expert discovery |
| <u>July 11, 2008</u>: | Last day to file dispositive motions |
| <u>September 8, 2008</u> @ 2:00 pm: | Final Pretrial Conference |
| <u>September 22, 2008</u> @ 7:30 am: | Jury trial commences |

IT IS SO ORDERED.

Dated: December 7, 2007

_____
The Honorable William H. Alsup
United States District Court Judge

*IT IS SO ORDERED*
*Judge William Alsup*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225