MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (Bar No. CA 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (Bar No. CA 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MANATT, PHELPS & PHILLIPS, LLP
L. PETER PARCHER (*pro hac vice* pending)
E-mail: pparcher@manatt.com
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

MCKOOL SMITH, P.C.
LEWIS T LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL C. ADLER (Bar No. CA 150783
E-mail: jadler@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT - SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendant. | CIVIL ACTION NO. C07 0943 WHA<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

CASE NO. CO7-00943 WHA

Pursuant to Civil L.R. 11-3, L. PETER PARCHER, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III, on behalf of themselves and all others similarly situated, in the above entitled litigation.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing,* and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> RONALD S. KATZ (California Bar No. 085713)
> MANATT PHELPS & PHILLIPS, LLP
> 1001 Page Mill Road, Building 2
> Palo Alto, CA 94304-1006
> Telephone: (650) 812-1300
> Facsimile: (650) 213-0260

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 1 | Dated: January 28, 2008 |
| 2 | |

Respectfully submitted,

*(signature)*

L. Peter Parcher
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

Ronald S. Katz (SBN 085713)
Ryan S. Hilbert (SBN 210549)
Noel S. Cohen (SBN 219645)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260
*Attorneys for Plaintiffs*

90000086.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

3

CASE NO. C07-00943 WHA