MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (Bar No. CA 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (Bar No. CA 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MANATT, PHELPS & PHILLIPS, LLP
L. PETER PARCHER (*pro hac vice* pending)
E-mail: pparcher@manatt.com
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545

MCKOOL SMITH, P.C.
LEWIS T LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL C. ADLER (Bar No. CA 150783
E-mail: jadler@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT - SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendant. | CIVIL ACTION NO. C07 0943 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF L. PETER PARCHER |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

CASE NO. C07-00943 WHA

L. Peter Parcher, an active member in good standing of the bars of the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit, whose business address and telephone number is Manatt, Phelps & Phillips, LLP, 7 Times Square, New York, New York 10036, (212) 790-4500. having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III, on behalf of themselves and all others similarly situated,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____, 2008

_____
Judge William H. Alsup

90000088.1

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* — 2 — CASE NO. CO7-00943 WHA