MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

RECEIVED
JAN 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH and HERBERT ANTHONY ADDERLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**APPLICATION OF PLAINTIFF HERBERT ANTHONY ADDERLEY TO ATTEND SETTLEMENT CONFERENCE TELEPHONICALLY; DECLARATION OF HERBERT ANTHONY ADDERLEY IN SUPPORT THEREOF**<br><br>Date: February 6, 2008<br>Time: 2:00 p.m.<br>Place: Chambers of Magistrate Judge James Larson |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

APPLICATION TO ATTEND SETTLEMENT
CONFERENCE TELEPHONICALLY
CASE NO. 07-0943 WHA

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

On October 19, 2007, the Court issued a Notice of Settlement Conference and Settlement Conference Order ("Order"). The Order requires the parties and counsel to personally attend the February 6, 2008 Settlement Conference absent "substantial hardship." If such hardship exists, a "written application to be made available by telephone rather than in person shall be served on opposing counsel and lodged with the judge, along with the Settlement Conference Statement."

Substantial hardship exists here. Due to complications from his professional football career, Mr. Adderley had lower back fusion surgery in or around May 12, 2006 at Virtua West Hospital in Malton, New Jersey. [Declaration of Herbert Adderley, ¶ 2.] Mr. Adderley remains under doctor's orders not to fly, and has thus not flown since his surgery. [*Id.*, ¶ 3.]

Accordingly, Plaintiffs respectfully request that Mr. Adderley be excused from personal attendance at the Settlement Conference, and instead be permitted to attend telephonically. This request is solely being made on behalf of Mr. Adderley as Mr. Parrish and counsel will be personally attending the Settlement Conference per the Court's Order.

Dated: January 29, 2008

Respectfully submitted,

Ronald S. Katz
Ryan S. Hilbert
Noel S. Cohen
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260
*Attorneys for Plaintiff*

Lewis T. LeClair, Esq.
McKool Smith
A Professional Corporation
300 Crescent Court
Dallas, TX 75201
214-978-4984
214-978-4044 (fax)

SO ORDERED

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

APPLICATION TO ATTEND SETTLEMENT
CONFERENCE TELEPHONICALLY
CASE NO. 07-0943 WHA

# DECLARATION OF HERBERT ANTHONY ADDERLEY

1. I am a party to this lawsuit, and submit this declaration pursuant to the Court's Notice of Settlement Conference and Settlement Conference Order. I have personal, first-hand knowledge of the matters stated herein, and, if called upon to do so, I could and would competently testify thereto.

2. Due to complications from my professional football career, I had lower back surgery in or around May 12, 2006 at Virtua West Hospital in Malton, New Jersey. This procedure resulted in the fusion of my L-4-L-5 disk.

3. My doctor recommends that I not travel by airplane or drive long distances due to the pain that may result from sitting for long periods of time. I have thus not flown since before my procedure.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 25, 2008.

*[signature]*
Herbert Anthony Adderley

41199169.1