## CIVIL MINUTES

**Chief Magistrate Judge James Larson**

**Date: February 6, 2008**

**Case No.: C 07-0943 WHA   (JL)**

**Case Name:   Bernard Parrish, et al., v. NFL Players, Inc**

**Counsel Present:**      **Plaintiff**: Robert S. Katz, Ryan S. Hilbert

                          **Defendant:** David G. Feher, Jeffreey L. Kessler.

**Deputy Clerk:** Venice E. Thomas

I hereby certify that a settlement conference was held in the above-referenced case with the
following outcome:

            _____        Settle

            _____        Partial settlement

     X      Did not settle

                          Further settlement conference ordered:        _____

**Time:**      2.0 hrs

**Comments:**

                                        _Venice E. Thomas_
                                        Venice E. Thomas,  Deputy Clerk

cc: Wings Hom, Dawn Toland