MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

Attorneys for Plaintiffs.

RECEIVED FEB 14 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF SAMUEL F. BAXTER FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION OF
SAMUEL F. BAXTER
CASE NO. 07-0943 WHA

1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

Dallas 251485v1

Manatt, Phelps & Phillips, LLP
Attorneys at Law
Palo Alto

Samuel F. Baxter, an active member in good standing of the bars of the United States Supreme Court, the United States Courts of Appeals for the First and Fifth Circuits, and the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas, whose business address and telephone number is McKool Smith, P.C., 300 Crescent Court, Ste. 1500, Dallas, Texas 75201, telephone (214) 978-4000, facsimile (214) 978-4044., email: sbaxter@mckoolsmith.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Bernard Paul Parrish and Herbert Anthony Adderley, on behalf of themselves and all others similarly situated.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February ___, 2008

_____
Judge William H. Alsup

20196618.1