1  MANATT, PHELPS & PHILLIPS, LLP
   RONALD S. KATZ (Bar No. CA 085713)
2  E-mail: rkatz@manatt.com
   RYAN S. HILBERT (Bar No. CA 210549)
3  E-mail: rhilbert@manatt.com
   NOEL S. COHEN (Bar No. CA 219645)
4  E-mail: ncohen@manatt.com
   1001 Page Mill Road, Building 2
5  Palo Alto, CA 94304-1006
   Tel: (650) 812-1300; Fax: (650) 213-0260
6  *Attorneys for Plaintiffs.*

MCKOOL SMITH,
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Tel: (214) 978-4984; Fax: (214) 978-4044

7  DEWEY & LEBOEUF LLP
   MARK MALIN (Bar No. 199757)
8  *mmalin@dl.com*
   1950 University Avenue, Suite 500
9  East Palo Alto, CA 94303
   Tel: (650) 845-7000; Fax: (650) 845-7333
10

WEIL, GOTSHAL & MANGES LLP
KENNETH L. STEINTHAL (*pro hac vice*)
*kenneth.steinthal@weil.com*
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

11  JEFFREY L. KESSLER (*pro hac vice*)
    *jkessler@dl.com*
12  DAVID G. FEHER (*pro hac vice*)
    *dfeher@dl.com*
13  1301 Avenue of the Americas
    New York, NY 10019-6092
14  Tel: (212) 259-8000; Fax: (212) 259-6333

BRUCE S. MEYER (*pro hac vice*)
*bruce.meyer@weil.com*
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

15  *Attorneys for Defendants.*

16                    UNITED STATES DISTRICT COURT

17                         NORTHERN DISTRICT

18                     SAN FRANCISCO DIVISION

19  BERNARD PAUL PARRISH, HERBERT
    ANTHONY ADDERLEY, and WALTER
20  ROBERTS III, on behalf of themselves and all
    others similarly situated,
21
22              Plaintiffs,
23  v.
24  NATIONAL FOOTBALL LEAGUE
    PLAYERS ASSOCIATION, a Virginia
25  corporation, and NATIONAL FOOTBALL
    LEAGUE PLAYERS INCORPORATED d/b/a
26  PLAYERS INC, a Virginia corporation,
27              Defendants.
28

CIVIL ACTION NO. C07 0943 WHA

**STIPULATION AND [PROPOSED]
ORDER TO EXCEED PAGE
LIMITATIONS FOR CLASS
CERTIFICATION MOTION**

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED]
ORDER TO EXCEED PAGE LIMITS
CASE NO. C07 0943 WHA

1    Plaintiffs Bernard Paul Parrish and Herbert Anthony Adderley, on behalf of themselves

2  and all others similarly situated, (collectively, "Plaintiffs"), and Defendants National Football

3  League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a

4  Players Inc ("Players Inc") (collectively, "Defendants") hereby file this Stipulation and

5  [Proposed] Order to exceed the page limitations for Plaintiffs' upcoming class certification

6  motion.

7                                    **STIPULATION**

8    WHEREAS Plaintiffs' Motion for Class Certification ("Motion"), currently due on March

9  14, 2008, cannot exceed twenty-five (25) pages in length (excluding attachments) pursuant to

10  Local Rule 7-2(b);

11    WHEREAS, because the issues to be addressed in Plaintiffs' Motion are numerous and

12  cover two separate putative classes with different issues pertinent to each, Plaintiffs contend that

13  they need an additional ten (10) pages so that they can fully address the issues;

14    WHEREAS, Plaintiffs have asked, and Defendants have agreed, that Plaintiffs be given an

15  additional ten (10) pages for their Motion such that the Motion will not exceed thirty-five (35)

16  pages; and

17    WHEREAS, in exchange, Defendants have asked, and Plaintiffs have agreed, that

18  Defendants be given an additional ten (10) pages for their Opposition to Plaintiffs' Motion such

19  that Defendants' Opposition will not exceed thirty-five (35) pages.

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION AND [PROPOSED]
ORDER TO EXCEED PAGE LIMITS
CASE NO. C07 0943 WHA

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO,** through their respective counsel, that Plaintiffs be given an additional ten (10) pages for their Motion and Defendants be given an additional ten (10) pages for their Opposition to Plaintiffs' Motion such that both parties' briefs will not exceed thirty-five (35) pages.

Dated:   March 11, 2008                    MANATT, PHELPS & PHILLIPS, LLP

By: _____
Ryan S. Hilbert
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone:   (650) 812-1300
Facsimile:   (650) 213-0260
*Attorneys for Plaintiffs*

Dated:   March 11, 2008                    DEWEY BALLANTINE LLP

By: _____
David G. Feher (*pro hac vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333
*Attorneys for Defendants*

## [PROPOSED] ORDER

Pursuant to the Joint Stipulation above, it is hereby ORDERED that Plaintiffs be given an additional ten (10) pages for their Motion and Defendants be given an additional ten (10) pages for their Opposition to Plaintiffs' Motion such that both parties' briefs will not exceed thirty-five (35) pages.

IT IS SO ORDERED.

Dated:_____

_____
HON. WILLIAM H. ALSUP
United States District Court Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND [PROPOSED]
ORDER TO EXCEED PAGE LIMITS
CASE NO. C07 0943 WHA