MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (Bar No. CA 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (Bar No. CA 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Tel: (650) 812-1300; Fax: (650) 213-0260
*Attorneys for Plaintiffs.*

MCKOOL SMITH,
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Tel: (214) 978-4984; Fax: (214) 978-4044

DEWEY & LEBOEUF LLP
MARK MALIN (Bar No. 199757)
*mmalin@dl.com*
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

JEFFREY L. KESSLER (*pro hac vice*)
*jkessler@dl.com*
DAVID G. FEHER (*pro hac vice*)
*dfeher@dl.com*
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333

*Attorneys for Defendants.*

WEIL, GOTSHAL & MANGES LLP
KENNETH L. STEINTHAL (*pro hac vice*)
*kenneth.steinthal@weil.com*
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

BRUCE S. MEYER (*pro hac vice*)
*bruce.meyer@weil.com*
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>        Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMITATIONS FOR CLASS CERTIFICATION MOTION** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

Dockets.Justia.com

1  Plaintiffs Bernard Paul Parrish and Herbert Anthony Adderley, on behalf of themselves

2 and all others similarly situated, (collectively, "Plaintiffs"), and Defendants National Football

3 League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a

4 Players Inc ("Players Inc") (collectively, "Defendants") hereby file this Stipulation and

5 [Proposed] Order to exceed the page limitations for Plaintiffs' upcoming class certification

6 motion.

7           **STIPULATION**

8  WHEREAS Plaintiffs' Motion for Class Certification ("Motion"), currently due on March

9 14, 2008, cannot exceed twenty-five (25) pages in length (excluding attachments) pursuant to

10 Local Rule 7-2(b);

11  WHEREAS, because the issues to be addressed in Plaintiffs' Motion are numerous and

12 cover two separate putative classes with different issues pertinent to each, Plaintiffs contend that

13 they need an additional ten (10) pages so that they can fully address the issues;

14  WHEREAS, Plaintiffs have asked, and Defendants have agreed, that Plaintiffs be given an

15 additional ten (10) pages for their Motion such that the Motion will not exceed thirty-five (35)

16 pages; and

17  WHEREAS, in exchange, Defendants have asked, and Plaintiffs have agreed, that

18 Defendants be given an additional ten (10) pages for their Opposition to Plaintiffs' Motion such

19 that Defendants' Opposition will not exceed thirty-five (35) pages.

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION AND [PROPOSED]
ORDER TO EXCEED PAGE LIMITS
CASE NO. C07 0943 WHA

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO**, through their respective counsel, that Plaintiffs be given an additional ten (10) pages for their Motion and Defendants be given an additional ten (10) pages for their Opposition to Plaintiffs' Motion such that both parties' briefs will not exceed thirty-five (35) pages.


Dated:    March 11, 2008          MANATT, PHELPS & PHILLIPS, LLP

                                  By: _____
                                      Ryan S. Hilbert
                                      MANATT, PHELPS & PHILLIPS, LLP
                                      1001 Page Mill Road, Building 2
                                      Palo Alto, CA 94304-1006
                                      Telephone:    (650) 812-1300
                                      Facsimile:    (650) 213-0260
                                      *Attorneys for Plaintiffs*


Dated:    March 11, 2008          DEWEY BALLANTINE LLP

                                  By: _____
                                      David G. Feher (*pro hac vice*)
                                      DEWEY & LEBOEUF LLP
                                      1301 Avenue of the Americas
                                      New York, NY 10019-6092
                                      Tel: (212) 259-8000; Fax: (212) 259-6333
                                      *Attorneys for Defendants*

### [PROPOSED] ORDER

Pursuant to the Joint Stipulation above, it is hereby ORDERED that Plaintiffs be given an additional ten (10) pages for their Motion and Defendants be given an additional ten (10) pages for their Opposition to Plaintiffs' Motion such that both parties' briefs will not exceed thirty-five (35) pages.

IT IS SO ORDERED.

Dated: March 12, 2008.

_____
HON. WILLIAM ALSUP
United States District Court Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND [PROPOSED]
ORDER TO EXCEED PAGE LIMITS
CASE NO. C07 0943 WHA