MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>DECLARATION OF JILL ADLER NAYLOR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND BRIEF IN SUPPORT THEREOF<br><br>**JURY TRIAL DEMANDED** |

DECLARATION OF JILL ADLER NAYLOR IN SUPPORT OF PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION AND BRIEF IN SUPPORT THEREOF – Page 1
Civil Action No. C07 0943 WHA

Dallas 252910v2

dockets.Justia.com

I, Jill Adler Naylor, declare as follows:

1. I am an attorney with McKool Smith, P.C., counsel of record for Plaintiffs Herbert Adderley and Bernard Parrish in this matter. I have personal knowledge of the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of Herbert Adderley's Retired Player Group Licensing Authorization Form dated November 22, 2002 produced by Defendants at Bates No. PI000001.

3. Attached hereto as **Exhibit B** is a true and correct copy of Herbert Adderley's Retired Player Group Licensing Authorization Form dated May 1, 2001 produced by Defendants at Bates No. PI000002.

4. Attached hereto as **Exhibit D** is a true and correct copy of William Rhoden's article from the New York Times entitled "A Long Shot with the Gift for Resisting."

5. Attached hereto as **Exhibit E** is a true and correct copy of Jeffrey Kessler's September 4, 2007 letter to Judge Alsup.

6. Attached hereto as **Exhibit F** is a true and correct copy of a 2003 letter from Doug Allen to NFLPA members.

7. Attached hereto as **Exhibit G** is a true and correct copy of pages 1, 20, 22, 24, 40, 48, 57, 59, 63, 70-71, 93-95, and 167 of the deposition of Gene Upshaw in this matter.

8. Attached hereto as **Exhibit H** is a true and correct copy of the NFLPA Constitution produced by Defendants at Bates Nos. PI027327-PI027346.

DECLARATION OF JILL ADLER NAYLOR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND BRIEF IN SUPPORT THEREOF – Page 2
Civil Action No. C07 0943 WHA

Dallas 252910v2

9. Attached hereto as **Exhibit I** is a true and correct copy of pages 1, 49-50, 105-107, 112-116, 120-121, 123-124, 133-134, 148, 170, 205-206, 208, 209-210, 214-215, and 294 of the deposition of Doug Allen in this matter.

10. Attached hereto as **Exhibit J** is a true and correct copy of the 2004-2006 NFLPA Retired Members Directory.

11. Attached hereto as **Exhibit K** is a true and correct copy of the March 1, 2000 Agreement between the National Football League Players Association (the "NFLPA") and National Football League Players Incorporated ("PLAYERS INC") (the "NFLPA-PLAYERS INC Agreement") produced by Defendants at Bates Nos. PI000133-PPI000144.

12. Attached hereto as **Exhibit L** is a true and correct copy of PLAYERS INC's Responses and Objections to Plaintiffs' First Set of Requests for Admissions.

13. Attached hereto as **Exhibit M** is a true and correct copy of PLAYERS INC's May 5, 2005 License Agreement with the Upper Deck Company produced by Defendants at Bates Nos. PI007063-PI007076.

14. Attached hereto as **Exhibit N** is a true and correct copy of PLAYERS INC's License Agreement with the TOPPS Company, Inc. produced by Defendants at Bates Nos. PI006231-PI006245.

15. Attached hereto as **Exhibit O** is a true and correct copy of the December 8, 2004 License Agreement between Electronic Arts, Inc. and PLAYERS INC produced by Defendants at Bates Nos. PI000055-PI000071.

DECLARATION OF JILL ADLER NAYLOR IN SUPPORT OF PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION AND BRIEF IN SUPPORT THEREOF – Page 3
Civil Action No. C07 0943 WHA

Dallas 252910v2

16. Attached hereto as **Exhibit P** is a true and correct copy of the January 31, 2005 License Agreement between Electronic Arts, Inc. and PLAYERS INC produced by Defendants at Bates Nos. PI000072-PI000086.

17. Attached hereto as **Exhibit Q** is a true and correct copy of the Defendants production at Bates Nos. PI090966-PI090973.

18. Attached hereto as **Exhibit R** is a true and correct copy of the October 9, 2007 Declaration of Andrew Feffer.

19. Attached hereto as **Exhibit S** is a true and correct copy of a Retired Players Group Licensing Authorization Form dated April 12, 2006 produced by Defendants at Bates No. PI027393.

20. Attached hereto as **Exhibit T** is a true and correct copy of pages 1, 11, 49-51, 71, 94, 100-101, 104, 114-115, 141-142, 150-151, and 198 of the deposition of Glenn Eyrich in this matter.

21. Attached hereto as **Exhibit U** is a true and correct copy of the May 9, 1994 Agreement between the NFLPA and PLAYERS INC produced by Defendants at Bates Nos. PI131018-PI131034.

22. Attached hereto as **Exhibit V** is a true and correct copy of the February 28, 2006 Amendment to the NFLPA-PLAYERS INC Agreement produced by Defendants at Bates Nos. PI000145-PI000146.

23. Attached hereto as **Exhibit W** is a true and correct copy of a January 15, 2006 article from the Charlotte Observer entitled "Ex-Players Say NFL Neglects Retirees; Hall of Famers: League, Union Leader Fall Short In Providing Benefits."

DECLARATION OF JILL ADLER NAYLOR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND BRIEF IN SUPPORT THEREOF – Page 4
Civil Action No. C07 0943 WHA

Dallas 252910v2

24. Attached hereto as **Exhibit X** is a true and correct copy of Ex. 119 to the deposition of Gene Upshaw in this matter. Exhibit 119 is a January 20, 2006 memo from Gene Upshaw to the NFLPA Retired Player Members regarding "The Truth About Retiree Benefits."

