1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   BERNARD PAUL PARRISH, HERBERT          No. C 07-00943 WHA
     ANTHONY ADDERLY, and WALTER
11   ROBERTS III,

12            Plaintiffs,                   **REQUEST FOR RESPONSE RE
                                            MOTION TO SEAL**
13      v.

14   NATIONAL FOOTBALL LEAGUE
     PLAYERS ASSOCIATION and NATIONAL
15   FOOTBALL LEAGUE PLAYERS
     INCORPORATED d/b/a PLAYERS INC,
16
              Defendant.
17   _____/

18
          Defendants must show good cause exists for sealing the documents identified in
19
     plaintiffs' motion to seal by MARCH 20, 2008, AT NOON.
20
          **IT IS SO ORDERED.**
21

22

23   Dated: March 19, 2008.

24                                          _____
                                            WILLIAM ALSUP
25                                          UNITED STATES DISTRICT JUDGE

26

27

28

United States District Court
For the Northern District of California