Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, <br><br> Defendants. | Case No. C 07 0943 WHA <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION FILED BY PLAINTIFFS <br><br> Date: <br> Time: <br> Ctrm: 9 <br> Judge: William H. Alsup |

The Court, having considered Defendants' Motion to File Under Seal, and all papers filed herein, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that the following documents are to be sealed:

(A) An unredacted version of the Plaintiffs' Motion for Class Certification; and

(B) Exhibits G, I, K-V, Z, AA, and CC-TT thereto.

IT IS SO ORDERED.

Dated: March 24, 2008

IT IS SO ORDERED.
Judge William Alsup

_____
The Honorable William H. Alsup
United States District Court Judge

[Proposed] Order Granting Defendants' Motion to File Under Seal  Civ. Action No. C07 0943 WHA

Dockets.Justia.com