Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>   Plaintiffs,<br><br>   v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>   Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE THE DECLARATION OF MARVIN MILLER FILED IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:<br>Time:<br>Ctrm: 9<br>Judge: William H. Alsup |

The Court, having considered Defendants' Motion to Strike the Declaration of Marvin Miller Filed in Support of Plaintiffs' Motion for Class Certification, and all other papers filed herein, hereby orders as follows:

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and the Declaration of Marvin Miller proffered by Plaintiffs in support of their Motion for Class Certification is stricken from the record.

Dated:_____, 2008

_____
The Honorable William H. Alsup
United States District Court Judge

[Proposed] Order Striking from the Record Decl. of Marvin Miller          Civ. Action No. C07 0943 WHA