Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**DECLARATION OF ROY TAUB IN SUPPORT OF DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

# DECLARATION OF ROY TAUB

I, Roy Taub, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and am admitted to practice before this Court *pro hac vice*. I make this Declaration in support of Defendants' Miscellaneous Administrative Motion to File Under Seal ("Motion"). I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

2. Pursuant to Civ. L.R. 7-11(a), I attempted to contact counsel for Plaintiffs to determine if Plaintiffs would stipulate to the filing of certain documents submitted with Defendants' Opposition to Plaintiffs' Motion for Class Certification under seal.

3. On March 27, 2008, I left a message with the assistant to Ron Katz and left a voicemail message for Ryan Hilbert to call me at my office telephone number regarding this Motion. Both Ron Katz and Ryan Hilbert are attorneys with Manatt, Phelps & Phillips, LLP, co-counsel for Plaintiffs.

4. Later that day, I received an e-mail from Ryan Hilbert stating "[b]ecause we have not seen the specific documents and/or testimony Defendants intend to file under seal, we cannot blindly stipulate to Defendants' Request nor can we unequivocally state that we will not oppose such a Request. It is also worth noting that many, if not all, of the documents Defendants intend to file under seal were unilaterally designated by Defendants as 'Confidential' or 'Highly Confidential -- Attorneys' Eyes Only.'" A true and correct copy of the e-mail from Ryan Hilbert to me, dated March 27, 2008, is attached hereto as Exhibit A.

Declaration of Roy Taub          Civ. Action No. C07 0943 WHA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 28, 2008

                     _____/s/_____
                         Roy Taub

**Dewey & LeBoeuf LLP**
**One Embarcadero Center, Suite 400**
**San Francisco, CA 94111**