Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>　　　　　　　　Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:<br>Time:<br>Ctrm: 9<br>Judge: William H. Alsup |

　　　　The Court, having considered Defendants' Motion to File Under Seal, and all papers filed herein, and good cause appearing, hereby orders as follows:

　　　　IT IS HEREBY ORDERED that the following documents are to be sealed:

　　　　(A)　　An unredacted version of Defendants' Opposition to Plaintiffs' Motion for Class Certification; and

　　　　(B)　　Exhibits 1, 4, 5, 7-10, 13, 14, 16, 21-23, 26, 29, 32-33, 35-47, and 50-52 to the Declaration of David Greenspan in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.

　　　　IT IS SO ORDERED.

Dated: _____, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable William H. Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge