Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:<br>Time:<br>Ctrm: 9<br>Judge: William H. Alsup |

The Court, having considered Plaintiffs' Motion for Class Certification, Defendants' brief in opposition to Plaintiffs' motion and all other papers filed herein, hereby orders as follows:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Class Certification is DENIED.

Dated:_____, 2008

_____
The Honorable William H. Alsup
United States District Court Judge

[Proposed] Order Denying Plaintiffs' Motion for Class Certification     Civ. Action No. C07 0943 WHA