| | |
|---|---|
| 1 | Todd Padnos (Bar No. 208202) |
| | *tpadnos@dl.com* |
| 2 | DEWEY & LEBOEUF LLP |
| | One Embarcadero Center, Suite 400 |
| 3 | San Francisco, CA 94111 |
| | Tel: (415) 951-1100; Fax: (415) 951-1180 |
| 4 | |
| | Jeffrey L. Kessler (*pro hac vice*) |
| 5 | *jkessler@dl.com* |
| | David G. Feher (*pro hac vice*) |
| 6 | *dfeher@dl.com* |
| | David Greenspan (*pro hac vice*) |
| 7 | *dgreenspan@dl.com* |
| | DEWEY & LEBOEUF LLP |
| 8 | 1301 Avenue of the Americas |
| | New York, NY 10019 |
| 9 | Tel: (212) 259-8000; Fax: (212) 259-6333 |
| 10 | Kenneth L. Steinthal (*pro hac vice*) |
| | *kenneth.steinthal@weil.com* |
| 11 | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| 12 | Redwood Shores, CA 94065 |
| | Tel: (650) 802-3000; Fax: (650) 802-3100 |
| 13 | |
| | Bruce S. Meyer (*pro hac vice*) |
| 14 | *bruce.meyer@weil.com* |
| | WEIL, GOTSHAL & MANGES LLP |
| 15 | 767 Fifth Avenue |
| | New York, NY 10153 |
| 16 | Tel: (212) 310-8000; Fax: (212) 310-8007 |
| 17 | Attorneys for Defendants National Football League Players Association and National Football League Players Incorporated d/b/a Players Inc |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, | Case No. C 07 00943 WHA |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC. | |
| Defendants. | |

I, Todd L. Padnos, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen and not a party to the within cause; my business address is Dewey & LeBoeuf LLP, One Embarcadero Center, Fourth Floor, San Francisco, California 94111. On the date below written, I caused to have served the following document(s) in the manner indicated on the below-named parties and/or counsel of record:

- **Defendants' Opposition To Plaintiffs' Motion For Class Certification (Submitted Under Seal)**

- **Exhibits 1 , 4, 5, 7, 8, 9, 10, 13, 14, 21, 22, 23, 26, 29, 32, 33, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 50, 51 and 52 to Declaration Of David Greenspan In Support Of Defendants' Opposition To Plaintiffs' Motion For Class Certification (Submitted Under Seal)**

[ ] U.S. Mail, with First Class postage prepaid and deposited in sealed envelopes at San Francisco, California.
[ ] Federal Express
[ ] Hand Delivery by Messenger
[ ] Facsimile transmission
[✓] Electronic mail to the below email addresses

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am readily familiar with this firm's practice for the collection and processing of documents for mailing with the U.S. Postal Service and the collection and processing of correspondence with Federal Express, and the transmittal of facsimile and that this declaration was executed on March 28, 2008, at San Francisco, California.

                                        */s/ Todd L. Padnos*
                                         Todd L. Padnos

## SERVICE LIST

| Attorneys for Plaintiff<br>Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts, III | Noel Scott Cohen<br>Ronald Stanley Katz<br>Ryan S. Hilbert<br>Manatt Phelps & Phillips<br>1001 Page Mill Road, Building 2<br>Palo Alto, CA 94304<br>650 812-1300<br>Email: ncohen@manatt.com<br>Email: rkatz@manatt.com<br>Email: rhilbert@manatt.com<br><br>Lewis T. LeClair<br>Jill Adler Naylor<br>Brett Charhon<br>McKool Smith, P.C.<br>300 Crescent Court<br>Suite 1500<br>Dallas, TX 75201<br>214-978-4000<br>Email: lleclair@mckoolsmith.com<br>Email: jadler@mckoolsmith.com<br>Email: bcharhon@mckoolsmith.com<br><br>Samuel A. Mutch P.A.<br>2114 NW 40th Terrace, Suite A-1.<br>Gainesville, FL 32605-3593<br>352-378-5599<br>Email: smutch@mutchlaw.com |
|---|---|