IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLY, and WALTER ROBERTS III,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC,<br><br>    Defendant.<br>                               / | No. C 07-00943 WHA<br><br>**ORDER REQUESTING RESPONSE FROM PLAINTIFFS** |

Plaintiffs will have until **APRIL 2, 2008 AT NOON** to file any opposition to defendants' motion to file under seal and to show good cause why the documents plaintiffs marked as highly confidential should be filed under seal.

**IT IS SO ORDERED.**

Dated: March 31, 2008.

                                                     WILLIAM ALSUP<br>
                                                   UNITED STATES DISTRICT JUDGE