

Ronald S. Katz
Manatt, Phelps & Phillips, LLP
Direct Dial: (650) 812-1346
E-mail: rkatz@manatt.com

April 1, 2008

Client-Matter: 29749-060

**VIA ELECTRONIC FILING**

The Honorable William Alsup
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re: *Parrish v. National Football League Players Association*
           Case No. C07-0943 WHA

Dear Judge Alsup:

    I am lead counsel for the Plaintiffs in the above-referenced case. I am writing in response to Jeffrey Kessler's letter to you today.

    On March 31, 2008, I sent an e-mail to Defendants' counsel (a copy of which is attached) stating that Plaintiffs were interested in having the class certification motion heard sooner rather than later. Indeed, Plaintiffs engaged in motion practice on this precise subject in December 2007. I also informed Defendants' counsel that Plaintiffs were amenable to holding the hearing on April 17, but I understood that Your Honor is not available on that date.

    Plaintiffs remain willing and able to participate in a hearing on April 17. Aside from the fact that Mr. Kessler has known the date of the class certification hearing in this matter since Your Honor ruled in December 2007 on the motion referred to in the paragraph above, Plaintiffs believe that a later hearing will cause case management problems because the date Mr. Kessler suggests is only two weeks before the close of discovery and the due date for expert reports. For these reasons, Plaintiffs respectfully request that the hearing on Plaintiffs' Class Certification Motion remain on its currently-scheduled date of April 24 unless Your Honor decides to have it earlier.

                Respectfully submitted,

                /s/ Ronald S. Katz
                Ronald S. Katz
                Counsel for Plaintiffs

cc: Jeffrey Kessler, Esq.

Attachment