MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH and HERBERT ANTHONY ADDERLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**DECLARATION OF RYAN S. HILBERT IN SUPPORT OF PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN CONFIDENTIAL MATERIALS UNDER SEAL PURSUANT TO MARCH 31, 2008 COURT ORDER** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

MISC. REQUEST TO FILE UNDER SEAL
CASE NO. C:07-0943 WHA

Dockets.Justia.com

I, Ryan S. Hilbert, declare as follows:

1. I am an associate with Manatt, Phelps & Phillips, LLP, attorneys of record for Plaintiffs Bernard Paul Parrish and Herbert Anthony Adderley in the above-captioned matter. The facts below are true and correct and within my own personal knowledge. If called on to testify to them, I could and would competently do so.

2. This Declaration pertains to Plaintiffs' Miscellaneous Request to File Certain Documents Under Seal Pursuant to March 31, 2008 Court Order.

3. Exhibit 35 to the Greenspan Declaration is the bank statements of third-party Retired Football Players for Justice ("RPFPJ"). These statements are non-public and show all of the deposits, withdrawals and debits transacted by RPFPJ from its inception through February 2008.

4. Exhibit 29 includes excerpts from the deposition of Margaret Parrish, the RPFPJ's designated 30(b)(6) witness. These excerpts are among those limited portions of deposition testimony RPFPJ designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only." These excerpts discuss at length and in detail the nature of most, if not all, of the transactions identified in third-party RPFPJ's confidential bank statements.

5. Exhibits 14, 16, 22, 23, 26 and 33 are e-mail communications sent to and from various third parties, none of whom are parties and all of whom have no direct involvement in this case.

6. Exhibits 16 and 23 are e-mail communications containing the private and personal comments of a retired NFL player who is not a party to this case and who does not fall into either of Plaintiffs' two proposed classes.

7. Exhibits 14, 22 and 26 contain both the private and personal comments of other retired NFL players who are not parties to this case, as well as information concerning the selection of third-party RPFPJ's officers and its Bylaws.

8. Exhibit 33 is an e-mail sent by Bernie Parrish to a number of recipients, many of whom can be identified by their e-mail address and many of which appear to be owned and used by well-known former NFL players. Public disclosure of these private, personally-controlled e-

mail addresses could subject those players to unwanted and harassing e-mail messages from members of the public.

9. Plaintiffs have narrowly tailored their request by seeking to file only the above documents under seal, and not Exhibits 1, 10, 13, 21 and 32.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on April 2, 2008.

/s/ Ryan S. Hilbert
Ryan S. Hilbert

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20198302.1

3

MISC. REQUEST TO FILE UNDER SEAL
CASE NO. C:07-0943 WHA