Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**DEFENDANTS' OPPOSITION IN PART TO PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN CONFIDENTIAL MATERIALS UNDER SEAL PURSUANT TO MARCH 31, 2008 COURT ORDER** |

Defs.' Opp'n in Part to Pls.' Request to File Certain Materials Under Seal     Civ. Action No. C07 0943 WHA

Dockets.Justia.com

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated ("Players Inc") submit this Opposition in Part to Plaintiffs' Miscellaneous Administrative Request to File Certain Confidential Materials Under Seal Pursuant to March 31, 2008 Court Order (the "Motion"). For the reasons stated below, Plaintiffs have not demonstrated good cause for the filing under seal of Exhibits 14, 16, 22, 23, 26 and 33 (e-mail communications between Plaintiff Bernard Parrish and third parties).

Without ever addressing whether the substance of these communications warrants filing them under seal, Plaintiffs make the blanket assertion that there is good cause to file such documents under seal because they involve communications with third parties. For example, Plaintiffs assert that public disclosure of the e-mail addresses of these individuals could subject them to "unwanted and harassing e-mail messages from members of the public." Mot. at 4. That concern, however, would easily be cured by Plaintiffs simply redacting the e-mail addresses from the documents. As another example, Plaintiffs contend that Exhibit 26 should be filed under seal because it "contain[s] both the private and personal comments of other retired NFL players who are not parties to this case," id. at 4, but the only statements in Exhibit 26 are from Parrish himself. It is simply not the case, as Plaintiffs apparently assert, that there is good cause to file a document under seal solely by virtue of the fact that the document may involve a third party. Here, Plaintiffs have failed to establish that public disclosure of Exhibits 14, 16, 22, 23, 26 and 33 would impose prejudice or harm to Plaintiffs or any third party of a nature such that there is good cause to file those documents under seal. Thus, Plaintiffs' Motion should be denied with respect to Exhibits 14, 16, 22, 23, 26 and 33.

Date: April 2, 2008

DEWEY & LEBOEUF LLP

BY: __/s/ David G. Feher_____

David G. Feher
*Attorneys for Defendants*

Defs.' Opp'n in Part to Pls.' Request to File Certain Materials Under Seal     Civ. Action No. C07 0943 WHA