Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, <br><br> Defendants. | Case No. C 07 0943 WHA <br><br> **[PROPOSED] ORDER GRANTING IN PART DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND DENYING IN PART PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN CONFIDENTIAL MATERIALS UNDER SEAL** <br><br> Date: <br> Time: <br> Ctrm: 9 <br> Judge: William H. Alsup |

The Court, having considered Defendants' Motion to File Under Seal, Plaintiffs' Miscellaneous Administrative Request to File Certain Confidential Materials Under Seal, Defendants' Opposition in Part thereto, and all papers filed herein, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED:

(A)  That Exhibits 4, 5, 7-9, 36-47, and 50-52 to the Declaration of David Greenspan in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification are to be sealed;

[Proposed] Order Granting in Part Defendants' Motion to File Under Seal   Civ. Action No. C07 0943 WHA

(B) That an unredacted version of Defendants' Opposition to Plaintiffs' Motion for Class Certification is to be sealed;

(C) That Defendants file a redacted version of Defendants' Opposition to Plaintiffs' Motion for Class Certification reflecting this Order by no later than April \_\_\_, 2008 at _____ pm; and

(D) That Plaintiffs file redacted versions of Exhibits 14, 16, 22, 23, 26 and 33 to the Declaration of David Greenspan in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification by no later than April \_\_\_, 2008 at _____ pm.

IT IS SO ORDERED.

Dated:_____, 2008

The Honorable William H. Alsup
United States District Court Judge