IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLERA CORPORATION-APPLIED BIOSYSTEMS GROUP, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ILLUMINA, INC., a Delaware corporation, SOLEXA INC., a Delaware corporation, and STEPHEN C. MACEVICZ, an individual<br><br>    Defendants.<br>_____ / | No. C 07-02845 WHA<br><br>**ORDER RE PRODUCTION OF DOCUMENTS AND FURTHER MEET AND CONFER** |

    The parties have fourteen calender days (from yesterday) to designate documents as confidential under the protective order and to produce all documents that will be produced under yesterday's agreement. Lead counsel and a client with decision authority (as well as any assistants needed) are to meet in the jury room on **APRIL 10, 2008, AT 8AM** to continue attempts to resolve the open issues.

    **IT IS SO ORDERED**.

Dated: April 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE