**Dewey & LeBoeuf LLP**
One Embarcadero Center, Suite 400
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>    Defendants. | Case No. C 07 0943 WHA<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Notice is hereby given that Christopher Hurd, with the consent of the National Football League Players Association and National Football League Players Incorporated d/b/a/ Players Inc (collectively "Defendants"), hereby withdraws as counsel of record for Defendants in this action.

Date: April 4, 2008                                 DEWEY & LEBOEUF LLP

                                                                    BY:  __/s/ David G. Feher_ _____
                                                                          David G. Feher
                                                                          *Attorneys for Defendants*

---

Notice of Withdrawal of Counsel                                Civ. Action No. C07 0943 WHA

Dockets.Justia.com