United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLY, and WALTER ROBERTS III,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC,<br><br>    Defendant.<br>                                           / | No. C 07-00943 WHA<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO MOVE HEARING ON MOTION FOR CLASS CERTIFICATION** |

Good cause not shown, defendants' request to move the hearing on plaintiffs' motion for class certification to May 8, 2008, or in the alternative April 17, 2008, is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE