MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**DECLARATION OF RYAN S. HILBERT IN SUPPORT OF PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN CONFIDENTIAL MATERIALS UNDER SEAL IN CONNECTION WITH PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20199403.1

HILBERT DECLARATION
CASE NO. C:07-0943 WHA

Dockets.Justia.com

I, Ryan S. Hilbert, declare as follows:

1. I am an associate with Manatt, Phelps & Phillips, LLP, attorneys of record for Plaintiffs Bernard Paul Parrish and Herbert Anthony Adderley in the above-captioned matter. The facts below are true and correct and within my own personal knowledge. If called on to testify to them, I could and would competently do so.

2. This Declaration pertains to Plaintiffs' Reply in Support of Their Motion for Class Certification ("Reply Brief")..

3. Exhibit 14 is a March 31, 2008 letter and errata sheet from Defendants' counsel relating to the deposition of Gene Upshaw. Some of the changes included on the errata sheet quote and significantly alter testimony designated as "Highly Confidential – Attorneys Eyes Only" or "Confidential" by Defendants.

4. Exhibit 12 is Defendants' Supplemental Responses and Objections to Plaintiffs' Amended Interrogatories. I do not recall Defendants expressly designating this document "Highly Confidential – Attorneys Eyes Only" or "Confidential." However, given the nature of the information included therein, in an abundance of caution, Plaintiffs respectfully request that this document be filed under seal.

5. Exhibit 7 to the Katz Declaration consists of excerpts from the March 5, 2008 deposition of Margaret Parrish, the designated 30(b)(6) witness of third-party Retired Football Players for Justice ("RPFPJ"). These excerpts are among those limited portions of the deposition transcript RPFPJ designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" because they discuss at length and in detail the nature of most, if not all, of the transactions identified in third-party RPFPJ's confidential bank statements. Public disclosure of these materials would reveal third-party RPFPJ's sensitive financial information and history to competing organizations. It would also reveal RPFPJ's sensitive financial information to those organizations – like Defendants – against whom RPFPJ often finds itself when fighting for retired NFL player rights.

6. Exhibit 10 to the Katz Declaration is a series of e-mail communications sent to and from various third party individuals, none of whom are parties and all of whom have no direct

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

involvement in this case.  Public disclosure of these e-mails could violate these individuals' right to privacy.  These e-mails also include the e-mail addresses of many well-known retired players, the disclosure of which could result in the sending of unwanted and harassing e-mail messages from members of the public.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on April 4, 2008.

                                                   /s/ Ryan S. Hilbert
                                                    Ryan S. Hilbert