MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jnaylor@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**DECLARATION OF RONALD KATZ IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: April 24, 2008<br>Time: 8:00 A.M.<br>Place: Courtroom 9, 19th Floor<br>Judge: Hon. William J. Alsup<br><br>EXHIBITS 7, 10, 12, AND 14 FILED UNDER SEAL |

I, Ronald S. Katz, declare as follows:

1. I am a partner with Manatt, Phelps & Phillips, LLP, attorneys of record for Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley and Walter Roberts III in the above-captioned matter. The facts below are true and correct and within my own personal knowledge. If called on to testify to them, I could and would competently do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a *New York Times* article dated February 16, 2007, entitled "Upshaw Maintains Royalties Were Distributed Properly."

3. Attached hereto as **Exhibit 2** is a true and correct copy of an article located on the ESPN.com website entitled "Report: DeLamielleure targeted by head of NFL's union."

4. Attached hereto as **Exhibit 3** are true and correct copies of excerpts from the deposition of Bernard Parrish, taken on March 13, 2008.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the letter dated January 23, 2008, to Judge Larson from David Feher, counsel for Defendants.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the letter dated February 5, 2008, to me from Jeffrey Kessler, counsel for Defendants. In addition to refusing to make a settlement counter-proposal as required by Judge Larson, Defendants failed to meaningfully participate in the settlement conference and caused it to conclude after only a few hours.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the letter dated January 28, 2008, to Jeffrey Kessler from me regarding settlement.

8. Attached hereto as **Exhibit 7** are true and correct copies of excerpts from the deposition of Margaret Parrish, the 30(b)(6) representative of Retired Professional Football Players for Justice, taken on March 5, 2008. (Filed under seal)

9. Attached hereto as **Exhibit 8** are true and correct copies of excerpts from the deposition of Herbert Adderley with errata, taken on February 20, 2008.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the letter (with exhibits) dated March 12, 2008, to Jeffrey Kessler from me regarding Mr. Kessler's conduct at the deposition of Herbert Adderley.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20199398.1

1

KATZ DECL. ISO REPLY ISO MOTION FOR
TO CLASS CERTIFICATION -
CASE NO. C07 0943 WHA

11. Attached hereto as **Exhibit 10** are true and correct copies of e-mail communications sent to and from various third party individuals, none of whom are parties and all of whom have no direct involvement in this case. (Filed Under Seal)

12. Attached hereto as **Exhibit 11** is a true and correct copy of the Order (1) Denying Defendant's Motion for Judgment on the Pleadings; (2) Denying Defendant's Motion for Sanctions; (3) Denying Defendant's Motion for Transfer; and (4) Denying Plaintiffs' Motion to Appoint Interim Class Counsel, signed by Judge Alsup on June 4, 2007.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Defendants' Supplemental Responses and Objections to Plaintiffs' Amended Interrogatories dated February 27, 2008. (Filed under seal)

14. Attached hereto as **Exhibit 13** is a true and correct copy of Players Inc's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c), filed on April 4, 2007.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a letter from Defendants' counsel dated March 31, 2008, and errata sheet regarding the deposition of Gene Upshaw taken on February 13, 2008. (Filed under seal)

16. The publicly available LM-2 Form filed in 2006 by the NFLPA states that over $33 million was paid by Electronic Arts to Defendants in 2006 alone.

17. Plaintiffs have already deposed Doug Allen, former President of PLAYERS INC and Vice-Chairman of the NFLPA, and Pat Allen, former Executive Vice President and Chief Operating Officer of PLAYERS INC, both of whom reside in California. Mr. Allen has submitted at least one declaration in support of Defendants in this matter. Plaintiffs expect both of these individuals to be critical trial witnesses.

20199398.1

2

KATZ DECL. ISO REPLY ISO MOTION FOR
TO CLASS CERTIFICATION -
CASE NO. C07 0943 WHA

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on April 4, 2008.

                                              /s/ Ronald S. Katz
                                              Ronald S. Katz

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

20199398.1

3

KATZ DECL. ISO REPLY ISO MOTION FOR
TO CLASS CERTIFICATION -
CASE NO. C07 0943 WHA