IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLY, and WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC,<br><br>Defendant.<br>                                                               / | No. C 07-00943 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL** |

Good cause shown, defendants' motion to file under seal is **GRANTED** as to Exhibits 4, 5, 7, 8, 9, 29, 35–47, and 50–52 to the declaration of David Greenspan. Good cause not shown, plaintiffs' motion to file under seal is **DENIED** as to Exhibits 1, 10, 13 14, 16, 21–23, 26, 32, and 33 to the declaration of David Greenspan. Plaintiffs may submit redacted versions omitting any confidential information from those documents that will not be submitted under seal.

**IT IS SO ORDERED.**

Dated: April 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE