IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLY, and WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC,<br><br>Defendant.<br>_____ / | No. C 07-00943 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO SEAL** |

Good cause shown, plaintiffs' motion to file under seal is **GRANTED** as to Exhibits 7, 12, and 14 to the declaration of Ronald Katz. Good cause not shown, plaintiffs' motion to file under seal is **DENIED** as to Exhibit 10 to the declaration of Ronald Katz. Plaintiffs may submit redacted versions omitting any confidential information from those documents that will not be submitted under seal.

**IT IS SO ORDERED.**

Dated: April 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE