IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendant.<br>_____ / | No. C 07-00943 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE** |

There will be an in-court hearing on **APRIL 11, 2008, AT 9:00 A.M.** to address plaintiffs' discovery dispute per counsel's letter of April 7, 2008. Defendants' response is due by **NOON ON APRIL 9, 2008**.

**IT IS SO ORDERED.**

Dated: April 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE