IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>    Defendant.<br>                                            / | No. C 07-00943 WHA<br><br>**NOTICE RE MATERIALS FOR HEARING** |

Counsel should bring to the discovery hearing on April 11, 2008, all materials needed to hear out the matter, including (as examples only), the June 2007 document request in its entirety and the 653-page response referenced in footnote 2.

**IT IS SO ORDERED.**

Dated: April 8, 2008.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE