1  Todd Padnos (Bar No. 208202)
   *tpadnos@dl.com*
2  DEWEY & LEBOEUF LLP
   One Embarcadero Center, Suite 400
3  San Francisco, CA 94111
   Tel:  (415) 951-1100; Fax:  (415) 951-1180
4
5  Jeffrey L. Kessler (*pro hac vice*)
   *jkessler@dl.com*
   David G. Feher (*pro hac vice*)
6  *dfeher@dl.com*
   David Greenspan (*pro hac vice*)
7  *dgreenspan@dl.com*
   DEWEY & LEBOEUF LLP
8  1301 Avenue of the Americas
   New York, NY  10019
9  Tel:  (212) 259-8000; Fax:  (212) 259-6333
10 Kenneth L. Steinthal (*pro hac vice*)
   *kenneth.steinthal@weil.com*
11 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
12 Redwood Shores, CA  94065
   Tel:  (650) 802-3000; Fax:   (650) 802-3100
13
   Bruce S. Meyer (*pro hac vice*)
14 *bruce.meyer@weil.com*
   WEIL, GOTSHAL & MANGES LLP
15 767 Fifth Avenue
   New York, NY  10153
16 Tel:  (212) 310-8000; Fax:  (212) 310-8007

17 Attorneys for Defendants National Football League Players Association
   and National Football League Players Incorporated d/b/a Players Inc

18
                    **UNITED STATES DISTRICT COURT**
19                **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN FRANCISCO DIVISION**
20

| | |
|---|---|
| 21 BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, | Case No.  C 07 0943 WHA |
| 22 | **DEFENDANTS' MISCELLANEOUS** |
| Plaintiffs, | **ADMINISTRATIVE MOTION FOR** |
| 23 | **LEAVE TO FILE A** |
| v. | **SUPPLEMENTAL MEMORANDUM** |
| 24 | |
| 25 NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS | |
| 26 INCORPORATED d/b/a/ PLAYERS INC, | |
| 27 Defendants. | |

28

Defendants' Miscellaneous Administrative Motion                Civ. Action No. C07 0943 WHA
for Leave to File a Supplemental Memorandum

Dockets.Justia.com

Pursuant to Civil Local Rules 7-3(d) and 7-11, Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated ("Players Inc") move for leave from the Court to file a proposed, two-page supplemental memorandum (Exhibit A hereto), in order to correct a material misstatement in Plaintiffs' Reply in Support of Their Motion for Class Certification. Defendants submit that there is good cause for the filing of the proposed supplemental memorandum given the factual misstatement and the brevity of the proposed response.

Pursuant to Civil L.R. 7-11(a), counsel for Defendants attempted to meet and confer with counsel for Plaintiffs regarding Defendants' Miscellaneous Administrative Motion to for Leave to File a Supplemental Memorandum. Counsel for Plaintiffs declined Defendants' request to stipulate to the filing of a supplemental memorandum.

Date: April 8, 2008

DEWEY & LEBOEUF LLP

BY: ___/s/ David G. Feher_____

David G. Feher
*Attorneys for Defendants*

**Dewey & LeBoeuf LLP**
**One Embarcadero Center, Suite 400**
**San Francisco, CA 94111**