1  Todd Padnos (Bar No. 208202)
   *tpadnos@dl.com*
2  DEWEY & LEBOEUF LLP
   One Embarcadero Center, Suite 400
3  San Francisco, CA 94111
   Tel: (415) 951-1100; Fax: (415) 951-1180
4
5  Jeffrey L. Kessler (*pro hac vice*)
   *jkessler@dl.com*
6  David G. Feher (*pro hac vice*)
   *dfeher@dl.com*
7  David Greenspan (*pro hac vice*)
   *dgreenspan@dl.com*
   DEWEY & LEBOEUF LLP
8  1301 Avenue of the Americas
   New York, NY 10019
9  Tel: (212) 259-8000; Fax: (212) 259-6333

10 Kenneth L. Steinthal (*pro hac vice*)
   *kenneth.steinthal@weil.com*
11 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
12 Redwood Shores, CA 94065
   Tel: (650) 802-3000; Fax: (650) 802-3100
13
14 Bruce S. Meyer (*pro hac vice*)
   *bruce.meyer@weil.com*
   WEIL, GOTSHAL & MANGES LLP
15 767 Fifth Avenue
   New York, NY 10153
16 Tel: (212) 310-8000; Fax: (212) 310-8007

17 Attorneys for Defendants National Football League Players Association
   and National Football League Players Incorporated d/b/a Players Inc

18

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>　　　　Defendants. | Case No. C 07 0943 WHA<br><br>**DECLARATION OF ROY TAUB IN SUPPORT OF DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE A SUPPLEMENTAL MEMORANDUM** |

Declaration of Roy Taub in Support of Defendants' Miscellaneous Administrative Motion to File a Supplemental Memorandum — Civ. Action No. C07 0943 WHA

Dockets.Justia.com

# DECLARATION OF ROY TAUB

I, Roy Taub, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and am admitted to practice before this Court *pro hac vice*. I make this Declaration in support of Defendants' Miscellaneous Administrative Motion to File a Supplemental Memorandum ("Motion"). I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

2. Pursuant to Civ. L.R. 7-11(a), my colleague David G. Feher and I attempted to contact counsel for Plaintiffs to determine if Plaintiffs would stipulate to the filing of the proposed supplemental memorandum attached to Defendants' Motion as Exhibit A.

3. On April 7, 2008, we spoke with Noel Cohen, an attorney with Manatt, Phelps & Phillips, LLP, co-counsel for Plaintiffs. Mr. Cohen informed us that he would discuss Defendants' request with his colleagues and would respond later that day.

4. Later that day, we received a letter via e-mail from Mr. Cohen, in which Plaintiffs declined Defendants' request to stipulate to the filing of a supplemental memorandum.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 8, 2008

                                                   /s/
                                               Roy Taub