# Exhibit 14

## **REDACTED**

Case No. C07-0943 WHA
*Parrish v. National Football League Players Association*

From: Bernard Parrish

Sent: 2/20/2007 12:55 PM

To:

Subject: RE: Be on our Board

I think the chances are 40-60 that it will encourage them to deal with you rather than to discourage them. We represent all 3500 until individuals opt out if that is their choice. We are suing the NFLPA Players Inc not the owners so it is legal for you to talk to young Bidwill. I feel 99% safer being out front. The people we are dealing with are thugs. If they could kill me and get away with it I'd be gone now. They'll be in the headlines of the NY Times if anything happens to me. I think young Bidwill will treat you with kid gloves while they throw Upshaw to the dogs. Lets sleep on it and decide in the morning.
We will have the meanest Board of Dirctors on the face of the earth doing the right thing for our brothers because we know it is right.


Sure you can announce it I don't have a problem with the announcement. It was Michaels Bidwell dad you turned me down in the first place. I strongly believe they are trying to shut me up but even if it helps my family I can't let my brothers down. They do not understand I will listen but I won't quit until everyone get justice. The announcement may make them take a little more notice but than again should we keep it under the table for me to gain a little more information. I do not want the line of communication to fail because they get pissed at me. Maybe he will slip up and offer me something which no one else can get. We would than be able to use that against them. Please keep this information between you and me. I just want you to know what is going on so if anything comes out you will know what I am up to. So I think we should consider all options and maybe we shouldn't mention my name. What are your feelings?


-----Original Message-----
From: Bernard Parrish [mailto:
Sent: Tuesday, February 20, 2007 1:12 PM
To:
Subject: RE: Be on our Board

You bet they are worried. Their Pope called one of my best friends trying to pump him, I am not out to make any deal. Upshaw is dead meat. He does not have the option of retireing and yes I expected the owners to throw him under the bus. I want the money back, his salary included. You know better than anyone the Bidwill's cannot be trusted. His dad is about to go down with the Retirement Board ship as is
, Upshaw's agent. Their meeting is about us and the hell we are raising and the fact that they have paid off Upshaw through Players Inc and I have filed that criminal complaint 3 weeks ago with the 2nd in command of the Labor Racketeering Division of the Dept of Justice who sent me a 32 page email Nov 8 at 10AM the morning they learned the Democrats had won both the House and Senate and their asses are exposed to prosecution too. We don't need to make any deals. But go ahead and play your hand out lets see what comes of it.

The NBA settled with their retired players and are paying them a $20,000 catchup bonus to keep from getting into a fight like we are giving the NFL. The suit, the congressional hearings, the new suits are all going to go on.

Do mean don't announce you are on our Board because I am the President and they can't help but notice. We aren't suing the owners yet for a reason. We are blaming Upshaw and Tagliabue giving the owners and their new boy Goodell a little room to throw Upshaw out with the rest of their garbage. They



EXHIBIT 356
WIT: Parrish
DATE: 3/13/08

CONFIDENTIAL

CLASS 003718

**REDACTED**

are all in it up to their eye balls and I have no doubt that we are going to win because we are right and all our brothers and their families have been cheated by the owners using Upshaw that is going to be hard to make up for.

Shall I wait and we add you later? It isn't like you haven't said what's on your mind to the press already. I'd like to announce you on the Board tomorrow. Bernie

I look forward to being on your board. I had a long discussion with Michael Bidwell about disability and pension benefits. He said the owners were concerned about the way the union has been administrating this situation. He played dumb quite a bit but I saw through that when he said he knew nothing about the law suit. Trust me all the owners know about the law suit. He said a lot of owners are not happy about the way the union has allocated the funds to the current players and have left the retired player out in the cold. He needs to be in New York for League meeting next week and is going to discuss this with the other owners. I knew that the NFL would look towards the union and say they entrusted the responsibility of the retired players to the union and they have not done their job. Please keep this e-mail between us. I want to play this out with Michael Bidwell without him know I have discussed our conversations. It appears to me that the owners are very concerned about this situation. Now what they do about their concerns remains to be seen. Lets keep the pressure on them and keep on keeping on.

-----Original Message-----
From: Bernard Parrish [mailto:
Sent: Tuesday, February 20, 2007 10:55 AM
To:
Subject: Be on our Board

Be on our Board? Bernie New retired players for justice and our own players inc to pay out 100% to the 3500 retired players.

Herb Adderley, and Me, it'll be the meanest board that ever exsisted, and doing the right thing for their 3500 brothers and their families.

Did you see the NBA got off their asses and settled with their players. Don't think we didn't put the fear in them to decide to settle up. Bernie

CONFIDENTIAL

CLASS 003719

REDACTED