**REDACTED**

Exhibit 10
to the
Declaration of Ronald Katz in Further Support of
Plaintiffs' Motion for Class Certification

**REDACTED**

Case No. C07-0943 WHA
*Parrish v. National Football League Players Association*

From:
Sent: Friday, February 16, 2007 1:28 PM
To:

Subject: [Retired NFL Players] Re: 2 Former N.F.L. Players Sue Over Sharing of Fees

Ditto! we probably all have and have not seen one cent of any revenues generated by the use of our name and likeness.

----- Original Message -----
From:
To:
Sent: Thursday, February 15, 2007 12:49 PM
Subject: [Retired NFL Players] Re: 2 Former N.F.L. Players Sue Over Sharing of Fees

Herb, I also have an agreement with NFL players that has not been honored!! Seven or eight years ago I was asked to allow them to use my name, likeness, number, etc. on the new Madden video games. I agreed, signed a contract which stated that I would be compensated and to this very day have never, ever seen a penny. Several other of my Raider teammates from our '77 Superbowl team did the same and none have them have ever been compensated either. I have tried and tried to get an answer from the players association and even hired an attorney several years ago to no avail!! Now I am sure that the compensation could not have ammounted to much, however, every penny helps these days. Anyone else, have the same experience or has anyone else actually received any money from this venture??? Please let me know. Thanks,

-----Original Message-----
From:
To:
Sent: Thu, 15 Feb 2007 1:51 PM
Subject: [Retired NFL Players] Re: 2 Former N.F.L. Players Sue Over Sharing of Fees

```
To All Of My Retired NFL Brothers

I am not a self appointed representative - Planiffi - in this Historic
Class Action Law Suit... My friend, Bernie Parrish requested that i
join him as one of the Planiffis... I realize that it is not about
Bernie, or any individual, including me because , i have an Agreement
with Players Inc. that hasn't been honored... . I have been ignored
four years.. This Law Suit is about my 3,500 retired NFL Brothers who
have also been ignored by Players Inc, for too long... We will need
everyones support during thsi tuff battle with Players Inc. By the
way, if Players Inc. continue to boast about representing us, don't
you think that we should be compensated?

Herb Adderley #26 = HOF = 1980
```

8/29/2007

EXHIBIT
159
B 2-20-08

Highly Confidential - Attorneys' Eyes Only

Redacted
CLASS 000245

**Check out the new AOL.** Most comprehensive set of free safety and security tools, free access to millions of high-quality videos from across the web, free AOL Mail and more.

--~--~---------~--~----~------------~-------~--~----~

You received this message because you are subscribed to the Google Groups "Retired NFL Players" group.
To post to this group, send email to Retired-NFL-Players@googlegroups.com
To unsubscribe from this group, send email to Retired-NFL-Players-unsubscribe@googlegroups.com
For more options, visit this group at http://groups.google.com/group/Retired-NFL-Players?hl=en

-~----------~----~----~----~------~-----~------~--~---

Highly Confidential - Attorneys' Eyes Only

CLASS 000246

| | Message0019 |
|---|---|
| Subject: | Check out our Web Site - WWW.PLAYERSFORJUSTICE.ORG |
| From: | Herb Adderley 26 |
| Date: | 3/9/2007 12:30:35 A.M. Eastern Daylight Time |
| To: | |
| CC: | |

**Message Body**

Click here - www.Players for Justice.org

To All Of My Retired NFL Brothers

Please view our web site when time permits... If you have any questions, feel free to contact Bernie -                              or me... The Team for Justice is about getting better Pensions, Disability/Health Insurance, and to win the Class Action Law Suit against Players Inc. for claiming to represent 3500 of us...: As representative of 3500 retired players, Players Inc. owes and owed each player a fiduciary duty to make best efforts to obtain for that player certain licensing and Marketing opportunities, to allocate those opportunities equitably, to account for the revenues from those opportunities, and to distribute the revenues equuitably... Also, there are quite a few guys including me who have signed Agreements with Players Inc. and they refuse to honor our Agreements .. Upshaw, said that i wasn't due any compensation because Reebok decided not to use me in the promotion... It does not say in the Agreement that Reebok can treminate me, so, what is his excuse if you have a signed Agreement that wasn't honored? We need everyone with a signed Agreement that wasn't honored to let us know now, because it will help us to WIN the Law Suit... We also need your support, if you don't have a
signed Agreement, so, please fill out the application on the web site and send it to us... Thanks to everyone who joins the Team for Justice...

Herb Adderley

EXHIBIT
162
TB 1-29-08

AOL now offers free email to everyone. Find out more about what's free from AOL at AOL.com.

REDACTED    CLASS 002722

Confidential

CLASS 002723

Confidential

| | Message0033 |
|---|---|
| Subject: | Re: [Retired NFL Players] More from Profootballtalk.com |
| From: | |
| Date: | 6/9/2007 12:22:05 P.M. Eastern Daylight Time |
| To: | |
| Message Body | |

Herb,

I cannot tell you how proud I am of what you are doing. You are right, that hidden 21% is the key. I think you and I know who owns that 21%. In my view it is criminal—a scheme to enrich a few.

