**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>April 11, 2008</u>

Case No.  <u>C 07-00943 WHA</u>

Title: <u>BERNARD PARISH</u>  v. <u>NATIONAL FOOTBALL LEAGUE PLAYERS INC</u>

Plaintiff Attorneys: Ronald Katz; Ryan Hilbert

Defense Attorneys: Jeffrey Kessler; David Greenspan

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>Discovery Dispute Hearing - HELD                                                          </u>

2)   <u>                                                                                                                   </u>


Continued to <u>  </u> for Further Case Management Conference

Continued to <u>    </u> for Pretrial Conference

Continued to <u>    </u> for Trial

**ORDERED AFTER HEARING:**

Per the Court, the parties had a meet and confer in the jury room and resolved the discovery dispute on their own.  Parties put the agreed upon items on the record.