# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>April 24, 2008</u>

Case No.  <u>C 07-00943 WHA</u>

Title: <u>BERNARD PARRISH</u> v. <u>NFL PLAYERS, INC</u>

Plaintiff Attorneys: Noel Cohen; Ronald Katz; Ryan Hilbert

Defense Attorneys: Jeffrey Kessler; Bruce Meyer; David Greenspan

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Kathy Wyatt</u>

## PROCEEDINGS

1)   <u>Plt's Motion for Class Certification - Taken Under Submission</u>

2)   <u>                                                                    </u>


Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Jury Trial

**ORDERED AFTER HEARING:**