MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (California Bar No. 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (California Bar No. 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**PLAINTIFFS' STATEMENT PURSUANT TO APRIL 29, 2008 COURT ORDER** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

PLAINTIFFS' STATEMENT PURSUANT TO
APRIL 29, 2008 COURT ORDER
CASE NO. 07-0943 WHA

Dockets.Justia.com

Pursuant to the Court's April 29, 2008 Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification, Plaintiffs hereby agree that the certified claims in this matter will be governed by Virginia or District of Columbia law, which to be decided later.

Dated: April 30, 2008

Respectfully submitted,

/s/ Ronald S. Katz
Ronald S. Katz (SBN 085713)
Ryan S. Hilbert (SBN 210549)
Noel S. Cohen (SBN 219645)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260
*Attorneys for Plaintiff*

Lewis T. LeClair, Esq.
Jill C. Adler, Esq.
McKOOL SMITH, P.C.
300 Crescent Court
Dallas, TX 75201
214-978-4984
214-978-4044 (fax)

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

PLAINTIFFS' STATEMENT PURSUANT TO
APRIL 29, 2008 COURT ORDER
CASE NO. 07-0943 WHA