Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT PURSUANT TO APRIL 29, 2008 COURT ORDER** |

Defendants hereby submit their Response to Plaintiffs' Statement Pursuant to April 29, 2008 Court Order, filed on April 30, 2008. Defendants have not taken the position that the application of the law of Virginia or the District of Columbia will satisfy the constitutional due process requirements under Phillips Petroleum Co. v. Shutts, 472 U.S. 797 (1985). Rather, it has been and remains Defendants' position that the application of a single jurisdiction's law to a nationwide class, whether it be the law of California, Virginia, or the District of Columbia, would violate the due process rights of absent class members. See Defs.' Opp'n to Pls.' Mot. for Class Certification at 29-30 ("[T]he laws of all interested jurisdictions of the "nationwide" putative class members must be applied, and individual questions of law predominate."). Defendants therefore do not join in Plaintiffs' stipulation.

Date: May 1, 2008                                        DEWEY & LEBOEUF LLP

                                                         BY:  __/s/ Jeffrey L. Kessler_____
                                                                 Jeffrey L. Kessler
                                                                 *Attorneys for Defendants*