IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLY, and WALTER ROBERTS III,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC,<br><br>    Defendant.<br>                                                          / | No. C 07-00943 WHA<br><br>**ORDER RE JOINT CLASS NOTICE** |

The joint proposed form of class notice should include a clear statement informing putative class members that their claims will be decided under either Virginia or District of Columbia law, not California law or the law of their specific state residences. The parties are requested to resubmit the class notice by **MAY 22 AT NOON** to reflect this change.

**IT IS SO ORDERED.**

Dated: May 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE