IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLY, and WALTER ROBERTS III,<br><br>　　Plaintiffs,<br><br>　v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC,<br><br>　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 07-00943 WHA<br><br>**ORDER APPROVING JOINT CLASS NOTICE** |

　　The parties joint proposal for class notice is hereby **APPROVED**. In addition, defendants must provide publication of the notice through a link located in a noticeable position on the front page of their website. No publication need be made in any issue of the "Touchback" publication.

　　**IT IS SO ORDERED.**

Dated: May 22, 2008.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE