Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
*claire.goldstein@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**DEFENDANTS' UNOPPOSED MISCELLANEOUS ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS AND SET A BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Civil Local Rules 7-11, Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a/ Players Inc ("Players Inc") (collectively, "Defendants") hereby file this Unopposed Miscellaneous Administrative Motion to Exceed Page Limits and Set a Briefing Schedule for Defendants' upcoming Motion for Summary Judgment. As set forth in the Declaration of David Greenspan (Greenspan Decl.) filed concurrently herewith, Plaintiffs do not oppose this motion.

**MEMORANDUM**

Pursuant to Local Rule 7-2(b), Defendants' Motion for Summary Judgment ("Motion") cannot exceed twenty-five (25) pages in length and, pursuant to Local Rule 7-4(b), Defendants' Reply Memorandum in Support of its Motion ("Reply") cannot exceed fifteen (15) pages.

Because the evidence and issues to be addressed in Defendants' Motion are varied and complex and would thus benefit from additional briefing, Defendants respectfully request that both Defendants and Plaintiffs be allowed an additional fifteen (15) pages for their respective briefs. (For Defendants, ten (10) of these additional pages will be used for their opening brief and five (5) pages will be used for their Reply).

With respect to the scheduling of Defendants' Motion, Defendants respectfully request that the Court adopt the following schedule to which the parties have agreed (see Greenspan Decl. at 4): Defendants will file their Motion on Friday, June 13, 2008. Plaintiffs will file their Opposition to Defendants' Motion no later than Tuesday, July 1, 2008. And, Defendants will file their Reply no later than July 10, 2008. Defendants will notice the hearing on their Motion for July 24, 2008.

Date: June 4, 2008                                           Dewey & LeBoeuf LLP

BY: __/s/Jeffrey L. Kessler_____
Jeffrey L. Kessler
*Attorneys for Defendants*