United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendant. | No. C 07-00943 WHA<br><br>**ORDER SETTING HEARING RE PLAINTIFFS' LETTER OF JUNE 4, 2008, RE DISCOVERY DISPUTE** |

The Court is in receipt of plaintiffs' letter of June 4, 2008, concerning a discovery dispute. The parties are **ORDERED** to further meet and confer in the Court's jury room at **9:00 A.M. ON WEDNESDAY, JUNE 11, 2008**, until **2:30 P.M.,** at which time the Court shall hold a hearing to resolve any remaining issue(s) in dispute. Defendant's response to plaintiffs' June 4 letter is due by **9:00 A.M. ON TUESDAY, JUNE 10, 2008**.

**IT IS SO ORDERED.**

Dated: June 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE