| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP | MCKOOL SMITH, |
| RONALD S. KATZ (Bar No. CA 085713) | LEWIS T. LECLAIR (Bar No. CA 077136) |
| E-mail: rkatz@manatt.com | E-mail: lleclair@mckoolsmith.com |
| RYAN S. HILBERT (Bar No. CA 210549) | JILL NAYLOR(Bar No. CA 150783) |
| E-mail: rhilbert@manatt.com | E-mail: jadler@mckoolsmith.com |
| NOEL S. COHEN (Bar No. CA 219645) | 300 Crescent Court |
| E-mail: ncohen@manatt.com | Dallas, TX 75201 |
| 1001 Page Mill Road, Building 2 | Tel: (214) 978-4984; Fax: (214) 978-4044 |
| Palo Alto, CA 94304-1006 | |
| Tel: (650) 812-1300; Fax: (650) 213-0260 | |

*Attorneys for Plaintiffs.*

| | |
|---|---|
| DEWEY & LEBOEUF LLP | WEIL, GOTSHAL & MANGES LLP |
| MARK MALIN (Bar No. 199757) | KENNETH L. STEINTHAL (*pro hac vice*) |
| *mmalin@DeweyLeBoeuf.com* | *kenneth.steinthal@weil.com* |
| 1950 University Avenue, Suite 500 | 201 Redwood Shores Parkway |
| East Palo Alto, CA 94303 | Redwood Shores, CA 94065 |
| Tel: (650) 845-7000; Fax: (650) 845-7333 | Tel: (650) 802-3000; Fax: (650) 802-3100 |
| JEFFREY L. KESSLER (*pro hac vice*) | BRUCE S. MEYER (*pro hac vice*) |
| *jkessler@DeweyLeBoeuf.com* | *bruce.meyer@weil.com* |
| DAVID G. FEHER (*pro hac vice*) | 767 Fifth Avenue |
| *dfeher@DeweyLeBoeuf.com* | New York, NY 10153 |
| 1301 Avenue of the Americas | Tel: (212) 310-8000; Fax: (212) 310-8007 |
| New York, NY 10019-6092 | |
| Tel: (212) 259-8000; Fax: (212) 259-6333 | |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, and HERBERT ANTHONY ADDERLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REVISING CLASS DEFINITION AND CLASS NOTICE** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20202316.1

4249v1
Dallas 257078v3

[PROPOSED] ORDER
GRANTING CLASS CERTIFICATION
CASE NO. C07 0943 WHA

Dockets.Justia.com

Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III, on behalf of themselves and all others similarly situated, (collectively, "Plaintiffs"), and Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") (collectively, "Defendants") hereby file this Joint Stipulation to revise the definition of the class certified in the Court's April 29, 2008 Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification and the Class Notice.

## JOINT STIPULATION

WHEREAS, in its Order dated April 29, 2008 Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification, this Court certified a class comprised of "[a]ll retired NFL players who signed GLAs with the NFLPA that were in effect between February 13, 2003 and February 14, 2007";

WHEREAS, Defendants have objected to this class definition on the grounds that it is broader than the class definition proposed by Plaintiffs because it is not limited to GLAs containing language identical or substantially similar to that found in the Adderley GLAs;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that the class definition should be revised to the following:

> All retired NFL players who executed a group licensing authorization form ("GLA") with the NFLPA that was in effect at any time between February 14, 2003 and February 14, 2007 and which contains the following language: "[T]he moneys generated by such licensing of retired player group rights will be divided between the player and an escrow account for all eligible NFLPA members who have signed a group licensing authorization form."

The parties also request that the Court approve a revised Class Notice reflecting this change, attached hereto as Exhibit "1".

20202316.1
49v1
Dallas 257078v3

2

STIPULATION AND [PROPOSED] ORDER
REVISING CLASS DEFINITION
CASE NO. C07 0943 WHA

| | | |
|---|---|---|
| 1 | Dated: June 6, 2008 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | | |
| 3 | | By: /s/ Ryan S. Hilbert |
| | | Ryan S. Hilbert |
| | | 1001 Page Mill Road, Building 2 |
| 4 | | Palo Alto, CA 94304-1006 |
| | | Telephone: (650) 812-1300 |
| 5 | | Facsimile: (650) 213-0260 |
| | | *Attorneys for Plaintiffs* |
| 6 | | |
| 7 | | |
| | Dated: June 6, 2008 | DEWEY & LEBOEUF LLP |
| 8 | | |
| | | By: /s/ David Greenspan |
| 9 | | David Greenspan (*pro hac vice*) |
| | | 1301 Avenue of the Americas |
| 10 | | New York, NY 10019-6092 |
| | | Tel: (212) 259-8000; Fax: (212) 259-6333 |
| 11 | | *Attorneys for Defendants* |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ryan S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.*

20202316.1

49v1
Dallas 257078v3

3

STIPULATION AND [PROPOSED] ORDER
REVISING CLASS DEFINITION
CASE NO. C07 0943 WHA

## [PROPOSED] ORDER

Pursuant to the Joint Stipulation above, it is hereby ORDERED that the class definition certified in the April 29, 2008 Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification is revised as follows:

> All retired NFL players who executed a group licensing authorization form ("GLA") with the NFLPA that was in effect at any time between February 14, 2003 and February 14, 2007 and which contains the following language: "[T]he moneys generated by such licensing of retired player group rights will be divided between the player and an escrow account for all eligible NFLPA members who have signed a group licensing authorization form."

IT IS FURTHER ORDERED that the parties form of Class Notice attached as Exhibit 1 is approved.

IT IS SO ORDERED.

Dated:_____

_____
HON. WILLIAM H. ALSUP
United States District Court Judge

20202316.1
49v1
Dallas 257078v3

4

STIPULATION AND [PROPOSED] ORDER
REVISING CLASS DEFINITION
CASE NO. C07 0943 WHA