# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS AND SET BRIEFING SCHEDULE<br><br>Date:<br>Time:<br>Ctrm: 9<br>Judge: William H. Alsup |

## [PROPOSED] ORDER

It is hereby ORDERED that both Plaintiffs and Defendants be given an additional fifteen (15) pages for their respective briefs relating to Defendants' Motion for Summary Judgment. It is further ordered that Defendants file their Motion for Summary Judgment on Friday, June 13, 2008, Plaintiffs file their Opposition to Defendants' Motion no later than Tuesday, July 1, 2008 and, Defendants file their Reply no later than July 10, 2008.

IT IS SO ORDERED.

Dated: June 9, 2008.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge William Alsup*

[Proposed] Order Granting Defendants' Administrative Motion     Civ. Action No. C07 0943 WHA