**Dewey & LeBoeuf LLP**
**One Embarcadero Center, Suite 400**
**San Francisco, CA 94111**

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

9

BERNARD PAUL PARRISH, HERBERT                    Case No.  C 07 0943 WHA

10

ANTHONY ADDERLEY, WALTER
ROBERTS III,                                     **NOTICE OF WITHDRAWAL OF**

11

**COUNSEL**

        Plaintiffs,

12

        v.

13

NATIONAL FOOTBALL LEAGUE

14

PLAYERS ASSOCIATION and NATIONAL
FOOTBALL LEAGUE PLAYERS

15

INCORPORATED d/b/a/ PLAYERS INC,

16

        Defendants.

17

        Notice is hereby given that Marc Edelman, with the consent of the National

18

Football League Players Association and National Football League Players Incorporated d/b/a/

19

Players Inc (collectively "Defendants"), hereby withdraws as counsel of record for Defendants in

20

this action.

21

22

23

Date: June 11, 2008                              DEWEY & LEBOEUF LLP

24

                                                 BY: ___/s/ David G. Feher___ _____

25

                                                     David G. Feher
                                                     *Attorneys for Defendants*

26

27

28

---

Notice of Withdrawal of Counsel                              Civ. Action No. C07 0943 WHA