Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Notice is hereby given that Jeffrey S. Rugg, with the consent of the National Football League Players Association and National Football League Players Incorporated d/b/a/ Players Inc (collectively "Defendants"), hereby withdraws as counsel of record for Defendants in this action.

Date: June 11, 2008

DEWEY & LEBOEUF LLP

BY: __/s/ David G. Feher_____

David G. Feher
*Attorneys for Defendants*

---

Notice of Withdrawal of Counsel                                                Civ. Action No. C07 0943 WHA