# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 11, 2008

Case No. C 07-0943 WHA

Title: PARISH v. NATIONAL FOOTBALL LEAGUE

Plaintiff Attorneys: Lewis LeClair; Ryan Hilbert

Defense Attorneys: David Feher

Deputy Clerk: Dawn Toland

Court Reporter: Joan Columbini

## PROCEEDINGS

1) Discovery Dispute Hearing - HELD

2) 

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

The motion to compel is denied.