<div style="writing-mode: vertical-rl">**Dewey & LeBoeuf LLP**
One Embarcadero Center, Suite 400
San Francisco, CA 94111</div>

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED]** **ORDER GRANTING WITHDRAWAL OF JEFFREY S. RUGG** |

IT IS HEREBY ORDERED that the request for withdrawal of Jeffrey S. Rugg counsel of record for National Football League Players Association and National Football League Players Incorporated d/b/a/ Players Inc in the above-entitled action is GRANTED.

IT IS SO ORDERED.

Dated: __June 12__, 2008

_____
The Honorable William Alsup
United States District Court Judge

[IT IS SO ORDERED — signed, Judge William Alsup, United States District Court, Northern District of California]

---

[Proposed] Order Granting Notice of Withdrawal                    Civ. Action No. C07 0943 WHA