Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF MARC EDELMAN |

IT IS HEREBY ORDERED that the request for withdrawal of Marc Edelman counsel of record for National Football League Players Association and National Football League Players Incorporated d/b/a/ Players Inc in the above-entitled action is GRANTED.

IT IS SO ORDERED.

Dated: June 12, 2008

_____
The Honorable William H. Alsup
United States District Court Judge

*IT IS SO ORDERED — Judge William Alsup (seal)*

[Proposed] Order Granting Notice of Withdrawal                Civ. Action No. C07 0943 WHA