Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA  94111
Tel:  (415) 951-1100; Fax:  (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY  10019
Tel:  (212) 259-8000; Fax:  (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Tel:  (650) 802-3000; Fax:   (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
Tel:  (212) 310-8000; Fax:  (212) 310-8007

Attorneys for Defendants National Football League Players Association and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC.<br><br>　　　　Defendants. | Case No.  C 07 00943 WHA<br><br>**PROOF OF SERVICE** |

1  I, Danielle T. Kennedy, declare:

2  I am employed in the City and County of San Francisco, California. I am over the age of

3  eighteen and not a party to the within cause; my business address is Dewey & LeBoeuf LLP,

4  One Embarcadero Center, Fourth Floor, San Francisco, California 94111. On the date below

5  written, I caused to have served the following document(s) in the manner indicated on the

6  below-named parties and/or counsel of record:

- **Defendants' Miscellaneous Administrative Motion to File Under Seal**

- **Declaration of Roy Taub in Support of Defendants' Miscellaneous Administrative Motion to File Under Seal**

- **[Proposed] Order Granting Defendants' Miscellaneous Administrative Motion to File Under Seal**

- **Defendants' Motion for Summary Judgment (Submitted Under Seal)**

- **Declaration of David Greenspan in Support of Defendants' Motion for Summary Judgment**

- **Exhibits 1, 2, 3, 6, 7, 8, 9, 10, 11, 12, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, and 47 to Declaration Of David Greenspan In Support Of Defendants' Motion for Summary Judgment (Submitted Under Seal)**

- **[Proposed] Order Granting Defendants' Motion for Summary Judgment**

[ ] U.S. Mail, with First Class postage prepaid and deposited in sealed envelopes at San Francisco, California.
[ ] Federal Express
[ ] Hand Delivery by Messenger
[ ] Facsimile transmission
[✓] Electronic mail to the below email addresses

**SEE ATTACHED SERVICE LIST**

PROOF OF SERVICE                                      Civ. Action No. C07 0943 WHA
SF 223282.1 88888 81197

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am readily familiar with this firm's practice for the collection and processing of documents for mailing with the U.S. Postal Service and the collection and processing of correspondence with Federal Express, and the transmittal of facsimile and that this declaration was executed on June 13, 2008, at San Francisco, California.

*/s/ Danielle T. Kennedy*
Danielle T. Kennedy

| | |
|---|---|
| | **SERVICE LIST** |
| **Attorneys for Plaintiff**<br>**Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts, III** | **Noel Scott Cohen**<br>**Ronald Stanley Katz**<br>**Ryan S. Hilbert**<br>Manatt Phelps & Phillips<br>1001 Page Mill Road, Building 2<br>Palo Alto, CA 94304<br>650 812-1300<br>Email: ncohen@manatt.com<br>Email: rkatz@manatt.com<br>Email: rhilbert@manatt.com<br><br>**Lewis T. LeClair**<br>**Jill Adler Naylor**<br>**Brett Charhon**<br>McKool Smith, P.C.<br>300 Crescent Court<br>Suite 1500<br>Dallas, TX 75201<br>214-978-4000<br>Email: lleclair@mckoolsmith.com<br>Email: jadler@mckoolsmith.com<br>Email: bcharhon@mckoolsmith.com<br><br>**Samuel A. Mutch P.A.**<br>2114 NW 40th Terrace, Suite A-1.<br>Gainesville, FL 32605-3593<br>352-378-5599<br>Email: smutch@mutchlaw.com |

Dewey & LeBoeuf LLP
One Embarcadero Center
Suite 400
San Francisco, CA, 94111-3619,