Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>    Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL**<br><br>Date:<br>Time:<br>Ctrm: 9<br>Judge: William H. Alsup |

On June 4, 2008, Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III (collectively, "Plaintiffs") filed a letter brief ("Motion to Compel") in which they requested that the Court order Defendants National Football League Players Association and National Football League Players Incorporated d/b/a Players Inc (collectively, "Defendants") to produce "all employment contracts of Gene Upshaw" and "documents sufficient to show all monies received by Gene Upshaw in connection with his employment by Defendants." On June 10, 2008, Defendants filed a letter brief opposing Plaintiffs' Motion to Compel. On June 11, 2008, the Court reviewed *in camera* the requested employment contracts for the pertinent period, and heard oral argument on the motion.

Having considered the parties' letter briefs, the oral argument, and the *in camera* review, and having determined that the requested documents are not sufficiently relevant to the issues in this action,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel is DENIED.

IT IS SO ORDERED.

Dated: June 16, 2008

_____
The Honorable William H. Alsup
United States District Court Judge