MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,

Plaintiffs

vs.

NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,

Defendants.

CIVIL ACTION NO. C07 0943 WHA

DECLARATION OF BRETT CHARHON IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE

McKool Smith
A Professional Corporation • Attorneys
Dallas, Texas

DECLARATION OF BRETT CHARHON IN SUPPORT
OF PLAINTIFFS' MOTION TO STRIKE – Page 1
Civil Action No. C07 0943 WHA

I, Brett Charhon, declare as follows:

1. I am an attorney with McKool Smith, P.C., counsel for Plaintiff Herbert Anthony Adderley and the GLA Class in this matter. I have personal knowledge of the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of a Joint Management Statement, dated June 7, 2007.

3. Attached hereto as **Exhibit B** is a true and correct copy of Defendant Players Inc's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), dated June 7, 2007.

4. Attached hereto as **Exhibit C** is a true and correct copy of Initial Disclosures of Defendants NFLPA and Players Inc Pursuant to Fed. R. Civ. P. 26 (a)(1), dated June 29, 2007.

5. Attached hereto as **Exhibit D** is a true and correct copy of a Notice of Deposition of Patricia Allen, dated August 6, 2007.

6. Attached hereto as **Exhibit E** is a true and correct copy of a Subpoena to Topps Company, Inc., dated January 4, 2008.

7. Attached hereto as **Exhibit F** is a true and correct copy of Defendants' Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), dated February 19, 2008.

8. Attached hereto as **Exhibit G** is a true and correct copy of a letter dated May 7, 2008 from Laura Franco to David Greenspan.

9. Attached hereto as **Exhibit H** is a true and correct copy of a letter dated May 9, 2008 from David Greenspan to Laura Franco.

10. Attached hereto as **Exhibit I** is a true and correct copy of Defendants' Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), dated May 9, 2008.

11. Attached hereto as **Exhibit J** is a true and correct copy of an email, dated May 13, 2008, from Ron Katz to David Greenspan and Laura Franco.

12. Attached hereto as **Exhibit K** is a true and correct copy of a letter dated May 22, 2008 from Lewis LeClair to David Greenspan.

13. Attached hereto as **Exhibit L** is a true and correct copy of a letter dated May 14, 2008 from David Greenspan to Ron Katz.

14. Attached hereto as **Exhibit M** is a true and correct copy of a Notice of Deposition of Howard Skall, dated August 6, 2007.

15. Attached hereto as **Exhibit N** is a true and correct copy of a letter dated May 30, 2008 from Lewis LeClair to David Greenspan.

16. Attached hereto as **Exhibit O** is a true and correct copy of a letter dated June 10, 2008 from Lewis LeClair to David Greenspan.

17. Attached hereto as **Exhibit P** is a true and correct copy of Defendants' Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1), dated May 20, 2008.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 1, 2008, in Dallas, Texas.

/s/ Brett Charhon_____
Brett Charhon

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures*, Ryan S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.

20203354.1