Todd Padnos (Bar No. 208202)
tpadnos@dl.com
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
jkessler@dl.com
David G. Feher (*pro hac vice*)
dfeher@dl.com
David Greenspan (*pro hac vice*)
dgreenspan@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
kenneth.steinthal@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
bruce.meyer@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>　　　　　Defendants. | Case No. C 07 0943 WHA<br><br>**DECLARATION OF ROY TAUB IN SUPPORT OF DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

---

Declaration of Roy Taub　　　　　　　　　　　　　　　　　　　　　Civ. Action No. C07 0943 WHA

# DECLARATION OF ROY TAUB

I, Roy Taub, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and am admitted to practice before this Court *pro hac vice*. I make this Declaration in support of Defendants' Miscellaneous Administrative Motions to File Under Seal ("Motions"). I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

2. Pursuant to Civ. L.R. 7-11(a), I attempted to contact counsel for Plaintiffs to determine if Plaintiffs would stipulate to the filing of certain documents submitted with Defendants' Reply Brief in Support of Their Motion for Summary Judgment and Defendants' Opposition to Plaintiffs' Motion to Strike the Declarations of Linda Castillon, Adam Sullins, Jason Brenner, Christine Finch, and Steve Byrd, along with Defendants' briefs, under seal.

3. On July 8 and July 9, 2008, I left voicemail messages for Ryan Hilbert, an attorney with Manatt, Phelps & Phillips, LLP, co-counsel for Plaintiffs, to call me at my office telephone number regarding the Motions.

4. On July 9, 2008, I received an e-mail from Ryan Hilbert stating that "[b]ecause we have not seen the specific documents and/or testimony Defendants intend to file under seal – many, if not all, of which were unilaterally designated by Defendants as 'Confidential' or 'Highly Confidential – Attorneys' Eyes Only' – we cannot blindly stipulate to Defendants' Request. Nor can we unequivocally state that we will not oppose such a Request (as Defendants have previously done in connection with documents submitted by Plaintiffs)." A true and correct copy of the e-mail from Ryan Hilbert to me, dated July 9, 2008, is attached hereto as Exhibit A.

Declaration of Roy Taub　　　　　　　　　　　　　　　　　　　　　　Civ. Action No. C07 0943 WHA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 10, 2008

                                                   /s/
                                          Roy Taub

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

# EXHIBIT A

## Taub, Roy

**From:** Hilbert, Ryan [RHilbert@manatt.com]
**Sent:** Wednesday, July 09, 2008 2:11 PM
**To:** Taub, Roy
**Cc:** Katz, Ron; Feher, David; Greenspan, David
**Subject:** Parrish v. NFLPA

Roy:

This responds to your voice mail yesterday concerning Defendants' request to file documents under seal in connection with their anticipated (1) reply in support of their motion for summary judgment and (2) opposition to Plaintiffs' Motion to Strike. Because we have not seen the specific documents and/or testimony Defendants intend to file under seal -- many, if not all, of which were unilaterally designated by Defendants as "Confidential" or "Highly Confidential - Attorneys' Eyes Only" -- we cannot blindly stipulate to Defendants' Request. Nor can we unequivocally state that we will not oppose such Request (as Defendants have previously done in connection with documents submitted by Plaintiffs).

Very truly yours,
Ryan

Ryan S. Hilbert
Manatt, Phelps & Phillips, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Tel: (650) 812-1347
Fax: (650) 213-0260

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at rhilbert@manatt.com <mailto:rhilbert@manatt.com> or by telephone at (650) 812-1347, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To comply with requirements imposed by recently issued treasury regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written by us, and cannot be used by you, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another person any transaction or matter addressed herein. For information about this legend, go to http://www.manatt.com/circ230