**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>        Plaintiffs,<br><br>   v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>        Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:<br>Time:<br>Ctrm: 9<br>Judge: William H. Alsup |

      The Court, having considered Defendants' Motion to File Under Seal, and all papers filed herein, and good cause appearing, hereby orders as follows:

      IT IS HEREBY ORDERED that the following documents are to be sealed:

    (A)    An unredacted version of Defendants' Reply Brief in Support of Their Motion for Summary Judgment;

    (B)    Exhibits 2, 3, and 5-12 to the Declaration of David Greenspan in Further Support of Defendants' Motion for Summary Judgment.

      IT IS SO ORDERED.

Dated:_____, 2008

                                                    The Honorable William H. Alsup
                                                  United States District Court Judge

Dockets.Justia.com