| | |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>        Plaintiffs,<br><br>   v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>        Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br><br><br>Date:<br>Time:<br>Ctrm: 9<br>Judge: William H. Alsup |

[Proposed] Order Granting Defendants' Motion to File Under Seal      Civ. Action No. C07 0943 WHA

1  The Court, having considered Defendants' Motion to File Under Seal, and all
2  papers filed herein, and good cause appearing, hereby orders as follows:
3      IT IS HEREBY ORDERED that the following documents are to be sealed:

(A) An unredacted version of Defendants' Opposition to Plaintiffs' Motion to Strike the Declarations of Linda Castillon, Adam Sullins, Jason Brenner, Christine Finch and Steve Byrd ("Motion to Strike");

(B) Exhibits Q, R and S to the Declaration of David Greenspan in Support of Defendants' Opposition to Plaintiffs' Motion to Strike.

IT IS SO ORDERED.

Dated: _____, 2008

                                                                       The Honorable William H. Alsup
United States District Court Judge