United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PARRISH, et al.,

    Plaintiff,

v.

NATIONAL FOOTBALL LEAGUE PLAYERS, INC., et al.,

    Defendant.
                                      /

No. C 07-00943 WHA

**CLERK'S NOTICE RESCHEDULING HEARING TIME**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the motion for summary judgment hearing previously set for July 24, 2008 at 8:00 a.m. has been rescheduled for **July 24, 2008 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

    Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

Dated: July 14, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Dawn Toland
    Dawn Toland
    Courtroom Deputy to the
    Honorable William Alsup