ORIGINAL

FILED

Todd Padnos (Bar No. 208202)
tpadnos@dl.com
DEWEY & LeBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
jkessler@dl.com
David G. Feher (*pro hac vice*)
dfeher@dl.com
David Greenspan (*pro hac vice*)
dgreenspan@dl.com
DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
kenneth.steinthal@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
bruce.meyer@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC.<br><br>Defendants. | Case No. C 07 00943 WHA<br><br>**APPLICATION OF IAN L. PAPENDICK FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Ian L. Papendick, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc"), in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. The following attorneys who are members of the Bar of this Court in good standing and maintain an office within the State of California are also designated as counsel in the above-entitled action.

>Todd Padnos (Bar No. 208202)
>*tpadnos@dl.com*
>DEWEY & LeBOEUF LLP
>One Embarcadero Center, Suite 400
>San Francisco, CA 94111
>Tel: (415) 951-1100; Fax: (415) 951-1180

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2008

_____
Ian L. Papendick

-1-
Application of Ian L. Papendick for Admission of Attorney *Pro Hac Vice*    Civ. Action No. C07 0943 WHA

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         SS.:
COUNTY OF NEW YORK       )

       GEORGE SIKES, being duly sworn, deposes and says: I am over 18 years of age, am not a party to this action, and am employed by the law firm of Dewey & LeBoeuf LLP.

       On the 17th day of July, 2008, I served a true and correct copy of the APPLICATION OF IAN L. PAPENDICK FOR ADMISSION OF ATTORNEY *PRO HAC VICE* and [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF IAN L. PAPENDICK *PRO HAC VICE*, pursuant to prior agreement between counsel, as follows:

By Federal Express and E-mail:
Ryan S. Hilbert
Manatt, Phelps & Phillips, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
RHilbert@manatt.com

By E-mail:
Ronald S. Katz
RKatz@manatt.com
Noel S. Cohen
NCohen@manatt.com

By Federal Express and E-mail:
Jill Adler Naylor
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201
jadler@mckoolsmith.com

By E-mail:
Lewis T. LeClair
lleclair@mckoolsmith.com

_____
GEORGE SIKES
Lic. No. 1279828

Sworn to before me this
17th day of July, 2008

_____
NOTARY PUBLIC
DEBRA K. SENIOR
NOTARY PUBLIC, State of New York
No. 01SE6174396
Qualified in Dutchess County
Certificate Filed in New York County
Commission Expires September 17, 20_11_

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021516
Cashier ID: almaceh
Transaction Date: 07/22/2008
Payer Name: dewey ballantine
----------------------------------------
PRO HAC VICE
 For: IAN L PAPENDICK
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 5743
 Amt Tendered: $210.00
----------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C07-0943 WHA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```