# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date: July 24, 2008

Case No.  C 07-00943 WHA

Title: BERNARD PARRISH v. NFL PLAYERS ASSOCIATION

Plaintiff Attorneys: Ronald Katz; Ryan Hilbert; Lewis LeClair

Defense Attorneys: Jeffrey Kessler; David Greenspan; Jason Clark

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

## PROCEEDINGS

1)   Dfts' Motion for Summary Judgment - HELD

2) _____

Continued to _ for Further Case Management Conference

Continued to __for Pretrial Conference

Continued to __for Trial

**ORDERED AFTER HEARING:**

Parties may file supplemental briefing on the motion.