Parrish et al v. National Football League Players Incorporated — Doc. 334

**FILED**

UNITED STATES COURT OF APPEALS

JUL 16 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BERNARD PAUL PARRISH, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs - Respondents, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS INC., a Virginia Corporation, d.b.a. Players Inc.; et al., <br><br> Defendants - Petitioners. | No. 08-80071 <br><br> D.C. No. 3:07-cv-00943-WHA <br> Northern District of California, <br> San Francisco <br><br><br> ORDER |

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's April 29, 2008 order granting class action certification in part. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

ST/MOATT

Dockets.Justia.com