

ORIGINAL

RECEIVED
JUL 2 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, California 94111

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,

    Plaintiffs,

v.

NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,

    Defendants.

Case No. C 07 0943 WHA

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JASON D. CLARK *PRO HAC VICE*

    Jason D. Clark, an active member in good standing of the bar of the United States District Court for the Southern District of New York, whose business address and telephone is Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, NY 10019, telephone (212) 259-8000, facsimile (212) 259-6333, email: jclark@dl.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants National Football League Players Association ("NFLPA") and National

*hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/23, 2008

_____
WILLIAM ALSUP
United States District Judge