MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and Walter Roberts III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**DECLARATION OF LAURA M. FRANCO IN SUPPORT OF JULY 30, 2008 LETTER BRIEF** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20204746.1
4249v1

DECLARATION OF LAURA M. FRANCO
CASE NO. C07 0943 WHA

dockets.Justia.com

I, Laura M. Franco, declare as follows:

1. I am a partner at Manatt, Phelps & Phillips, LLP, counsel for Plaintiffs Herbert Adderley, Bernard Parrish, and Walt Roberts (collectively, "Plaintiffs") in this matter. I make this declaration in support of Plaintiffs' July 30, 2008 supplemental letter brief to the Court. I have sufficient knowledge of the facts stated herein to make this declaration and, if called upon to do so, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a May 31, 2001 letter from LaShun Lawson of Players Inc to Jeremy Strauser of EA, produced by Defendants in this action at Bates No. PI131529-30.

3. According to Pat Allen, Players Inc's Executive Vice President and Chief Operating Officer, Ms. Lawson was the Assistant Vice President of Multimedia at Players Inc. *See*, the February 28, 2008 Deposition Transcript of Pat Allen at 36:20 – 37:2, attached hereto as Exhibit B.

4. My review of the GLAs produced by Defendants in this case show that at the time LaShun Lawson's letter was written, 162 Class members had GLAs in effect that remained in effect until at least after February 14, 2003, when the statute of limitations period began. Attached hereto as Exhibit C is a true and correct list identifying each of these Class members.

5. I have reviewed the summaries attached as Exhibits A and B to Plaintiffs' July 30, 2008 supplemental letter brief to the Court (a list of the vintage teams in the Madden 2007 (PC edition) video game and a list of the Adderley Class members contained in that game whose images have been "scrambled"), submitted therewith under Federal Rule of Evidence 1006. Exhibit B, the list of Adderley Class members with scrambled identities, was specifically requested by the Court at the July 24, 2008 hearing (*see* Hearing Transcript at 56:3-13).

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 30, 2008.

/s/ Laura M. Franco

Laura M. Franco

20204746.1
49v1

2

DECLARATION OF LAURA M. FRANCO
CASE NO. C07 0943 WHA