Exhibit C
to the
Declaration Of Laura M. Franco In Support Of
July 30, 2008 Letter Brief

# EXHIBIT C

## LIST OF CLASS MEMBERS WITH GLA EFFECTIVE PRE-MAY 31, 2001

| | | |
|---|---|---|
| Ted Karras | Stan Brock | Mark Mullaney |
| Johnny Brewer | Ronnie Harmon | James White |
| Charlie Scales | Curtis Whitley | Bobby Houston |
| Isaac Curtis | Cornell Green | Ed McDaniel |
| Lemar Parrish | Bill Miller | Monte Coleman |
| Ken Riley | Eddie Wilson | Ted Fritsch |
| Bob Trumpy | Dave Hill | John McDaniel |
| Jim Hart | Jim Kearney | Russ Grimm |
| Jim D. Jensen | Fuzzy Thurston | Dexter Manley |
| Gary Fencik | Dennis Nelson | Ken Coffey |
| Terry Schmidt | Jim O'Brien | Charles Mann |
| John Demarie | Raymond Chester | Gary Clark |
| Randy Crowder | Ken Mendenhall | R.C. Thielemann |
| Curtis Jordan | Howard Stevens | Alvin Walton |
| Dave Reavis | Ralph Neely | Martin Mayhew |
| Lee Roy Selmon | Pettis Norman | Vaughan Johnson |
| Wyatt Henderson | Rayfield Wright | John Tice |
| Ross Browner | Blaine Nye | Quinn Early |
| Leslie Frazier | Thomas Henderson | Reggie McKenzie |
| Dennis Gentry | Randy White | Jim Clark |
| Dan Hampton | Michael Downs | Roy Gerela |
| Jay Hilgenberg | Angelo King | Terry Hanratty |
| Rick Dennison | Timmy Newsome | Kevin Greene |
| Rich Karlis | Karl Powe | Marion Campbell |
| Randy Robbins | Bobby Abrams | Clarence Peaks |
| Steve Watson | Lin Elliot | Herman Edwards |
| Dante Jones | Jimmie Jones | Max Runager |
| Rickey Dixon | Tony Tolbert | Roynell Young |
| Rodney Holman | Derrick Lassic | Keith Jackson |
| Joe Kelly | Elvis Patterson | Leo Nomellini |
| Jeff Gossett | Jim Mandich | Val Joe Walker |
| Carl Hairston | Larry Ball | Dwight Clark |
| Reggie Langhorne | Duriel Harris | Michael Carter |
| Frank Minniefield | Tony Nathan | Riki Ellison |
| Tyrone Braxton | Dan Johnson | Keith DeLong |
| Alphonso Carreker | Karl Kassulke | Frank Pollack |
| Ron Holmes | Mike Reilly | Ricky Siglar |
| Kent Hull | Ron Yary | Tim Harris |
| Jerome Henderson | Mike Eischeid | Garin Veris |
| Randy Hilliard | Nate Wright | Bart Oates |
| Mike Sherrard | Steve Riley | Ted Popson |

Frank Gifford
Harland Svare
Carl Banks
Harry Carson
Phil McConkey
Reyna Thompson
Jeff Lageman
Al Atkinson
Jerry Holmes
Keith Dorney
David Hill
Jeff Campbell
Victor P. Jones
Kevin T. Scott
Marc Spindler
Rob Carpenter
Greg Sampson
Dave Casper
Jack Tatum
Ernest Givins
Tommy Crutcher
Chuck Cecil
Darrell Thompson
Lindsay Knapp
Andy Johnson
Mike Patrick
John Vella
Monte Johnson
Henry Lawrence
Lester Hayes
Bob Nelson
Greg Townsend
Ron J. Brown
Dick Bass
Doug Woodlief
Dennis Harrah
Lawrence McCutcheon
Terry Nelson
Rich Saul
Mike Lansford
Shawn Miller