| | |
|---|---|
| 1 | Todd Padnos (Bar No. 208202) |
| | *tpadnos@dl.com* |
| 2 | DEWEY & LEBOEUF LLP |
| | One Embarcadero Center, Suite 400 |
| 3 | San Francisco, CA 94111 |
| | Tel: (415) 951-1100; Fax: (415) 951-1180 |
| 4 | |
| | Jeffrey L. Kessler (*pro hac vice*) |
| 5 | *jkessler@dl.com* |
| | David G. Feher (*pro hac vice*) |
| 6 | *dfeher@dl.com* |
| | David Greenspan (*pro hac vice*) |
| 7 | *dgreenspan@dl.com* |
| | DEWEY & LEBOEUF LLP |
| 8 | 1301 Avenue of the Americas |
| | New York, NY 10019 |
| 9 | Tel: (212) 259-8000; Fax: (212) 259-6333 |
| 10 | Kenneth L. Steinthal (*pro hac vice*) |
| | *kenneth.steinthal@weil.com* |
| 11 | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| 12 | Redwood Shores, CA 94065 |
| | Tel: (650) 802-3000; Fax: (650) 802-3100 |
| 13 | |
| | Bruce S. Meyer (*pro hac vice*) |
| 14 | *bruce.meyer@weil.com* |
| | WEIL, GOTSHAL & MANGES LLP |
| 15 | 767 Fifth Avenue |
| | New York, NY 10153 |
| 16 | Tel: (212) 310-8000; Fax: (212) 310-8007 |
| 17 | Attorneys for Defendants National Football League Players Association |
| | and National Football League Players Incorporated d/b/a Players Inc |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, | Case No. C 07 00943 WHA |
| Plaintiffs, | **DEFENDANTS' REPLY LETTER BRIEF** |
| v. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC. | **MANUAL FILING NOTIFICATION** **DOCUMENT SUBMITTED UNDER SEAL** |
| Defendants. | |

Defendants' Reply Letter Brief      Civ. Action No. C07 0943 WHA

Dockets.Justia.com

# MANUAL FILING NOTIFICATION

Regarding: Defendants' Reply Letter Brief.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

_____

Dated: July 31, 2008                    DEWEY & LEBOEUF LLP

                                        BY:    /s/ Todd L. Padnos
                                                Todd L. Padnos
                                              *Attorneys for Defendants*

Defendants' Reply Letter Brief                         Civ. Action No. C07 0943 WHA