| | |
|---|---|
| Todd Padnos (Bar No. 208202) | Kenneth L. Steinthal (*pro hac vice*) |
| *tpadnos@dl.com* | *kenneth.steinthal@weil.com* |
| DEWEY & LEBOEUF LLP | *claire.goldstein@weil.com* |
| One Embarcadero Center, Suite 400 | WEIL, GOTSHAL & MANGES LLP |
| San Francisco, CA 94111 | 201 Redwood Shores Parkway |
| Tel: (415)951-1100; Fax: (415)951-1180 | Redwood Shores, CA 94065 |
| | Tel: (650) 802-3000; Fax: (650) 802-3100 |
| Jeffrey L. Kessler (*pro hac vice*) | |
| *jkessler@dl.com* | Bruce S. Meyer (*pro hac vice*) |
| David G. Feher (*pro hac vice*) | *bruce.meyer@weil.com* |
| *dfeher@dl.com* | WEIL, GOTSHAL & MANGES LLP |
| David Greenspan (*pro hac vice*) | 767 Fifth Avenue |
| *dgreenspan@dl.com* | New York, NY 10153 |
| DEWEY & LEBOEUF LLP | Tel: (212) 310-8000; Fax: (212) 310-8007 |
| 1301 Avenue of the Americas | |
| New York, NY 10019 | |
| Tel: (212) 259-8000; Fax: (212) 259-6333 | |

Attorneys for Defendants

| | |
|---|---|
| Ronald S. Katz (Bar No. CA 085713) | Lewis T. LeClair (Bar No. CA 077136) |
| *rkatz@manatt.com* | *lleclair@mckoolsmith.com* |
| Ryan S. Hilbert (Bar No. CA 210549) | Jill Adler (Bar No. CA 150783) |
| *rhilbert@manatt.com* | *jadler@sckoolsmith.com* |
| Noel S. Cohen (Bar No. CA 219645) | MCKOOL SMITH, P.C. |
| *ncohen@manatt.com* | 300 Crescent Court, Suite 1500 |
| MANATT, PHELPS & PHILLIPS, LLP | Dallas, TX 75201 |
| 1001 Page Mill Road, Building 2 | Tel: (214) 978-4984; Fax: (214) 978-4044 |
| East Palo Alto, CA 94303-1006 | |
| Tel: (650) 812-1300; Fax: (650) 213-0260 | |

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, <br><br> Defendants. | Case No. C 07 0943 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER TO WITHDRAW PLAINTIFFS' MOTION TO STRIKE THE DECLARATIONS OF LINDA CASTILLON, ADAM SULLINS, JASON BRENNER, CHRISTINE FINCH AND STEVE BYRD** |

Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a/ Players Inc ("Players Inc") (collectively, "Defendants") and Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III (collectively "Plaintiffs") hereby file this Stipulation and [Proposed] Order to withdraw Plaintiffs' Motion to Strike the Declarations of Linda Castillon, Adam Sullins, Jason Brenner, Christine Finch and Steve Byrd ("Motion to Strike").

## JOINT STIPULATION

WHEREAS, on July 1, 2008, Plaintiffs filed a Motion to Strike the Declarations of Linda Castillon, Adam Sullins, Jason Brenner, Christine Finch and Steve Byrd (the "Declarants") and on July 17, 2008, Plaintiffs filed a Reply Brief in support of the Motion to Strike;

WHEREAS, on July 10, 2008, Defendants filed an Opposition to Plaintiffs' Motion to Strike;

WHEREAS, the dispute has been resolved on the following terms:

(i) Plaintiffs' withdraw their Motion to Strike;

(ii) Plaintiffs will not object to the Declarants or any other witness that Defendants have disclosed testifying at the trial in the matter currently scheduled for September 22, 2008;

(iii) Plaintiffs may take one additional deposition of Steve Saxon;

(iv) Plaintiffs will identify by August 8, 2008, three class members who may be called as witnesses at the trial in this matter currently scheduled for September 22, 2008, and who may be deposed by Defendants. Each of these depositions will take place by the end of August. There will be no further depositions in this case, including of any trial witnesses whom Defendants have previously disclosed but whom have not been deposed by Plaintiffs;

(v) Plaintiffs will not object to the testimony of any witness whose name was disclosed by Defendants prior to the close of fact discovery on the ground that such disclosure was in any way inadequate; and,

(vi) Plaintiffs may not call any retired players as witnesses at trial besides these three newly identified retired players, Mr. Adderley and Mr. Parrish, who were previously identified as a potential witness.

-1-

Stipulation And [Proposed] Order To Withdraw Plaintiffs' Motion to Strike

Civ. Action No. C07 0943 WHA

## IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, through their respective counsel, that:

(i) Plaintiffs' withdraw their Motion to Strike;

(ii) Plaintiffs will not object to the Declarants or any other witness that Defendants have disclosed testifying at the trial in the matter currently scheduled for September 22, 2008;

(iii) Plaintiffs may take one additional deposition of Steve Saxon;

(iv) Plaintiffs will identify by August 8, 2008, three class members who may be called as witnesses at the trial in this matter currently scheduled for September 22, 2008, and who may be deposed by Defendants. Each of these depositions will take place by the end of August. There will be no further depositions in this case, including of any trial witnesses whom Defendants have previously disclosed but whom have not been deposed by Plaintiffs;

(v) Plaintiffs will not object to the testimony of any witness whose name was disclosed by Defendants prior to the close of fact discovery on the ground that such disclosure was in any way inadequate; and,

(vi) Plaintiffs may not call any retired players as witnesses at trial besides these three newly identified retired players, Mr. Adderley and Mr. Parrish, who were previously identified as a potential witness.

Date: July 25, 2008　　　　　　　　　　　　　　　　　　　Dewey & LeBoeuf LLP

By: __/s/Jeffrey L. Kessler_____
Jeffrey L. Kessler
*Attorneys for Defendants*

Date: July 25, 2008　　　　　　　　　　　　　　　　　　　McKool Smith, P.C.

By: __/s/__Lewis T. LeClair_____
*Attorneys for Plaintiffs*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey L. Kessler hereby attests that concurrence in the filing of this document has been obtained.*

# ~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation above, it is hereby ORDERED that:

(i) Plaintiffs' withdraw their Motion to Strike;

(ii) Plaintiffs will not object to the Declarants or any other witness that Defendants have disclosed testifying at the trial in the matter currently scheduled for September 22, 2008;

(iii) Plaintiffs may take one additional deposition of Steve Saxon;

(iv) Plaintiffs will identify by August 8, 2008, three class members who may be called as witnesses at the trial in this matter currently scheduled for September 22, 2008, and who may be deposed by Defendants. Each of these depositions will take place by the end of August. There will be no further depositions in this case, including of any trial witnesses whom Defendants have previously disclosed but whom have not been deposed by Plaintiffs;

(v) Plaintiffs will not object to the testimony of any witness whose name was disclosed by Defendants prior to the close of fact discovery on the ground that such disclosure was in any way inadequate; and,

(vi) Plaintiffs may not call any retired players as witnesses at trial besides these three newly identified retired players, Mr. Adderley and Mr. Parrish, who were previously identified as a potential witness.

IT IS SO ORDERED.

Dated: August 1, 2008.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111