MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN SUPPORT OF THEIR JULY 30, 2008 LETTER BRIEF** |

20204888.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

PLAINTIFFS' MISCELLANEOUS
ADMINISTRATIVE REQUEST FOR LEAVE TO
FILE SUPPLEMENTAL DECLARATION
CASE NO. C:07-0943 WHA

Dockets.Justia.com

TO DEFENDANTS NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION AND NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Local Civil Rules 7-3(d) and 7-11, Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley and Walter Roberts III ("Plaintiffs") hereby move for leave from the Court to file a proposed, three-page supplemental declaration (Exhibit A hereto), to correct material misstatements and omissions regarding a purported agreement barring use of pre-statute of limitations documents in Defendants' August 1, 2008 Response to Plaintiffs' July 30, 2008 Letter Brief ("Defendants' Response").

Good cause exists here for two reasons. First, as Plaintiffs' counsel, Mr. Katz, stated at the July 24 hearing, the parties did not agree to any stipulation precluding the parties from relying on pre-statute of limitations documents such as the 2001 LaShun Lawson letter. While Mr. Kessler cites a May 20, 2008 email from Plaintiffs' counsel Ryan Hilbert suggesting that such an agreement was reached, Mr. Kessler failed to advise the Court that on May 22, 2008, Defendants' counsel David Greenspan telephoned Mr. Hilbert to notify him of additional issues that needed to be addressed before an agreement could be reached. The proposed declaration supplies the Court with this additional communication.

Second, Defendants made their misstatements and omissions knowing that Plaintiffs have no automatic right to reply to Defendants' Response. Plaintiffs should be allowed to form a complete and accurate record for the Court.

Third, Plaintiffs will be prejudiced if they are not allowed to rebut Mr. Kessler's material misstatement and remedy his material omission.

Due to the timing of this filing as well as the nature of the motion (to correct a material misstatement and omission), Plaintiffs did not seek a stipulation from Defendants to file the proposed supplemental declaration, but rather provided Defendants notice that the instant motion is being filed.

For the foregoing reasons, Plaintiffs respectfully request that this Court grant it leave to file the attached Supplemental Declaration.

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

20204888.1

1

PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION
CASE NO. C:07-0943 WHA

| | | |
|---|---|---|
| Dated: | August 1, 2008 | MANATT, PHELPS & PHILLIPS, LLP |

By: /s/ Ryan S. Hilbert
Ronald S. Katz (SBN 085713)
Ryan S. Hilbert (SBN 210549)
Noel S. Cohen (SBN 219645)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260
*Attorneys for Plaintiffs*

Lewis T. LeClair, Esq.
Jill Adler, Esq.
McKOOL SMITH, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-4984
214-978-4044 (fax)