MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and Walter Roberts III, on behalf of themselves and all others similarly situated,

Plaintiffs

vs.

NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,

Defendants.

CIVIL ACTION NO. C07 0943 WHA

**DECLARATION OF LAURA M. FRANCO IN SUPPORT OF PLAINTIFFS MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION**

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20204902.1

4249v1

DECLARATION OF LAURA M. FRANCO
CASE NO. C07 0943 WHA

I, Laura M. Franco, declare as follows:

1. I am a partner at Manatt, Phelps & Phillips, LLP, counsel for Plaintiffs Herbert Adderley, Bernard Parrish, and Walt Roberts (collectively, "Plaintiffs") in this matter. I make this declaration pursuant to Local Civil Rule 7-11(a) and in support of Plaintiffs' Miscellaneous Administrative Request for Leave to File a Supplemental Declaration. I have sufficient knowledge of the facts stated herein to make this declaration and, if called upon to do so, I could and would testify competently thereto.

2. Today, Defendants filed and served on Plaintiffs their Response to Plaintiffs' July 30, 2008 Letter Brief. In that Response, Defendants' counsel, Mr. Kessler, omitted material information from the record, resulting in a misleading statement regarding the status of a purported agreement between the parties barring the use of pre-statute of limitations documents.

3. In an effort to remedy immediately that misstatement before the close of business, the fact that Defendants' counsel is on the East Coast and three hours ahead, and the nature of the supplemental declaration (*i.e.*, to correct a material omission), I did not seek Defendants' stipulation to allow Plaintiffs to file the Supplemental Declaration of Ryan Hilbert. Rather, prior to filing this motion, I gave Defendants written notice of Plaintiffs' intent to file this motion, with an explanation of the basis for the motion. A true and correct copy of my email notice to Defendants is attached hereto as Exhibit A.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 1, 2008.

                 /s/ Laura M. Franco
                 Laura M. Franco