Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN SUPPORT OF THEIR AUGUST 1, 2008 REPLY LETTER BRIEF** |

Defendants' Miscellaneous Administrative Motion for Leave to File a Supplemental Declaration in Support of Their August 1, 2008 Reply Letter Brief     Civ. Action No. C07 0943 WHA

Pursuant to Civil Local Rules 7-3(d) and 7-11, Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated ("Players Inc") move for leave from the Court to file a proposed Supplemental Declaration of David Greenspan in Support of Defendants' August 1, 2008 Reply Letter Brief (Exhibit A hereto), in response to Plaintiffs' Miscellaneous Administrative Request for Leave to File a Supplemental Declaration in Support of Their July 30, 2008 Letter Brief. Defendants submit that good cause exists for the filing of the proposed declaration, namely to provide full context regarding the parties' agreement on pre-statute of limitations documents and to correct any mistaken assertions in the proposed Supplemental Declaration of Ryan S. Hilbert.

Pursuant to Civil Local Rule 7-11(a), counsel for Defendants attempted to meet and confer with counsel for Plaintiffs regarding Defendants' Miscellaneous Administrative Motion to for Leave to File a Supplemental Memorandum, but was unable to speak with counsel for Plaintiffs.

Date: August 4, 2008

DEWEY & LEBOEUF LLP

BY: __/s/ David G. Feher_____

David G. Feher
*Attorneys for Defendants*

Defendants' Miscellaneous Administrative Motion for Leave to File a
Supplemental Declaration in Support of Their August 1, 2008 Reply Letter Brief
Civ. Action No. C07 0943 WHA