Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

RECEIVED
AUG 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:<br>Time:<br>Ctrm: 9<br>Judge: William H. Alsup |

The Court, having considered Defendants' Motion to File Under Seal, and all papers filed herein, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that the following documents are to be sealed:

(A)  An unredacted version of Defendants' Reply Letter Brief;

(B)  Exhibits 1-4, 6, 7, 9, 17, and 19 to the Declaration of Jeffrey Kessler in Support of Defendants' Reply Letter Brief.

IT IS SO ORDERED.

Dated:_____, 2008

_____
The Honorable William H. Alsup
United States District Court Judge

---

[Proposed] Order Granting Defs' Misc. Admin. Mot. to File Under Seal    Civ. Action No. C07 0943 WHA