Todd Padnos (Bar No. 208202)
tpadnos@dl.com
DEWEY & LeBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
jkessler@dl.com
David G. Feher (*pro hac vice*)
dfeher@dl.com
David Greenspan (*pro hac vice*)
dgreenspan@dl.com
DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
kenneth.steinthal@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
bruce.meyer@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

FILED
08 AUG -1 PM 12: 07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC.<br><br>Defendants. | Case No. C 07 00943 WHA<br><br>**AMENDED APPLICATION OF IAN L. PAPENDICK FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, California 94111

Pursuant to Civil L.R. 11-3, Ian L. Papendick, an active member in good standing of the United States District Court for the Southern District of New York and the Court of Appeals of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc"), in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. The following attorneys who are members of the Bar of this Court in good standing and maintain an office within the State of California are also designated as counsel in the above-entitled action.

> Todd Padnos (Bar No. 208202)
> *tpadnos@dl.com*
> DEWEY & LeBOEUF LLP
> One Embarcadero Center, Suite 400
> San Francisco, CA 94111
> Tel: (415) 951-1100; Fax: (415) 951-1180

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2008

_____
Ian L. Papendick

---

Amended Application of Ian L. Papendick
for Admission of Attorney *Pro Hac Vice*

Civ. Action No. C07 0943 WHA

-1-

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        SS.:
COUNTY OF NEW YORK      )

   KEVIN KOHBERGER, being duly sworn, deposes and says: I am over 18 years of age, am not a party to this action, and am employed by the law firm of Dewey & LeBoeuf LLP.

   On the 31st day of July, 2008, I served a true and correct copy of the AMENDED APPLICATION OF IAN L. PAPENDICK FOR ADMISSION OF ATTORNEY *PRO HAC VICE* and [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF IAN L. PAPENDICK *PRO HAC VICE*, pursuant to prior agreement between counsel, as follows:

By Federal Express and E-mail:
Ryan S. Hilbert
Manatt, Phelps & Phillips, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
RHilbert@manatt.com

By E-mail:
Ronald S. Katz
RKatz@manatt.com
Noel S. Cohen
NCohen@manatt.com

By Federal Express and E-mail:
Jill Adler Naylor
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201
jadler@mckoolsmith.com

By E-mail:
Lewis T. LeClair
lleclair@mckoolsmith.com

_____
KEVIN KOHBERGER
Lic. No. 1222809

Sworn to before me this
31st day of July, 2008

Debra K. Senior
NOTARY PUBLIC

DEBRA K. SENIOR
NOTARY PUBLIC, State of New York
No. 01SE6174396
Qualified in Dutchess County
Certificate Filed in New York County
Commission Expires September 17, 20 11