United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendant.<br>_____/ | No. C 07-00943 WHA<br><br>**ORDER RE PENDING MOTIONS TO SEAL** |

In light of the overwhelming number of documents submitted under seal (some of which the designated party no longer maintains as confidential), each party is requested to submit a short memorandum by **AUGUST 8 AT NOON** listing all documents which it still maintains qualify for submission under seal and the reasons therefor. A proposed order should also be submitted. The parties are reminded of the high standard set forth by the Ninth Circuit in *Kamakana v. Honolulu*, 447 F.3d 1172 (9th Cir. 2006) for sealing documents used in dispositive motions.

**IT IS SO ORDERED.**

Dated: August 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE