MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**PLAINTIFFS' MEMORANDUM REGARDING DOCUMENTS TO BE FILED UNDER SEAL** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20205142.1

MEMO RE REQUEST TO FILE UNDER SEAL
CASE NO. C:07-0943 WHA

Dockets.Justia.com

Pursuant to this Court's August 6, 2008 Order, Plaintiffs submit the following memorandum concerning documents to be filed under seal.

Plaintiffs requested that the Court seal the following documents in connection with their Opposition to Defendants' Motion for Summary Judgment:

(A) An unredacted version of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment; and

(B) Exhibits C-P, R-RR, TT, VV-ZZ, EEE, HHH-LLL, NNN, and PPP-QQQ to the Declaration of Ryan S. Hilbert filed in support thereof (the "Hilbert Declaration").

Plaintiffs also requested that the Court seal the following documents in connection with their July 30, 2008 Letter Brief:

(A) The unredacted version of Plaintiffs' July 30, 2008 Letter Brief; and

(B) Exhibit A to the Declaration of Laura M. Franco In Support of the July 30, 2008 Letter Brief.

Plaintiffs made these requests on the grounds that, with the exception of a single document discussed below, each of the above documents contain testimony and/or information that has been designated as "Highly Confidential – Attorneys Eyes Only" or "Confidential" by Defendants (or a third party). Plaintiffs were required to file these documents in this manner pursuant to Paragraph 10 of the parties' Stipulated Protective Order, which states: "Without written permission from [Defendants] or a court order secured after appropriate notice to all interested persons, [Plaintiffs] may not file in the public record in this action any [Disclosure or Discovery Material that is designated as 'Confidential' or 'Highly Confidential – Attorneys' Eyes Only']".

Because the documents listed above were designated as "Highly Confidential – Attorneys Eyes Only" or "Confidential" by Defendants, Plaintiffs are not in a position to determine whether any of these documents need not remain under seal.

Incidentally, in the course of reviewing Plaintiffs' under seal filings, they discovered an exhibit that may not need to remain filed under seal. This exhibit, which is Exhibit H to the

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

20205142.1

2

MEMO RE REQUEST TO FILE UNDER SEAL
CASE NO. C:07-0943 WHA

| | |
|---|---|
| 1 | Hilbert Declaration, is a pair of GLAs signed by Herb Adderley that were filed under seal because |
| 2 | they include Mr. Adderley's social security number.  In the interest of disclosure, Plaintiffs |
| 3 | respectfully request that the Court replace this exhibit in its entirety with the attached public |
| 4 | versions of Mr. Adderley's GLA that have his social security number redacted. |

Dated:   August 8, 2008            MANATT, PHELPS & PHILLIPS, LLP

By:  /s/Ryan S. Hilbert
Ronald S. Katz (SBN 085713)
Ryan S. Hilbert (SBN 210549)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:       (650) 812-1300
Facsimile:        (650) 213-0260
*Attorneys for Plaintiffs*

Lewis T. LeClair, Esq.
Jill Adler, Esq.
McKOOL SMITH, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
214-978-4984
214-978-4044 (fax)