

<div style="padding-left: 2em;">

|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

</div>

<div style="text-align: center;">

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

</div>

| | | |
|---|---|---|
| 11 | BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, | Case No. C 07 0943 WHA |
| 13 | | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF IAN L. PAPENDICK *PRO HAC VICE* |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, | |
| 19 | Defendants. | |

(Left margin: Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, California 94111)

      Ian L. Papendick, an active member in good standing of the bar of the United States District Court for the Southern District of New York and the Court of Appeals of New York, whose business address and telephone is Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, NY 10019, telephone (212) 259-8000, facsimile (212) 259-6333, email: ipapendick@dl.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc")

      **IT IS HEREBY ORDERED** that the application is granted, subject to the terms

---

[Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice*　Civ. Action No. C07 0943 WHA

and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: __August 6,_____, 2008



_____
WILLIAM ALSUP
United States District Judge

[Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice*  Civ. Action No. C07 0943 WHA