Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>    Defendants. | Case No.  C 07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Date:<br>Time:<br>Ctrm:  9<br>Judge: William H. Alsup |

The Court, having considered Defendants' Motions to File Under Seal, Defendants' Memorandum Regarding Sealing of Confidential Documents, and all papers filed herein, and compelling reasons appearing, hereby orders as follows:

IT IS HEREBY ORDERED that the following documents are to be sealed:

(A)   An unredacted version of Defendants' Motion for Summary Judgment;

(B)   An unredacted version of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment;

(C)   An unredacted version of Defendants' Reply Brief in Support of Their Motion for Summary Judgment;

(D)   An unredacted version of Plaintiffs' Letter Brief, dated July 30, 2008;

[Proposed] Order Granting Defs' Misc. Admin. Mots. to File Under Seal        Civ. Action No. C07 0943 WHA

Dockets.Justia.com

(E) An unredacted version of Defendants' Reply Letter Brief, dated August 1, 2008;

(F) Exhibits 1, 5, 8, 15-24, 27, 32-41,[1] and 43-46 to the Declaration of David Greenspan in Support of Defendants' Motion for Summary Judgment;

(G) Exhibits C-G, J, K, O, P, R-MM, OO-RR, TT, VV-YY, EEE, HHH-KKK, NNN, PPP, and QQQ to the Declaration of Ryan S. Hilbert in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment;

(H) Exhibits 2, 3, 6, and 10-12 to the Declaration of David Greenspan in Further Support of Defendants' Motion for Summary Judgment; and

(I) Exhibits 1, 2, 4, 6, 7, and 9 to the Declaration of Jeffrey Kessler in Support of Defendants' Letter Brief to the Court, dated August 1, 2008.

IT IS SO ORDERED.

Dated:_____, 2008

_____
The Honorable William H. Alsup
United States District Court Judge

---

[1] In Defendants' Memorandum Regarding Sealing of Confidential Documents, Exhibit 38 to the Declaration of David Greenspan in Support of Defendants' Motion for Summary Judgment is inadvertently referred to as Exhibit 33. Exhibit 33 is subsequently described correctly as a series of internal memoranda.

[Proposed] Order Granting Defs' Misc. Admin. Mots. to File Under Seal    Civ. Action No. C07 0943 WHA

2