Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DECERTIFY THE GLA CLASS**<br><br>Date: September 8, 2008<br>Time: 2:00 p.m.<br>Ctrm: 9<br>Judge: William H. Alsup |

The Court, having considered Defendant' Motion to Decertify the GLA Class, and all papers filed herein, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that Defendants' Motion to Decertify the GLA Class is GRANTED.

IT IS SO ORDERED.

Dated:_____, 2008

_____
The Honorable William H. Alsup
United States District Court Judge