Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, | Case No.  C 07 0943 WHA |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME ON THEIR MOTION TO DECERTIFY THE GLA CLASS** |
| v. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, | Date:<br>Time:<br>Ctrm:  9<br>Judge:  William H. Alsup |
| Defendants. | |

The Court, having considered Defendant' Motion to Shorten Time on Their

Motion to Decertify the GLA Class, and all papers filed herein, and good cause appearing,

hereby orders as follows:

IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Decertify

the GLA Class take place on Monday, September 8, 2008 at 2:00 p.m.

IT IS FURTHER ORDERED that Plaintiffs' Opposition be filed and served by no

later than August 27, 2008, and that Defendants' Reply be filed and served by no later than

September 3, 2008.

1          IT IS SO ORDERED.

2     Dated:_____, 2008

3                                                          _____
                                                          The Honorable William H. Alsup
4                                                         United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Defendants' Motion to                    Civ. Action No. C07 0943 WHA
Shorten Time on Their Motion to Decertify the GLA Class

2

**Dewey & LeBoeuf LLP**
**One Embarcadero Center, Suite 400**
**San Francisco, CA 94111**