United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PAUL PARISH, HERBERT
ANTHONY ADDERLEY, and WALTER
ROBERTS III, on behalf of themselves and
all others similarly situated,

           Plaintiffs,

   v.

NATIONAL FOOTBALL LEAGUE
PLAYERS INCORPORATED d/b/a
PLAYERS INC., a Virginia corporation,

           Defendant.

                              /

No. C 07-00943 WHA

**ORDER REQUESTING
RESPONSE TO DEFENDANTS'
MOTION TO DECERTIFY THE
GLA CLASS**

     Plaintiffs are requested to respond to defendants' motion to decertify the GLA class by

**AUGUST 21, 2008, AT NOON**.

     **IT IS SO ORDERED.**

Dated: August 18, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE