MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs.*

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF BRETT CHARHON FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

[PROPOSED] ORDER GRANTING APPLICATION OF
ANTHONY M. GARZA
CASE NO. 07-0943 WHA

BRETT CHARHON, an active member in good standing of the Texas Supreme Court, the U.S. District Court for the Northern District of Texas, and the U.S. District Court for the Eastern District of Texas, hereby whose business address and telephone number is McKool Smith, P.C., 300 Crescent Court, Ste. 1500, Dallas, Texas 75201, telephone (214) 978-4000, facsimile (214) 978-4044., email: bcharhon@mckoolsmith.com, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Bernard Paul Parrish and Herbert Anthony Adderley, on behalf of themselves and all others similarly situated.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~July~~ August 20, 2008

_____
Judge William H. Alsup