| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP | MCKOOL SMITH, |
| RONALD S. KATZ (Bar No. CA 085713) | LEWIS T. LECLAIR (Bar No. CA 077136) |
| E-mail: rkatz@manatt.com | E-mail: lleclair@mckoolsmith.com |
| RYAN S. HILBERT (Bar No. CA 210549) | JILL NAYLOR (Bar No. CA 150783) |
| E-mail: rhilbert@manatt.com | E-mail: jadler@mckoolsmith.com |
| NOEL S. COHEN (Bar No. CA 219645) | 300 Crescent Court |
| E-mail: ncohen@manatt.com | Dallas, TX 75201 |
| 1001 Page Mill Road, Building 2 | Tel: (214) 978-4984; Fax: (214) 978-4044 |
| Palo Alto, CA 94304-1006 | |
| Tel: (650) 812-1300; Fax: (650) 213-0260 | |

*Attorneys for Plaintiffs.*

| | |
|---|---|
| DEWEY & LEBOEUF LLP | WEIL, GOTSHAL & MANGES LLP |
| MARK MALIN (Bar No. 199757) | KENNETH L. STEINTHAL (*pro hac vice*) |
| mmalin@DeweyLeBoeuf.com | kenneth.steinthal@weil.com |
| 1950 University Avenue, Suite 500 | 201 Redwood Shores Parkway |
| East Palo Alto, CA 94303 | Redwood Shores, CA 94065 |
| Tel: (650) 845-7000; Fax: (650) 845-7333 | Tel: (650) 802-3000; Fax: (650) 802-3100 |
| JEFFREY L. KESSLER (*pro hac vice*) | BRUCE S. MEYER (*pro hac vice*) |
| jkessler@DeweyLeBoeuf.com | bruce.meyer@weil.com |
| DAVID G. FEHER (*pro hac vice*) | 767 Fifth Avenue |
| dfeher@DeweyLeBoeuf.com | New York, NY 10153 |
| 1301 Avenue of the Americas | Tel: (212) 310-8000; Fax: (212) 310-8007 |
| New York, NY 10019-6092 | |
| Tel: (212) 259-8000; Fax: (212) 259-6333 | |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, and HERBERT ANTHONY ADDERLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR A SUSPENSION OF ALL DEADLINES UNTIL AUGUST 27, 2008** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20205794.1

Dallas 257078v3

STIPULATION & PROPOSED ORDER FOR A SUSPENSION OF ALL DEADLINES UNTIL AUGUST 27, 2008

Dockets.Justia.com

1  Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III, on behalf of themselves and all others similarly situated, (collectively, "Plaintiffs"), and Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") (collectively, "Defendants") hereby file this Joint Stipulation respectfully requesting that all deadlines in this matter for the next three (3) business days be suspended.

WHEREAS, Gene Upshaw, the Executive Director of the NFLPA and the Chairman of Players Inc, unexpectedly passed away on August 20, 2008, and whereas Defendants are thus not in a position to comply with the August 22, 2008 deadline for the parties to serve and file their Federal Rule 26(a)(3) Pretrial Disclosures, or to comply with other deadlines in this matter;

WHEREAS, the parties are in discussions to determine what is the best course for the trial date of this matter in light of this situation and will make a submission to the Court with respect to the trial schedule as soon as possible, and no later than August 25, 2008;

NOW THEREFORE, the parties hereby stipulate that all deadlines in this matter be suspended until August 27, 2008, including but not limited to the Rule 26(a)(3) Pretrial Disclosures deadline and all other deadlines previously agreed upon between the parties; the parties further hereby stipulate that all previously scheduled depositions be postponed and rescheduled by mutual agreement.

| | | |
|---|---|---|
| | | Respectfully submitted, |
| Dated: | August 21, 2008 | MANATT, PHELPS & PHILLIPS, LLP |

By: /s/ Ronald S. Katz
    Ronald S. Katz
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260
*Attorneys for Plaintiffs*

Dated: August 21, 2008

DEWEY & LEBOEUF LLP

By: /s/ Jeffrey Kessler
    Jeffrey Kessler
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333
*Attorneys for Defendants*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ronald S. Katz hereby attests that concurrence in the filing of this document has been obtained.*

IT IS SO ORDERED.

Dated: _____

_____
HON. WILLIAM H. ALSUP
United States District Court Judge