1   MANATT, PHELPS & PHILLIPS, LLP          MCKOOL SMITH,
    RONALD S. KATZ (Bar No. CA 085713)      LEWIS T. LECLAIR (Bar No. CA
2   E-mail: rkatz@manatt.com                077136)
    RYAN S. HILBERT (Bar No. CA 210549)     E-mail: lleclair@mckoolsmith.com
3   E-mail: rhilbert@manatt.com             JILL NAYLOR(Bar No. CA 150783)
    NOEL S. COHEN (Bar No. CA 219645)       E-mail: jadler@mckoolsmith.com
4   E-mail: ncohen@manatt.com               300 Crescent Court
    1001 Page Mill Road, Building 2         Dallas, TX 75201
5   Palo Alto, CA  94304-1006               Tel:  (214) 978-4984; Fax:  (214) 978-4044
    Tel:  (650) 812-1300; Fax:  (650) 213-0260

6

7   *Attorneys for Plaintiffs.*

    DEWEY & LEBOEUF LLP                      WEIL, GOTSHAL & MANGES LLP
8   MARK MALIN (Bar No. 199757)             KENNETH L. STEINTHAL (*pro hac vice*)
    *mmalin@DeweyLeBoeuf.com*                *kenneth.steinthal@weil.com*
9   1950 University Avenue, Suite 500       201 Redwood Shores Parkway
    East Palo Alto, CA  94303               Redwood Shores, CA  94065
10  Tel:  (650) 845-7000; Fax:  (650) 845-7333   Tel:  (650) 802-3000; Fax:   (650) 802-3100

11  JEFFREY L. KESSLER (*pro hac vice*)     BRUCE S. MEYER (*pro hac vice*)
    *jkessler@DeweyLeBoeuf.com*             *bruce.meyer@weil.com*
12  DAVID G. FEHER (*pro hac vice*)         767 Fifth Avenue
    *dfeher@DeweyLeBoeuf.com*               New York, NY  10153
13  1301 Avenue of the Americas             Tel:  (212) 310-8000; Fax:  (212) 310-8007
    New York, NY  10019-6092
14  Tel:  (212) 259-8000; Fax:  (212) 259-6333

15  *Attorneys for Defendants*

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18               SAN FRANCISCO DIVISION

19

| | |
|---|---|
| 20  BERNARD PAUL PARRISH, and HERBERT ANTHONY ADDERLEY, on behalf of themselves and all others similarly situated, | CIVIL ACTION NO. C07 0943 WHA |
| 22                              Plaintiffs | **STIPULATION AND [PROPOSED] ORDER FOR A SUSPENSION OF ALL DEADLINES UNTIL AUGUST 27, 2008** |
| 23  vs. | |
| 24  NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation, | |
| 27                              Defendants. | |

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20205794.1

Dallas 257078v3

STIPULATION & PROPOSED ORDER FOR A
SUSPENSION OF ALL DEADLINES UNTIL
AUGUST 27, 2008

Dockets.Justia.com

1         Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III,

2 on behalf of themselves and all others similarly situated, (collectively, "Plaintiffs"), and

3 Defendants National Football League Players Association ("NFLPA") and National Football

4 League Players Incorporated d/b/a Players Inc ("Players Inc") (collectively, "Defendants") hereby

5 file this Joint Stipulation respectfully requesting that all deadlines in this matter for the next three

6 (3) business days be suspended.

7         WHEREAS, Gene Upshaw, the Executive Director of the NFLPA and the Chairman of

8 Players Inc, unexpectedly passed away on August 20, 2008, and whereas Defendants are thus not

9 in a position to comply with the August 22, 2008 deadline for the parties to serve and file their

10 Federal Rule 26(a)(3) Pretrial Disclosures, or to comply with other deadlines in this matter;

11         WHEREAS, the parties are in discussions to determine what is the best course for the trial

12 date of this matter in light of this situation and will make a submission to the Court with respect

13 to the trial schedule as soon as possible, and no later than August 25, 2008;

14         NOW THEREFORE, the parties hereby stipulate that all deadlines in this matter be

15 suspended until August 27, 2008, including but not limited to the Rule 26(a)(3) Pretrial

16 Disclosures deadline and all other deadlines previously agreed upon between the parties; the

17 parties further hereby stipulate that all previously scheduled depositions be postponed and

18 rescheduled by mutual agreement.

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated:   August 21, 2008          MANATT, PHELPS & PHILLIPS, LLP

By:  /s/ Ronald S. Katz
        Ronald S. Katz
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:     (650) 812-1300
Facsimile:     (650) 213-0260
*Attorneys for Plaintiffs*

DEWEY & LEBOEUF LLP

Dated:   August 21, 2008

By:  /s/ Jeffrey Kessler
        Jeffrey Kessler
1301 Avenue of the Americas
New York, NY  10019-6092
Tel:  (212) 259-8000; Fax:  (212) 259-6333
*Attorneys for Defendants*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures,*
*Ronald S. Katz hereby attests that concurrence in the filing of this document has been obtained.*

IT IS SO ORDERED.

Dated:  Ausgust 21, 2008.

_____
HON. WILLIAM ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup

Granted except that the trial date will, for now,
remain as scheduled.

STIPULATION & PROPOSED ORDER FOR A
SUSPENSION OF ALL DEADLINES UNTIL
AUGUST 27, 2008