UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER RESETTING MOTION HEARING AND TRIAL DATES**<br><br>Date:<br>Time:<br>Ctrm: 9<br>Judge: William H. Alsup |

The Court, having considered Defendants' August 25, 2008 letter request to reset the trial and motion hearing dates in this matter, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that the trial, currently scheduled to commence on Monday, September 22, 2008, be postponed to _____, 2008.

IT IS FURTHER ORDERED that the Final Pretrial Conference, currently scheduled for Monday, September 8, 2008, be postponed to _____, 2008, and that both parties' deadlines with respect to the pretrial submissions required by "Guidelines for Trial and Pretrial Conference in Civil Jury Trials before the Honorable William Alsup" flow from that date.

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

[Proposed] Order Resetting Motion Hearing and Trial Dates Civ. Action No. C07 0943 WHA

IT IS FURTHER ORDERED that the hearing on Defendants' Motion to Decertify the GLA Class take place on Thursday, September 18, 2008 at 8:00 a.m. and that briefing on Defendants' Motion flow from that hearing date.

IT IS FURTHER ORDERED that the hearing on Plaintiffs' Motion to Dismiss Parrish's Individual Claims take place on Thursday, September 18, 2008 at 8:00 a.m. and that briefing on Plaintiffs' Motion flow from that hearing date.

IT IS SO ORDERED.

Dated:_____, 2008

_____
The Honorable William H. Alsup
United States District Court Judge