1 Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
2 DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
3 San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180
4
Jeffrey L. Kessler (*pro hac vice*)
5 *jkessler@dl.com*
David G. Feher (*pro hac vice*)
6 *dfeher@dl.com*
David Greenspan (*pro hac vice*)
7 *dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
8 1301 Avenue of the Americas
New York, NY 10019
9 Tel: (212) 259-8000; Fax: (212) 259-6333

10 Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
11 WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
12 Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100
13
Bruce S. Meyer (*pro hac vice*)
14 *bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
15 767 Fifth Avenue
New York, NY 10153
16 Tel: (212) 310-8000; Fax: (212) 310-8007

17 Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>    Defendants. | Case No. C 07 0943 WHA<br><br>**DECLARATION OF IAN PAPENDICK IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DECERTIFY THE GLA CLASS** |

Declaration of Ian Papendick In Further Support of Defendants' Motion to Decertify the GLA Class     Civ. Action No. C07 0943 WHA

Dockets.Justia.com

# DECLARATION OF IAN PAPENDICK

I, Ian Papendick, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and my *pro hac vice* application was granted by the Court on August 6, 2008. I make this Declaration in further support of Defendants' Motion to Decertify the GLA Class. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of the transcript of the deposition of Walter Beach III, taken on August 20, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 28, 2008

                                                      /s/ Ian L. Papendick
                                                       Ian L. Papendick