United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>    Defendant.<br>_____/ | No. C 07-00943 WHA<br><br>**ORDER RE TRIAL SCHEDULE** |

On August 21, 2008, the parties informed the Court of the unexpected death of Gene Upshaw. A suspension of all deadlines in the case was entered and the parties had until August 25 to make any submission regarding the schedule of the case moving forward. The only submission received by the Court was a letter from Attorney Jeffrey Kessler dated August 25.

The longest continuance the Court can give and still maintain law-clerk continuity would be October 20. The trial calender is crowded and the Court cannot guarantee that the trial will start on October 20, although it could have guaranteed it would start on September 22. Defendants have shown good cause for a continuance, but in the Court's judgment a continuance until October 20 should be sufficient to deal with the issues created by the death of Gene Upshaw. Therefore, the trial date of September 22 is hereby **VACATED** and rescheduled

for **OCTOBER 20 AT 7:30AM**.  The final pretrial conference will be rescheduled to **WEDNESDAY, OCTOBER 15 AT 2:00PM**.

**IT IS SO ORDERED.**

Dated: August 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE