MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jnaylor@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**PLAINTIFF BERNARD PAUL PARRISH'S UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE** |

20202979.1
Dallas 258080v3

Dallas 261050v3

Plaintiff Bernard Paul Parrish respectfully requests that the Court dismiss all of his remaining claims in the above-captioned lawsuit against Defendants with prejudice. Defendants have agreed not to oppose Mr. Parrish's Motion on the condition that Mr. Parrish stipulate not to attempt to appeal any decision arising from this case, including, but not limited to, any attempt to appeal this Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification. Mr. Parrish has so stipulated. This stipulation concerns only Parrish and no other Plaintiff, except that no Plaintiff, including Mr. Adderley, will seek to appeal any claims asserted by Mr. Parrish or the purported Parrish class. Each party will bear its own attorney fees, costs of court, and expenses. Mr. Parrish has attached a proposed order.

This unopposed Motion will render Mr. Parrish's previous motion to dismiss (Dkt. No. 358) moot.

Dated: September 4, 2008

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Ronald S. Katz
Ronald S. Katz (SBN 085713)
Ryan S. Hilbert (SBN 210549)
Noel S. Cohen (SBN 219645)
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
Lewis T. LeClair (SBN 077136)
Jill Adler Naylor (SBN 150783)
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

20202979.1
Dallas 258080v3
Dallas 261050v3

2