| | |
|---|---|
| Todd Padnos (Bar No. 208202) *tpadnos@dl.com* DEWEY & LEBOEUF LLP One Embarcadero Center, Suite 400 San Francisco, CA 94111 Tel.: (415) 951-1100; Fax: (415) 951-1180 | Kenneth L. Steinthal (*pro hac vice*) *kenneth.steinthal@weil.com* *claire.goldstein@weil.com* WEIL, GOTSHAL & MANGES LLP 201 Redwood Shores Parkway Redwood Shores, CA 94065 Tel: (650) 802-3000; Fax: (650) 802-3100 |
| Jeffrey L. Kessler (*pro hac vice*) *jkessler@dl.com* David G. Feher (*pro hac vice*) *dfeher@dl.com* David Greenspan (*pro hac vice*) *dgreenspan@dl.com* DEWEY & LEBOEUF LLP 1301 Avenue of the Americas New York, NY 10019 Tel: (212) 259-8000; Fax: (212) 259-6333 | Bruce S. Meyer (*pro hac vice*) *bruce.meyer@weil.com* WEIL, GOTSHAL & MANGES LLP 767 Fifth Avenue New York, NY 10153 Tel: (212) 310-8000; Fax: (212) 310-8007 |

Attorneys for Defendants.

| | |
|---|---|
| Ronald S. Katz (Bar No. CA 085713) *rkatz@manatt.com* Ryan S. Hilbert (Bar No. CA 210549) *rhilbert@manatt.com* Noel S. Cohen (Bar No. CA 219645) *ncohen@manatt.com* MANATT, PHELPS & PHILLIPS, LLP 1001 Page Mill Road, Building 2 East Palo Alto, CA 94303-1006 Tel: (650) 812-1300; Fax: (650) 213-0260 | Lewis T. LeClair (Bar No. CA 077136) *lleclair@mckoolsmith.com* Jill Adler (Bar No. CA 150783) *jadler@sckoolsmith.com* MCKOOL SMITH, P.C. 300 Crescent Court, Suite 1500 Dallas, TX 75201 Tel: (214) 978-4984; Fax: (214) 978-4044 |

Attorneys for Plaintiffs.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>          Plaintiffs,<br><br>     v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>          Defendants. | Case No. C 07 0943 WHA<br><br>**STIPULATION REGARDING DISMISSING BERNARD PAUL PARRISH'S CLAIMS WITH PREJUDICE** |

Defendants National Football League Players Association and National Football League Players Incorporated d/b/a/ Players Inc (collectively, "Defendants"), and Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III (collectively, "Plaintiffs"), hereby file this Stipulation regarding dismissing Bernard Paul Parrish's claims with prejudice.

## **JOINT STIPULATION**

WHEREAS on April 29, 2008, the Court issued an Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification which denied Plaintiffs' motion to certify a retired-member class for whom Bernard Paul Parrish would serve as class representative;

WHEREAS on August 13, 2008, Plaintiffs filed a Motion to Dismiss Parrish's Individual Claim Without Prejudice for Lack of Jurisdiction;

WHEREAS on August 28, 2008, Defendants filed their Opposition to Motion to Dismiss Plaintiff Parrish's Individual Claim Without Prejudice;

NOW THEREFORE the parties, through their respective counsel, having resolved the dispute, hereby stipulate that:

(1) Plaintiff Bernard Paul Parrish shall file a motion and proposed order to dismiss his claims with prejudice;

(2) Bernard Paul Parrish shall not attempt to appeal any decision arising from this case, including but not limited to the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification;

(3) No Plaintiff, including Mr. Adderley, will seek to appeal any claims asserted by Mr. Parrish or the purported Parrish class;

(4) Defendants shall not oppose Mr. Parrish's motion to dismiss his individual claims with prejudice;

(5) Except for the terms of Paragraph 3 above, this Stipulation concerns only Mr. Parrish and no other Plaintiff.

/ / /

/ / /

Stipulation Regarding Dismissing  Civ. Action No. C07 0943 WHA
Bernard Paul Parrish's Claims With Prejudice

/ / /

Respectfully Submitted,

Date: September 4, 2008         Dewey & LeBoeuf LLP

BY: /s/Jeffrey L. Kessler
Jeffrey L. Kessler
*Attorneys for Defendants*

Date: September 4, 2008         Manatt, Phelps & Phillips, LLP

BY: /s/Ronald S. Katz
Ronald S. Katz
*Attorneys for Plaintiffs*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ronald S. Katz hereby attests that concurrence in the filing of this document has been obtained.*

20206327.1