| | |
|---|---|
| Todd Padnos (Bar No. 208202) <br> *tpadnos@dl.com* <br> DEWEY & LEBOEUF LLP <br> One Embarcadero Center, Suite 400 <br> San Francisco, CA 94111 <br> Tel.: (415) 951-1100; Fax: (415) 951-1180 | Kenneth L. Steinthal (*pro hac vice*) <br> *kenneth.steinthal@weil.com* <br> *claire.goldstein@weil.com* <br> WEIL, GOTSHAL & MANGES LLP <br> 201 Redwood Shores Parkway <br> Redwood Shores, CA 94065 <br> Tel: (650) 802-3000; Fax: (650) 802-3100 |
| Jeffrey L. Kessler (*pro hac vice*) <br> *jkessler@dl.com* <br> David G. Feher (*pro hac vice*) <br> *dfeher@dl.com* <br> David Greenspan (*pro hac vice*) <br> *dgreenspan@dl.com* <br> DEWEY & LEBOEUF LLP <br> 1301 Avenue of the Americas <br> New York, NY 10019 <br> Tel: (212) 259-8000; Fax: (212) 259-6333 | Bruce S. Meyer (*pro hac vice*) <br> *bruce.meyer@weil.com* <br> WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, NY 10153 <br> Tel: (212) 310-8000; Fax: (212) 310-8007 |

Attorneys for Defendants.

| | |
|---|---|
| Ronald S. Katz (Bar No. CA 085713) <br> *rkatz@manatt.com* <br> Ryan S. Hilbert (Bar No. CA 210549) <br> *rhilbert@manatt.com* <br> Noel S. Cohen (Bar No. CA 219645) <br> *ncohen@manatt.com* <br> MANATT, PHELPS & PHILLIPS, LLP <br> 1001 Page Mill Road, Building 2 <br> East Palo Alto, CA 94303-1006 <br> Tel: (650) 812-1300; Fax: (650) 213-0260 | Lewis T. LeClair (Bar No. CA 077136) <br> *lleclair@mckoolsmith.com* <br> Jill Adler (Bar No. CA 150783) <br> *jadler@sckoolsmith.com* <br> MCKOOL SMITH, P.C. <br> 300 Crescent Court, Suite 1500 <br> Dallas, TX 75201 <br> Tel: (214) 978-4984; Fax: (214) 978-4044 |

Attorneys for Plaintiffs.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, <br><br> Defendants. | Case No. C 07 0943 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING DEADLINE TO SERVE AND FILE OBJECTIONS TO PROPOSED EXHIBITS** |

Defendants National Football League Players Association and National Football League Players Incorporated d/b/a/ Players Inc, and Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III, hereby file this Stipulation and [Proposed] Order to reschedule the deadline by which they must serve and file objections to their proposed exhibits.

## **JOINT STIPULATION**

WHEREAS on August 27, 2008, the parties exchanged lists identifying and summarizing the exhibits they expect to offer and may offer at trial, pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Guidelines for Trial and Final Pretrial Conference;

WHEREAS pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Guidelines for Trial and Final Pretrial Conference, the parties currently must serve objections to their proposed exhibits by September 10, 2008, and thereafter promptly file such objections with the Court;

WHEREAS on August 28, 2008, the Court issued an Order rescheduling the trial date from September 22, 2008 to October 20, 2008, and the final pretrial conference to October 15, 2008;

NOW THEREFORE the parties, through their respective counsel, hereby stipulate that the deadline to serve objections to their proposed exhibits be rescheduled to September 25, 2008, and that the parties will then meet and confer over such objections and file their final objections no later than October 8, 2008 (seven days before the final pretrial conference).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Stipulation And [Proposed] Order Rescheduling  Civ. Action No. C07 0943 WHA
Deadline to Serve and File Objections to Proposed Exhibits

Respectfully Submitted,

Date:  
Dewey & LeBoeuf LLP

BY: ___/s/Jeffrey L. Kessler_____  
Jeffrey L. Kessler  
*Attorneys for Defendants*

Date:  
McKool Smith, P.C.

BY: _____/s/Brett Charhon_____  
Brett Charhon  
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated: September 5, 2008

_____  
HONORABLE WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED  
Judge William Alsup