UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>~~[PROPOSED]~~ ORDER GRANTING BERNARD PAUL PARRISH'S UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE |

Before the Court is Plaintiff Bernard Paul Parrish's Unopposed Motion for Dismissal with Prejudice. The Court **GRANTS** the Motion. The Court **DISMISSES WITH PREJUDICE** Mr. Parrish's claims in the above-captioned lawsuit against Defendants. The Court further orders that Mr. Parrish comply with his stipulation with Defendants not to attempt to appeal any decision arising from this case including, but not limited to, this Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification. Each party will bear its own attorney fees, costs of court, and expenses.

The Court **DENIES** as moot the Motion to Dismiss Parrish's Individual Claim for Lack of Jurisdiction, Docket No. 358.

**IT IS SO ORDERED.**

20202979.1
Dallas 258080v3

Dallas 261050v3

Dated: September 9, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

20206328.1

20206329.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

20202979.1
Dallas 258080v3
Dallas 261050v3

2