IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PAUL PARISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,

    Defendant.

No. C 07-00943 WHA

**ORDER RE TRIAL DATE**

In a previous order, the Court set a trial start date for October 20. But the Court advised counsel that it could not guarantee that date. At this stage, however, the Court expects this case to go to trial on October 20.

**IT IS SO ORDERED.**

Dated: September 19, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE