Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel.: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
*claire.goldstein@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants.

Ronald S. Katz (Bar No. CA 085713)
*rkatz@manatt.com*
Ryan S. Hilbert (Bar No. CA 210549)
*rhilbert@manatt.com*
Noel S. Cohen (Bar No. CA 219645)
*ncohen@manatt.com*
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
East Palo Alto, CA 94303-1006
Tel: (650) 812-1300; Fax: (650) 213-0260

Lewis T. LeClair (Bar No. CA 077136)
*lleclair@mckoolsmith.com*
Jill Adler (Bar No. CA 150783)
*jadler@mckoolsmith.com*
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Tel: (214) 978-4984; Fax: (214) 978-4044

Attorneys for Plaintiffs.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>　　　　Defendants. | Case No. C 07 0943 WHA<br><br>**STIPULATION REGARDING TESTIMONY OF JOEL LINZNER** |

---

Stipulation Regarding Testimony of Joel Linzner　　　　　　　　　　　　Civ. Action No. C07 0943 WHA
Dallas 263996v5

Defendants National Football League Players Association and National Football League Players Incorporated d/b/a/ Players Inc (collectively, "Defendants"), and Plaintiffs Bernard Paul Parrish, Herbert Anthony Adderley, and Walter Roberts III (collectively, "Plaintiffs"), hereby respectfully submit this Stipulation regarding the timing of testimony of third-party witness Joel Linzner of Electronic Arts, Inc., ("EA") and the authenticity and/or admissibility of specific evidence relating to EA:

## **STIPULATION**

WHEREAS, Joel Linzner, an employee of Electronic Arts, Inc. ("EA"), has been deposed in this matter;

WHEREAS, Mr. Linzner is within the subpoena power of this Court and has been subpoenaed by Plaintiffs to appear at the trial beginning October 20 and to testify during Plaintiffs' case in chief;

WHEREAS, counsel for EA has advised counsel for the parties that Mr. Linzner has a long scheduled trip to Europe planned for the week of October 20, but will return on October 27; and

WHEREAS, Mr. Linzner is identified on Defendants' Pretrial Disclosures as a witness Defendants expect to call.

NOW THEREFORE the parties, through their respective counsel, hereby stipulate that:

(1) Plaintiffs shall withdraw their subpoena on Mr. Linzner requiring his appearance on October 20;

(2) Plaintiffs shall withdraw any and all other subpoenas previously served upon EA (including the subpoena requiring EA to produce certain documents and things on October 20), and Plaintiffs agree that they will not seek to issue any other subpoena directed at EA or any EA witness in connection with their case in chief in this matter, with the parties reserving their respective rights in connection with Plaintiffs' ability to call an EA witness in a rebuttal case, if any;

(3) Notwithstanding the above, Plaintiffs shall serve Mr. Linzner with a new subpoena requiring his appearance at 8:00 a.m. on October 29, 2008;

Stipulation Regarding Testimony of Joel Linzner  Civ. Action No. C07 0943 WHA
Dallas 263996v5

(4) The parties agree that Mr. Linzner's testimony may be taken out of order, and Plaintiffs may call him as a witness on October 29, and the parties shall work with the Court to schedule his testimony efficiently on that day. Mr. Linzner shall be called as a witness only once during the trial, and Plaintiffs may examine him first, but Defendants' examination of Mr. Linzner shall not be limited by the scope of Plaintiffs' examination and may cover any subject that is otherwise permissible;

(5) Defendants agree that Plaintiffs may read or play video excerpts from the deposition of Mr. Linzner during their case in chief as though he were "unavailable" under Rule 804(b)(1) of the Federal Rules of Evidence, and Defendants shall be allowed to counter-designate excerpts;

(6) EA has agreed to provide to Plaintiffs, two days after the complete execution of this stipulation, a copy of the original May 31, 2001, letter received by EA from LaShun Lawson attached as Exhibit "A" hereto (PI 131529-30), and Defendants agree to the authenticity of such original letter, and, without waiving any other objection Defendants may have as to the admissibility of such original letter, and without waiving Plaintiffs' right to seek to offer such letter into evidence in their case in chief, that such original letter constitutes statements by an employee of a party within the scope of her employment within the meaning of FRE 801(d)(2)(D);

(7) Defendants agree to the authenticity of a document attached as Exhibit "B" hereto (EA000153-56) evidencing an email chain between and among EA personnel and employees of the Defendants spanning from June 2005 to August 2005, and, without waiving any other objection Defendants may have as to the admissibility of all or any portion of such document, and without waiving Plaintiffs' right to seek to offer such email chain into evidence in their case in chief, that the portions of the email chain in the document that constitute emails from LaShun Lawson constitute statements by an employee of a party within the scope of her employment within the meaning of FRE 801(d)(2)(D), and that the portions of the email chain in the document that constitute emails from EA personnel were communications made within the scope of such person's duties for EA;

(8) Defendants agree that the list of Madden NFL games attached as Exhibit "C" are authentic and admissible in evidence and that such games may be used by Plaintiffs at any time during their case in chief.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

-2-

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

Respectfully Submitted,

Date: September 19, 2008          Dewey & LeBoeuf LLP

BY: ___/s/Jeffrey L. Kessler_____

Jeffrey L. Kessler
*Attorneys for Defendants*

Date: September 19, 2008          Manatt, Phelps & Phillips, LLP

BY: ___/s/ Ryan Hilbert_____

Ryan S. Hilbert
*Attorneys for Plaintiffs*

Date: September 19, 2008          Electronic Arts, Inc.

BY: ___/s/__Jake Schatz_____

*Jake Schatz, Vice President Legal*

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ryan Hilbert hereby attests that concurrence in the filing of this document has been obtained.