IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PAUL PARISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,

    Defendant.
                                /

No. C 07-0943 WHA

**ORDER RE TRIAL PREPARATION**

For the trial, please do a large posterboard chronology that will be placed in the courtroom for the jury to view during the trial. It should be large enough to be read from across the room, about 4 feet x 8 feet. It should have no more than 12 entries, should be in timeline format, should be non-argumentative, and should be agreed on by both sides. The purpose of the chronology is to help the jury organize the facts in dispute by having a clear and ever-present timeline of the main facts not in dispute.

Dated: September 29, 2008.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE