MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (Bar No. CA 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (Bar No. CA 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Tel: (650) 812-1300; Fax: (650) 213-0260

MCKOOL SMITH,
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL NAYLOR (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Tel: (214) 978-4984; Fax: (214) 978-4044

*Attorneys for Plaintiffs.*

DEWEY & LEBOEUF LLP
MARK MALIN (Bar No. 199757)
*mmalin@DeweyLeBoeuf.com*
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

JEFFREY L. KESSLER (*pro hac vice*)
*jkessler@DeweyLeBoeuf.com*
DAVID G. FEHER (*pro hac vice*)
*dfeher@DeweyLeBoeuf.com*
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333

WEIL, GOTSHAL & MANGES LLP
KENNETH L. STEINTHAL (*pro hac vice*)
*kenneth.steinthal@weil.com*
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

BRUCE S. MEYER (*pro hac vice*)
*bruce.meyer@weil.com*
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CHOICE OF LAW** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

20207493.1

1

STIPULATION RE CHOICE OF LAW
CASE NO. 07-0943 WHA

Dockets.Justia.com

Plaintiffs and Defendants National Football League Players Association and National Football League Players Incorporated d/b/a/ Players Inc (collectively, "Defendants") hereby agree and stipulate as follows:

## **JOINT STIPULATION**

WHEREAS, in its April 29, 2008 Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification ("Class Certification Order"), the Court stated that the certified claims in this dispute would be governed by Virginia or District of Columbia law;

WHEREAS, the parties have expressed their positions on this issue, reserve all rights related thereto (including their respective rights to appeal), and agree that no party will argue that there has been a waiver of any rights (including any appellate rights) by virtue of this stipulation;

WHEREAS, the parties have now agreed to request that the Court apply the substantive law of the District of Columbia for ALL purposes in this action, including Plaintiffs' causes of action, statutes of limitations, and damages.

NOW THEREFORE, subject to the foregoing, the parties, through their respective counsel, hereby stipulate that the substantive law of the District of Columbia shall be applied by the Court for all purposes, including Plaintiffs' causes of action and defenses thereto, statutes of limitations, and damages.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

20207493.1     1     STIPULATION RE CHOICE OF LAW
CASE NO. 07-0943 WHA

| | |
|---|---|
| 1 | IT IS SO STIPULATED: |
| 2 | |
| 3 | Dated: October 1, 2008     MANATT, PHELPS & PHILLIPS, LLP |

IT IS SO STIPULATED:

Dated: October 1, 2008

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Ronald S. Katz
    Ronald S. Katz
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260
*Attorneys for Plaintiffs*

DEWEY & LEBOEUF LLP

Dated: October 1, 2008

By: /s/Jeffrey Kessler
    Jeffrey Kessler
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333
*Attorneys for Defendants*

Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey Kessler hereby attests that concurrence in the filing of this document has been obtained.

IT IS SO ORDERED.

Dated: _____

_____

HON. WILLIAM H. ALSUP
United States District Court Judge