1 | MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
2 | E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
3 | E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
4 | E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
5 | Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
6 | Facsimile: (650) 213-0260

7 | McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
8 | E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
9 | E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
10 | Dallas, TX 75201
Telephone: (214) 978-4000
11 | Facsimile: (214) 978-4044

12 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**NOTICE OF APPEARANCE OF CHAD S. HUMMEL AS ADDITIONAL COUNSEL FOR PLAINTIFFS**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

Dallas 244249v1

NOTICE OF APPEARANCE
CASE NO. C07 0943 WHA

1  I, CHAD S. HUMMEL, of the Los Angeles office of Manatt, Phelps & Phillips, LLP, hereby enter my appearance as additional counsel for Plaintiffs in this matter. I am a member of the California bar and of the Northern District of California. My address and telephone numbers are as follows:

> Manatt, Phelps & Phillips, LLP
> 11355 W. Olympic Blvd.
> Los Angeles, CA 90064
> Telephone: (310) 312-4197
> Facsimile: (310) 312-4224
> Email: chummel@manatt.com

DATE: October 3, 2008                MANATT, PHELPS & PHILLIPS, LLP

By: /s/Chad S. Hummel
    Chad S. Hummel
    *Attorneys for Plaintiffs*

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2                             NOTICE OF APPEARANCE
                              CASE NO. C07 0943 WHA

Dallas 244249v1