**Dewey & LeBoeuf LLP**
One Embarcadero Center, Suite 400
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, | Case No. C 07 0943 WHA |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 1** |
| v. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, | Date:<br>Time:<br>Ctrm: 9<br>Judge: William H. Alsup |
| Defendants. | |

The Court, having considered Defendants' Motion in Limine No. 1 to exclude evidence regarding how Defendants allegedly spent monies claimed by Plaintiffs, and evidence regarding the economic wealth of Defendants and active NFL players, and all papers filed herein, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that Defendants' Motion in Limine No. 1 is GRANTED in its entirety.

IT IS SO ORDERED.

Dated: _____, 2008

_____
The Honorable William H. Alsup
United States District Court Judge