MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>DECLARATION OF ANTHONY M. GARZA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE REGARDING MONIES CLAIMED BY PLAINTIFFS, AND EVIDENCE REGARDING THE ECONOMIC WEALTH OF DEFENDANTS AND ACTIVE NFL PLAYERS |

DECLARATION OF ANTHONY M. GARZA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE REGARDING MONIES CLAIMED BY PLAINTIFFS, AND EVIDENCE REGARDING THE ECONOMIC WEALTH OF DEFENDANTS AND ACTIVE NFL PLAYERS – Page 1
Civil Action No. C07 0943 WHA

Dallas 266894v1

I, Anthony M. Garza, declare as follows:

1. I am an attorney with McKool Smith, P.C., counsel for Plaintiff Herbert Anthony Adderley and the GLA Class in this matter. I have personal knowledge of the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt from Dr. Roger G. Noll's expert report, dated June 12, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of an excerpt from Defendants' proposed exhibit list, served on August 27, 2008.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 6, 2008, in Dallas, Texas.



Anthony M. Garza

DECLARATION OF ANTHONY M. GARZA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE REGARDING MONIES CLAIMED BY PLAINTIFFS, AND EVIDENCE REGARDING THE ECONOMIC WEALTH OF DEFENDANTS AND ACTIVE NFL PLAYERS – Page 2
Civil Action No. C07 0943 WHA

Dallas 266894v1

# Exhibit A

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, *et al.*,<br><br>Defendants | Civil Action No. C07 0943 WHA |

## *Expert Report of Roger G. Noll*

My name is Roger G. Noll, and I reside in Palo Alto, California. My education includes a B. S. with honors in mathematics from the California Institute of Technology and a Ph. D. in economics from Harvard University. I am Professor *Emeritus* of Economics at Stanford University, a Senior Fellow in the Stanford Institute for Economic Policy Research (SIEPR), and Co-Director of the SIEPR Program in Regulatory Policy.

My primary area of scholarship is the field of industrial organization, which includes the economics of antitrust, regulation, and specific industries. I have taught these subjects at both the undergraduate and graduate level. I am the author, co-author or editor of thirteen books, and the author or co-author of over 300 articles. Much of my research for the past forty years has focused on the economics of sports. My *curriculum*

revenue that is accounted for by the cost of the licensing program has already been deducted from the revenues received by the NBPA. Thus, to the extent that a comparison between the two unions is valid, the NBPA share should be compared only with the share retained by the NFLPA, not including the share retained by NFLPI.

In the case of baseball, Dr. Rascher counts as payments to players a 2007 disbursement to players from a "strike fund" that the Major League Baseball Players had accumulated in case the last round of collective bargaining failed, leading to a strike or a lockout. Dr. Rascher apparently did not examine whether the defendants have a similar strike fund, or whether MLBPA's disbursement from its strike fund rendered the comparison between the two unions meaningless. In fact, the NFL has exercised its option to terminate the current collective bargaining agreement at the end of the 2010 season. The NFLPA is accumulating funds for the possibility that 2011 will witness a strike or a lockout, or that the union will need to decertify as a collective bargaining unit in order to challenge whatever new player market rules NFL management might seek to impose unilaterally. Thus, it is meaningless to compare the revenues retained by a union that faces uncertainty and potentially large expenses regarding collective bargaining with a union that has just amicably resolved its collective bargaining issues.

*5. The Bargaining Position of the Defendants*

Dr. Rascher begins his answer to this question by stating that a licensing entity derives benefits from "exclusivity over the assets being licensed." He then states that "exclusivity" gives the defendants other benefits: "one-stop shopping," "market power" with respect to licensees, and "market power" with respect to players.

13

# Exhibit B

# PARRISH PROPOSED EXHIBIT LIST

| Ex. No. | First Page | Last Page | Depo. Ex. # | Date | Description | Qualified Designation |
|---|---|---|---|---|---|---|
| 371. | PI095955 | | | | FY 2004 GLR Calculation | |
| 372. | PI095954 | | | | FY 2005 GLR Calculation | |
| 373. | PI095963 | | | | FY 2006 GLR Calculation | |
| 374. | PI095952 | | | | FY 2007 GLR Calculation | |
| 375. | PI095961 | | | | Royalty Eligibility Roster – FY'03 | |
| 376. | PI095956 | | | | Royalty Eligibility Roster – FY'04 | |
| 377. | PI095960 | | | | Royalty Eligibility Roster – FY'05 | |
| 378. | PI095957 | | Eyrich Ex. 107 | | Royalty Eligibility Roster – FY'06 | |
| 379. | PI095958 | | | | Royalty Eligibility Roster – FY'07 | |
| 380. | PI140387 | PI140443 | | 3/1/2007-2/29/2008 | NFLPA Annual Financial Report: 2007-2008 | |
| 381. | PI096027 | PI096087 | Eyrich Ex. 85 | 3/1/2005-2/28/2006 | NFLPA Financial Statement: 2005-2006 | |
| 382. | PI096088 | PI096150 | | 3/1/2004-2/28/2005 | NFLPA Financial Statement: 2004-2005 | |
| 383. | PI096151 | PI096214 | | 3/1/2003-2/29/2004 | NFLPA Financial Statement: 2003-2004 | |

33

## PARRISH PROPOSED EXHIBIT LIST

| Ex. No. | First Page | Last Page | Depo. Ex. # | Date | Description | Qualified Designation |
|---|---|---|---|---|---|---|
| 384. | PI096215 | PI096276 | | 3/1/2002-2/28/2003 | NFLPA Financial Statement: 2002-2003 | |
| 385. | CLASS000317 | CLASS000320 | Adderley Ex. 161 | Undated | RPFPJ Articles of Incorporation | |
| 386. | CLASS000331 | CLASS000332 | Adderley Ex. 160 | Undated | "About Us," from RPFPJ Website | |
| 387. | PI141267 | PI141518 | | 3/28/2004 | PI Annual Review: 2004 | |
| 388. | PI140504 | PI140568 | | 3/12/2005 | PI Annual Review: 2005 | |
| 389. | PI140583 | PI140684 | | 3/12/2006 | PI Annual Review: 2006 | |
| 390. | PI140696 | PI140778 | | 3/16/2007-3/23/07 | Annual Report: 2007 | |
| 391. | PI141527 | PI141893 | | 3/16/2008 | Annual Report: 2008 | |
| 392. | PI102942 | PI102976 | | Undated | Overview of PI – Licensing Highlights, Media Promotion Etc. | |
| 393. | PI000003 | PI000010 | Eyrich Ex. 84 | 12/1994 | Articles of Amendment for PI | |
| 394. | PI130970 | PI130994 | Upshaw Ex. 132 | 2007 | NFLPA Constitution, 2007 | |