MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (Bar No. CA 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (Bar No. CA 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Tel: (650) 812-1300;
Facsimile: (650) 213-0260

MCKOOL SMITH,
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jnaylor@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Tel: (214) 978-4984
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**PLAINTIFFS' AMENDED PRE-TRIAL DISCLOSURES PURSUANT TO FRCP 26(a)(3)** |

Dallas 267061v1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

PLAINTIFFS' AMENDED
RULE 26(A)(3) DISCLOSURES
CASE NO. C:07-0943 WHA

Dockets.Justia.com

Plaintiffs submit the following disclosures pursuant to Federal Rules of Civil Procedure 26(a)(3)(A)(i) and 26(a)(3)(A)(iii):

## I. **WITNESSES**

### A. Witnesses that Plaintiffs Expect to Present at Trial (Will Call) [1]

**Herbert Anthony Adderley**, 1058 Tristram Circle, Mantua, NJ 08051; (856) 468-0773. Plaintiffs expect Mr. Adderley to testify about his understanding of retired players' participation in Defendants' Retired Player Group licensing program, payments made under that program to retired players (if any) by NFLPA or Players Inc., communications with Defendants relating to the licensing program, and/or other matters relating to retired player group licensing.

**Clifton A. McNeil, Jr.**, 1001 Westbury Drive, Mobile, AL 36609; (251) 454-7083. Plaintiffs expect Mr. McNeil to testify about his understanding of retired players' participation in Defendants' Retired Player Group licensing program, payments made under that program to retired players (if any) by NFLPA or Players Inc., communications with Defendants relating to the licensing program, and/or other matters relating to retired player group licensing.

**Walter Beach III**, 2010 Winthrop Way, Macungie, PA 18062; (917) 838-4192. Plaintiffs expect Mr. Beach to testify about his understanding of retired players' participation in Defendants' Retired Player Group licensing program, payments made under that program to retired players (if any) by NFLPA or Players Inc., communications with Defendants relating to the licensing program, and/or other matters relating to retired player group licensing.

**Bruce A. Laird**, 20 Stone Ridge Court, Baltimore, MD 21239; (443) 983-4690. Plaintiffs expect Mr. Laird to testify about his understanding of retired players' participation in Defendants' Retired Player Group licensing program, payments made under that program to retired players (if any) by NFLPA or Players Inc., communications with Defendants relating to the licensing program, and/or other matters relating to retired player group licensing.

---

[1] Plaintiffs do not anticipate any of the witnesses identified in this section giving cumulative testimony.

Dallas: 267061v1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

PLAINTIFFS' AMENDED
RULE 26(A)(3) DISCLOSURES
CASE NO. C:07-0943 WHA

**Joel Linzner, Esq.**, 516 Boulevard Way, Piedmont, CA 94610. Plaintiffs expect to question Mr. Linzner about the agreements between Players Inc. and Electronic Arts relating to licensing of NFL players, including the licensing of retired players, the Madden football games produced by Electronic Arts for each year from 2002-2007, the inclusion of retired players in Electronic Arts games and marketing, the payments made to Players Inc. for licensing royalties due under the licensing agreements, and the knowledge of Electronic Arts and the witness relating to retired player GLAs and retired player group licensing.

**Daniel A. Rascher, Ph.D.**, 5847 Heron Drive, Oakland, CA 94618; (510) 899-7197. Plaintiffs expect to question this expert witness on issues relating to sports marketing, use of retired players, the role of retired players in the shaping of modern football, whether the LM-2 documents submitted by Defendants to the United States Department of Labor accurately reflect the licensing revenues received by Defendants or players, any distinction in the sports licensing market between individual and group licensing, any added market power gained by Defendants by representing both active and retired players, the reasonableness, percentage share, and absolute size of Defendants' share of group licensing revenue, specifically compared with other professional sports, and any other topics covered in any of Mr. Rascher's expert reports.

**Phillip Y. Rowley**, 148 Alamo Springs Drive, Alamo, CA 94526; (415) 572-7944. Plaintiffs expect to question this expert witness on damages, including those topics addressed in his expert reports.

**Doug Allen**, 54 North Gardner Street, Los Angeles, CA 90036. Plaintiffs expect to question Mr. Allen on the formation and operations of Players Inc. and the NFLPA, the Retired Player Group Licensing Program, the drafting and modification of the GLA sent to or signed by retired NFL players, the license agreements with EA and other licensees, and the inclusion of retired players in those agreements. Plaintiffs may additionally present a portion of Mr. Allen's deposition testimony.

