Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
# николаNORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 3**<br><br>Date:<br>Time:<br>Ctrm: 9<br>Judge: William H. Alsup |

The Court, having considered Defendants' Motion in Limine No. 3 to exclude evidence regarding Plaintiffs' complaints relating to "ad hoc" agreements, and all papers filed herein, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that Defendants' Motion in Limine No. 3 is GRANTED in its entirety.

IT IS SO ORDERED.

Dated: _____, 2008

_____
The Honorable William H. Alsup
United States District Court Judge

[Proposed] Order Granting Defendants' Motion in Limine No. 3         Civ. Action No. C07 0943 WHA