MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, and HERBERT ANTHONY ADDERLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**DECLARATION OF PHILIP Y. ROWLEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 5 TO EXCLUDE THE TESTIMONY OF PHILIP Y. ROWLEY**<br><br>Date: October 3, 2008<br>Judge: Hon. William H. Alsup |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20206066.1

4249v1

DECLARATION OF PHILIP Y. ROWLEY
OPPOSING DEFENDANTS' MOTION IN LIMINE NO. 5
CASE NO. C07 0943 WHA

I, Philip Y. Rowley, declare as follows:

1. I have sufficient knowledge of the facts stated herein to make this declaration and, if called upon to do so, I could and would testify competently thereto. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 5 to Exclude the Testimony of Philip Y. Rowley.

2. In connection with this matter, on May 23, 2008, I prepared an expert report providing an analysis of the damages owed to the GLA Class members. As part of that report, on page 8, I stated that "I could allocate these monies specifically to the eligible individual retired players."

3. What I intended to convey with that statement was that, if requested, I could determine, for each class member, how much of the total aggregate damages amount he would be entitled to based on the number of years during the class period in which he had an operative GLA. (For instance, some GLA Class members had GLAs operative during the entire four-year period of the class; some GLA Class members had GLAs operative during a portion of that time.)

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 3, 2008.

_____
Philip Y. Rowley