Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**DECLARATION OF MOLLY DONOVAN IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 6** |

# DECLARATION OF MOLLY DONOVAN

I, Molly Donovan, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and am admitted to practice before this Court *pro hac vice*. I make this Declaration in support of Defendants' Motion in Limine No. 6 to Exclude the Testimony of Peter Rhee and to Exclude from Evidence the "Summary" Exhibits Prepared by Mr. Rhee.

2. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' Proposed Trial Exhibit 1239 entitled "Historic Teams NFL Teams Featured in Madden 03-PC."

4. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiffs' Proposed Trial Exhibit 1240 entitled "Samples of 'Scrambled' Class Members Madden Xbox 2003-2007."

5. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Disclosure of Issues on which They Will Offer Expert Testimony in Support of their Case-in-Chief, dated April 25, 2008.

6. Attached hereto as Exhibit 4 is a true and correct copy of an email from Bernard Parrish, dated November 7, 2006, bearing bates number CLASS 003725.

7. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Roy Taub of Dewey & LeBoeuf LLP, dated March 28, 2008.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the deposition of Bernard Paul Parrish, taken on March 13, 2008.

9. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiffs' Supplemental Responses and Objections to Defendants' Fourth Set of Interrogatories, dated June 3, 2008.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Supplemental Report of Daniel A. Rascher, dated August 27, 2008.

11. Attached hereto as Exhibit 9 is a true and correct copy of the Reply Report of Daniel A. Rascher, June 26, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 25, 2008

                                                /s/
                                          Molly Donovan