1  Todd Padnos (Bar No. 208202)
   *tpadnos@dl.com*
2  DEWEY & LEBOEUF LLP
   One Embarcadero Center, Suite 400
3  San Francisco, CA 94111
   Tel: (415) 951-1100; Fax: (415) 951-1180
4
   Jeffrey L. Kessler (*pro hac vice*)
5  *jkessler@dl.com*
   David G. Feher (*pro hac vice*)
6  *dfeher@dl.com*
   David Greenspan (*pro hac vice*)
7  *dgreenspan@dl.com*
   DEWEY & LEBOEUF LLP
8  1301 Avenue of the Americas
   New York, NY 10019
9  Tel: (212) 259-8000; Fax: (212) 259-6333

10 Kenneth L. Steinthal (*pro hac vice*)
   *kenneth.steinthal@weil.com*
11 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
12 Redwood Shores, CA 94065
   Tel: (650) 802-3000; Fax: (650) 802-3100
13
   Bruce S. Meyer (*pro hac vice*)
14 *bruce.meyer@weil.com*
   WEIL, GOTSHAL & MANGES LLP
15 767 Fifth Avenue
   New York, NY 10153
16 Tel: (212) 310-8000; Fax: (212) 310-8007

17 Attorneys for Defendants National Football League Players Association
   and National Football League Players Incorporated d/b/a Players Inc
18

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, | Case No. C 07 0943 WHA |
| Plaintiffs, | **DECLARATION OF IAN PAPENDICK IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 7** |
| v. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, | |
| Defendants. | |

# DECLARATION OF IAN PAPENDICK

I, Ian Papendick, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and my *pro hac vice* application was granted by the Court on August 6, 2008. I make this Declaration in support of Defendants' Motion in Limine No. 7. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

2. Attached hereto as Exhibit 1 is an email from Bernard Parrish, dated November 7, 2006, bearing bates number CLASS003725.

3. Attached hereto as Exhibit 2 is a document that was produced by Plaintiffs in this case, bearing bates numbers CLASS003005-06.

4. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the transcript of the deposition of Bernard Parrish, dated March 13, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Supplemental Report of Daniel A. Rascher, dated August 27, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from LaShun Lawson to Jeremy Strauser, dated May 31, 2001, bearing bates numbers PI131529-30.

7. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiffs' Responses and Objections to Defendants' Fourth Set of Interrogatories, dated May 21, 2008.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Declaration of Ian Papendick In Support of Defendants' Motion in Limine No. 7

Civ. Action No. C07 0943 WHA

8. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiffs' Supplemental Responses and Objections to Defendants' Fourth Set of Interrogatories, dated June 3, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 25, 2008

                                                                   ____/s/_ Ian L. Papendick_____
                                                                          Ian L. Papendick

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

Declaration of Ian Papendick In Support of Defendants' Motion in Limine No. 7      Civ. Action No. C07 0943 WHA