**Dewey & LeBoeuf LLP**
One Embarcadero Center, Suite 400
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 7**<br><br>Date:<br>Time:<br>Ctrm: 9<br>Judge: William H. Alsup |

The Court, having considered Defendants' Motion in Limine No.7 to exclude any evidence or allegations regarding EA's alleged scrambling of certain retired player images in the Madden NFL video game, including any allegations that Defendants conspired with EA or are other responsible or liable for EA's alleged conduct, and all papers filed herein, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that Defendants' Motion in Limine No. 7 is GRANTED in its entirety.

IT IS SO ORDERED.

Dated:_____, 2008

_____
The Honorable William H. Alsup
United States District Court Judge

[Proposed] Order Granting Defendants' Motion in Limine No. 7        Civ. Action No. C07 0943 WHA