| | |
|---|---|
| 1 | Todd Padnos (Bar No. 208202) |
| | tpadnos@dl.com |
| 2 | DEWEY & LEBOEUF LLP |
| | One Embarcadero Center, Suite 400 |
| 3 | San Francisco, CA 94111 |
| | Tel: (415) 951-1100; Fax: (415) 951-1180 |
| 4 | |
| | Jeffrey L. Kessler (*pro hac vice*) |
| 5 | jkessler@dl.com |
| | David G. Feher (*pro hac vice*) |
| 6 | dfeher@dl.com |
| | David Greenspan (*pro hac vice*) |
| 7 | dgreenspan@dl.com |
| | DEWEY & LEBOEUF LLP |
| 8 | 1301 Avenue of the Americas |
| | New York, NY 10019 |
| 9 | Tel: (212) 259-8000; Fax: (212) 259-6333 |
| 10 | Kenneth L. Steinthal (*pro hac vice*) |
| | kenneth.steinthal@weil.com |
| 11 | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| 12 | Redwood Shores, CA 94065 |
| | Tel: (650) 802-3000; Fax: (650) 802-3100 |
| 13 | |
| | Bruce S. Meyer (*pro hac vice*) |
| 14 | bruce.meyer@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| 15 | 767 Fifth Avenue |
| | New York, NY 10153 |
| 16 | Tel: (212) 310-8000; Fax: (212) 310-8007 |
| 17 | Attorneys for Defendants National Football League Players Association |
| | and National Football League Players Incorporated d/b/a Players Inc |
| 18 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 21 | BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, | Case No. C 07 0943 WHA |
| 22 | | **DECLARATION OF ROY TAUB IN SUPPORT OF DEFENDANTS'** |
| 23 | Plaintiffs, | **MEMORANDUM IN SUPPORT OF THEIR POSITION ON DISPUTED** |
| 24 | v. | **JURY INSTRUCTIONS** |
| 25 | NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL | |
| 26 | FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, | |
| 27 | Defendants. | |
| 28 | | |

# DECLARATION OF ROY TAUB

I, Roy Taub, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and am admitted to practice before this Court *pro hac vice*. I make this Declaration in support of Defendants' Memorandum in Support of Their Position on Disputed Jury Instructions.

2. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Report of Philip Y. Rowley, dated May 23, 2008.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the deposition of Herbert Adderley, taken on February 20, 2008.

5. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Opposition to Petition for Permission to Appeal Under Fed. R. Civ. P. 23(f), dated May 21, 2008.

6. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of the transcript of the deposition of Bruce Laird, taken on September 24, 2008.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Reply Report of Philip Y. Rowley, dated June 26, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 8, 2008

/s/Roy Taub
Roy Taub

---

Declaration of Roy Taub In Support
of Defendants' Memorandum Re Jury Instructions

Civ. Action No. C07 0943 WHA