1  Todd Padnos (Bar No. 208202)
   *tpadnos@dl.com*
2  DEWEY & LEBOEUF LLP
   One Embarcadero Center, Suite 400
3  San Francisco, CA 94111
   Tel: (415) 951-1100; Fax: (415) 951-1180
4
   Jeffrey L. Kessler (*pro hac vice*)
5  *jkessler@dl.com*
   David G. Feher (*pro hac vice*)
6  *dfeher@dl.com*
   David Greenspan (*pro hac vice*)
7  *dgreenspan@dl.com*
   DEWEY & LEBOEUF LLP
8  1301 Avenue of the Americas
   New York, NY 10019
9  Tel: (212) 259-8000; Fax: (212) 259-6333

10 Kenneth L. Steinthal (*pro hac vice*)
   *kenneth.steinthal@weil.com*
11 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
12 Redwood Shores, CA 94065
   Tel: (650) 802-3000; Fax: (650) 802-3100
13
   Bruce S. Meyer (*pro hac vice*)
14 *bruce.meyer@weil.com*
   WEIL, GOTSHAL & MANGES LLP
15 767 Fifth Avenue
   New York, NY 10153
16 Tel: (212) 310-8000; Fax: (212) 310-8007

17 Attorneys for Defendants National Football League Players Association
   and National Football League Players Incorporated d/b/a Players Inc

18

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

19

20

21 BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,

Case No. C 07 0943 WHA

22            Plaintiffs,

**DECLARATION OF ROY TAUB IN SUPPORT OF DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

23       v.

24 NATIONAL FOOTBALL LEAGUE
25 PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS
26 INCORPORATED d/b/a/ PLAYERS INC,

27            Defendants.

28

---

Declaration of Roy Taub                                     Civ. Action No. C07 0943 WHA

# DECLARATION OF ROY TAUB

I, Roy Taub, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and am admitted to practice before this Court *pro hac vice*. I make this Declaration in support of Defendants' Miscellaneous Administrative Motion to File Under Seal ("Motion"). I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

2. Pursuant to Civ. L.R. 7-11(a), I attempted to contact counsel for Plaintiffs to determine if Plaintiffs would stipulate to the filing of certain documents submitted with Defendants' Motions in Limine and Defendants' Memorandum in Support of Their Position on Disputed Jury Instructions under seal.

3. On October 8, 2008, I telephoned Ryan Hilbert, an attorney with Manatt, Phelps & Phillips, LLP, co-counsel for Plaintiffs, inquiring as to whether Plaintiffs would agree to the filing of the affected documents under seal. Mr. Hilbert did not agree to Defendants' request to join in this Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 8, 2008

                                           /s/ Roy Taub
                                             Roy Taub