Dewey & LeBoeuf LLP<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, <br><br> Defendants. | Case No. C 07 0943 WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Date: <br> Time: <br> Ctrm: 9 <br> Judge: William H. Alsup |

The Court, having considered Defendants' Motion to File Under Seal, and all papers filed herein, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that the following documents are to be sealed:

(A) Exhibits 1 and 2 to the Declaration of Jason Clark in Support of Defendants' Motion in Limine No. 4; and

(B) Exhibits 1, 3, & 4 to the Declaration of Jason Clark in Support of Defendants' Motion in Limine No. 5

IT IS SO ORDERED.

Dated: _____, 2008

_____
The Honorable William H. Alsup
United States District Court Judge

[Proposed] Order Granting Defendants' Motion to File Under Seal                    Civ. Action No. C07 0943 WHA