Ronald S. Katz (Bar No. CA 085713)
rkatz@manatt.com
Ryan S. Hilbert (Bar No. CA 210549)
rhilbert@manatt.com
Noel S. Cohen (Bar No. CA 219645)
ncohen@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
East Palo Alto, CA 94303-1006
Tel: (650) 812-1300; Fax: (650) 213-0260

Lewis T. LeClair (Bar No. CA 077136)
lleclair@mckoolsmith.com
Jill Adler (Bar No. CA 150783)
jadler@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Tel: (214) 978-4984; Fax: (214) 978-4044

*Attorneys for Plaintiffs.*

Todd Padnos (Bar No. 208202)
tpadnos@dl.com
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel.: (415) 951-1100; FAX: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
jkessler@dl.com
David G. Feher (*pro hac vice*)
dfeher@dl.com
David Greenspan (*pro hac vice*)
dgreenspan@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
kenneth.steinthal@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
bruce.meyer@weil.com
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOINT FINAL PRE-TRIAL ORDER
CASE NO. C07 0943 WHA

266929.1

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>V.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**JOINT FINAL PRE-TRIAL ORDER** |

## JOINT FINAL PRE-TRIAL ORDER

The parties hereby submit the following Joint Final Pre-Trial Order pursuant to the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases and Federal Rule of Civil Procedure 26(A)(3).

I.  **CLAIMS AND DEFENSES**

**Plaintiffs' Claims**

Plaintiff Herbert Adderley is a Hall of Fame NFL cornerback who played for the Green Bay Packers and the Dallas Cowboys for more than 10 years. Mr. Adderley is the representative of a class consisting of retired NFL players who signed GLAs with the NFLPA that were effective between February 14, 2003 and February 14, 2007 containing the same operative language as Adderley's GLA (the "GLA Class"). There are approximately 2056 such retired players in the GLA Class (not including 13 opt outs). Defendant National Football League Players Association ("NFLPA") acts as the labor union for professional football players in the National Football League.