Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**DECLARATION OF DAVID GREENSPAN IN SUPPORT OF DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTIONS IN LIMINE NO. 1 THROUGH 10** |

Declaration of David Greenspan In Support of
Defs.' Opp'ns to Pls.' Mots. in Limine 1 through 10

Civ. Action No. C07 0943 WHA

Dockets.Justia.com

**DECLARATION OF DAVID GREENSPAN**

I, David Greenspan, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and my pro hac vice application in this matter was granted by the Court on August 3, 2007. I make this Declaration in support of Defendants' Oppositions to Plaintiffs' Motions in Limine No. 1 through 10. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

2. Attached hereto as Exhibit 1 are true and correct copies of excerpts of the transcript of the deposition of Herbert Adderley, dated February 20, 2008.

3. Attached hereto as Exhibit 2 are true and correct copies of excerpts from the transcript of the deposition of Bernard Parrish, dated March 13, 2008.

4. Attached hereto as Exhibit 3 are true and correct copies of excerpts from the transcript of the deposition of Walter Beach III, dated August 20, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of a document produced by Plaintiffs, Bates numbered CLASS002713-2718, which was marked as Ex. 166 at the deposition of Patricia Allen.

6. Attached hereto as Exhibit 5 is a true and correct copy of a document produced by Plaintiffs, Bates numbered CLASS003161, which was marked as Ex. 377 at the deposition of Bernard Parrish.

7. Attached hereto as Exhibit 6 is a true and correct copy of a document produced by Plaintiffs, Bates numbered CLASS003725, which was marked as Ex. 2384 at the deposition of Bruce Laird.

8. Attached hereto as Exhibit 7 is a true and correct copy of a document produced by Plaintiffs, Bates numbered CLASS003005-3006.

9. Attached hereto as Exhibit 8 is a true and correct copy of Plaintiffs' Supplemental Responses and Objections to Defendants' Fourth Set of Interrogatories, dated June

3, 2008.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter from Joseph Wetzel to Ryan Hilbert, dated August 29, 2007.

11. Attached hereto as Exhibit 10 are true and correct copies of excerpts of the transcript of the deposition of Eugene Upshaw, dated February 13, 2008.

12. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt of Defendant National Football League Players Association's Responses and Objections to Plaintiffs' Third Request for Production of Documents, dated April 14, 2008.

13. Attached hereto as Exhibit 12 is a true and correct copy of an excerpt of Defendant Players Inc's Responses and Objections to Plaintiffs' Second Request for Production of Documents, dated April 14, 2008.

14. Attached hereto as Exhibit 13 is a true and correct copy of a letter from Jason Clark to Ryan Hilbert, dated May 20, 2008.

15. Attached hereto as Exhibit 14 is a true and correct copy of a letter from Jason Clark to Lewis LeClair, dated June 2, 2008.

16. Attached hereto as Exhibit 15 is a true and correct copy of a letter from Brett Charhon to Jason Clark, dated June 4, 2008.

17. Attached hereto as Exhibit 16 is a true and correct copy of a document produced by Defendants in this case, Bates numbered PI090965-PI091012, which was marked as Exhibit 99 at the deposition of Glenn Eyrich.

18. Attached hereto as Exhibit 17 is a true and correct copy of the Preamble to the NFL Collective Bargaining Agreement, dated March 8, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 8, 2008

                                       ____/s/_David Greenspan_____
                                             David Greenspan

-2-

Declaration of David Greenspan In Support of                               Civ. Action No. C07 0943 WHA
Defs.' Opp'ns to Pls.' Mots. in Limine 1 through 10

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ryan S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.*