MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**DECLARATION OF RYAN S. HILBERT IN SUPPORT OF PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXCEED PAGE LIMITS RE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 4** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20204741.1

DECLARATION OF RYAN S. HILBERT
CASE NO. C07 0943 WHA

Dockets.Justia.com

I, Ryan S. Hilbert, declare as follows:

1. I am an associate with Manatt, Phelps & Phillips, LLP, attorneys of record for Plaintiff Herbert Anthony Adderley and the GLA Class in the above-captioned matter. The facts below are true and correct and within my own personal knowledge. If called on to testify to them, I could and would competently do so.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the 13-page version of Plaintiffs' Opposition to Defendants' Motion *In Limine* No. 4 ("Opposition") that was sent to Defendants on October 6, 2008.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of an e-mail Defendants sent on October 8, 2008 in which they threatened to file a motion to strike Plaintiffs' Opposition.

4. Because this motion was precipitated by Defendants' objection to the length of the Opposition Plaintiffs sent to Defendants on October 6, 2008, no stipulation could be obtained.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 8, 2008.

                                              /s/ Ryan S. Hilbert
                                                 Ryan S. Hilbert

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO