MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (Bar No. CA 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (Bar No. CA 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Tel: (650) 812-1300; Fax: (650) 213-0260

MCKOOL SMITH,
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL NAYLOR(Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Tel: (214) 978-4984; Fax: (214) 978-4044

*Attorneys for Plaintiffs.*

DEWEY & LEBOEUF LLP
MARK MALIN (Bar No. 199757)
*mmalin@DeweyLeBoeuf.com*
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel: (650) 845-7000; Fax: (650) 845-7333

WEIL, GOTSHAL & MANGES LLP
KENNETH L. STEINTHAL (*pro hac vice*)
*kenneth.steinthal@weil.com*
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

JEFFREY L. KESSLER (*pro hac vice*)
*jkessler@DeweyLeBoeuf.com*
DAVID G. FEHER (*pro hac vice*)
*dfeher@DeweyLeBoeuf.com*
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333

BRUCE S. MEYER (*pro hac vice*)
*bruce.meyer@weil.com*
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of themselves and all others similarly situated, | CIVIL ACTION NO. C07 0943 WHA |
| Plaintiffs | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO BRING EQUIPMENT INTO THE COURTROOM** |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation, | Date: October 20, 2008<br>Time: 7:30 a.m.<br>Courtroom: 9<br>The Honorable William H. Alsup |
| Defendants. | |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

20208023.1                    1

STIPULATION TO BRING EQUIPMENT INTO THE
COURTROOM
CASE NO. 07-0943 WHA

Dockets.Justia.com

1   Plaintiffs and Defendants hereby submit this Stipulation respectfully requesting that they

2   be allowed to bring equipment into the courtroom on Friday, October 17, 2008 in order to present

3   demonstrative evidence and exhibits for a trial that is to commence at 7:30 a.m. on October 20,

4   2008 and continue day-to-day thereafter until completed.

5   In particular, the Parties respectfully request permission to bring the following items into

6   the courtroom:

Computers:
1 - Dell XPS Laptop
Individual Laptops for attorneys and paralegals

Projector:
 1 - Hitachi CPX445 (3200L)
 1 - Projector Bulb

Visual Presenter:
1 - Wolfvision Visualizer VZ-8 Plus
1 - Stand

 Screen:
1 - Da-Lite (116" Diagonal)

 Monitors:
 6 - Viewsonic 19" Widescreen (VA1903wb)

Speakers:
 1 - Bose Speakers (1Pair)

 Signal Control & Distribution:
 1 - 6 in x 1 out VGA Switch 1 - 1 in x 8 out VGA DA

Miscellaneous
Projector stand and Tech table.
2 rolling book carts
All required cables, adapters, extension cords, surge protectors & gaffers' tape.

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

20208023.1

2

STIPULATION TO BRING EQUIPMENT INTO THE COURTROOM
CASE NO. 07-0943 WHA

IT IS SO STIPULATED:

Dated:     October 14, 2008            MANATT, PHELPS & PHILLIPS, LLP

                                       By: /s/Ronald S. Katz
                                             Ronald S. Katz
                                       1001 Page Mill Road, Building 2
                                       Palo Alto, CA 94304-1006
                                       Telephone:     (650) 812-1300
                                       Facsimile:      (650) 213-0260
                                       *Attorneys for Plaintiffs*

                                       DEWEY & LEBOEUF LLP
Dated:     October 14, 2008
                                       By: /s/ Jeffrey Kessler
                                             Jeffrey Kessler
                                       1301 Avenue of the Americas
                                       New York, NY 10019-6092
                                       Tel: (212) 259-8000; Fax: (212) 259-6333
                                       *Attorneys for Defendants*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ronald S. Katz hereby attests that concurrence in the filing of this document has been obtained.*

    IT IS ORDERED that the Parties are permitted to bring the items identified above into the courtroom on Friday, October 17, 2008 and to keep such items in the courtroom through the duration of the trial in this matter.

    Dated:_____            _____

                                       HON. WILLIAM H. ALSUP
                                       United States District Court Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES