United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, et al., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE, et al., <br><br> Defendant. / | No. C 07-00943 WHA <br><br> **CLERK'S NOTICE RESCHEDULING PRETRIAL CONFERENCE** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has rescheduled the Pretrial Conference for October 15, 2008 at **10:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 14, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Dawn K. Toland
Courtroom Deputy to the
Honorable William Alsup