**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PAUL PARISH, HERBERT
ANTHONY ADDERLEY, and WALTER
ROBERTS III, on behalf of themselves and
all others similarly situated,

No. C 07-0943 WHA

            Plaintiffs,

    v.                                                      **NOTICE**

NATIONAL FOOTBALL LEAGUE
PLAYERS INCORPORATED d/b/a
PLAYERS INC., a Virginia corporation,

            Defendant.
                                                    /

        Both sides should advise their representatives (including retired NFL players) to have no

communications, verbal or non-verbal, with any prospective members of the jury.


Dated: October 16, 2008.                    _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE