1  Todd Padnos (Bar No. 208202)
   *tpadnos@dl.com*
2  DEWEY & LEBOEUF LLP
   One Embarcadero Center, Suite 400
3  San Francisco, CA 94111
   Tel: (415) 951-1100; Fax: (415) 951-1180
4
5  Jeffrey L. Kessler (*pro hac vice*)
   *jkessler@dl.com*
6  David G. Feher (*pro hac vice*)
   *dfeher@dl.com*
7  David Greenspan (*pro hac vice*)
   *dgreenspan@dl.com*
   DEWEY & LEBOEUF LLP
8  1301 Avenue of the Americas
   New York, NY 10019
9  Tel: (212) 259-8000; Fax: (212) 259-6333

10 Kenneth L. Steinthal (*pro hac vice*)
   *kenneth.steinthal@weil.com*
11 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
12 Redwood Shores, CA 94065
   Tel: (650) 802-3000; Fax: (650) 802-3100
13
14 Bruce S. Meyer (*pro hac vice*)
   *bruce.meyer@weil.com*
   WEIL, GOTSHAL & MANGES LLP
15 767 Fifth Avenue
   New York, NY 10153
16 Tel: (212) 310-8000; Fax: (212) 310-8007

17 Attorneys for Defendants National Football League Players Association
   and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**DECLARATION OF MOLLY DONOVAN IN SUPPORT OF DEFENDANTS' LETTER BRIEF, DATED OCTOBER 17, 2008** |

# DECLARATION OF MOLLY DONOVAN

I, Molly Donovan, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and am admitted to practice before this Court *pro hac vice*. I make this Declaration in support of Defendants' letter brief, dated October 17, 2008.

2. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of Am. Canoe Ass'n, Inc. v. D.C. Water & Sewer Auth., 306 F. Supp. 2d 30 (D.D.C. 2004).

4. Attached hereto as Exhibit 2 is a true and correct copy of 1-11 Standardized Civil Jury Instructions for the District of Columbia § 11.13 (LEXIS 2008).

5. Attached hereto as Exhibit 3 is a true and correct copy of 1-11 Standardized Civil Jury Instructions for the District of Columbia § 11.14 (LEXIS 2008).

6. Attached hereto as Exhibit 4 is a true and correct copy of 1-11 Standardized Civil Jury Instructions for the District of Columbia § 11.15 (LEXIS 2008).

7. Attached hereto as Exhibit 5 is a true and correct copy of 1010 Potomac Assocs. v. Grocery Manufacturers of Am., 485 A.2d 199 (D.C. 1984).

8. Attached hereto as Exhibit 6 is a true and correct copy of Am. First Investment Corp. v. Goland, 925 F.2d 1518 (D.C. Cir. 1991).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

9. Attached hereto as Exhibit 7 is a true and correct copy of <u>Lamphier v. Washington Hosp. Center</u>, 524 A.2d 729 (D.C. 1987).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 17, 2008

                                                       /s/
                                        Molly Donovan

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111