MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>DECLARATION OF ANTHONY M. GARZA IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF ON PLAINTIFFS' MOTION IN LIMINE NO. 4 REQUESTING EXCLUSION OF PAROL EVIDENCE TENDING TO PROVE THE INTENT OF THE PARTIES TO THIRD-PARTY LICENSE AGREEMENTS |

**DECLARATION OF ANTHONY M. GARZA IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF OF PAROL EVIDENCE TENDING TO PROVE THE INTENT OF THE PARTIES TO THIRD-PARTY LICENSE AGREEMENTS – Page 1**
**Civil Action No. C07 0943 WHA**

Dallas 267473v1

I, Anthony M. Garza, declare as follows:

1. I am an attorney with McKool Smith, P.C., counsel for Plaintiff Herbert Anthony Adderley and the GLA Class in this matter. I have personal knowledge of the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of a January 31, 2005 Agreement between Electronic Arts Inc. and National Football League Players Incorporated.

3. Attached hereto as Exhibit B is a true and correct copy of a 2004 Agreement between the Topps Company Inc. and National Football League Players Association.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 17, 2008, in San Francisco, California.

       /s/Anthony M. Garza
       Anthony M. Garza

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures*, *Ryan S. Hilbert hereby attests that concurrence in the filing of this document has been obtained.*

20208236.1

**DECLARATION OF ANTHONY M. GARZA IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF OF PAROL EVIDENCE TENDING TO PROVE THE INTENT OF THE PARTIES TO THIRD-PARTY LICENSE AGREEMENTS – Page 2**
**Civil Action No. C07 0943 WHA**