**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PARRISH, et al.,                              No. C 07-00943 WHA

            Plaintiff,                              **ORDER TO JURY COMMISSIONER**

    v.

NFL PLAYERS ASSOCIATION, et al.,

            Defendant.
_____/

        IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall

furnish daily refreshments for the members of the jury in the above-entitled matter and during the

deliberation lunch shall be furnished for the members of the jury at the expense of the United States

District Court Jury Commissioner.


Dated: October 17, 2008                     _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE