Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, <br><br> Defendants. | Case No. C 07 0943 WHA <br><br> **DECLARATION OF JASON CLARK IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF TO EXCLUDE STATEMENT BY GENE UPSHAW REGARDING COLLECTIVE BARGAINING** |

Declaration of Jason Clark In Support of Defs.' Supplemental Brief to Exclude Statement By Gene Upshaw Regarding Collective Bargaining

Civ. Action No. C07 0943 WHA

# DECLARATION OF JASON CLARK

I, Jason Clark, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") (collectively, "Defendants") in this action. I am a member of the bar of the State of New York and my pro hac vice application in this matter was granted by the Court on July 23, 2008. I make this Declaration in support of Defendants' Supplemental Brief To Exclude Statement By Gene Upshaw Regarding Collective Bargaining. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of an article from the Charlotte Observer, titled "Ex-Players Say NFL Neglects Retirees, Hall of Famers: League, Union Leader Fall Short in Providing Benefits," dated January 15, 2006 and designated as trial exhibit 117.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Richard Berthelsen in Support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint, dated October 10, 2007.

4. Attached hereto as Exhibit 3 are true and correct copies of excerpts from the deposition transcript of Gene Upshaw, dated February 13, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of a memorandum from Gene Upshaw to NFLPA Retired Player Members, dated January 20, 2006 that was marked as Exhibit 119 at Mr. Upshaw's deposition.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Third Amended Complaint in this matter.

7. Attached hereto as Exhibit 6 is a true and correct copy of an article from the New York Times, titled "Upshaw Maintains Royalties Were Distributed Properly," dated February 16, 2007, and designated as trial exhibit 1182.

Declaration of Jason Clark In Support of Defs.' Supplemental Brief to Exclude Statement By Gene Upshaw Regarding Collective Bargaining

Civ. Action No. C07 0943 WHA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 17, 2008

                                               /s/ Jason Clark
                                                     Jason Clark

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111