MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**DECLARATION OF NOEL S. COHEN IN SUPPORT OF PLAINTIFFS' OCTOBER 19 LETTER BRIEF TO ADMIT STATEMENTS AND TESTIMONY OF MR. UPSHAW**<br><br>[Filed Concurrently with Plaintiffs' October 19 Letter Brief]<br><br>Judge: Honorable William H. Alsup<br>Date: October 20, 2008 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

COHEN DECL. IN SUPPORT OF OCTOBER 19
LETTER BRIEF
CASE NO. C:07-0943 WHA

Dockets.Justia.com

# DECLARATION OF NOEL S. COHEN

I, Noel S. Cohen, declare as follows:

1. I am an associate at Manatt, Phelps & Phillips, LLP, counsel for Plaintiffs in this matter. I have sufficient knowledge of the facts stated herein to make this declaration and, if called upon to do so, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Gene Upshaw.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 19, 2008.

_____/s/ Noel S. Cohen_____

Noel S. Cohen

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ronald S. Katz hereby attests that concurrence in the filing of this document has been obtained.*

41329604.1