IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PAUL PARISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,

    Defendant.

No. C 07-0943 WHA

**NOTICE**

The Topps and EA licensing agreements provide that they will be governed by New York law. Both parties have briefed all issues relating to the interpretation of such third-party licensing agreements under District of Columbia law. The parties should be prepared to advise the Court at 7:30AM tomorrow whether or not they intended their stipulation as to the choice of law to also govern such third party licensing agreements. Also please bring Section 4(b) of the NFL Players Contract.

Dated: October 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE