Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**DECLARATION OF ROY TAUB IN SUPPORT OF DEFENDANTS' LETTER BRIEF RE OBJECTIONS TO FRISS DESIGNATIONS** |

Declaration of Roy Taub In Support of Defs.' Letter Brief Re Objections to Friss Designations — Civ. Action No. C07 0943 WHA

Dockets.Justia.com

# DECLARATION OF ROY TAUB

I, Roy Taub, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and am admitted to practice before this Court *pro hac vice*. I make this Declaration in support of Defendants' Letter Brief Regarding Plaintiffs' Objections to Defendants' Deposition Designations of Warren Friss.

2. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

3. Attached hereto as Exhibit A is a true and correct copy of a subpoena served upon Warren Friss by counsel for Plaintiffs, dated March 31, 2008.

4. Attached hereto as Exhibit B is a true and correct copy of a subpoena served upon Topps Company, Inc. by counsel for Plaintiffs, dated March 31, 2008.

5. Attached hereto as Exhibit C is a true and correct copy of an excerpt of the transcript of the Rule 30(b)(6) deposition of Warren Friss, taken on April 4, 2008.

6. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Warren Friss, dated October 10, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 20, 2008

                                                  /s/
                                     Roy Taub