# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## AMENDED JURY TRIAL CIVIL MINUTE ORDER

**Case No. C07-0943 WHA**
**Case Name:** Bernard Parrish, et al. v. National Football League Incorporated, et al.

**Date:** October 20, 2008          **Time:** 7:30 a.m. - 1:03 p.m.

**The Honorable WILLIAM ALSUP**

**Clerk:** Lashanda Scott          **Court Reporter:** Belle Ball

**COUNSEL FOR PLTF: Ronald S. Katz, Ryan S. Hilbert, Lewis T. LeClaire, Peter Persher, Jim Mayler, Chad Hummel and Noel S. Cohen**

**COUNSEL FOR DEFT: Jeffrey L. Kessler, David G. Feher, Kenneth L. Steinthal, Mark Malin, Bruce S. Meyer, David Greenspan, Jason Clark, Molly Donovan and Roy Taub**

Trial Began: **10/20/2008**          Further Trial: **10/21/2008**

**Trial Motions Heard:**          **Disposition**

1.
2.
3.

Other:

Jury Voir Dire began. Jurors Sworn. Jurors Selected. Jurors Sworn. Further Jury Trial set for October 21, 2008 at 7:45 a.m.

Verdict:

Disposition of Exhibits: