United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PAUL PARISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,

    Defendant.
                            /

No. C 07-0943 WHA

**ORDER ADOPTING SUMMARY OF RULINGS ON MOTIONS IN LIMINE SUBJECT TO STATED MODIFICATIONS**

The summary of the rulings on the motions in limine attached hereto is hereby **ADOPTED** subject to the following modifications:

- With respect to defendants' motion in limine no. 2, the Charlotte Observer will be excluded but dispositive admissions by Gene Upshaw that he made statements printed therein will be admissible. Defendants further objection that Mr. Upshaw's comments were directed solely to collective bargaining and are thus irrelevant is denied since the statement can be construed otherwise. Except as indicated, this motion is **DENIED**.

- Plaintiffs' motion in limine no. 1 is granted, except as provided for in plaintiffs' motion in limine no. 3.

**IT IS SO ORDERED.**

Dated: October 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE