United States District Court
For the Northern District of California

1
2
3
4
5                     IN THE UNITED STATES DISTRICT COURT

6
7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9   BERNARD PAUL PARISH, HERBERT
10  ANTHONY ADDERLEY, and WALTER
    ROBERTS III, on behalf of themselves and        No. C 07-00943 WHA
11  all others similarly situated,

12              Plaintiffs,                          **ORDER RE DEPOSITION**
                                                     **DESIGNATION OF**
13      v.                                           **WARREN FRISS**

14  NATIONAL FOOTBALL LEAGUE PLAYERS
    INCORPORATED d/b/a PLAYERS INC., a
15  Virginia corporation,

16              Defendant.
                                            /
17
18          With respect to the deposition of Warren Friss, the Court is now confused over which

19  side is the proponent of the evidence to be used at trial.  Was the packet given to the judge

20  proposed by plaintiffs or, rather, proposed by defendants and if by both, the Court needs

21  clarification as to which is which.  The packet does not say who the proponent is and who is

22  making the objections.  Please clarify by **4:00 P.M. TODAY**.  If the packet is defendant's

23  designations, where are the plaintiffs' designations?

24          **IT IS SO ORDERED.**

25
26  Dated:  October 21, 2008.                    _____
                                                 WILLIAM ALSUP
27                                               UNITED STATES DISTRICT JUDGE

28