# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 15, 2008

Case No. C 07-01826 WHA

Title: BERNARD PARRISH v. NFL PLAYERS ASSOCIATION

Plaintiff Attorney(s): Peter Parsher; Jill Mayler; Ryan Hilbert; Ronald Katz; Chad Hummel; Lewis Leclair

Defense Attorney(s): Jeffrey Kessler; Roy Taub; David Greenspan; David Feher; Jason Clark; Molly Donovan

Deputy Clerk: Dawn Toland                   Court Reporter: Belle Ball

## PROCEEDINGS

1) Pretrial Conference- HELD

2) 

Continued to 10/20/08 at 7:30am for Jury Trial

**ORDERED AFTER HEARING:**

Court ruled on the motions in limine. Each side shall have 18 hours for their case-in-chief and 45 minutes for opening statements. Parties agree to select ten jurors. Parties shall submit a summary of the case and the rulings on the motions in limine before trial.