CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

## The Honorable WILLIAM H. ALSUP

Date: October 21, 2008

Case No.: **C07-00943 WHA**

Case Name: **BERNARD PAUL PARRISH** v. **NFL PLAYERS ASSOCIATION**

Plaintiff's Counsel: Peter Parsher; Ronald Katz; Lewis LeClair; Ryan Hilbert; Chad Hummel; Jill Mayler; Noel Cohen

Defendant's Counsel: Jeffrey Kessler; Roy Taub; David Feher; Bruce Meyer; David Greenspan; Jason Clark; Molly Donovan

Clerk: Dawn K. Toland          Court Reporter: Kathy Sullivan

Trial Began: 10/20/08          Further Trial: 10/22/08 at 7:30 am

Trial Motions Heard:                                          Disposition

1.
2.
3.

Other:

Plaintiffs and Defendants made opening statements. Plaintiffs' called witness Clifton McNeil.