MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jnaylor@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**JOINT SUMMARY OF WARREN FRISS DEPOSITION DESIGNATIONS** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

20202979.1
Dallas 258080v3

Dallas 266289v1

Dockets.Justia.com

In response to the Court's Order dated today, October 21, 2008 (Docket No. 495), the parties submit the following summary of deposition designations for the Warren Friss deposition. The Friss deposition packet consists of Plaintiffs' designations and Defendants' counterdesignations, which have been collated into one packet for presentation to the Court. The following table lists each section of testimony, and which party designated such section.

| Designation | Proponent of Designation |
|---|---|
| 7:8-23 | Plaintiffs |
| 8:10-25 | Defendants |
| 10:21-23 | Plaintiffs |
| 15:5-22 | Plaintiffs |
| 16:4-6, 16:13-18 | Plaintiffs |
| 18:9-19 | Plaintiffs |
| 19:14-24 | Defendants |
| 19:25-20:7 | Plaintiffs |
| 20:8-17 | Plaintiffs |
| 21:4-10 | Plaintiffs |
| 27:25-28:12 | Plaintiffs |
| 28:22-25 | Plaintiffs |
| 29:1-29:9 | Plaintiffs |
| 30:10-13 | Plaintiffs |
| 33:13-20 | Plaintiffs |
| 34:4-8 | Plaintiffs |
| 34:9-14 | Plaintiffs |
| 45:24-46:14 | Plaintiffs |
| 62:18-22 | Plaintiffs |
| 62:24-63:2 | Defendants |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

20202979.1
Dallas 258080v3
Dallas 266289v1

2

| | |
|---|---|
| 64:9-24 | Plaintiffs |
| 65:12-23 | Defendants |
| 66:11-67:25 | Defendants |
| 68:1-68:20 | Defendants |
| 68:21-69:6 | Defendants |
| 69:7-69:23 | Defendants |
| 69:24-70:9 | Defendants |
| 70:10-70:25 | Defendants |
| 71:2-13 | Defendants |
| 71:14-72:2 | Defendants |
| 72:3-10 | Defendants |
| 72:11-15 | Defendants |
| 72:16-24 | Defendants |
| 72:25-73:4 | Defendants |
| 73:5-13 | Defendants |
| 73:14-17 | Defendants |
| 73:18-22 | Defendants |
| 73:23-74:7 | Defendants |
| 74:8-21 | Defendants |
| 74:22-75:3 | Defendants |
| 75:5-10 | Plaintiffs |
| 75:11-76:2[1] | Defendants |
| 77:2-7 | Plaintiffs |
| 77:8-14 | Defendants |
| 77:18-25 | Defendants |

---

[1] This designation was inadvertently omitted from the packet. Plaintiffs will include this designation in an updated packet at a future time.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 78:5-13 | Plaintiffs |
| 78:14-17 | Plaintiffs |
| 78:22-79:4 | Plaintiffs |

                                        Respectfully submitted,

Dated: October 21, 2008              MANATT, PHELPS & PHILLIPS, LLP


By:     /s/ Anthony Garza
        Ronald S. Katz (SBN 085713)
        Ryan S. Hilbert (SBN 210549)
        Noel S. Cohen (SBN 219645)
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
Lewis T. LeClair (SBN 077136)
Jill Adler Naylor (SBN 150783)
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

DEWEY & LEBOEUF LLP

By:   /s/ Roy Taub
       Roy Taub

1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000; Fax: (212) 259-6333
Attorneys for Defendants

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ronald S. Katz hereby attests that concurrence in the filing of this document has been obtained.*

20208394.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

20202979.1
Dallas 258080v3
Dallas 266289v1

4