LAW OFFICES
# KEKER & VAN NEST
L.L.P.

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

R. JAMES SLAUGHTER
RSLAUGHTER@KVN.COM

October 22, 2008

**VIA EFILING & HAND DELIVERY**

Honorable William H. Alsup
United States District Court
Courtroom 9, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94012

Re: *Bernard Paul Parrish v. National Football League Players Association*
Case No. C07 0943 WHA

Dear Judge Alsup:

On behalf of third party Electronic Arts Inc. ("EA"), I write to request that you stay your ruling this morning denying EA's Motion for Administrative Relief that sought to have the pricing terms in Trial Exhibit 80 (EA's operative license with National Football League Players Association) redacted from the exhibit used in trial. EA intends to seek emergency relief today from the Ninth Circuit regarding the order and therefore requests that the Court stay its ruling until the Ninth Circuit has had an opportunity to consider and rule upon EA's request. We believe that the ruling threatens immediate and irreparable harm to EA's business, and specifically request that the Court neither order nor permit public disclosure of the unredacted exhibit until the Ninth Circuit has had the opportunity to rule on EA's Emergency Motion and its accompanying petition for writ relief.

Very truly yours,

R. JAMES SLAUGHTER

RJS/mls

429353.01