CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

## The Honorable WILLIAM H. ALSUP

Date: October 22, 2008

Case No.: **C 07-00943 WHA**

Case Name: **BERNARD PAUL PARRISH** v. **NATIONAL FOOTBALL LEAGUE**

Plaintiff's Counsel: Peter Parsher; Ronald Katz; Lewis LeClair; Ryan Hilbert; Chad Hummel
Jill Mayler; Noel Cohen

Defendant's Counsel: Jeffrey Kessler; Roy Taub; David Feher; Bruce Meyer; David Greenspan
Jason Clark; Molly Donovan

Third-Party EA: R. James Slaughter

| Clerk: Dawn K. Toland | Court Reporter: Kathy Sullivan |
|---|---|
| Trial Began: 10/20/08 | Further Trial: 10/27/08 at 7:30 am |

| Trial Motions Heard: | Disposition |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Other:

Third-Party EA's Motion to Seal Pricing Information is Denied.

Plaintiffs' called witnesses: Doug Allen;