| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KEKER & VAN NEST, LLP<br>ROBERT A. VAN NEST - #84065<br>R. JAMES SLAUGHTER - #192813<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Attorneys for Third Party<br>ELECTRONIC ARTS INC. |



FILED
08 OCT 22 PM 3: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC., a Virginia corporation,<br><br>　　　　　　　　　　　Defendants. | Case No. C07 0943 WHA<br><br>**NOTICE OF APPEAL**<br><br>Dept:　Courtroom 9, 19th Floor<br>Judge:　Honorable William H. Alsup |

NOTICE OF APPEAL
CASE NO. C07 0943 WHA

# NOTICE OF APPEAL

Notice is hereby given that Electronic Arts Inc. ("EA"), a third party in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying EA's Motion for Administrative Relief to File Document Under Seal entered in this action on the 22nd day of October 2008.

Dated: October 22, 2008

KEKER & VAN NEST, LLP

By: /s/

R. JAMES SLAUGHTER
Attorneys for Third Party
Electronic Arts Inc.

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On October 22, 2008, I served the following document(s):

**NOTICE OF APPEAL**

by **FACSIMILE TRANSMISSION**, by transmitting via facsimile the original on this date. The transmission was reported as complete and without error. I also served the above document by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Lewis T. LeClair<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas TX 75201<br>214.978.4984 telephone<br>214.978.4044 facsimile<br>Email: lleclair@mckoolsmith.com<br><br>*Attorneys for Plaintiffs* | Jeffrey L. Kessler<br>DEWEY & LeBOEUF LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6092<br>212 259-8000 telephone<br>212 259-6333 facsimile<br>Email: jkessler@dl.com<br><br>*Attorneys for Defendants* |
| Ronald Stanley Katz<br>Ryan S. Hilbert<br>MANATT PHELPS & PHILLIPS LLP<br>1001 Page Mill Road, Building 2<br>Palo Alto, CA 94304-1006<br>650 812-1300 telephone<br>650 213-0260 facsimile<br>Email: rkatz@manatt.com<br>      rhilbert@manatt.com<br><br>*Attorneys for Plaintiffs* | L. Peter Parcher<br>MANATT PHELPS & PHILLIPS LLP<br>7 Times Square<br>New York, NY, 10036<br>212.790.4500 telephone<br>212.790.4520 direct<br>212.790.4545 facsimile<br>Email: pparcher@manatt.com<br><br>*Attorneys for Plaintiffs* |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 22, 2008, at San Francisco, California.

Laura Lind