UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

October 24, 2008

**CASE INFORMATION:**
Short Case Title: <u>BERNARD PAUL PARRISH</u>-v- <u>NATIONAL FOOTBALL LEAGUE</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District of California, Judge William Alsup</u>
Criminal and/or Civil Case No.: <u>CV 07-00943 WHA</u>
Date Complaint/Indictment/Petition Filed: <u>02/14/07</u>
Date Appealed order/judgment *entered* <u>10/23/08</u>
Date NOA *filed* <u>10/22/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):       ☐ granted in full (attach order)        ☐ denied in full (send record)
                              ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>10/22/08</u>          Date Docket Fee Billed:
Date FP granted:                              Date FP denied:
Is FP pending? ☐ yes  <u>X</u> no             Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  <u>x</u> no
Companion Cases?  Please list: N/A

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: Robert James Slaughter      Appellee Counsel: Ronald Stanley Katz
            Keker & Van Nest, LLP                         Manatt, Phelps & Phillips LLP
            710 Sansome Street                            1001 Page Mill Road , Bldg. 2
            San Francisco , CA 94111-1704                 Palo Alto , CA 94304-1006
            (415)391-5400                                 650-812-1300
            Email: rjs@kvn.com                            Fax: 650-213-0260
                                                          Email: rkatz@manatt.com


<u>X</u> retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                  Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Susan Imbriani</u>
                                                    415-522-2061