**United States District Court**

For the Northern District of California

1

2

3

4

5                           IN THE UNITED STATES DISTRICT COURT

6

7                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    BERNARD PAUL PARISH, HERBERT
     ANTHONY ADDERLEY, and WALTER
10   ROBERTS III, on behalf of themselves and         No. C 07-00943 WHA
     all others similarly situated,
11

12                 Plaintiffs,
                                                       **SUPPLEMENTAL ORDER**
13        v.                                           **RE TX 80 ON**
                                                       **ELECTRONIC ARTS'**
14   NATIONAL FOOTBALL LEAGUE PLAYERS                   **MOTION TO REDACT**
     INCORPORATED d/b/a PLAYERS INC., a
15   Virginia corporation,

16                 Defendant.
                                                    /
17

18        At the outset of today's trial session (before the jury came in), the Court raised the

19   question whether plaintiffs would redact paragraph 6 from TX 80 — even from the version seen

20   by the jury — such that the paragraph would never be relied on or argued to the jury. Class

21   counsel refused this, stating that the paragraph in question in TX 80 was important to their case

22   and that it was important that the jury read the paragraph and that counsel be allowed to rely on

23   it in argument. To be sure, counsel are fully willing to suppress the paragraph in question from

24   the public. The whole point of *Kamakana*, however, is to require the Court to protect the access

25   rights of the public despite the willingness of the parties, which is usual in most cases, to

26   conceal the evidence from the public. For the reasons stated earlier, compelling cause has not

27   been shown to conceal the information from the public (including clearing and sealing off the

28   courtroom when the paragraph is read or shown on the screen) once TX 80 is admitted in

1  evidence.  In the meantime and until allowed by the Ninth Circuit, TX 80 shall not be made

2  available to the public.

3      **IT IS SO ORDERED.**

4

5  Dated:  October 27, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE