UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 24 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| BERNARD PAUL PARRISH, on behalf of himself and all others similarly situated; HERBERT ANTHONY ADDERLY, on behalf of himself and all others similarly situated; WALTER ROBERTS III, <br><br>      Plaintiffs - Appellees, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS INC., a Virginia Corporation, DBA Players Inc.; NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia Corporation, <br><br>      Defendants, <br><br> v. <br><br> ELECTRONIC ARTS, INC., <br><br>      Third-party-defendant - Appellant. | No. 08-17327 <br> D.C. No. 3:07-cv-00943-WHA <br> Northern District of California, San Francisco <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Wed., October 22, 2008**   Appellant/petitioner shall immediately file the civil appeals docketing statement (CADS), pursuant to Circuit Rule 33-1;

| | |
|---|---|
| **Mon., November 3, 2008** | Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a); |
| **Wed., November 12, 2008** | Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b); |
| **Fri., November 21, 2008** | Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1; |
| **Fri., February 6, 2009** | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| **Mon., March 9, 2009** | The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1 |

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gerald Rosen
Deputy Clerk