FILED

OCT 25 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ELECTRONIC ARTS, INC. | No. 08-74426 |
| ELECTRONIC ARTS, INC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, <br><br> Respondent, <br><br> BERNARD PAUL PARRISH; et al., <br><br> Real Parties in Interest. | D.C. No. 3:07-cv-00943-WHA <br> Northern District of California, <br> San Francisco <br><br><br> ORDER |

Before: WARDLAW and W. FLETCHER, Circuit Judges.

We have reviewed Electronic Arts, Inc.'s petition for writ of mandamus and the record. The court temporarily stays introduction at trial of the disputed portion of the 2006 license agreement between Electronic Arts, Inc. and the NFL Players Association, pending disposition of this mandamus petition.

nmg/MOATT