FILED

OCT 27 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ELECTRONIC ARTS, INC. | No. 08-74426 |
| ELECTRONIC ARTS, INC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, <br><br> Respondent, <br><br> BERNARD PAUL PARRISH; et al., <br><br> Real Parties in Interest. | D.C. No. 3:07-cv-00943-WHA <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: WARDLAW, W. FLETCHER and RAWLINSON, Circuit Judges.

The parties shall make themselves available for telephonic oral argument on Monday, October 27, 2008, at 3:00 p.m. The parties will be notified as to the conference call-in number prior to the hearing. Each party may call in on one line only.

nmg/MOATT

Each party shall provide, by e-mail or facsimile transmission, written notice to the court of the name and telephone number of the attorney who will be appearing at the telephonic argument.  The parties may contact the motions department at (415) 355-8020, to obtain fax and e-mail procedures.

The parties may file simultaneous letter briefs with the court by 2:30 p.m., Pacific Standard Time, Monday, October 27, 2008, also by fax or e-mail.