

**Ronald S. Katz**
Manatt, Phelps & Phillips, LLP
Direct Dial: (650) 812-1346
E-mail: rkatz@manatt.com

October 29, 2008

Client-Matter: 29749-060

**VIA ELECTRONIC FILING**

The Honorable William Alsup
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   *Parrish v. National Football League Players Association*, Case No. C07-0943 WHA

Dear Judge Alsup:

    The Court ordered Plaintiffs to submit a letter brief regarding the admissibility of Trial Exhibit 2370. Trial Exhibit 2370 is Bruce Laird's personal copy of the NFLPA Constitution. Because another copy of the Constitution (Trial Exhibit 132) has already been moved into evidence without objection by Defendants (as set forth in Exhibit A at 484:12-16), Plaintiffs no longer seek to move Exhibit 2370 into evidence at this time.

                                    Respectfully submitted,

                                    /s/ Ronald S. Katz
                                  Ronald S. Katz
                                  Counsel for Plaintiffs

Enclosure

41332869.1

1001 Page Mill Road, Building 2, Palo Alto, California 94304-1006 Telephone: 650.812.1300 Fax: 650.213.0260
Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | Washington, D.C.

Dockets.Justia.com