CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

## The Honorable WILLIAM H. ALSUP

Date: October 27, 2008

Case No.: **C 07-00943 WHA**

Case Name: **BERNARD PAUL PARRISH** v. **NATIONAL FOOTBALL LEAGUE**

Plaintiff's Counsel: Peter Parsher; Ronald Katz; Lewis LeClair; Ryan Hilbert; Chad Hummel
Jill Mayler

Defendant's Counsel: Jeffrey Kessler; Roy Taub; David Feher; David Greenspan
Jason Clark; Molly Donovan

Clerk: Dawn K. Toland         Court Reporter: Kathy Sullivan

Trial Began: 10/20/08         Further Trial: 10/28/08 at 7:30 am

| Trial Motions Heard: | Disposition |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Other:

Third-Party EA's mandamus re exhibit #80 is before the Ninth Circuit. Plaintiffs advised the Court that they would like the jury to see the unredacted version of exhibit #80 and for a redacted version to be shown in open court.

Plaintiffs' witness Douglas Allen continued.