CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

## The Honorable WILLIAM H. ALSUP

Date: October 28, 2008

Case No.: **C 07-00943 WHA**

Case Name: **BERNARD PAUL PARRISH** v. **NATIONAL FOOTBALL LEAGUE**

Plaintiff's Counsel: Peter Parsher; Ronald Katz; Lewis LeClair; Chad Hummel; Jill Mayler

Defendant's Counsel: Jeffrey Kessler; Roy Taub; David Feher; David Greenspan
                               Jason Clark; Molly Donovan

| Clerk: Dawn K. Toland | Court Reporter: Kathy Sullivan |
|---|---|
| Trial Began: 10/20/08 | Further Trial: 10/29/08 at 7:30 am |

Trial Motions Heard:                                                                 Disposition

1. 
2. 
3. 

Other:

Plaintiffs' witness Douglas Allen continued. Plaintiffs' called witnesses: Bruce Laird and Walter Beach.