CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

## The Honorable WILLIAM H. ALSUP

Date: October 29, 2008

Case No.: **C 07-00943 WHA**

Case Name: **BERNARD PAUL PARRISH** v. **NATIONAL FOOTBALL LEAGUE**

Plaintiff's Counsel: Peter Parsher; Ronald Katz; Lewis LeClair; Chad Hummel; Jill Mayler
    Brett Charhon; Anthony Garza

Defendant's Counsel: Jeffrey Kessler; Roy Taub; David Feher; David Greenspan
    Jason Clark; Molly Donovan

Clerk: Dawn K. Toland      Court Reporter: Kathy Sullivan

Trial Began: 10/20/08      Further Trial: 10/30/08 at 7:30 am

Trial Motions Heard:      Disposition

1. 
2. 
3. 

Other:

Plaintiffs' witness Walter Beach continued. Plaintiffs' called witnesses: Joel Linzner and Peter Rhee. Plaintiffs witness Glenn Eyrich read-in by deposition transcript.