CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

## The Honorable WILLIAM H. ALSUP

Date: October 30, 2008

Case No.: **C 07-00943 WHA**

Case Name: **BERNARD PAUL PARRISH** v. **NATIONAL FOOTBALL LEAGUE**

Plaintiff's Counsel: Peter Parsher; Ronald Katz; Lewis LeClair; Chad Hummel; Brett Charhon; Anthony Garza

Defendant's Counsel: Jeffrey Kessler; Roy Taub; David Feher; David Greenspan; Jason Clark; Molly Donovan

Clerk: Dawn K. Toland   Court Reporter: Kathy Sullivan

Trial Began: 10/20/08   Further Trial: 10/31/08 at 7:30 am

Trial Motions Heard:   Disposition

1.
2.
3.

Other:

Plaintiffs' continued the read-in of witness Glenn Eyrich. Plaintiffs' called witness Herbert Adderley. Defendants called witness Steven Berg (out of order.)