United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>    Defendant. | No. C 07-00943 WHA<br><br>**ORDER RE FIVE-PAGE SUBMISSION** |

The five-page submissions for Sunday should be double-spaced regular filings with no footnotes. The parties should not make their submission in letter-briefing format.

**IT IS SO ORDERED.**

Dated: November 1, 2008.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE