HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,

        Plaintiffs,

        V.

NFLPA, a Virginia corporation, and PLAYERS INC d/b/a PLAYERS INC, a Virginia corporation,

        Defendants.

CIVIL ACTION NO. C07 0943 WHA

**JOINT LIST OF ADMITTED TRIAL EXHIBITS**

| Trial Ex. No. | DESCRIPTION |
| --- | --- |
| 5 | 2006 NFLPlayers.com Website |
| 12 | 05/25/2006 Memorandum from D. Allen and D. Ridley to NFLPA Contract Advisors attending 2006 seminar re: NFL Sponsorship Agreement and Its Effect on Club Sponsorships and Agent Obligations |
| 19 | 05/01/2001 Retired Player Group Licensing Authorization Form signed by H. Adderley |
| 23 | Letter from D. Allen to NFLPA Member requesting members to sign GLA |
| 24 | 07/05/2000 Addendum to License Agreement between Electronic Arts and Players Inc |
| 26 | 03/01/2001 License Agreement between Electronic Arts and Players Inc |
| 28 | 03/01/2005 License Agreement between Electronic Arts and Players Inc |
| 29 | 03/01/2004 License Agreement between Electronic Arts and Players Inc |
| 32 | 03/01/2004 License Agreement between Upper Deck Company and NFLPA |
| 34 | 03/01/2000 License Agreement between The Topps Company, Inc. and NFLPA |
| 36 | 03/01/2004 License Agreement between The Topps Company, Inc. and NFLPA |
| 37 | 03/01/2005 License Agreement between FatHead, Inc. and Players Inc |
| 38 | 03/01/2005 License Agreement between Atari, Inc. and Players Inc |
| 53 | 04/29/2005 Email from C. Beavers to D. Allen, A. Collins, C. Walker re: Hall of Fame and Take Two with letter attached |

| Trial Ex. No. | DESCRIPTION |
|---|---|
| 54 | 05/16/2005 Email from C. Beavers to D. Allen, cc: A. Collins, C. Walker re: Retired Player GLA |
| 56 | 06/01/2006 License Agreement among Electronic Arts, National Football Museum, Inc. d/b/a The Pro Football Hall of Fame and Players Inc |
| 64 | 00/00/2004 NFLPA 2004 - 2006 NFLPA Retired Members Directory |
| 65 | 03/01/2004 License Agreement between Electronic Arts and Players Inc |
| 67 | 03/01/2005 License Agreement between Electronic Arts and Players Inc |
| 69 | 12/07/2004 Letter from J. Linzner to C. Walker re: Revised License Proposal |
| 79 | 03/01/2004 License Agreement between Electronic Arts and Players Inc |
| 80 | 03/01/2006 License Agreement between Electronic Arts Players Inc |
| 85 | 02/28/2006 Financial Statements NFLPA, 03/01/2005 - 02/28/2006 |
| 91 | 02/28/2006 Amendment to the 03/01/2000 NFLPA - Players Inc License Agreement |
| 93 | 01/13/1995 Duff and Phelps Letter Enclosing Opinion |
| 95 | 03/01/2000 Agreement between the NFLPA and Players Inc |
| 96 | 00/00/2002 Equal Share Licensing Royalty Distribution Criteria |
| 97 | 02/28/2007 Financial Statements NFL Players, 03/01/2006 - 02/28/2007 |
| 99 | 01/24/2001 Letter from R. Goodell to E. Upshaw attaching NFL Sponsorship Agreement |
| 102 | Gross Licensing Revenues FY 2003 |
| 103 | Gross Licensing Revenues FY 2004 |
| 104 | Gross Licensing Revenues FY 2005 |
| 105 | Gross Licensing Revenues FY 2006 |
| 110 | 11/22/2002 Retired Player Group Licensing Authorization Form signed by Herb Adderley |
| 113 | 06/20/2003 Form letter from G. Upshaw re: payment for use of retired players' names and images |
| 125 | 05/09/1994 Agreement between NFLPA and Players Inc |
| 132 | NFLPA Constitution |
| 394 | 03/01/2007 License Agreement between The Topps Company and NFLPA |
| 506 | 04/12/2006 Retired Player Group Licensing Assignment signed by L. Aguiar |
| 521 | 11/01/2007 Email to A. Feffer from J. Nahra re: Hall of Fame and Electronic Arts |

