CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

## The Honorable WILLIAM H. ALSUP

Date: October 31, 2008

Case No.: **C 07-00943 WHA**

Case Name: **BERNARD PAUL PARRISH** v. **NATIONAL FOOTBALL LEAGUE**

Plaintiff's Counsel: Peter Parsher; Ronald Katz; Lewis LeClair; Chad Hummel

Defendant's Counsel: Jeffrey Kessler; Roy Taub; David Feher; David Greenspan
                        Jason Clark; Molly Donovan

Clerk: Dawn K. Toland           Court Reporter: Kathy Sullivan

Trial Began: 10/20/08           Further Trial: 11/3/08 at 7:30 am

Trial Motions Heard:                                        Disposition

1. 
2. 
3. 

Other:

Plaintiff's called witnesses: Richard Berthelsen; Joe Nahra; Daniel Rascher.

Parties stipulated to a four-page list of exhibits that are admitted. Court provided counsel with copies of the draft jury instructions.