CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

## The Honorable WILLIAM H. ALSUP

Date: November 3, 2008

Case No.: **C 07-00943 WHA**

Case Name: **BERNARD PAUL PARRISH** v. **NATIONAL FOOTBALL LEAGUE**

Plaintiff's Counsel: Peter Parsher; Ronald Katz; Lewis LeClair; Chad Hummel

Defendant's Counsel: Jeffrey Kessler;  David Feher; David Greenspan
                                    Jason Clark; Molly Donovan; Bruce Meyer

Clerk:  Dawn K. Toland                    Court Reporter:  Kathy Sullivan

Trial Began: 10/20/08                     Further Trial:  11/4/08 at 7:30 am

Trial Motions Heard:                                              Disposition

1.
2.
3.

Other:

Plaintiff's called witnesses: Philip Rowley.  Plaintiff REST, subject to called Patricia Allen and admitting exhibit #1164.

Defendants' Rule 50 Motion is deemed submitted.  Defendants called witnesses: Trace Armstrong and Dan Goich.