CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

## The Honorable WILLIAM H. ALSUP

Date: November 4, 2008

Case No.: **C 07-00943 WHA**

Case Name: **BERNARD PAUL PARRISH** v. **NATIONAL FOOTBALL LEAGUE**

Plaintiff's Counsel: Peter Parsher; Ronald Katz; Lewis LeClair; Chad Hummel; Jill Nayler

Defendant's Counsel: Jeffrey Kessler; David Feher; David Greenspan
            Jason Clark; Molly Donovan; Bruce Meyer

Clerk: Dawn K. Toland                Court Reporter: Kathy Sullivan

Trial Began: 10/20/08                Further Trial: 11/5/08 at 7:30 am

| Trial Motions Heard: | | Disposition |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Other:

Defendants called witness Trace Armstrong continued. Plaintiff's called witness Patricia Allen. Defendant called witness Professor Roger Noll.

Court gave counsel another copy of the draft jury instructions. Charging conference will be held at 7:30am on 11/6/08.