CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

## The Honorable WILLIAM H. ALSUP

Date: November 5, 2008

Case No.: **C 07-00943 WHA**

Case Name: **BERNARD PAUL PARRISH** v. **NATIONAL FOOTBALL LEAGUE**

Plaintiff's Counsel: Peter Parsher; Ronald Katz; Lewis LeClair; Chad Hummel; Ryan Hilbert; Anthony Garza

Defendant's Counsel: Jeffrey Kessler; David Feher; David Greenspan; Roy Taub Jason Clark; Molly Donovan; Bruce Meyer

Clerk: Dawn K. Toland          Court Reporter: Kathy Sullivan

Trial Began: 10/20/08          Further Trial: 11/7/08 at 7:30 am

| Trial Motions Heard: | Disposition |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Other:

Defendants called witness Professor Roger Noll continued. Defendant witness Gene Upshaw by deposition transcript. Defendants REST.

Plaintiff called rebuttal witness Howard J. Skull.

Counsel argued the defendants' Rule 50 Motion after the jury recessed for the day. Charging conference will be held at 7:30am on 11/6/08.