CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

## The Honorable WILLIAM H. ALSUP

Date: November 6, 2008

Case No.: **C 07-00943 WHA**

Case Name: **BERNARD PAUL PARRISH** v. **NATIONAL FOOTBALL LEAGUE**

Plaintiff's Counsel: Ronald Katz; Lewis LeClair; Ryan Hilbert; Jill Nayler

Defendant's Counsel: Jeffrey Kessler; David Feher; Roy Taub; Molly Donovan; Bruce Meyer

Clerk: Dawn K. Toland　　　　　Court Reporter: Kathy Sullivan

Trial Began: 10/20/08　　　　　Further Trial: 11/7/08 at 7:30 am

Trial Motions Heard:　　　　　　　　　　　　　　　　　Disposition

1.
2.
3.

Other:

Charging conference held.