CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

## The Honorable WILLIAM H. ALSUP

Date: November 7, 2008

Case No.: **C 07-00943 WHA**

Case Name: **BERNARD PAUL PARRISH** v. **NATIONAL FOOTBALL LEAGUE**

Plaintiff's Counsel: Peter Parscher; Chad Hummel; Ronald Katz; Lewis LeClair;
　　　　　　　　　　Brett Charhon; Jill Nayler

Defendant's Counsel: Jeffrey Kessler; David Feher; Molly Donovan; David Greenspan;
　　　　　　　　　　Jason Clark Bruce Meyer

Clerk: Dawn K. Toland　　　　　　　　Court Reporter: Kathy Sullivan

Trial Began: 10/20/08　　　　　　　　Further Trial: 11/10/08 at 7:45 am

| Trial Motions Heard: | Disposition |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Other:

Closing Arguments made. Court gave the jury instructions. Jury began deliberations.