CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

## The Honorable WILLIAM H. ALSUP

Date: November 10, 2008

Case No.: **C 07-00943 WHA**

Case Name: **BERNARD PAUL PARRISH** v. **NATIONAL FOOTBALL LEAGUE**

Plaintiff's Counsel: Peter Parscher; Ronald Katz; Lewis LeClair;

Defendant's Counsel: Jeffrey Kessler; David Feher; Molly Donovan; David Greenspan; Jason Clark

| | |
|---|---|
| Clerk: Dawn K. Toland | Court Reporter: Kathy Sullivan |
| Trial Began: 10/20/08 | Trial Ended: 11/10/08 |

Trial Motions Heard:                                          Disposition

1.
2.
3.

Other:

Jury continued deliberating and reached a verdict in favor of plaintiff.

Punitive Damages trial held immediately following.

Plaintiff called witness Richard Berthelsen. Plaintiff and defendants made closing arguments and the gave the jury instruction. Jury deliberated and reached a verdict.