E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,

    Defendants.

No. C 07-00943 WHA

**SPECIAL VERDICT FORM**

YOUR ANSWERS MUST BE UNANIMOUS

1. On behalf of the class, has plaintiff proven by a preponderance of the evidence a class-wide breach of any term of the RPGLA?

    Yes ✓    No _____

2. If the answer to Question No. 1 is "Yes," then state the amount of damages to class members, if any, plaintiff has proven by reason of any such breach.

$ __0__

3. On behalf of the class, has plaintiff proven by a preponderance of the evidence that defendants owed a fiduciary duty to the RPGLA Class in connection with the RPGLA?

Yes ✓   No ___

4. If your answer to Question No. 3 is "Yes," then state whether plaintiff has proven by a preponderance of the evidence any class-wide breach of fiduciary duty by defendants under the RPGLA?

Yes ✓   No ___

5. If the answer to Question No. 4 is "Yes," then state the amount of damages to class members, if any, plaintiff has proven by reason of any such breach.

$ 7.1 million

(Any damages on Question No. 5 should exclude any damages on Question No. 2.)

6. If the answers to Questions No. 3 and No. 4 are "Yes," then state whether plaintiff has proven by clear and convincing evidence that punitive damages should be imposed on defendants.

Yes ✓   No ___

(If your answer to Question No. 6 is "Yes," then a short supplemental proceeding will take place for you to decide the amount of punitive damages.)

Dated: November 10, 2008.

_____
FOREPERSON