E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT ANTHONY ADDERLEY, on
behalf of himself and all others similarly
situated,

              Plaintiffs,

    v.

NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION, a Virginia
corporation, and NATIONAL FOOTBALL
LEAGUE PLAYERS INCORPORATED
d/b/a PLAYERS INC., a Virginia
corporation,

              Defendants.

No. C 07-00943 WHA

**SPECIAL VERDICT FORM RE
PUNITIVE DAMAGES**

**YOUR ANSWER MUST BE UNANIMOUS**

    As punitive damages, we the jury award to the plaintiff class and against defendants the

sum of $ _21 Million_

Dated: November _10_, 2008.

_Lisa A. Seagle_
                      FOREPERSON

United States District Court
For the Northern District of California