IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendants. | No. C 07-00943 WHA<br><br>**JUDGMENT** |

Based on the accompanying jury verdicts, judgment is hereby entered in favor of the plaintiff class and against defendants in the total amount of $28.1 million.

**IT IS SO ORDERED.**

Dated: November 12, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE