UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C07-00943 WHA**

Case Name: **HERBERT ADDERLEY** v. **NFL PLAYERS ASSOC, ET AL.**

NOTE FROM THE JURY

Note No. _1_

Date _11/7/08_

Time _3:23_

1. The Jury has reached a unanimous verdict (　)

or

(2.) The Jury or Juror has the following question:

Can we have the giant Herb Adderley RPGLA

---

Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C07-00943 WHA**

Case Name: **HERBERT ADDERLEY** v. **NFL PLAYERS ASSOC, ET AL.**

NOTE FROM THE JURY

Note No. 2

Date 11/10/08

Time 1:35 pm

1. The Jury has reached a unanimous verdict ( ✓ )

or

2. The Jury or Juror has the following question:


*[signature]*
Foreperson of the Jury
or Member of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ALSUP

Case No. **C07-00943 WHA**

Case Name: **HERBERT ADDERLEY** v. **NFL PLAYERS ASSOC, ET AL.**

NOTE FROM THE JURY

Note No. 3

Date 11/10

Time 4/12pm

1. The Jury has reached a unanimous verdict ( ✓ )

or

2. The Jury or Juror has the following question:



Foreperson of the Jury
or Member of the Jury

We have elected our jury

foreperson as Lisa DeSouza.

11/7/08

*(signature: Lisa DeSouza)*

Daily Schedule

    start 7:45 am
    break
yp 11/7/08 ~~lunch~~ 10:00 am
    lunch 11:45 – 12:30
    break 1:45
    leave 3:00