Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION TO EXCEED THE PAGE LIMITATION ON THEIR RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** |

Defs.' Misc. Admin. Mot. to Exceed the Page Limitation on their Renewed Motion for Judgment as a Matter of Law — Civ. Action No. C07 0943 WHA

Dockets.Justia.com

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 7-11, Defendants National Football League Players |
| 2 | Association ("NFLPA") and National Football League Players Incorporated ("Players Inc") |
| 3 | hereby request to exceed the page limitation on their forthcoming briefing of Defendants' |
| | Renewed Motion for Judgment as a Matter of Law ("Renewed Motion") by a total of ten pages. |

Pursuant to Civil Local Rule 7-11, Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated ("Players Inc") hereby request to exceed the page limitation on their forthcoming briefing of Defendants' Renewed Motion for Judgment as a Matter of Law ("Renewed Motion") by a total of ten pages.

Defendants submit that given the number and complexity of legal and evidentiary issues that they must address in their Renewed Motion, the current 40-page limitation (combined for Defendants' opening and reply briefs) under the Civil Local Rules is insufficient. Defendants therefore respectfully request that the Court grant Defendants' Miscellaneous Administrative Motion and increase the combined page limitation for Defendants' opening and reply briefs by 10 pages to a total of 50 pages (whereby Defendants would allocate their additional 10 pages between their opening and reply briefs), and that Plaintiffs likewise be granted 10 additional pages for their opposition brief. Pursuant to Civil L.R. 7-11(a), counsel for Defendants met and conferred with counsel for Plaintiffs regarding Defendants' Miscellaneous Administrative Motion. Counsel for Plaintiffs stated that they take no position with respect to Defendants' Miscellaneous Administrative Motion. See Declaration of Roy Taub ¶ 2, Ex. A.

Date: November 14, 2008

DEWEY & LEBOEUF LLP

BY: ___/s/ David G. Feher_____

David G. Feher
*Attorneys for Defendants*

Defs.' Misc. Admin. Mot. to Exceed the Page Limitation
on their Renewed Motion for Judgment as a Matter of Law

Civ. Action No. C07 0943 WHA