Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, <br><br>  Plaintiffs, <br><br>  v. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, <br><br>  Defendants. | Case No. C 07 0943 WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE MOTION TO EXCEED THE PAGE LIMITATION ON THEIR RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** <br><br> Date: <br> Time: <br> Ctrm: 9 <br> Judge: William H. Alsup |

The Court, having considered Defendants' Motion to Exceed the Page Limitation on their Renewed Motion for Judgment as a Matter of Law, and all papers filed herein, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED that both Plaintiffs and Defendants may each exceed by ten pages the page limitations on their respective briefs on Defendants' forthcoming Renewed Motion for Judgment as a Matter of Law.

IT IS SO ORDERED.

Dated:_____, 2008

_____
The Honorable William H. Alsup
United States District Court Judge

[Proposed] Order Granting Defendants' Motion to Exceed the Page Limitation on their Renewed Motion for Judgment as a Matter of Law                                            Civ. Action No. C07 0943 WHA