MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jnaylor@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**PLAINTIFFS' STATEMENT IN RESPONSE TO COURT'S REQUEST FOR INFORMATION RE DISPOSITION OF AWARD AND AWARD OF ATTORNEYS' FEES AND COSTS** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20209556.1

STATEMENT IN RESPONSE TO COURT'S
REQUEST FOR INFORMATION - C07 0943 WHA

Dockets.Justia.com

Plaintiffs respectfully submit this statement to the Court regarding the proposed disposition of the award and the prospective application for attorney fees and costs and state as follows:

**A.** **<u>Disposition of the Award</u>**

Plaintiffs expect the proposed disposition of the award to present few challenges or issues. Because the amount awarded to the Plaintiffs is not allocated to a specific time period, Plaintiffs' counsel will have their experts determine proper disposition of the award to the Class based upon the years that GLA(s) were in existence and signed by each class member and based upon the final amount of the award, after attorneys' fees and costs are determined. Because a notice to the class, an objection period, and a potential hearing are required to determine the appropriate award of fees and costs to Plaintiffs' counsel, it would make sense to combine the notice and hearing for disposition of the award with the notice and hearing with respect to the award of attorneys fees and costs. However, counsel will follow any direction from the Court as to the timing of the hearing.

**B.** **<u>Application of Attorney's Fees</u>**

The Federal Rules of Civil Procedure provide the applicable procedure to determine an award of attorneys' fees in a class action:

Federal Rule of Civil Procedure 23(h) provides that in a certified class action such as this, the court may award reasonable attorney's fees and nontaxable costs that are authorized by law. Class counsel are entitled to an award of attorney fees in connection with the creation of a "common fund" such as the judgment in this case. *Wells v. Allstate Ins. Co.*, 557 F.Supp.2d 1, 6 ( D.D.C. 2008); *In re Baan Co. Securities Litigation,* 288 F.Supp.2d 14, 21 ( D.D.C. 2003); *In re Daou Systems, Inc., Securities Litigation,* 2008 WL 1832428 (S.D.Cal.) (slip op.) A claim for an award must be made by motion under Rule 54(d)(2), subject to the provisions of subdivision (h), at a time the court sets. Rule 23(h)(1). Notice of the motion must be served on all parties and, for motions by class counsel, directed to class members in a reasonable manner. *Id.* A class member, or a party from whom payment is sought, may object to the motion. Rule 23(h)(2). The court may hold a hearing and must find the facts and state its legal conclusions under Rule

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20209556.1

2

STATEMENT IN RESPONSE TO COURT'S
REQUEST FOR INFORMATION - C07 0943 WHA

52(a). Rule 23(h)(3). The court may refer issues related to the amount of the award to a special master or a magistrate judge, as provided in Rule 54(d)(2)(D). Rule 23(h)(4).

The broader rule related to attorneys fee applications, Rule 54(d)(2), provides that, unless a statute or a court order provides otherwise, the motion for attorneys fees and costs must:

> (i) be filed no later than 14 days after the entry of judgment;
>
> (ii) specify the judgment and the statute, rule, or other grounds entitling the movant to the award;
>
> (iii) state the amount sought or provide a fair estimate of it; and
>
> (iv) disclose, if the court so orders, the terms of any agreement about fees for the services for which the claim is made.

Rule 54(d)(2)(B).

Subject to Rule 23(h), the court must, on a party's request, give an opportunity for adversary submissions on the motion in accordance with Rule 43(c) or 78. The court may decide issues of liability for fees before receiving submissions on the value of services. The court must find the facts and state its conclusions of law as provided in Rule 52(a). Rule 54(d)(2)(C). *See also,* Local Rule 54-6. (Motion for Attorney's Fees.)

Plaintiffs counsel expect to file their motion for attorneys fees and costs within the 14 day deadline, absent other direction from the Court. Counsel anticipate handling the motion in a manner similar to class certification, with a first class mailing to all class members through a class administrator, an objection date, and a noticed hearing date. Court approval will be sought for the form and manner of notice and the dates of objection and hearing. Counsel will, of course, follow any further direction from the Court on this matter.

Dated: November 14, 2008

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Ronald S. Katz
 Ronald S. Katz (SBN 085713)
 Ryan S. Hilbert (SBN 210549)
 Noel S. Cohen (SBN 219645)
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
Lewis T. LeClair (SBN 077136)
Jill Adler Naylor (SBN 150783)
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20209556.1

4

STATEMENT IN RESPONSE TO COURT'S
REQUEST FOR INFORMATION - C07 0943 WHA