Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>　　　　Defendants. | Case No. C 07 0943 WHA<br><br>**DEFENDANTS' MOTION TO SHORTEN TIME ON THEIR MOTION FOR STAY OF EXECUTION OF JUDGMENT PENDING DISPOSITION OF DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at such date and time as the Court may order, Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") (collectively, "Defendants"), will and hereby do move, pursuant to Civil Local Rule 6-3, for an order shortening the time so that Defendants' Motion for Stay of Execution of Judgment Pending Disposition of Defendants' Renewed Motion for Judgment as a Matter of Law ("Motion for Stay") be calendared for the Court's consideration on Tuesday, November 25, 2008, with Plaintiffs' Opposition to be filed and served by no later than Friday, November 21, 2008, and Defendants' Reply to be filed and served by no later than Monday, November 24, 2008.

This Motion is based on the accompanying Memorandum of Points and Authorities, the accompanying declarations, the pleadings in this matter, and on such further evidence and argument as may be presented at the hearing, if any, on this Motion.

Date: November 18, 2008                    DEWEY & LEBOEUF LLP


BY: __/s/Jeffrey L. Kessler_____
Jeffrey L. Kessler

*Attorneys for Defendants*

Defendants' Mot. to Shorten Time on                                   Civ. Action No. C07 0943 WHA
Their Mot. for Stay of Execution of Judgment

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Civil Local Rule 6-3, Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated ("Players Inc") (collectively, "Defendants") hereby submit this Motion to Shorten Time on Their Motion for Stay of Execution of Judgment Pending Disposition of Defendants' Renewed Motion for Judgment as a Matter of Law. Defendants respectfully request that the Court grant Defendants' Motion and issue an order providing that Defendants' Motion for Stay of Execution of Judgment Pending Disposition of Defendants' Renewed Motion for Judgment as a Matter of Law ("Motion for Stay") be calendared for the Court's consideration on Tuesday, November 25, 2008.

This Motion concerns Defendants' Motion for Stay, which is also being filed today, and which is based on Defendants' forthcoming Renewed Motion for Judgment as a Matter of Law. See Fed. R. Civ. P. 62(b)(1). Defendants will renew their motion for judgment as a matter of law, which the Court previously described as "very substantial," (Trial Tr. at 2472:25-2473:14), on Wednesday, November 26, 2008.

Under the applicable Local Rules and the Standing Order in this case, the earliest date that the Motion for Stay could be calendared without leave of court is January 8, 2009, which would be several weeks after the expiration of the automatic stay on the execution of judgment entered by this Court on November 12, 2008, and the same date as the hearing for the Renewed Motion for Judgment as a Matter of Law. Defendants would be substantially prejudiced by this result, since it exposes them to execution of a judgment that may very well be reversed or modified by the Court. There is thus ample reason to shorten the time on the Motion for Stay so that it can be calendared for the Court's consideration (without oral argument) on Tuesday, November 25, 2008, with Plaintiffs' Opposition to be filed and served by no later than Friday, November 21, 2008, and Defendants' Reply to be filed and served by no later than Monday, November 24, 2008.

As further described in the Declaration of Ian Papendick in Support of Defendants' Motion to Shorten Time, Defendants unsuccessfully sought to obtain a stipulation to

Defendants' Mot. to Shorten Time on  
Their Mot. for Stay of Execution of Judgment

Civ. Action No. C07 0943 WHA

1

the requested time change.  Pursuant to Civil Local Rule 6-3(a), Defendants note that the only time modification in this case so far was pursuant to the Court's Order Re-Setting Deadlines, dated December 7, 2007, which was the result of the parties' agreement and had the effect of extending discovery and postponing the class certification and summary judgment motion deadlines in this case, but left the current dates of the pre-trial conference and the trial intact. Given that judgment has been entered in this case and it is closed, the requested time modification would have no effect on the schedule for the case.

## CONCLUSION

For all of the foregoing reasons, Defendants respectfully request that the Court grant Defendants' Motion to Shorten Time and issue an order providing that Defendants' Motion for Stay be calendared for consideration by the Court (without oral argument) on Tuesday, November 25, 2008, with Plaintiffs' Opposition to be filed and served by no later than Friday, November 21, 2008, and Defendants' Reply to be filed and served by no later than Monday, November 24, 2008.

Date:  November 18, 2008                                    DEWEY & LEBOEUF LLP


                                                            BY:   /s/Jeffrey L. Kessler
                                                                   Jeffrey L. Kessler

                                                            *Attorneys for Defendants*