Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**DECLARATION OF IAN PAPENDICK IN SUPPORT OF DEFENDANTS' MOTION TO SHORTEN TIME ON THEIR MOTION FOR STAY OF EXECUTION OF JUDGMENT PENDING DISPOSITION OF DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** |

Declaration of Ian Papendick in Support of Defendants' Motion  Civ. Action No. C07 0943 WHA
to Shorten Time on Their Motion for Stay of Execution of Judgment

Dockets.Justia.com

**DECLARATION OF IAN PAPENDICK**

I, Ian Papendick, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and am admitted to practice before this Court *pro hac vice*. I make this Declaration in support of Defendants' Motion to Shorten Time on Their Motion for Stay of Execution of Judgment Pending Disposition of Defendants' Renewed Motion for Judgment as a Matter of Law. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

2. On November 12, 2008 the Court entered a Judgment in favor of Plaintiffs and against Defendants in the total amount of $28.1 million. Pursuant to Federal Rule of Civil Procedure 62(a), the automatic stay of execution of the judgment expires on November 26, 2008.

3. As set forth in Defendants' Motion to Shorten Time and in Defendants' concurrently-filed Motion for Stay of Execution of Judgment Pending Disposition of Defendants' Renewed Motion for Judgment as a Matter of Law ("Stay Motion"), a stay of the execution of the judgment is necessary to prevent Defendants' exposure to substantial prejudice given the very real possibility that the judgment in favor of Plaintiffs may be reversed or modified by the Court.

4. Under the applicable Local Rules and the Standing Order in this case, the earliest date that the Stay Motion could be heard without leave of court is January 8, 2009, which would be over six weeks from the expiration of the automatic stay pursuant to Federal Rule of Civil Procedure 62(a). Defendants submit that, as set forth in further detail in the Motion to Shorten Time, Defendants would be substantially prejudiced as they would be exposed to execution of the judgment prior to the Court's determination of Defendants' Renewed Motion for Judgment as a Matter of Law, which the Court has previously described as "very substantial." See Trial Tr. 2472:25-2473:14. There is thus ample reason to shorten the time on the Stay Motion so that it can be decided by the Court on November 25, 2008 without oral argument –

which is the day before the automatic stay of execution of judgment expires pursuant to Rule 62(a) – with Plaintiffs' Opposition to be filed and served by no later than November 21, 2008, and Defendants' Reply to be filed and served by no later than November 24, 2008.

8. I spoke with Brett Charhon, counsel for Plaintiffs, by telephone on November 18, 2008 to obtain a stipulation to the time modifications requested by Defendants in this Motion. After conferring with his colleagues, Mr. Charhon informed me later during the day that Plaintiffs would not agree to enter into any such stipulation.

9. The only time modifications in this case so far were pursuant to the Court's Order Re-Setting Deadlines, dated December 7, 2007, which was the result of the parties' agreement, and the Court's Order re Trial Schedule, dated August 28, 2008.

10. The requested time modification would have no effect on the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 18, 2008

                                               _____/s/ Ian L. Papendick_____
                                                   Ian L. Papendick

Declaration of Ian Papendick in Support of Defendants' Motion         Civ. Action No. C07 0943 WHA
to Shorten Time on Their Motion for Stay of Execution of Judgment