Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>　　　　Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME ON THEIR MOTION FOR STAY OF EXECUTION OF JUDGMENT PENDING DISPOSITION OF DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Date:<br>Time:<br>Ctrm: 9<br>Judge: William H. Alsup |

　　　　The Court, having considered Defendant' Motion to Shorten Time on Their Motion for Stay of Execution of Judgment Pending Disposition of Defendants' Renewed Motion for Judgment as a Matter of Law, and all papers filed herein, and good cause appearing, hereby orders as follows:

　　　　IT IS HEREBY ORDERED that the Defendants' Motion for Stay of Execution of Judgment Pending Disposition of Defendants' Renewed Motion for Judgment as a Matter of Law will be calendared for consideration by the Court (without oral argument) on Tuesday, November 25, 2008.

　　　　IT IS FURTHER ORDERED that Plaintiffs' Opposition be filed and served by no

[Proposed] Order Granting Defendants' Mot. to Shorten Time on Their Mot. for Stay of Execution of Judgment　　　　Civ. Action No. C07 0943 WHA

Dockets.Justia.com

later than Friday, November 21, 2008, and that Defendants' Reply be filed and served by no later than Monday, November 24, 2008.

IT IS SO ORDERED.

Dated: _____, 2008

_____
The Honorable William H. Alsup
United States District Court Judge

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111