**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PAUL PARISH, HERBERT
ANTHONY ADDERLEY, and WALTER
ROBERTS III, on behalf of themselves and           No. C 07-00943 WHA
all others similarly situated,

        Plaintiffs,

  v.                                                **ORDER GRANTING
                                                   DEFENDANTS' MOTION
                                                   FOR STAY OF
NATIONAL FOOTBALL LEAGUE PLAYERS                   EXECUTION OF
INCORPORATED d/b/a PLAYERS INC., a                 JUDGMENT PENDING
Virginia corporation,                              DISPOSITION OF
                                                   DEFENDANTS' RENEWED
        Defendant.                         MOTION FOR JUDGMENT
                                                   AS A MATTER OF LAW**
_____/

      For good cause shown, Defendants' Motion for Stay of Execution of Judgment Pending

Disposition of Defendants' Renewed Motion for Judgment as a Matter of Law is **GRANTED.**

Plaintiffs may move in the future to vacate the stay in the event the Renewed Motion for

Judgment as a Matter of Law is not expeditiously determined.

      **IT IS SO ORDERED.**

Dated: November 19, 2008.

                         WILLIAM ALSUP
                         UNITED STATES DISTRICT JUDGE