Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>    Plaintiffs,<br><br>      v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>    Defendants. | Case No. C 07 0943 WHA<br><br>**DECLARATION OF DAVID GREENSPAN IN SUPPORT OF DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** |

Declaration of David Greenspan In Support of     Civ. Action No. C07 0943 WHA
Defs.' Renewed Mot. for Judgment as a Matter of Law

Dockets.Justia.com

# DECLARATION OF DAVID GREENSPAN

I, David Greenspan, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and my pro hac vice application in this matter was granted by the Court on August 3, 2007. I make this Declaration in support of Defendants' Renewed Motion for Judgment as a Matter of Law. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

2. Attached hereto as Exhibit 1 are true and correct copies of excerpts of the transcript of trial proceedings, dated October 15, 2008-November, 10, 1008.

3. Attached hereto as Exhibit 2 is a true and correct copy of the first page of Trial Exhibit 2056.

4. Attached hereto as Exhibit 3 is a true and correct copy of Trial Exhibit 110.

5. Attached hereto as Exhibit 4 is a true and correct copy Trial Exhibit 1320.

6. Attached hereto as Exhibit 5 is a true and correct copy of an article entitled "NFL Union to Pay $28.1 Million to Retirees," Associated Press, Nov. 10, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 26, 2008

                                                             /s/ David Greenspan
                                                              David Greenspan

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111