Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>　　　　Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Date: January 8, 2009<br>Time: 8:00 am<br>Ctrm: 9<br>Judge: William H. Alsup |

　　　　The Court, having considered Defendants' Renewed Motion for Judgment as a Matter of Law, and all papers filed herein, and good cause appearing, hereby orders as follows:

　　　　IT IS HEREBY ORDERED that Defendants' Renewed Motion for Judgment as a Matter of Law is GRANTED.

　　　　IT IS SO ORDERED.

Dated:_____, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable William H. Alsup
　　　　　　　　　　　　　　　　　　　　United States District Court Judge