Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC,<br><br>Defendants. | Case No. C 07 0943 WHA<br><br>**[PROPOSED] ORDER POSTPONING DEADLINES FOR DEFENDANTS' RESPONSES TO PLAINTIFFS' APPLICATION FOR PRELIMINARY AND FINAL DETERMINATION OF COSTS, FEES, EXPENSES AND AN INCENTIVE PAYMENT FOR CLASS REPRESENTATIVE HERBERT ADDERLEY AND PLAINTIFFS' BILL OF COSTS** |

The Court, having considered Defendants' letter brief dated December 2, 2008, and good cause appearing, hereby orders as follows: Defendants' responses to Plaintiffs' Application for Preliminary and Final Determination of Costs, Fees, Expenses, and an Incentive Payment for Class Representative Herbert Adderley and to Plaintiffs' Bill of Costs are postponed. The Court will set a new briefing and hearing schedule on these issues, if necessary, after Defendants' Rule 50 motion has been decided.

IT IS SO ORDERED.

Dated:_____, 2008

_____
The Honorable William H. Alsup
United States District Court Judge

Dockets.Justia.com