IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PAUL PARRISH, HERBERT
ANTHONY ADDERLEY, WALTER
ROBERTS III, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

  v.

NATIONAL FOOTBALL LEAGUE
PLAYERS INCORPORATED, et al.,

    Defendants.

No. C 07-00943 WHA

**ORDER RE LETTER
DATED DECEMBER 2, 2008**

The defense letter motion dated December 2, 2008, is **DENIED**. All briefing and filings must be made. Whether or not the Court will defer ruling on attorney's fees will be decided after full briefing.

**IT IS SO ORDERED.**

Dated: December 3, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE