**FILED**

UNITED STATES COURT OF APPEALS

**DEC 04 2008**

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BERNARD PAUL PARRISH, on behalf of himself and all others similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS INC., a Virginia Corporation, DBA Players Inc.; et al., <br><br> Defendants, <br><br> v. <br><br> ELECTRONIC ARTS, INC., <br><br> Third-party-defendant - Appellant. | No. 08-17327 <br><br> D.C. No. 3:07-cv-00943-WHA <br> Northern District of California, <br> San Francisco <br><br><br><br><br><br> ORDER |

On October 30, 2008, this court ordered appellant within 21 days to move for voluntary dismissal of this appeal or show cause why it should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond would result in the dismissal of this appeal by the Clerk of the Court for failure to prosecute. To

nmg/MOATT

date, appellant has not complied with the court's order.  Accordingly, this appeal is dismissed for failure to prosecute.  See 9th Cir. R. 42-1.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By:  Nina A. M. Greeley
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A