### UNITED STATES DISTRICT COURT
#### Northern District of California
#### 450 Golden Gate Avenue
#### San Francisco, California 94102
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                    415.522.2000

December 9, 2008

CASE NUMBER:   **CV 07-00943 WHA**
CASE TITLE:   **BERNARD PAUL PARRISH-v- NATIONAL FOOTBALL LEAGUE**
DATE MANDATE FILED:   12/08/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has  been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*Susan Imbriani*

by:  Susan Imbriani
Case Systems Administrator

Distribution:   CIVIL        -        Counsel of Record

CRIMINAL   -        Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16

Dockets.Justia.com