IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED, et al.,<br><br>Defendants.<br>———————————————————/ | No. C 07-00943 WHA<br><br>**NOTICE RE JANUARY 8, 2009, CALENDAR** |

January 8, 2009, will be a crowded calendar. Time will be short by necessity. Counsel are invited to stipulate to submitting their pending motions for that date on the papers. Failing such stipulation, the Court may submit some matters on the papers but will try to give at least abbreviated argument to all who want it. Please be prepared to make your most important point only. Unfortunately, a special setting is not possible due to the heavy trial and criminal proceedings. Please do not try to re-calendar to a new date.

Dated: December 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE