MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

McKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER (Bar No. CA 150783)
E-mail: jadler@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**DECLARATION OF RYAN S. HILBERT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Date: January 8, 2009<br>Time: 8:00 a.m.<br>Judge: Honorable William H. Alsup |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20211084.1

DECLARATION OF RYAN S. HILBERT
CASE NO. C07 0943 WHA

I, Ryan S. Hilbert, declare as follows:

1. I am an associate with Manatt, Phelps & Phillips, LLP, attorneys of record for Plaintiff Herbert Anthony Adderley and the GLA Class in the above-captioned matter. The facts below are true and correct and within my own personal knowledge. If called on to testify to them, I could and would competently do so.

2. Attached hereto as Exhibit A is a true and correct copy of relevant excerpts from the Trial Transcripts in this matter. Trial occurred from October 20, 2008 through November 10, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of the 2000 Agreement between the NFLPA and Players Inc (Trial Exhibit 95).

4. Attached hereto as Exhibit C is a true and correct copy of the royalty payments made by each licensee during the relevant time period (Trial Exhibit 1217).

5. Attached hereto as Exhibit D is a true and correct copy of a chart showing the annual payments made by each licensee during the relevant time period (Trial Exhibit 1218).

6. Attached hereto as Exhibit E is a true and correct copy of a list of license agreements between the NFLPA and its licensees (Trial Exhibit 1221).

7. Attached hereto as Exhibit F is a true and correct copy of the 2005 License Agreement between Electronic Arts, Inc. and Players Inc (Trial Exhibit 29).

8. Attached hereto as Exhibit G is a true and correct copy of a webpage that previously could be found at nflplayers.com (Trial Exhibit 5).

9. Attached hereto as Exhibit H is a true and correct copy of Equal Share Licensing Royalty Distribution Criteria Royalty Eligibility for 2002 Season, Payment during 2003 Season (Trial Exhibit 96).

10. Attached hereto as Exhibit I is a true and correct copy of the June 2004 Touchback magazine (Trial Exhibit 2046).

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

11. Attached hereto as Exhibit J is a true and correct copy of the NFL Players Association Retired Player Group Licensing Authorization Form signed by Herb Adderley (Trial Exhibit 110).

12. Attached hereto as Exhibit K is a true and correct copy of Players Inc Responses and Objection to Plaintiffs' First Set of Requests for Admissions, dated August 1, 2007.

13. Attached hereto as Exhibit L is a true and correct copy of a letter to Jeremy Strauser of Electronic Arts from LaShun Lawson of the NFLPA dated May 31, 2001 (Trial Exhibit 1320).

14. Attached hereto as Exhibit M is a true and correct copy of an e-mail from Clay Walker to Joe Nahra dated February 20, 2007 regarding EA Sports (Trial Exhibit 521).

15. Attached hereto as Exhibit N is a true and correct copy of the Complaint in the matter *National Football League Players Association v. National Football League and National Football League Management Council,* Case No. 08CV6254 RHK/JJG. D. Minn., dated December 4, 2008.

16. Attached hereto as Exhibit O is a true and correct copy of a solicitation letter from Doug Allen to retired players (Trial Exhibit 23).

17. Attached hereto as Exhibit P is a true and correct copy of the Retired Players Group Licensing Agreement (Trial Exhibit 506).

18. Attached hereto as Exhibit Q is a true and correct copy of the License Agreement between the NFLPA and Electronic Arts, Inc ("EA") and Electronic Arts C.V ("EACV") (Trial Exhibit 65).

19. Attached hereto as Exhibit R is a true and correct copy of the License Proposal sent to Clay Walker of Players Inc from Joel Linzer of Electronic Arts (Trial Exhibit 66).

20. Attached hereto as Exhibit S is a true and correct copy of Players Inc's Annual Review dated March 28, 2004 (Trial Exhibit 1296).

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

21. Attached hereto as <u>Exhibit T</u> is a true and correct copy of Players Inc's Annual Review dated March 12, 2005 (Trial Exhibit 1298).

22. Attached hereto as <u>Exhibit U</u> is a true and correct copy of Payers Inc's Annual Review dated March 2006 (Trial Exhibit 1299).

23. Attached hereto as <u>Exhibit V</u> is a true and correct copy of a summary list of each member of the GLA Class and the years in which the GLA member had a GLA in effect (Trial Exhibit 2057).

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 18, 2008.

/s/ Ryan S. Hilbert
Ryan S. Hilbert

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO