1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7     HERBERT ADDERLEY,                          No. C 07-00943 WHA

8              Plaintiff,

9       v.                                       **CLERK'S NOTICE
                                                 RESCHEDULING**
10    NATIONAL FOOTBALL LEAGUE                    **HEARING TIME**
      PLAYERS INC., et al.,
11

12             Defendant.
                                          /

13

14    (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing
      on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of
15    Service.)

16         YOU ARE NOTIFIED THAT the hearing time on the motions previously set for January

17    8, 2009 at 8:00 a.m. has been rescheduled for **January 8, 2009 at 2:00 p.m.**, before the

18    Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States

19    Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

20         Because the Court will be in trial, parties should be aware that time for oral argument on

21    this matter will be very limited.  Please plan accordingly**.**

22

23    Dated:   December 23, 2008                  FOR THE COURT,

24                                                Richard W. Wieking, Clerk

25                                                By:_____
                                                    Dawn Toland
26                                                  Courtroom Deputy to the
                                                    Honorable William Alsup

27

28

**United States District Court**
For the Northern District of California