|  |  |
|---|---|
| 1 | Todd Padnos (Bar No. 208202) |
|  | *tpadnos@dl.com* |
| 2 | DEWEY & LEBOEUF LLP |
|  | One Embarcadero Center, Suite 400 |
| 3 | San Francisco, CA 94111 |
|  | Tel: (415) 951-1100; Fax: (415) 951-1180 |
| 4 |  |
|  | Jeffrey L. Kessler (*pro hac vice*) |
| 5 | *jkessler@dl.com* |
|  | David G. Feher (*pro hac vice*) |
| 6 | *dfeher@dl.com* |
|  | David Greenspan (*pro hac vice*) |
| 7 | *dgreenspan@dl.com* |
|  | DEWEY & LEBOEUF LLP |
| 8 | 1301 Avenue of the Americas |
|  | New York, NY 10019 |
| 9 | Tel: (212) 259-8000; Fax: (212) 259-6333 |
| 10 | Kenneth L. Steinthal (*pro hac vice*) |
|  | *kenneth.steinthal@weil.com* |
| 11 | WEIL, GOTSHAL & MANGES LLP |
|  | 201 Redwood Shores Parkway |
| 12 | Redwood Shores, CA 94065 |
|  | Tel: (650) 802-3000; Fax: (650) 802-3100 |
| 13 |  |
|  | Bruce S. Meyer (*pro hac vice*) |
| 14 | *bruce.meyer@weil.com* |
|  | WEIL, GOTSHAL & MANGES LLP |
| 15 | 767 Fifth Avenue |
|  | New York, NY 10153 |
| 16 | Tel: (212) 310-8000; Fax: (212) 310-8007 |
| 17 | Attorneys for Defendants National Football League Players Association |
|  | and National Football League Players Incorporated d/b/a Players Inc |

**Dewey & LeBoeuf LLP**
One Embarcadero Center, Suite 400
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, | Case No. C 07 0943 WHA |
| Plaintiffs, | **DECLARATION OF IAN PAPENDICK IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF THEIR RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** |
| v. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, | |
| Defendants. | |

Declaration of Ian Papendick in Support of  Civ. Action No. C07 0943 WHA
Defendants' Reply Brief in Further Support of Motion for JMOL

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

# **DECLARATION OF IAN PAPENDICK**

I, Ian Papendick, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and am admitted to practice before this Court pro hac vice. I make this Declaration in support of Defendants' Reply Brief in Further Support of Their Renewed Motion for Judgment as a Matter of Law. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Jury's Special Verdict Form (Rec Doc. 561) (Nov. 11, 2008).

3. Attached hereto as Exhibit 2 are true and correct copies of excerpts of the transcript of trial proceedings, dated October 15, 2008-November, 10, 1008.

4. Attached hereto as Exhibit 3 is a true and correct copy Trial Exhibit 1217.

5. Attached hereto as Exhibit 4 is a true and correct copy of Trial Exhibit 1218.

6. Attached hereto as Exhibit 5 is a true and correct copy of Trial Exhibit 1221.

7. Attached hereto as Exhibit 6 is a true and correct copy of the first page of Trial Exhibit 2056.

8. Attached hereto as Exhibit 7 is a true and correct copy of "Order Denying Lehman's Motion for Judgment as a Matter of Law, Denying Lehman's Motion for New Trial, and Denying Lehman's Motion for Remittitur," No. SACV 01-971 DOC (C.D. Cal. April 13, 2004).

9. Attached hereto as Exhibit 8 is a true and correct copy of Trial Exhibit 1320.

10. Attached hereto as Exhibit 9 is a true and correct copy of Trial Exhibit 110.

Dated: December 26, 2008

                                                                          ____/s/_ Ian Papendick_____
                                                                               Ian Papendick

---

Declaration of Ian Papendick in Support of                                           Civ. Action No. C07 0943 WHA
Defendants' Reply Brief in Further Support of Motion for JMOL