# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 8, 2009

Case No. C07-0943 WHA

Title: HERBERT ADDERLEY v. NFL PLAYERS INC

Plaintiff Attorney(s): Peter Parcher; Chad Hummel; Ronald Katz; Lewis LeClair

Defense Attorney(s): Jeffrey Kessler; David Feher; Ian Papendick; David Greenspan

Deputy Clerk: Dawn Toland           Court Reporter: Kathy Wyatt

## PROCEEDINGS

1) Dfts' Motion for Judgment - HELD

2) Plt's Motion for Attorney Fees - HELD

Continued to __ for Motion

Continued to __ for Pretrial Conference

Continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Plaintiff and defendants were given deadlines to file supplemental briefing.