United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED, et al.,

    Defendants.

No. C 07-00943 WHA

**ORDER RE FINALITY**

Having read the submissions of both sides and being in agreement with them, the Court has determined that the judgment entered herein is final for purposes of appeal. If the judgment is affirmed, then a plan of distribution including an award of attorney's fees will then be devised and the judgment distributed. To start a new clock for notices of appeal, an amended judgment is being entered today.

**IT IS SO ORDERED.**

Dated: January 28, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE