IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED, et al.,

    Defendants.

No. C 07-00943 WHA

**AMENDED JUDGMENT**

Based on the verdicts filed, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of the plaintiff class and against defendants in the total amount of $28.1 million. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 28, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE