UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

February 4, 2009

**CASE INFORMATION:**
Short Case Title: BERNARD PAUL PARRISH -v- NATIONAL FOOTBALL LEAGUE
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern District of California, Judge William Alsup
Criminal and/or Civil Case No.: CV 07-00943 WHA
Date Complaint/Indictment/Petition Filed: 02/14/07
Date Appealed order/judgment *entered* 01/28/09
Date NOA *filed* 02/03/09
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 02/03/09          Date Docket Fee Billed:
Date FP granted:                        Date FP denied:
Is FP pending? ☐ yes  X no              Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  x no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: Jeffrey L. Kessler          Appellee Counsel: Ronald Stanley Katz
    Dewey & LeBouef LLP                            Manatt, Phelps & Phillips LLP
    1301 Avenue of the Americas                    1001 Page Mill Road , Bldg. 2
    New York , NY 10019-6092                       Palo Alto , CA 94304-1006
    212-259-8000                                   650-812-1300
    Fax: 212-559-6333                              Fax: 650-213-0260
    Email: jkessler@dl.com                         Email: rkatz@manatt.com


X retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Susan Imbriani
                                                    415-522-2061