# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 09-15226   U.S. District Court Case No. 3:07-cv-00943-WHA

Short Case Title   Parrish, et al. v. NFLPA and Players Inc

Date Notice of Appeal Filed by Clerk of District Court   02/03/09

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 01/08/09 | Katherine Wyatt | Rule 50 Motion |
| 11/10/08 | Katherine Sullivan | Trail Day 13 (Verdict) |
| 11/07/08 | Katherine Sullivan | Trial Day 12, Closings |
| 11/06/08 | Katherine Sullivan | Trial Day 11 |
| 11/05/08 | Katherine Sullivan | Trial Day 10, Rule 50 Motion |
| 11/04/08 | Katherine Sullivan | Trial Day 9 |
| 11/03/08 | Katherine Wyatt | Trial Day 8 |
| | | See attached list of additional transcripts |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant
Ian Papendick
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-6129

Date Transcript Ordered 3/2/09



Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

# United States District Court
## Northern District of California
## Transcript Designation and Ordering Form
### (PAGE 2 OF 2)

U.S. Court of Appeals Case No.: 09-15226

U.S. District Court Case No.: 3:07-cv-00943-WHA

Short Case Title: Parrish, et al. v NFLPA and Players, Inc

Date Notice of Appeal Filed by Clerk of District Court: 02/03/2009

**HEARING DATE*  COURT REPORTER    HEARING TYPE**
* All transcripts in this case have previously been ordered and paid for, and are on file with the District Court Clerk.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 10/31/08 | Katherine Sullivan | Trial Day 7 |
| 10/30/08 | Katherine Sullivan | Trial Day 6 |
| 10/29/08 | Katherine Sullivan | Trial Day 5 |
| 10/28/08 | Katherine Sullivan | Trial Day 4 |
| 10/27/08 | Katherine Sullivan | Trial Day 3 |
| 10/22/08 | Katherine Sullivan | Trial Day 2 |
| 10/21/08 | Katherine Sullivan | Opening Statements, Trial Day 1 |
| 10/20/08 | Belle Ball | Jury Selection |
| 10/15/08 | Belle Ball | Pre-Trial Conference |
| 07/24/08 | Joan Columbini | Motion for Summary Judgment |
| 06/11/08 | Joan Columbini | Discovery Dispute |
| 04/24/08 | Katherine Wyatt | Class Certification |
| 04/11/08 | Joan Columbini | Discovery Dispute |
| 08/30/07 | Sahar McVickar | Motion to Dismiss |
| 08/17/07 | Lydia Zinn | Discovery Dispute |
| 06/14/07 | Katherine Wyatt | Case Management Conference |
| 05/31/07 | Katherine Powell | Motion to Dismiss |