United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED, *et al.*,<br><br>Defendants.<br>_____/ | No. C 07-00943 WHA<br><br>**ORDER RE REPORTED SETTLEMENT** |

The Court takes note that the newspapers are reporting a settlement was reached in this class action. Class counsel is reminded that all settlements must be approved by the district court. Since the case is on appeal, it will be necessary for counsel to find a way to remand the case for purposes of the Rule 23(e) settlement hearing if the news reports are in fact true.

**IT IS SO ORDERED.**

Dated: June 11, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE