

**Chad S. Hummel**
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4388
E-mail: chummel@manatt.com

June 12, 2009

Client-Matter: 29749-060

**VIA ELECTRONIC FILING**

The Honorable William Alsup
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

　　　　Re: *Parrish v. National Football League Players Association*, et al. Case No. C07-0943 WHA

Dear Judge Alsup:

　　　　This letter responds to this Court's June 11, 2009 "Order Re Reported Settlement." As reported publicly, the parties did enter a written "Settlement and Release Agreement" on June 5, 2009. Of course, the parties fully understand that the settlement and implementation of a plan of distribution to the class members is subject to this Court's approval.

　　　　Pursuant to the terms of the agreement, Defendants would dismiss the Ninth Circuit appeal without prejudice, with the action then being remanded to this Court so it may conduct the requisite Rule 23(e) settlement hearing. Provided the Ninth Circuit remands this case promptly, the parties anticipate filing a Motion for Preliminary Approval within the next thirty days.

　　　　Finally, it should be noted that the settlement was negotiated between class counsel, on behalf of the certified class, and the law firm of Latham & Watkins LLP, on behalf of both defendants. We are informed that the Latham firm will be handling all issues related to dismissing the Ninth Circuit Appeal, and, upon remand, will promptly be associated in as counsel for defendants in this action.

　　　　If you have any further questions or concerns, or desire additional information, please let me know.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Chad S. Hummel
　　　　　　　　　　　　　　　　　　　　　　　Chad S. Hummel
　　　　　　　　　　　　　　　　　　　　　　　Manatt, Phelps & Phillips LLP
　　　　　　　　　　　　　　　　　　　　　　　Co-Counsel for Plaintiff Class

　　　cc: Charles Samel, Esq. (via electronic mail)
　　　　　Jeffrey Kessler, Esq.

41402293.1

1001 Page Mill Road, Building 2, Palo Alto, California 94304-1006   Telephone: 650.812.1300  Fax: 650.213.0260
Albany  |  Los Angeles  |  New York  |  Orange County  |  Palo Alto  |  Sacramento  |  Washington, D.C.

Dockets.Justia.com