1  LATHAM & WATKINS LLP
   CHARLES H. SAMEL (CA Bar No. 182019)
2  355 South Grand Avenue
   Los Angeles CA 90071-1560
3  Telephone:  +1.213.485.1234
   Facsimile:  +1.213.891.8763
4  E-Mail: charles.samel@lw.com

5  Attorney for Defendant

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  BERNARD PAUL PARRISH, HERBERT            CASE NO. C07 0943 WHA
    ANTHONY ADDERLEY, and WALTER
13  ROBERTS, III on behalf of themselves and  NOTICE OF APPEARANCE OF
    all other similarly situated,,            CHARLES H. SAMEL
14
                     Plaintiffs,              CLASS ACTION
15
           v.
16
    NATIONAL FOOTBALL LEAGUE
17  PLAYERS ASSOCIATION, a Virginia
    Corporation, and NATIONAL FOOTBALL
18  LEAGUE PLAYERS INCORPORATED
    d/b/a PLAYERS INC, a Virginia corporation,
19
                     Defendants.
20

21

22        To the Clerk of this Court and all parties of record:

23        Please enter my appearance as counsel in this case for Defendants National Football

24  League Players Association, and National Football League Players Incorporated d/b/a Players

25  Inc.  I certify that I am admitted to practice in this court. My address and telephone number are

26  set forth below.

27

28

LATHAM&WATKINSLLP                                      NOTICE OF APPEARANCE
  ATTORNEYS AT LAW                                     CASE NO. C07 0943 WHA

| | |
|---|---|
| Dated: June 30, 2009 | LATHAM & WATKINS LLP<br><br>/s/ Charles H. Samel<br>Charles H. Samel  (CA Bar No. 182019)<br>355 South Grand Avenue<br>Los Angeles CA 90071-1560<br>Telephone:  +1.213.485.1234<br>Facsimile:  +1.213.891.8763<br>E-Mail: charles.samel@lw.com<br><br>*Attorney for Defendants* |