**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 1, 2009

CASE NUMBER:   **CV 07-00943 WHA**
CASE TITLE:    **BERNARD PAUL PARRISH-v- NATIONAL FOOTBALL LEAGUE**
DATE MANDATE FILED:   07/01/09

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                                        Sincerely,

                                        RICHARD W. WIEKING, Clerk

                                        by: Susan Imbriani
                                        Case Systems Administrator

Distribution:  CIVIL      -   Counsel of Record

               CRIMINAL   -   Counsel of Record
                              U.S. Marshal (Copy of Mandate)
                              U.S. Probation Office

NDC App-16