| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | RONALD S. KATZ (Bar No. CA 085713)<br>E-mail: rkatz@manatt.com |
| 3 | RYAN S. HILBERT (California Bar No. 210549)<br>E-mail: rhilbert@manatt.com |
| 4 | NOEL S. COHEN (California Bar No. 219645)<br>E-mail: ncohen@manatt.com |
| 5 | 1001 Page Mill Road, Building 2<br>Palo Alto, CA 94304-1006 |
| 6 | Telephone: (650) 812-1300<br>Facsimile: (650) 213-0260 |
| 7 | MCKOOL SMITH, P.C. |
| 8 | LEWIS T. LECLAIR (Bar No. CA 077136)<br>E-mail: lleclair@mckoolsmith.com |
| 9 | JILL ADLER NAYLOR (Bar No. CA 150783)<br>E-mail: jnaylor@mckoolsmith.com |
| 10 | 300 Crescent Court<br>Dallas, TX 75201 |
| 11 | Telephone: (214) 978-4984<br>Facsimile: (214) 978-4044 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Current Hearing Date:<br>Date: Thursday, August 20, 2009<br>Time: 8:00 a.m.<br><br>New Hearing Date:<br>Date: Thursday, July 30, 2009<br>Time: 8:00 a.m. 2:00 p.m.<br><br>Judge: Honorable William H. Alsup<br>Place: Courtroom 9, 19th Floor |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION AND [PROPOSED]
ORDER SHORTENING HEARING DATE
CASE NO. C07 0943 WHA

Dockets.Justia.com

Plaintiff Herbert Adderley, on behalf of himself and the certified Class (the "Class"), by undersigned counsel, and Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") (collectively, "Defendants") hereby file this Stipulation to shorten the hearing date on Plaintiff's Motion for Preliminary Approval of Settlement (the "Motion"), currently scheduled to be heard August 20, 2009 at 8:00 a.m.. The parties respectfully request that the Court shorten the hearing schedule so that Plaintiff's Motion may be heard on July 30, 2009 at 8:00 a.m.

## **JOINT STIPULATION**

WHEREAS, on July 13, 2009, Plaintiff filed his Motion seeking an order: (1) preliminarily approving the settlement of this class action with Defendants; (2) approving the form and manner of notice of the settlement to members of the Class; and (3) setting a schedule for remaining proceedings in the case, including notice, objections, and the request for final approval of the settlement and entry of final judgment.

WHEREAS, Defendants joined in the relief that Plaintiff requested in that Motion, but did not stipulate to, and did not necessarily agree with, all of the statements made in that Motion.

WHEREAS, the hearing for Plaintiff's Motion is currently scheduled for August 20, 2009 at 8:00 a.m. in the above-referenced Court.

WHEREAS, the parties respectfully request that the Court shorten the hearing schedule on Plaintiff's Motion so that it may be heard on July 30, 2009 at 8:00 a.m. in the above-referenced Court.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION AND [PROPOSED]
ORDER SHORTENING HEARING DATE
CASE NO. C07 0943 WHA

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO**, through their respective counsel, that the hearing date for Plaintiff's Motion, currently scheduled to be heard on August 20, 2009 at 8:00 a.m. in the above-referenced Court, shall instead be heard on July 30, 2009 at 8:00 a.m. in the above-referenced Court.

Dated: July 13, 2009

By: ____/s/ Ronald S. Katz_____
Ronald S. Katz
Ryan S. Hilbert
Noel S. Cohen
MANATT, PHELPS & PHILLIPS, LLP
101 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Lewis T. LeClair
Jill Naylor
McKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
(214)978-4000

*Attorneys for Plaintiff and the Class*

Dated: July 13, 2009

By: ____/s/ Charles H. Samel_____
Charles H. Samel
LATHAM & WATKINS, LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 891-8285
Facsimile: (213) 891-8763

*Attorneys for Defendants National Football League Players Association and National Football League Players Incorporated*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ronald S. Katz hereby attests that concurrence in the filing of this document has been obtained.*

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND [PROPOSED]
ORDER SHORTENING HEARING DATE
CASE NO. C07 0943 WHA

## [PROPOSED] ORDER

Pursuant to the Stipulation above, it is hereby ORDERED that the hearing date for Plaintiff's Motion, currently scheduled to be heard on August 20, 2009 at 8:00 a.m. in the above-referenced Court, shall instead be heard on July 30, 2009 at ~~8:00 a.m~~ **2:00 p.m.** in the above-referenced Court.

IT IS SO ORDERED.

Dated: July 20, 2009



_____
ALSUP
United States District Court Judge

IT IS SO ORDERED
Judge William Alsup

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIPULATION AND [PROPOSED]
ORDER SHORTENING HEARING DATE
CASE NO. C07 0943 WHA