

**manatt**
manatt | phelps | phillips

**Chad S. Hummel**
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4388
E-mail: chummel@manatt.com

August 4, 2009

Client-Matter: 29749-060

**VIA ELECTRONIC FILING**

The Honorable William Alsup
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Parrish v. National Football League Players Association*, et al. Case No. C07-0943 WHA

Dear Judge Alsup:

This letter is written pursuant to the Court's request during the hearing on the Motion for Preliminary Approval of the Settlement Agreement last Thursday, July 30. My partner, Ron Katz, is out of the country, and I am therefore handling this matter in his absence.

Counsel for the parties have agreed to amend the Settlement Agreement, with the approval of Mr. Adderley and the Defendants, to address the Court's expressed concerns regarding the release language. There is now an express exclusion for claims against third party licensees and other changes which are reflected in the Amendment to Settlement and Release Agreement attached hereto as Exhibit "A".

We would appreciate it if the Court would now enter the Order of Preliminary Approval of the Settlement authorizing us to send notice to the Class. A copy of that Order is attached as Exhibit "B". Counsel for all parties have conferred and suggest November 5 or November 19 for the final settlement hearing, assuming that the Court wishes to hear the matter on the Thursday motion docket. Because the Settlement Hearing cannot occur less than ninety days after the date the Order is entered, the November 5 date assumes that the Court enters the Order prior to August 5.

The Court will need to insert the two dates in the Order: (1) the date of the hearing in paragraph 7 of the Order, and (2) the date for filing notice of intent to appear at the hearing in paragraph 8 of the Order (21 days prior to the Settlement Hearing).

Should the Court need any further information or wish to schedule a further hearing, counsel will make themselves available at the Court's direction.

Dallas 28000 Page Mill Road, Building 2, Palo Alto, California 94304-1006  Telephone: 650.812.1300  Fax: 650.213.0260
Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | Washington, D.C.

# manatt
manatt | phelps | phillips

Honorable William Alsup
August 4, 2009
Page 2

       Thank you for your time and attention to this matter.

                                 Respectfully submitted,

                                 /s/ Chad S. Hummel
                                 Chad S. Hummel
                                 Manatt, Phelps & Phillips LLP
                                 Co-Counsel for Plaintiff Class

cc:  Charles Samel, Esq. (via electronic mail)
      Lewis T. LeClair, Esq.