

**manatt**
manatt | phelps | phillips

**Chad S. Hummel**
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4388
E-mail: chummel@manatt.com

August 4, 2009

Client-Matter: 29749-060

**VIA ELECTRONIC FILING**

The Honorable William Alsup
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

         **Re: *Parrish v. National Football League Players Association*, et al. Case No. C07-0943 WHA**

Dear Judge Alsup:

         This letter is written pursuant to the Court's request during the July 30, 2009 hearing on the Motion for Preliminary Approval of the Settlement Agreement that Class Counsel amend the proposed Notice to the Class to make clear that class members may retain their own counsel to appear at the Settlement Hearing. The amended proposed Notice to the Class is attached as Exhibit "A" and the specific language that has been amended can be found under the heading "Your Legal Rights and Options Under The Settlement."

         Should the Court need any further information or wish to schedule a further hearing, counsel will make themselves available at the Court's direction.

         Thank you for your time and attention to this matter.

                       Respectfully submitted,

                       /s/ Chad S. Hummel
                       Chad S. Hummel
                       Manatt, Phelps & Phillips LLP
                       Co-Counsel for Plaintiff Class

cc: Charles Samel, Esq. (via electronic mail)
     Lewis T. LeClair, Esq.

41416854.1

Dallas 283190 elMill Road, Building 2, Palo Alto, California 94304-1006 Telephone: 650.812.1300 Fax: 650.213.0260
Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | Washington, D.C.

Dockets.Justia.com