## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 30, 2009

Case No.  C07-00943 WHA

Title: HERBERT ADDERLEY v. NATIONAL FOOTBALL LEAGUE PLAYERS

Plaintiff Attorney(s): Lewis LeClair; Chad Hummel

Defense Attorney(s): Charles Samel

Deputy Clerk: Dawn Toland                    Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Plts' Motion for Preliminary Approval of Settlement - HELD

2)  

Complete Initial Disclosures (Rule 26):

Discovery Cutoff:

Designation of Experts:

Last Day to File Motion:

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Parties will need to submit a proposed revised settlement agreement.