United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD PAUL PARISH, *et al.*,                             No. C 07-00943 WHA

        Plaintiffs,

    v.                                                          **NOTICE RE BERNARD
PAUL PARRISH**

NATIONAL FOOTBALL LEAGUE
PLAYERS INCORPORATED, *et al.*,

        Defendants.

_____/

      The Court has received a telephone call from Bernard Paul Parrish, who expressed his

concerns about the settlement.  Plaintiffs' counsel are directed to meet and confer with Mr.

Parrish to address his concerns.

      **IT IS SO ORDERED.**

Dated:  August 7, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE