
manatt | phelps | phillips

**Ronald S. Katz**
Manatt, Phelps & Phillips, LLP
Direct Dial: (650) 812-1346
E-mail: rkatz@manatt.com

August 13, 2009

Client-Matter: 29749-060

**VIA ELECTRONIC FILING**

The Honorable William Alsup
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      **Re:** *Parrish v. National Football League Players Association*, et al. Case No. C07-0943 WHA

Dear Judge Alsup:

      This letter is written pursuant to the Court's August 6, 2009 "Notice Re Amended Settlement Agreement and Notice" wherein the Court requested additional revisions to the Notice of Class Action Settlement ("Notice") and Order Preliminarily Approving Proposed Settlement ("Order"). The revised Notice is attached hereto as Exhibit 1 and the revised Order is attached hereto as Exhibit 2.

      Should the Court need any further information or wish to schedule a further hearing, counsel will make themselves available at the Court's direction. Thank you for your time and attention to this matter.

      Respectfully submitted,

      /s/ Chad S. Hummel
      Ronald S. Katz
      Manatt, Phelps & Phillips LLP
      Co-Counsel for Plaintiff Class

cc: Charles Samel, Esq. (via electronic mail)
    Lewis T. LeClair, Esq.

41419287.1