MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jnaylor@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**CLASS COUNSELS' NOTICE OF ATTEMPTS TO COMPLY WITH AUGUST 7, 2009 ORDER RE BERNARD PAUL PARRISH** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20219499.1

RESPONSE TO ORDER RE PARRISH
CASE NO. C 07-0943 WHA

Counsel for the GLA Class ("Class Counsel") hereby respond to the August 7, 2009 Order of this Court concerning Bernard Paul Parrish as follows:

1. On August 7, 2009, the Court ordered Class Counsel to meet and confer with Mr. Parrish.

2. Mr. Parrish was a putative class representative in this case, but the Court disqualified him as a class representative in an Order dated April 29, 2008 (Docket No. 275). Mr. Parrish voluntarily dismissed his individual action with prejudice on September 4, 2008 (Docket No. 394), which dismissal was memorialized by this Court in an Order dated September 9, 2008. (Docket No. 398). The attorney-client relationship between Mr. Parrish and Class Counsel ceased on that date.

3. Attempts by Class Counsel to comply with the Court's meet-and-confer Order have been unsuccessful (*see* Exhibit A, a true and correct copy of the email chain between Ronald S. Katz and Mr. Parrish). Mr. Parrish has insisted that Class Counsel travel to Florida to meet with him despite the facts that (1) Local Rule 1.5(n) states that a telephonic conference is sufficient; (2) Mr. Parrish is not a class member; (3) Mr. Parrish is not a client of Class Counsel; and (4) Mr. Parrish will have the opportunity to comment on the proposed settlement under the procedures that this Court will set out for that purpose. Notwithstanding the above, I was willing to hear Mr. Parrish out and to respond in whatever way would be appropriate. In all likelihood, that response would be that Mr. Parrish should follow the procedures that will be set out by the Court for comments on the proposed settlement.

4. On August 18, 2009 at 7 a.m. Pacific Daylight Time / 10 a.m. Eastern Daylight Time (the time zone in which Mr. Parrish resides), I dialed into the conference call number indicated in my most recent e-mail to Mr. Parrish in Exhibit A. Also attending the call was my colleague, Ryan Hilbert, as well as a certified court reporter who made a record of the call. Mr. Parrish did not join the call and he has not suggested an alternate time for a call.

5. Under the circumstances set out above, Class Counsel has made a good faith effort to meet and confer with Mr. Parrish as instructed by this Court.

6. A copy of this pleading has been sent to Mr. Parrish by e-mail. I will also send

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20219499.1

RESPONSE TO ORDER RE PARRISH
CASE NO.  C 07-0943 WHA

1 | him a copy of the court reporter's transcript from this morning as soon as it is ready.

3 | Dated:  August 18, 2009                         Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By:    /s/ Ronald S. Katz
          Ronald S. Katz (SBN 085713)
          Ryan S. Hilbert (SBN 210549)
          Noel S. Cohen (SBN 219645)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

MCKOOL SMITH, P.C.
Lewis T. LeClair (SBN 077136)
Jill Adler Naylor (SBN 150783)
300 Crescent Court
Dallas, TX  75201
Telephone:  (214) 978-4984
Facsimile:  (214) 978-4044

*Attorneys for Plaintiffs*

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20219499.1

2

RESPONSE TO ORDER RE PARRISH
CASE NO.  C 07-0943 WHA