United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT ANTHONY ADDERLEY, on               No. C 07-00943 WHA
behalf of himself and all others similarly
situated,

       Plaintiffs,                            **ORDER RE BERNARD
                                            PAUL PARRISH**

  v.

NATIONAL FOOTBALL LEAGUE
PLAYERS ASSOCIATION, a Virginia
corporation, and NATIONAL FOOTBALL
LEAGUE PLAYERS INCORPORATED
d/b/a PLAYERS INC., a Virginia
corporation.

       Defendants.
_____/

     Counsel have adequately tried to contact Mr. Parrish to follow up on his concerns.  If

Mr. Parrish, has objections to the settlement proposal, he should follow the procedure in the

class notice for making his objections.  Counsel shall send a copy of the notice and this order to

Mr. Parrish at his last known address.

    **IT IS SO ORDERED.**

Dated:  August 20, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE