IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation.<br><br>Defendants. | No. C 07-00943 WHA<br><br>**SECOND NOTICE RE BERNARD PAUL PARRISH** |

The Court has received a letter from Bernard Paul Parrish regarding the settlement proposal. Plaintiffs' counsel is directed to again advise him that he is free to appear at the hearing on November 19, 2009, to express his views. If Mr. Parrish has objections to the settlement proposal, he should follow the procedure in the class notice for making his objections. Counsel shall send a copy of this notice and the class notice to Mr. Parrish at his last known address.

**IT IS SO ORDERED.**

Dated: September 15, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE