| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | RONALD S. KATZ (Bar No. CA 085713) |
| 2 | E-mail: rkatz@manatt.com |
| | RYAN S. HILBERT (California Bar No. 210549) |
| 3 | E-mail: rhilbert@manatt.com |
| | NOEL S. COHEN (California Bar No. 219645) |
| 4 | E-mail: ncohen@manatt.com |
| | 1001 Page Mill Road, Building 2 |
| 5 | Palo Alto, CA  94304-1006 |
| | Telephone:  (650) 812-1300 |
| 6 | Facsimile:  (650) 213-0260 |
| 7 | MCKOOL SMITH, P.C. |
| | LEWIS T. LECLAIR (Bar No. CA 077136) |
| 8 | E-mail: lleclair@mckoolsmith.com |
| | JILL ADLER NAYLOR (Bar No. CA 150783) |
| 9 | E-mail: jnaylor@mckoolsmith.com |
| | 300 Crescent Court |
| 10 | Dallas, TX 75201 |
| | Telephone:  (214) 978-4984 |
| 11 | Facsimile:  (214) 978-4044 |
| 12 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated, | CIVIL ACTION NO. C07 0943 WHA |
| Plaintiffs, | **NOTICE OF MANUAL FILING OF EXHIBITS TO DECLARATIONS IN SUPPORT OF CLASS COUNSELS' RENEWED APPLICATION FOR FEES, EXPENSES, AND AN INCENTIVE PAYMENT FOR CLASS REPRESENTATIVE, HERBERT ADDERLEY** |
| vs. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation, | |
| Defendants. | |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20220665.1

1

NOTICE OF MANUAL FILING OF EXHIBITS
CASE NO.  C 07-0943 WHA

**MANUAL FILING NOTIFICATION**

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order No. 45 and Local Rule 5-4 the following documents will be manually filed:

- Exhibit D to the Declaration of Ronald S. Katz in Support of Class Counsels' Renewed Application for Fees, Expenses, and an Incentive Payment for Class Representative, Herbert Adderley; and

- Exhibit D to the Declaration of Lewis T. LeClair in Support of Class Counsels' Renewed Application for Fees, Expenses, and an Incentive Payment for Class Representative, Herbert Adderley.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. Copies of these exhibits will be served on opposing counsel in hard-copy.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

These documents were not e-filed for the following reason(s):

 _X_  Voluminous Document (PDF file size larger than the e-filing system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20220665.1

2

NOTICE OF MANUAL FILING OF EXHIBITS
CASE NO. C 07-0943 WHA

| | |
|---|---|
| Dated: October 2, 2009 | Respectfully submitted, |
| | MANATT, PHELPS & PHILLIPS, LLP |
| | By:  /s/ Ronald S. Katz  .<br>Ronald S. Katz (SBN 085713)<br>Ryan S. Hilbert (SBN 210549)<br>Noel S. Cohen (SBN 219645)<br>1001 Page Mill Road, Building 2<br>Palo Alto, CA  94304-1006<br>Telephone:  (650) 812-1300<br>Facsimile:  (650) 213-0260 |
| | MCKOOL SMITH, P.C.<br>Lewis T. LeClair (SBN 077136)<br>Jill Adler Naylor (SBN 150783)<br>300 Crescent Court<br>Dallas, TX 75201<br>Telephone:  (214) 978-4984<br>Facsimile:  (214) 978-4044 |
| | *Attorneys for Plaintiffs* |

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20220665.1

3

NOTICE OF MANUAL FILING OF EXHIBITS
CASE NO. C 07-0943 WHA