| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | David A. Barrett |
| 2 | 555 Eleventh Street, N.W., Suite 1000 |
| | Washington, DC 20001-1304 |
| 3 | Telephone: (212) 637-2200 |
| | Facsimile: (212) 637-2201 |
| 4 | |
| | LATHAM & WATKINS LLP |
| 5 | Charles H. Samel (Cal. Bar No. 182019) |
| | 355 South Grand Avenue |
| 6 | Los Angeles, California 90071-1560 |
| | Telephone: (213) 485-1234 |
| 7 | Facsimile: (213) 891-8763 |
| 8 | Attorneys for Defendants National Football League |
| | Players Association and the National Football League |
| 9 | Players, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated, | Case No. C 07-00943 WHA |
| Plaintiffs, | **NOTICE OF COMPLIANCE WITH REQUIREMENTS OF THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. § 1715** |
| v. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED, et al., | |
| Defendants. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

Notice of Compliance with CAFA Requirements

Case No. C 07-00943 WHA

Dockets.Justia.com

1     PLEASE TAKE NOTICE that, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, and as set forth in the accompanying declaration of Joel K. Botzet, Defendants National Football League Players Association and the National Football League Players, Inc., by and through their undersigned counsel, caused to be served upon the Attorney General of the United States, and the appropriate state officials, notice of the proposed settlement consisting of the items set forth in 28 U.S.C. § 1715(b), within ten (10) days after the filing of the proposed class action settlement in court.

Respectfully submitted,

Dated: October 13, 2009

LATHAM & WATKINS LLP
David A. Barrett
Charles H. Samel


By: /s/ Charles H. Samel
      Charles H. Samel

Attorneys for Defendants
Defendants National Football League Players Association and the National Football League Players, Inc.