# EXHIBIT B

| State\Territory | Name |
|---|---|
| ALABAMA | TROY KING |
| ALASKA | DANIEL S SULLIVAN |
| ARIZONA | TERRY GODDARD |
| ARKANSAS | DUSTIN McDANIEL |
| COLORADO | JOHN W. SUTHERS |
| CONNECTICUT | RICHARD BLUMENTHAL |
| DELAWARE | JOSEPH "BEAU" BIDEN III |
| DISTRICT OF COLUMBIA | PETER NICKLES |
| FLORIDA | BILL MCCOLLUM |
| GEORGIA | THURBERT E. BAKER |
| HAWAII | MARK J. BENNETT |
| IDAHO | LAWRENCE WASDEN |
| ILLINOIS | LISA MADIGAN |
| INDIANA | GREG ZOELLER |
| IOWA | TOM MILLER |
| KANSAS | STEPHEN N. SIX |
| KENTUCKY | JACK CONWAY |
| LOUISIANA | JAMES D CALDWELL |
| MAINE | JANET T. MILLS |
| MARYLAND | DOUGLAS F. GANSLER |
| MASSACHUSETTS | MARTHA COAKLEY |
| MICHIGAN | MIKE COX |
| MINNESOTA | LORI SWANSON |
| MISSISSIPPI | JIM HOOD |
| MISSOURI | CHRIS KOSTER |
| MONTANA | STEVE BULLOCK |
| NEBRASKA | JON BRUNING |
| NEVADA | CATHERINE CORTEZ MASTO |
| NEW HAMPSHIRE | ORVILLE B FITCH II |
| NEW JERSEY | ANNE MILGRAM |
| NEW MEXICO | GARY KING |
| NEW YORK | ANDREW CUOMO |
| NORTH CAROLINA | ROY COOPER |
| NORTH DAKOTA | WAYNE STENEHJEM |
| OHIO | RICHARD CORDRAY |
| OKLAHOMA | W.A. DREW EDMONDSON |
| OREGON | JOHN KROGER |
| PENNSYLVANIA | TOM CORBETT |
| RHODE ISLAND | PATRICK C. LYNCH |
| SOUTH CAROLINA | THE HONORABLE HENRY MCMASTER |
| SOUTH DAKOTA | LARRY LONG |
| TENNESSEE | ROBERT E. COOPER, JR. |
| TEXAS | GREG ABBOTT |
| UTAH | MARK L. SHURTLEFF |
| VERMONT | WILLIAM H. SORRELL |

| VIRGINIA | BILL MIMS |
| --- | --- |
| WASHINGTON | ROB MCKENNA |
| WISCONSIN | J. B. VAN HOLLEN |
| WYOMING | BRUCE A. SALZBURG |
| PUERTO RICO | ANTONIO SAGARDIA |
| VIRGIN ISLANDS | VINCENT FRAZER |
| UNITED STATES AG | ERIC H. HOLDER, JR. |
| WEST VIRGINIA | DARRELL V. McGRAW Jr. |
| CALIFORNIA | EDMUND G BROWN |
| GUAM | ALICIA G. LIMTIACO |
| NORTHERN MARIANA ISLAND | GREGORY BAKA |
| AMERICAN SAMOA | FEPULEAI A RIPLEY JR |