LATHAM & WATKINS LLP
   David A. Barrett
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20001-1304
Telephone: (212) 637-2200
Facsimile: (212) 637-2201

LATHAM & WATKINS LLP
   Charles H. Samel (Cal. Bar No. 182019)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendants National Football League Players Association and the National Football League Players, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED, et al.,<br><br>        Defendants. | Case No. C 07-00943 WHA<br><br>**PROOF OF SERVICE** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

**Proof of Service**          **Case No. C 07-00943 WHA**

LA\2026871.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA 90071-1560.

On **October 13, 2009**, I served the following documents described as:

1. **NOTICE OF COMPLIANCE WITH REQUIREMENTS OF THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. §1715**

2. **DECLARATION OF JOEL K. BOTZET IN SUPPORT OF DEFENDANTS' NOTICE OF COMPLIANCE WITH REQUIREMENTS OF THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. §1715**

3. **EXHIBIT A TO DECLARATION OF JOEL K. BOTZET IN SUPPORT OF DEFENDANTS' NOTICE OF COMPLIANCE WITH REQUIREMENTS OF THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. §1715**

4. **EXHIBIT B TO DECLARATION OF JOEL K. BOTZET IN SUPPORT OF DEFENDANTS' NOTICE OF COMPLIANCE WITH REQUIREMENTS OF THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. §1715**

by serving true copies of the above-described documents in the following manner:

## BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described documents and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

(See attached Service List)

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 13, 2009**, at Los Angeles, California.

_Nancy Renteria_
Nancy Renteria

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

Proof of Service

1

Case No. C 07-00943 WHA

LA\2026871.1

**Service List**
Parrish, et al. v. National Football League Players Inc., et al.
U.S.D.C. (N. Dist.) Case No. C 07-00943 WHA

**BY U.S. MAIL**

| | |
|---|---|
| Noel Scott Cohen<br>Manatt Phelps & Phillips<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064 | Bruce S. Meyer<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 |
| L. Peter Parcher<br>Manatt Phelps & Phillips<br>7 Times Square<br>New York, NY 10036 | |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
LOS ANGELES

Proof of Service

2

Case No. C 07-00943 WHA

LA\2026871.1