United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS III,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation.<br><br>    Defendants.<br>_____/ | No. C 07-00943 WHA<br><br>**NOTICE RE OBJECTIONS** |

    The Court has been receiving objections to the settlement from retired football players, most of whom seem to be class members. The class members should be aware that the class is already represented by class counsel and the Court will not appoint new counsel at this late stage. However, individual class members may retain their own counsel to appear at the fairness hearing at 2 p.m. on November 19, 2009, or an individual may appear without counsel at the hearing.

    Class counsel are invited to visit the Court to review the objections. Class counsel are requested to submit a summary of the objections, stating the names of the objectors and whether they are class members and summarizing the grounds for objection. Class counsel may also respond to the objections. The submission must be filed by **NOVEMBER 5, 2009, AT NOON**. Class

1  counsel should contact Dawn Toland, our deputy clerk, at (415) 522-2020 to arrange a time to
2  visit and review the objections.

4  **IT IS SO ORDERED.**

6  Dated:  October 14, 2009.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California