**Billy Ray Barnes**
501 West Ryder Ave.
Landis, NC 28088



October 2, 2009

Honorable Judge William H. Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  Bernard Parrish et al. V. National Football League Players Inc., et al (CO7-0943 WHA)

Your Honor,

I am a retired football player with 9 years vested in the NFL. I played with the Philadelphia Eagles (1957-61), Washington Redskins (1962-63) and Minnesota Vikings (1965-66). During my career I had the honor of playing in three Pro-Bowls and was a member of the 1960 World Championship Eagles team.

I am sending this letter to thank you for your decision on the above mentioned case and to bring to your attention that many players of the early years, including me, were somehow left off of the list of players to be compensated in the settlement of this case.

I am 74 years old and a member in good standing of both the Bert Bell pension plan and the present NFLPA. Despite our continued participation in the NFLPA, many of my former teammates and myself have been excluded form the list of players to be compensated. In fact, it is my understanding that at least one of the individuals on the list did not even play in the league. I do not want to take anything way from those already listed, but I did want to express my extreme disappointment that I, along with many of my fellow teammates, am not being compensated with the others. The efforts of the earlier players have help create the NFL into the marketing powerhouse it is today and each of us should share in the compensation earned off of such efforts.

I hope you will take all this into consideration and provide justice to the players that were for some unknown reason excluded from the rewards of this suit, which was long over due, and bring justice to the pioneers of the league.

Again, I extend my sincere thanks and gratitude for you and Bernie Parrish for helping justice to be served.

Sincerely,

*Billy Ray Barnes*

Billy Ray Barnes
Retired NFL Player