# Exhibit 3
## to the
## Declaration of Ronald S. Katz in Support of Motion for Final Approval of Settlement and of Proposed Plan of Distribution

# NFL PLAYERS ASSOCIATION

PLAYERS | VIDEO | AUDIO | NEWS | FANTASY | PROMOTIONS | COMMUNITY | MEMBER SERVICES | ABOUT US

Search [    ] GO    User Name [    ] [    ] GO
Forgot Your User Name & Password? Register Now

## TOP STORIES

- Quotes of the Week for Oct. 9
- USA Football: Hall of Famer Muñoz Continues Paving the Way for Others
- G's Extra Point: It's the Simple Things in Life...
- Natural Leader Fletcher Makes a Difference Every Day

## Packers' Montgomery Turning the Corner

# NON-STOP INTENSITY

Green Bay defensive lineman Mike Montgomery is building on a solid 2008 season. More >

> RELATED STORY

**FEATURED VIDEO**

United We Serve: San Francisco PSA
View more

**NFL PLAYERS REAL**

FOOTBALL DOESN'T DEFINE ME

**PLAYERS LEAGUE**

NFL PLAYERS FANTASY '09

## NEWS

- Favre Leads Vikings to Monday Night ...
- Guest Column: Dave Goldberg
- Quotes of the Week for Oct. 2
- G's Extra Point: Signs of ...

The Official Site of the NFL Players Association

> Affiliates
Retired Players Class Action – Notice of Proposed Settlement and Settlement Hearing

CBA | Jobs | Contact Us | Privacy Policy | Terms of Service | Help

©2009 NFLPA. Photos courtesy of AP Photos, Getty Images and NFL Photos. Statistics courtesy of STATS, LLC.
Subscribe to NFL Players Association RSS Feed