**Exhibit 6
to the
Declaration of Ronald S. Katz in Support of
Motion for Final Approval of Settlement and of
Proposed Plan of Distribution**



2 of 11 DOCUMENTS

Copyright 2009 The New York Times Company
The New York Times

January 31, 2009 Saturday
Late Edition - Final

**SECTION:** Section D; Column 0; Sports Desk; SPORTS OF THE TIMES; Pg. 6

**LENGTH:** 815 words

**HEADLINE:** Talk of Unity Rings Hollow Inside a Divided Union

**BYLINE:** By WILLIAM C. RHODEN.

E-mail: wcr@nytimes.com

**DATELINE:** Tampa, Fla.

**BODY:**

After the National Football League Players Association's annual news conference Thursday, Jeffrey **Kessler**, a lawyer for the players union, made an interesting pitch for a united front of active and retired players.

The friction between these groups has been the source of a nasty internecine war in a sprawling fraternity of football players spanning generations.

"I'd like to see retired players and active players come together," **Kessler** said. "I'm sure that's going to be on the table with the new executive director, whoever that new executive director is."

With labor peace receding and the owners determined to snatch back gains from the expiring collective bargaining agreement, **Kessler's** call for generational accord makes sense.

He was reacting to a trial in November in which a jury awarded **retired** N.F.L. **players $28.1** million in a licensing dispute. On several occasions, including Thursday, lawyers for the players association said they would appeal.

I asked **Kessler** if the union would drop the appeal if it was interested in peace. "I don't think that the union was wrong in that lawsuit," he said.

The judge felt the players association was wrong. "The court of appeals may not agree with that," **Kessler** said. "I don't think there was evidence to support that." He said he wouldn't advise the association to "just to give up on that lawsuit."

**Kessler** pointed out that the trial was not about the large group of retired players, many of whom need financial assistance, but a smaller group that signed a licensing agreement.

But what the trial exposed was a manipulation of compensation that retired players should have earned, but did not. The judge called the players association's licensing agreement "a masterpiece of obfuscation" in which "thousands have signed up, but without receiving a penny."

The same process has raised its head in the players association's search for an executive director to replace Gene Upshaw, who died in August.

The latest twist came Friday in an article in the Sports Business Journal that said that Troy Vincent, a leading candidate to become executive director, spoke with at least two congressmen who later signed a letter to the Department of

Talk of Unity Rings Hollow Inside a Divided Union The New York Times January 31, 2009 Saturday

Labor expressing their concern about the union's search for a new leader, according to a memo sent to the union by Representative Jim Moran.

According to the article, Moran, a Virginia Democrat, questioned the four congressmen who signed the letter, and he said that all four mentioned Vincent.

On the surface this news is a blow to Vincent's bid to lead the union, especially from the union's entrenched leadership.

On Friday, Representative Gregory Meeks, a Queens Democrat, said he spoke to Moran and told him that he had been put in touch with Vincent through a former player who was concerned about the union's election process.

Meeks said that what he did not know until the end of his conversation with Moran was that Moran's daughter, Mary, is the union's director of human resources. Meeks said that Moran shared unspecified personal concerns for his daughter's continued employment if Vincent were to be elected.

There is a sense that if Vincent were to become the executive director, he would clean house. Without going too much deeper into this morass, you have to wonder if the players association's hierarchy is for the active players, the retired players or self-interest.

According to a union financial statement, Moran's base salary from March 1, 2007, to Feb. 29, 2008, was $187,529. Richard Berthelsen, the association's acting executive director, earned $628,461 during the same period. The players association paid **Kessler's** law firm, Dewey and LeBoeuf, $4,785,891.

If Mary Moran enlisted her father's support on behalf of the players association, is that as egregious as Vincent's reaching out to Congress to raise questions about the process?

This may not be about peace and love, but about power and a crucial shift in union leadership.

There is a school of thought that there will not be a lockout; that there will be some saber rattling and posturing and at the final hour a deal will get done. I don't think so. The owners have won three labor confrontations with the players association -- each in a rout. When the owners look at the union's current disarray, they have to feel confident they will get everything they want next year, and maybe more in 2011.

This generation of young N.F.L. players is fearless and, if properly focused and inspired, could put up a street fight the likes of which the owners have not seen.

Whether players prefer Vincent or someone else -- the former player Trace Armstrong, the Washington lawyer DeMaurice Smith, or President Obama -- they cannot allow the selection process to be manipulated.

The union's leadership is in shambles. In light of this, a call for unity is a pipe dream.

**URL:** http://www.nytimes.com

**GRAPHIC:** PHOTO: Roger Goodell will represent the owners in labor negotiations with the players union, which is hoping to elect a new director.(PHOTOGRAPH BY BARTON SILVERMAN/THE NEW YORK TIMES)

**LOAD-DATE:** January 31, 2009