MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail:  rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail:  rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail:  ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

MCKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jnaylor@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone:  (214) 978-4984
Facsimile:  (214) 978-4044

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**DECLARATION OF HERBERT ANTHONY ADDERLEY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND OF PROPOSED PLAN OF DISTRIBUTION**<br><br>Date:   Thursday, November 19, 2009<br>Time:  2:00 p.m.<br>Judge: Honorable William H. Alsup<br>Place:  Courtroom 9, 19th Floor |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20210136.1                    1                    ADDERLEY DECL. ISO MOTION FOR
FINAL APPROVAL OF SETTLEMENT
CASE NO.  C 07-0943 WHA

Dockets.Justia.com

I, Herbert Anthony Adderley, declare as follows:

1.     I am a party to this lawsuit.   I am submitting this Declaration in support of Class Counsels' motion for final approval of the settlement agreement.   The following declaration is based upon my personal knowledge.   If called as a witness I could and would competently testify to the facts set forth herein.

2.     I am a retired professional football player who played for more than 10 years in the National Football League ("NFL") for the Green Bay Packers and the Dallas Cowboys.   I was elected to be a member of the professional football Hall of Fame in 1980.

3.     I have been a party to this case since it was first filed in February 2007.   I was deemed to be an adequate class representative on April 29, 2009 and served as the Class Representative for the GLA Class from the moment the class was certified.

4.     I have previously submitted several declarations in this case.   On November 26, 2008, I submitted a declaration explaining the amount and type of work I did in my role as Class Representative.   A copy of my November 26, 2008 Declaration is attached hereto as <u>Exhibit A</u>.

5.     I have reviewed the settlement agreement and am familiar with its terms.   I have also spoken with Class Counsel about it.   In my opinion, the settlement agreement represents a tremendous accomplishment on behalf of the GLA Class, especially since the Class Members will be receiving $26,250,000 (which is a just a little less than the $28,100,000 awarded by the jury) without the risk and uncertainty of continued litigation.   I believe that the settlement agreement is in the best interest of the GLA Class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 15, 2009.


        /s/ Herbert Anthony Adderley        
             Herbert Anthony Adderley

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ronald S. Katz hereby attests that concurrence in the filing of this document has been obtained.*

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

20210136.1

2

ADDERLEY DECL. ISO MOTION FOR FINAL APPROVAL OF SETTLEMENT
CASE NO.  C 07-0943 WHA