| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | David A. Barrett |
| 2 | 555 Eleventh Street, N.W., Suite 1000 |
| | Washington, DC 20001-1304 |
| 3 | Telephone: (212) 637-2200 |
| | Facsimile: (212) 637-2201 |
| 4 | |
| | LATHAM & WATKINS LLP |
| 5 | Charles H. Samel (Cal. Bar No. 182019) |
| | 355 South Grand Avenue |
| 6 | Los Angeles, California 90071-1560 |
| | Telephone: (213) 485-1234 |
| 7 | Facsimile: (213) 891-8763 |
| 8 | Attorneys for Defendants National Football League |
| | Players Association and the National Football League |
| 9 | Players, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, and WALTER ROBERTS, III on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED, et al.,<br><br>Defendants. | Case No. C 07-00943 WHA<br><br>**DEFENDANTS' NOTICE OF COMPLIANCE WITH PARAGRAPH 4 OF COURT'S ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFS NOTICE OF COMPLIANCE WITH PARAGRAPH 4
OF COURT'S PRELIMINARY APPROVAL ORDER
Case No. C 07-00943 WHA

Dockets.Justia.com

Pursuant to Paragraph 4 of this Court's August 18, 2009 Order Preliminarily Approving Proposed Settlement ("Preliminary Approval Order"), Defendants National Football League Players Association and National Football League Players, Inc., by and through their undersigned counsel, hereby certify that beginning on August 27, 2009, they caused to be published on the front page of their website, www.nflplayers.com, a link to the Notice of Proposed Settlement and Settlement Hearing, in compliance with Paragraph 3 of the Preliminary Approval Order.

Respectfully submitted,

Dated: October 19, 2009

LATHAM & WATKINS LLP
David A. Barrett
Charles H. Samel

By: /s/ Charles H. Samel
    Charles H. Samel

Attorneys for Defendants
Defendants National Football League Players Association and the National Football League Players, Inc.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DEFS NOTICE OF COMPLIANCE WITH PARAGRAPH 4
OF COURT'S PRELIMINARY APPROVAL ORDER
Case No. C 07-00943 WHA

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand Avenue, Los Angeles, CA 90071-1560.

On **October 19, 2009**, I served the following documents described as:

**DEFENDANTS' NOTICE OF COMPLIANCE WITH PARAGRAPH 4 OF COURT'S ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT**

by serving true copies of the above-described documents in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described documents and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

(See attached Service List)

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 19, 2009**, at Los Angeles, California.

*/s/ Nancy Renteria*
Nancy Renteria

LA\2026838.1

# Service List
Parrish, et al. v. National Football League Players Inc., et al.
U.S.D.C. (N. Dist.) Case No. C 07-00943 WHA

## BY U.S. MAIL

Noel Scott Cohen
Manatt Phelps & Phillips
11355 West Olympic Boulevard
Los Angeles, CA 90064

Bruce S. Meyer
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

L. Peter Parcher
Manatt Phelps & Phillips
7 Times Square
New York, NY 10036

LA\2026838.1