25. Attached hereto as **Exhibit Z** is NFLPA's Response to Plaintiffs Interrogatory No. 1, as well as a list compiled from NFLPA's Response to Plaintiffs Interrogatory No. 1.

26. Attached hereto as **Exhibit AA** is a true and correct copy of Exhibit 1 to Defendants Supplemental Responses and Objections to Plaintiffs' Amended Interrogatories.

27. Attached hereto as **Exhibit BB** is a true and correct copy of pages 1, 28, 100-101, 136, 180-182, 195-196, 229-230, and 320 of the deposition of Herbert Adderley in this matter.

28. Attached hereto as **Exhibit CC** is a true and correct copy of PLAYERS INC's August 10, 2004 License Agreement and Addendum with Activa Consumer Promotions, Inc. produced by Defendants at Bates Nos. PI007490-PI007503.

29. Attached hereto as **Exhibit DD** is a true and correct copy of PLAYERS INC's November 7, 2006 License Agreement with Activa Consumer Promotions produced by Defendants at Bates Nos. PI007461-PI007474.

30. Attached hereto as **Exhibit EE** is a true and correct copy of PLAYERS INC's August 30, 2006 License Agreement with Airplay produced by Defendants at Bates Nos. PI007514-PI007526.

31. Attached hereto as **Exhibit FF** is a true and correct copy of PLAYERS INC's December 31, 2003 License Agreement with Atari, Inc. produced by Defendants at Bates Nos. PI007590-PI007602.

DECLARATION OF JILL ADLER NAYLOR IN SUPPORT OF PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION AND BRIEF IN SUPPORT THEREOF – Page 5
Civil Action No. C07 0943 WHA

Dallas 252910v2

32. Attached hereto as **Exhibit GG** is a true and correct copy of PLAYERS INC's January 23, 2004 License Agreement with Fanball Interactive, LLC d/b/a Fanball.com produced by Defendants at Bates Nos. PI007823-PI007834.

33. Attached hereto as **Exhibit HH** is a true and correct copy of PLAYERS INC's July 23, 2003 License Agreement with Flipp Sports produced by Defendants at Bates Nos. PI007946-PI007958.

34. Attached hereto as **Exhibit II** is a true and correct copy of PLAYERS INC's October 9, 2004 License Agreement with Fox Interactive Media, LLC produced by Defendants at Bates Nos. PI007996-PI008008.

35. Attached hereto as **Exhibit JJ** is a true and correct copy of PLAYERS INC's August 17, 2006 License Agreement with GameWear, Inc. produced by Defendants at Bates Nos. PI008047-PI008059.

36. Attached hereto as **Exhibit KK** is a true and correct copy of PLAYERS INC's July 21, 2004 License Agreement with Jamdat Mobile Inc. produced by Defendants at Bates Nos. PI008135-PI008147.

37. Attached hereto as **Exhibit LL** is a true and correct copy of PLAYERS INC's August 10, 2004 License Agreement with K2 Licensing & Promotions produced by Defendants at Bates Nos. PI008188-PI008200.

38. Attached hereto as **Exhibit MM** is a true and correct copy of PLAYERS INC's August 31, 2006 License Agreement with Little Earth Productions, Inc. produced by Defendants at Bates Nos. PI008201-PI008214.

39. Attached hereto as **Exhibit NN** is a true and correct copy of PLAYERS INC's May 4, 2004 License Agreement with MBI, Inc. produced by Defendants at Bates Nos. PI008242-PI008254.

40. Attached hereto as **Exhibit OO** is a true and correct copy of PLAYERS INC's May 30, 2003 License Agreement with The Merrick Mint produced by Defendants at Bates Nos. PI006036-PI006048.

41. Attached hereto as **Exhibit PP** is a true and correct copy of PLAYERS INC's November 18, 2004 License Agreement with Motion Imaging, Inc. produced by Defendants at Bates Nos. PI006073-PI006086.

42. Attached hereto as **Exhibit QQ** is a true and correct copy of PLAYERS INC's June 21, 2007 License Agreement with MVP Pics USA, LLC. produced by Defendants at Bates Nos. PI005972-PI005984.

43. Attached hereto as **Exhibit RR** is a true and correct copy of PLAYERS INC's August 20, 2004 License Agreement with National Direct produced by Defendants at Bates Nos. PI006087-PI006099.

44. Attached hereto as **Exhibit SS** is a true and correct copy of PLAYERS INC's June 21, 2005 License Agreement with USAOPOLY, Inc. produced by Defendants at Bates Nos. PI007174-PI007186.

45. Attached hereto as **Exhibit TT** is a true and correct copy of PLAYERS INC's September 14, 2003 License Agreement with USAOPOLY, Inc. produced by Defendants at Bates Nos. PI007187-PI007199.

DECLARATION OF JILL ADLER NAYLOR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND BRIEF IN SUPPORT THEREOF – Page 7
Civil Action No. C07 0943 WHA

Dallas 252910v2

46. Attached hereto as **Exhibit UU** is a true and correct printout from the website of the NFLPA.

47. Attached hereto as **Exhibit VV** is a true and correct printout from the website of Electronic Arts, Inc.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 13, 2008, in Dallas, Texas.

*/s/ Jill Adler Naylor*
Jill Adler Naylor

DECLARATION OF JILL ADLER NAYLOR IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND BRIEF IN SUPPORT THEREOF – Page 8
Civil Action No. C07 0943 WHA

Dallas 252910v2