Keep it up.

You are also right about the conflict of interest. Every dollar that is not paid for disability or pension is a dollar that goes into the pockets of those who vote for Gene's job. The less you get, the more power he gets. The most righteous person in the world would be challenged to do the right thing. It is a corrupt setup in my view, plain and simple

----- Original Message -----
From:
To:
Cc:
Sent: Saturday, June 09, 2007 1:06 AM
Subject: Re: [Retired NFL Players] More from Profootballtalk.com

The books show that the NFLPA owns 79% of Players Inc. and the remainding 21% is hidden, however, if there is a Jury trial with our Lawsuit, the owners of the 21% will be revealed... That is a major concern of all of us, because Players Inc. should own 100% not 79%...
Also, in 1993 when the NFLPA became partners with the owners by excepting the 59% - 64% share of the revenue, they took on the responsibility of all Disability Claims from the employers [ Owners ]... What other business employees in America sues the Union that they pay dues to that represents them for being injured on the Job? In America, the employee sues the employer for an injury that occured on the job, don't they? Does Upshaw realize that he is in America, or is he that SPACED out? Hopefully, the Congressional Hearings that will take place June 26th, will bring that up along with, why it tales two or more years to answer a complaint, and more inportant, why are so many claims turned down by             , and the other five members of the committee?

Herb Adderley - Retired Players For Justice -

EXHIBIT 164 13 2-20-08
PENGAD 800-631-6989

file://C:\Documents and Settings\wsinstall\Desktop\Noel Cohen's Documents to be Printed\...    9/5/2007

**REDACTED**          CLASS 002847

Confidential

See what's free at AOL.com.

| AOL Header Information |
|---|
| Return-Path:<br><br>To:<br>References:<br>Subject: Re: [Retired NFL Players] More from Profootballtalk.com<br>Date: Sat, 9 Jun 2007 10:22:14 -0600<br>MIME-Version: 1.0<br>Content-Type: multipart/alternative;<br>boundary="----=_NextPart_000_0012_01C7AA80.0C6FAE50"<br>X-Priority: 3<br>X-MSMail-Priority: Normal<br>X-Mailer: Microsoft Outlook Express 6.00.2900.3028<br>X-MIMEOLE: Produced By Microsoft MimeOLE V6.00.2900.3028<br>X-AOL-IP: 63.18.170.107<br>X-AOL-SCOLL-SCORE: 1:2:330219598:6710886<br>X-AOL-SCOLL-URL_COUNT: 1 |

REDACTED

CLASS 002848

Confidential

From:
Sent: Wednesday, July 11, 2007 6:16 AM
To: HerbAdderley.
Subject: Re: Fwd: Thank You, Rep. Conyers

Herb,

Thanks for the note.  I know that you and Bernie Parrish are going to win this case.  I want to help any way I can.  Another thing I wanted to mention to you is that I know a man who wants to bring jerseys and pictures to your house and have you sign them and you would probably make between $1,000-$1,500 and you wouldn't have to leave your house.  He would pay you on the spot.  Let me know if you are interested.
Thanks.

Your friend,


--- HerbAdderley:



> We are committed to the struggle for Equality, & Justice, the same way
> that Rep. Conyers has didicated his LIFE to for the PEOPLE who live in
> Detroit.
> ---- Together we Stand, and , Divided, We Fall !
> Stay Well, and Keep The Faith!
>
> Herb
>
>
>
> ************************************************ See what's free at
> http://www.aol.com.
> > From:
>
> Date: Tue, 10 Jul 2007 06:42:54 -0500
> To:
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>



Highly Confidential - Attorneys' Eyes Only

REDACTED

Redacted
CLASS 000044

> for the retired NFL guys... Your interest along with your colleagues
> brought national attention to our struggle for better benefits, which
> are getting rid of the Delay tactics used by the Disability Committee
> to acknowledge the qualified Clims,
>    and to receive a fair Pension... I am one of the 350 retired guys
> who receive less than $200.00 per month, and there are 40 Hall of
> Famers included in receivimg the Below Poverty Level amount... We are
> all hoping that your interest in the retired players struggle will get
> the NFLPA to do the right thing, and stop using the delay tactics, and
> turning down so many qualified Disability Claims... Also, inprove the
> Pension without being forced to by you and your colleauges... I have
> been following your distinquished political career every since my
> college days at Michigan State University in the late 50`s/ early
> 60`s... I remember the struggle for  many issues back in the day, and
> you fought for Equality, and Justice... Thank you for what you have
> accomplished during your political career, and taking the time to read
> my e-mail...
>
> Herb Adderley - Green Bay Packers - 1961 - 69 -
>                                        Dallas Cowboys -1970 - 72 -
>                      Pro Football Hall of Fame - 1980
>
> -
>
> ***************************************  See what's free at
> http://www.aol.com.
>

Fussy? Opinionated? Impossible to please? Perfect. Join Yahoo!'s user panel and lay it on us. http://surveylink.yahoo.com/gmrs/yahoo_panel_invite.asp?a=7

3

CLASS 000046