Dallas: 267061v1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

PLAINTIFFS' AMENDED
RULE 26(A)(3) DISCLOSURES
CASE NO. C:07-0943 WHA

- 3 -

**Patricia Allen**, 54 North Gardner Street, Los Angeles, CA 90036. Plaintiffs expect to question Ms. Allen on the formation and operations of Players Inc. and the NFLPA, the Retired Player Group Licensing Program, the drafting and modification of the GLA sent to or signed by retired NFL players, the license agreements with EA and other licensees, and the inclusion of retired players in those agreements. Plaintiffs may additionally present a portion of Ms. Allen's deposition testimony.

**Electronic Arts, Inc.**, 209 Redwood Shores Parkway, Redwood City, CA, 94065. Plaintiffs expect to question a corporate representative of Electronic Arts regarding the Madden football video games produced for each year between 2002 and 2007, including the authenticity of copies of those games.

**Jeremy Strauser**, c/o Electronic Arts, Inc., 209 Redwood Shores Parkway, Redwood City, CA, 94065. Plaintiffs expect to question Mr. Strauser about communications with Players Inc. and/or the NFLPA, or employees thereof, related to the use of retired players and the "scrambling" of retired players' identities.

**Peter Rhee**, c/o OSKR, 6425 Christie Avenue, Suite 230, Emeryville, CA 94608. Plaintiffs expect to question Mr. Rhee on summaries related to various Madden football video games.

**Eugene Upshaw** (by deposition). Plaintiffs may present segments of Mr. Upshaw's deposition testimony that address the formation and operations of Players Inc. and the NFLPA, the Retired Player Group Licensing Program, the drafting and modification of the GLA sent to or signed by retired NFL players, the license agreements with EA and other licensees and the inclusion of retired players in those agreements, and other topics covered in his deposition.

**Joe Nahra** c/o Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, NY 10019 (by deposition). Plaintiffs may present segments of Mr. Nahra's deposition testimony that address the marketing and use of retired players by the NFLPA and Players Inc., negotiations with Electronic Arts regarding the use of retired players, emails sent to Joe Nahra regarding the

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

licensing of retired players, and other topics covered in his deposition.

**Warren Friss,** c/o Topps US, One Whitehall Street, New York, NY 10004; (212) 376-0300 (by deposition). Plaintiffs may present segments of Mr. Friss's deposition testimony that address agreements between Topps and Players Inc., the inclusion of retired players in the products offered by Topps, the payments made by Topps to Players Inc. pursuant to the license agreements, the knowledge of the witness and Topps regarding GLAs signed by retired players, and other topics covered in his deposition.

**Glenn M. Eyrich,** 210 Holmard Street, Gaithersburg, MD 20878 (by deposition). Plaintiffs may present segments of Mr. Eyrich's deposition testimony that address the Licensing Revenue Depository Account and the "equal share" payment made to active members of the NFLPA, the receipt and calculation of licensing revenue, the payment of such revenue to Players Inc., the NFLPA, and active and retired players.

**Adam Zucker,** c/o Ingram Yuzek Gainen Carroll & Bertolotti, LLP, 250 Park Ave., New York, New York, 10177 (by deposition). Plaintiffs may present segments of Mr. Zucker's deposition testimony that address agreements between Topps and Players Inc., the inclusion of retired players in the products offered by Topps, the payments made by Topps to Players Inc. pursuant to the license agreements, the knowledge of the witness and Topps regarding GLAs signed by retired players, and other topics covered in his deposition.

### B. Witnesses Who Plaintiffs May Call if the Need Arises

**Richard Berthelsen,** c/o Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, NY 10019 (by deposition). Plaintiffs may present segments of Mr. Berthelsen's deposition testimony that address his experiences with the operation and functions of NFLPA and Players Inc., and other topics covered in his deposition.

**Howard Skall,** 18524 Rushbrooke Drive, Olney, MD 20832 (by deposition). Plaintiffs may present segments of Mr. Skall's deposition testimony that address his experiences with the

Dallas: 267061v1

PLAINTIFFS' AMENDED
RULE 26(A)(3) DISCLOSURES
CASE NO. C:07-0943 WHA

operation and functions of NFLPA and Players Inc., and other topics covered in his deposition.

**Steve Saxon,** c/o Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, NY 10019. Plaintiffs may question Mr. Saxon on topics related to Defendants' LM-2s and license agreements, and other topics covered in his deposition. Plaintiffs may additionally or alternatively present a portion of Mr. Saxon's deposition testimony.

## II. EXHIBITS

Plaintiffs have attached, as exhibit A, a table of exhibits that Plaintiffs expect to use and may use at the trial in this matter.

Dated: October 7, 2008

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: s/s Ronald S. Katz
    Ronald S. Katz (SBN 085713)
    Ryan S. Hilbert (SBN 210549)
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
Lewis T. Leclair (SBN 077136)
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*