| Trial Ex. No. | DESCRIPTION |
|---|---|
| 522 | 11/01/2007 Email to P. Cairns from A. Feffer re: Hall of Fame and Electronic Arts |
| 639 | 05/23/2003 Retired Player Group Licensing Authorization Form signed by Walter Beach III |
| 640 | 12/26/1996 Retired Player Group Licensing Authorization Form signed by Walter Beach III |
| 644 | Walter Beach trading card |
| 1001 | 03/01/2003 License Agreement between Flipp Sports and Players Inc |
| 1002 | 03/01/2004 License Agreement between Fox Interactive Media, LLC and Players Inc |
| 1003 | 03/01/2004 License Agreement between Activa Consumer Promotions Inc. and Players Inc |
| 1004 | 03/01/2006 License Agreement between GameWear, Inc. and Players Inc |
| 1005 | 03/01/2006 License Agreement between Activa Consumer Promotions Inc. and Players Inc |
| 1006 | 03/01/2004 License Agreement between Jamdat Mobile Inc. and Players Inc |
| 1007 | 03/01/2006 License Agreement between Airplay and Players Inc |
| 1008 | 03/01/2004 License Agreement between K2 Licensing & Promotions and Players Inc |
| 1009 | 03/01/2003 License Agreement between Atari, Inc. and Players Inc |
| 1010 | 03/01/2006 License Agreement between Little Earth Productions, Inc. and Players Inc |
| 1012 | 03/01/2003 License Agreement between Fanball Interactive, LLC d/b/a Fanball.com and Players Inc |
| 1013 | 03/01/2004 License Agreement between MBI, Incorporated and Players Inc |
| 1014 | 03/01/2003 License Agreement between The Merrick Mint and Players Inc |
| 1015 | 03/01/2004 License Agreement between Motion Imaging Inc. and Players Inc |
| 1016 | 03/01/2007 License Agreement between MVP Pics USA, LLC. and Players Inc |
| 1017 | 03/01/2004 License Agreement between National Direct and Players Inc |
| 1019 | 03/01/2005 License Agreement between USAOPOLY, Inc. and Players Inc |
| 1020 | 03/01/2004 License Agreement between The Upper Deck Company and Players Inc |
| 1023 | 03/01/2003 License Agreement between USAOPOLY, Inc. and Players Inc |
| 1034 | 02/22/2006 Email from C. Walker to P. Cairns re: Hall of Famers Agreement |
| 1049 | 03/15/2004 Email from P. Allen to C. Walker and P. Adolph re: Retired Player Licensing |
| 1071 | 03/01/2006 License Agreement between Yahoo Inc. and Players Inc |

| Trial Ex. No. | DESCRIPTION |
|---|---|
| 1082 | 03/01/2004 License Agreement between Healy Awards and Players Inc |
| 1083 | 03/01/2007 License Agreement between Healy Awards and Players Inc |
| 1084 | 04/01/2003 License Agreement between John F. Turner and Company and Players Inc |
| 1085 | 03/01/2007 License Agreement between K2 Licensing & Promotions and Players Inc |
| 1086 | 03/01/2006 License Agreement between Donruss Playoff Corporation and Players Inc |
| 1087 | 03/01/2006 License Agreement between Merrick Mint and Players Inc |
| 1088 | 03/01/2006 License Agreement between Original Mini's, Inc. and Players Inc |
| 1089 | 03/01/2007 License Agreement between Original Mini's, Inc. and Players Inc |
| 1090 | 03/01/2005 License Agreement between PayDay Sports Inc. and Players Inc |
| 1091 | 03/01/2005 License Agreement between Peter David and Players Inc |
| 1092 | 03/01/2006 License Agreement between Peter David and Players Inc |
| 1093 | 03/01/2005 License Agreement between Photo File and Players Inc |
| 1094 | 03/01/2005 License Agreement between Photo File and Players Inc |
| 1095 | 03/01/2005 License Agreement between Photo File and Players Inc |
| 1096 | 03/01/2003 License Agreement between Pro Specialties Group and Players Inc |
| 1097 | 03/01/2006 License Agreement between Pro Specialties Group and Players Inc |
| 1098 | 03/01/2005 License Agreement between Pro Trade, Inc. and Players Inc |
| 1099 | 03/01/2006 License Agreement between Pro Trade, Inc. and Players Inc |
| 1100 | 03/01/2004 License Agreement between RC2 Brands, Inc. and Players Inc |
| 1101 | 03/01/2006 License Agreement between RC2 Brands, Inc. and Players Inc |
| 1102 | 03/01/2005 License Agreement between Sababa Toys and Players Inc |
| 1103 | 03/01/2006 License Agreement between SC Sports and Players Inc |
| 1104 | 03/01/2003 License Agreement between Serious USA and Players Inc |
| 1105 | 03/01/2004 License Agreement between Serious USA and Players Inc |
| 1106 | 03/01/2004 License Agreement between Sony Computer Entertainment America and Players Inc |
| 1107 | 03/01/2006 License Agreement between Specialty Board Games and Players Inc |
| 1108 | 03/01/2006 License Agreement between SportsLine.com, Inc. and Players Inc |

| Trial Ex. No. | DESCRIPTION |
|---|---|
| 1109 | 03/01/2006 License Agreement between STATS LLC and Players Inc |
| 1110 | 03/01/2005 License Agreement between Team Beans and Players Inc |
| 1111 | 03/01/2007 License Agreement between The Northwest Company and Players Inc |
| 1112 | 03/01/2007 License Agreement between The Topps Company and Players Inc |
| 1113 | 03/01/2004 License Agreement between THQ Wireless, Inc. and Players Inc |
| 1114 | 03/01/2006 License Agreement between THQ Wireless, Inc. and Players Inc |
| 1115 | 03/01/2005 License Agreement between TMP International, Inc. and Players Inc |
| 1116 | 03/01/2003 License Agreement between Transport Graphics, Inc. and Players Inc |
| 1117 | 03/01/2003 License Agreement between Trends International, Inc. and Players Inc |
| 1118 | 03/01/2004 License Agreement between Trends International Inc. and Players Inc |
| 1119 | 03/01/2007 License Agreement between Trends International Inc. and Players Inc |
| 1120 | 03/01/2006 License Agreement between UPI Marketing, Incorporated and Players Inc |
| 1121 | 01/01/2006 License Agreement between Upper Class Collectibles, LLC and Players Inc |
| 1122 | 03/01/2007 License Agreement between USAOPOLY, Inc. and Players Inc |
| 1123 | 03/01/2005 License Agreement between VF Imagewear, Inc. and Players Inc |
| 1124 | 03/01/2003 License Agreement between Vulcan Sports Media, Inc. d/b/a The Sporting News and Players Inc |
| 1125 | 03/01/2006 License Agreement between Vulcan Sports Media, Inc. and Players Inc |
| 1126 | 03/01/2003 License Agreement between Wilmington Products USA, Inc. d/b/a The Northwest Company and Players Inc |
| 1127 | 03/01/2005 License Agreement between Wilmington Products USA, Inc. d/b/a The Northwest Company and Players Inc |
| 1128 | 03/01/2004 License Agreement between Wincraft Inc. and Players Inc |
| 1129 | 03/01/2006 License Agreement between Winning Streak Sports, LLC and Players Inc |
| 1133 | 03/01/2003 License Agreement between All Sport Entertainment and Players Inc |
| 1134 | 03/01/2005 License Agreement between America Online, Inc. and Players Inc |
| 1135 | 03/01/2006 License Agreement between American City Business Journals, Inc. d/b/a Sporting News and Players Inc |
| 1136 | 03/01/2006 License Agreement between AOL LLC and Players Inc |

| Trial Ex. No. | DESCRIPTION |
|---|---|
| 1137 | 12/01/2005 License Agreement between Boelter Brands, LLC and Players Inc |
| 1138 | 03/01/2007 License Agreement between Boelter Brands, LLC and Players Inc |
| 1139 | 03/01/2005 License Agreement between Bradford Exchange and Players Inc |
| 1140 | 03/01/2005 License Agreement between CDM Fantasy Sports, Inc. and Players Inc |
| 1141 | 03/01/2005 License Agreement between Commemorative Tickets.com and Players Inc |
| 1142 | 03/01/2005 License Agreement between Dallas Cowboys Merchandising and Players Inc |
| 1143 | 03/01/2005 License Agreement between Donruss Playoff Corporation and Players Inc |
| 1144 | 03/01/2007 License Agreement between Donruss Playoff Corporation and Players Inc |
| 1145 | 03/01/2006 License Agreement between ESPN/Starwave Partners d/b/a ESPN Internet Venture and Players Inc |
| 1146 | 03/01/2006 License Agreement between Excalibur Electronics, Inc. and Players Inc |
| 1147 | 03/01/2006 License Agreement between F&W Publications, Inc. and Players Inc |
| 1148 | 03/01/2003 License Agreement between Fantasy Sports Championships and Players Inc |
| 1149 | 03/01/2005 License Agreement between Fox Sports Interactive Media, LLC and Players Inc |
| 1150 | 03/01/2006 License Agreement between Fox Interactive Media, Inc. and Players Inc |
| 1151 | 03/01/2005 License Agreement between Gracelyn, Inc. and Players Inc |
| 1152 | 03/01/2006 License Agreement between Head2Head Sports LLC and Players Inc |
| 1164-1 | Five Retired Player Group Licensing Authorization Forms with handwriting |
| 1164-3 | 04/11/2006 Retired Player Group Licensing Authorization Form signed by Trace Armstrong |
| 1164-4 | Retired Player Group Licensing Authorization Forms for Class Members as Summarized by Trial Ex. 2057 |
| 1164-50 | 11/17/2003 Retired Player Group Licensing Authorization Form signed by Ed Jones |
| 1164-51 | 05/01/2001 Retired Player Group Licensing Authorization Form signed by Ed Jones |
| 1184 | 08/08/2005 Email correspondence between J. Strauser and L. Lawson |
| 1208-1 | Exhibit 1 to Expert Report of Dan Rascher: Actual Player Licensing Revenues v. NFLPA's LM-2 Reports |
| 1208-3 | Exhibit 3 to Expert Report of Dan Rascher: MLBPA and NBPA Reported Licensing Revenue and Players' Share |

| Trial Ex. No. | DESCRIPTION |
|---|---|
| 1217 | 05/23/2008 Total Royalty Payments by Year by Licensee Exhibit 5 to Expert Report of Philip Y. Rowley |
| 1218 | 05/23/2008 Royalty Payments Detail Exhibit 5.1 to Expert Report of Philip Y. Rowley |
| 1221 | 05/23/2008 License Agreements - Subset Exhibit 8 to Expert Report of Philip Y. Rowley |
| 1223 | 06/21/2002 Retired Player Group Licensing Authorization Form signed by Clifton A. McNeil, Jr. |
| 1224 | 04/19/2000 Retired Player Group Licensing Authorization Form signed by Bruce A. Laird |
| 1225 | 01/05/2004 Retired Player Group Licensing Authorization Form signed by Bruce A. Laird |
| 1239 | F.R.E. 1006 Summary of Vintage Teams Used in Madden Video Games |
| 1240 | F.R.E. 1006 Summary of Retired Players Used in EA Sports Madden Video Games |
| 1245 | 2003 EA Sports Madden 2003, PC CD |
| 1245-1 | Screen shot from Madden 2003 (Trial Ex. 1245) |
| 1245-2 | Screen shot of wide receiver in game between '65 CLE and '89 SF from Madden 2003 (Trial Ex. 1245) |
| 1245-4 | Screen shot of Baltimore Colts Safety from Madden 2003 (Trial Ex. 1245) |
| 1245-7 | Screen shot of information of Corner Back of Cleveland Browns from Madden 2003 (Trial Ex. 1245) |
| 1245-8 | Screen shot of '65 CLE and '89 SF from Madden 2003 (Trial Ex. 1245) |
| 1245-9 | Screen shot of Cleveland Browns Corner Back from Madden 2003 (Trial Ex. 1245) |
| 1246 | 2004 EA Sports Madden 2004, PlayStation 2 |
| 1257 | 2006 EA Sports Madden 2006, Xbox |
| 1263 | 2007 EA Sports Madden 2007, PC DVD |
| 1263-1 | Screen shot from Madden 2007 (Trial Ex. 1263) |
| 1263-2 | Screen shot from Madden 2007 (Trial Ex. 1263) |
| 1263-7 | Screen shot of CB #33 from Madden 2007 (Trial Ex. 1263) |
| 1268 | 2007 EA Sports Madden 2007, Xbox 360 |
| 1263-108 | Screen shot from Madden 2007 (Trial Ex. 1268) |
| 1275-3 | Revised Exhibit 3: to Expert Report of Dan Rascher: MLBPA Reported Shared Licensing Revenue and Players' Share |
| 1281 | Appendix C: NFL Player Contract |

| Trial Ex. No. | DESCRIPTION |
|---|---|
| 1296 | 03/28/2004 Annual Review of Players Inc |
| 1298 | 3/12/2005 Annual Review of Players Inc |
| 1299 | 03/12/2006 Annual Review of Players Inc |
| 1301 | Screen Shots of Safety #40 from Madden Game |
| 1302 | Screen Shots of Wide Recievern#85 from Madden Game |
| 1307 | 00/00/2003 Equal Share Licensing Royalty Distribution Criteria, Royalty Eligibility for 2003, Season Payment During 2004 Season |
| 1308 | 00/00/2004 Equal Share Licensing Royalty Distribution Criteria, Royalty Eligibility for 2004 Season, Payment During 2005 Season |
| 1309 | 00/00/2005 Equal Share Licensing Royalty Distribution Criteria Royalty Eligibility for 2005 Season Payment During 2006 Season |
| 1310 | 00/00/2006 Equal Share Licensing Royalty Distribution Criteria Royalty Eligibility for 2006 Season Payment During 2007 Season |
| 1320 | 05/31/2001 Letter from L. Lawson to J. Strauser of EA |
| 1321 | Clifton McNeil trading cards |
| 1323-1 | Exhibit to Philip Rowley Expert Report, NFLPA Summary of License Payments Received Subset of License |
| 1323-17 | Exhibit to Philip Rowley Expert Report, NFLPA Damage Model Summary |
| 1326 | Herb Adderley Reebok football jersey |
| 2000 | 8/29/2007 STATS LLC License Agreement, Effective 03/01/2007 |
| 2046 | 06/00/2004 Touchback |
| 2047 | Attachment A to EA License Agreement - Active Player Group Licensing Assignment |
| 2056 | Compilation of Ad Hoc Royalties for Class Members |
| 2057 | Compilation of Class Members' GLAs |
| 2062 | 01/20/2000 EA License Agreement, Effective 03/01/1998 |
| 2087 | 07/08/2005 Upper Deck - Adderley Ad Hoc |
| | |
| 2089 | 08/15/2005 Upper Deck - Adderley Ad Hoc |
| 2092 | 08/15/2005 Upper Deck - Vernand Morency Ad Hoc |
| 2094 | 06/14/2004 EA - Joe Greene Ad Hoc |

| Trial Ex. No. | DESCRIPTION |
|---|---|
| 2125 | 11/09/2004 Topps - Roger Craig Ad Hoc |
| 2245 | 03/01/2002 - 02/28/2003 NFLPA Financial Statement: 2002-2003 |
| 2247 | 03/18/1991 Minutes of NFLPA Board of Player Directors' Meeting |
| 2259 | 09/00/2006 Players Inc Brochure |
| 2260 | 00/00/2004 Players Inc Brochure |
| 2262 | 09/01/2003 Players Inc Brochure |
| 2263 | 00/00/2001 Players Inc Brochure |
| 2272 | Madden 2007 Screenshot Player Information Raiders Shane Lechler |
| 2291 | 04/13/2004 March 2004 Players Inc Monthly Report |
| 2292 | 09/02/2004 August 2004 Players Inc Monthly Report |
| 2293 | 10/02/2004 - September 2004 Players Inc Monthly Report |
| 2294 | 11/09/2004 - October 2004 Players Inc Monthly Report |
| 2295 | 01/11/2004 - November 2004 Players Inc Monthly Report |
| 2296 | 12/06/2004 - November 2004 Players Inc Monthly Marketing Report |
| 2297 | 02/16/2005 - January 2005 Players Inc Monthly Report |
| 2298 | 06/06/2005 - May 2005 Players Inc Monthly Report |
| 2299 | 12/23/2005 - December 2005 Players Inc Monthly Report |
| 2300 | 01/31/2006 - January 2006 Players Inc Monthly Report |
| 2301 | 02/28/2006 - February 2006 Players Inc Monthly Report |
| 2302 | 05/31/2006 - May 2006 Players Inc Monthly Report |
| 2303 | 06/30/2006 - June 2006 Players Inc Monthly Report |
| 2304 | 07/31/2006 - July 2006 Players Inc Monthly Report |
| 2305 | 08/31/2006 - August 2006 Players Inc Monthly Report |
| 2306 | 09/30/2006 - September 2006 Players Inc Monthly Report |
| 2307 | 10/31/2006 - October 2006 Players Inc Monthly Report |
| 2336 | 03/10/2005 Adderley Ad Hoc with Upper Deck |
| 2349 | 12/22/2003 Retired Player Group Licensing Authorization Form signed by Dan Goich |

| Trial Ex. No. | DESCRIPTION |
|---|---|
| 2362 | 10/29/06 Email from B. Laird to D. Allen re: Players Inc retired players and amounts of money received |
| 2370 | 03/00/1994 NFLPA Constitution, March 1994 |
| 2392 | Topps Trading Cards - Bruce Laird |
| 2395 | Printout from part of the Raider database |
| 2397 | Summary Chart - Noll Ex.: Distribution of Licensing Revenues |
| 2398 | Summary Chart - Noll Ex.: Distribution of Licensing Revenues |
| 2399 | Summary Chart - Noll Ex.: Percentage of Licensing Income Paid to Players |