1  MANATT, PHELPS & PHILLIPS, LLP
   RONALD S. KATZ (Bar No. CA 085713)
2  E-mail: rkatz@manatt.com
   RYAN S. HILBERT (California Bar No. 210549)
3  E-mail: rhilbert@manatt.com
   NOEL S. COHEN (California Bar No. 219645)
4  E-mail: ncohen@manatt.com
   1001 Page Mill Road, Building 2
5  Palo Alto, CA  94304-1006
   Telephone:  (650) 812-1300
6  Facsimile:  (650) 213-0260

7  MCKOOL SMITH, P.C.
   LEWIS T. LECLAIR (Bar No. CA 077136)
8  E-mail: lleclair@mckoolsmith.com
   JILL ADLER NAYLOR (Bar No. CA 150783)
9  E-mail: jnaylor@mckoolsmith.com
   300 Crescent Court
10 Dallas, TX 75201
   Telephone:  (214) 978-4984
11 Facsimile:  (214) 978-4044

12 *Attorneys for Plaintiffs*

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

17 HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,

   CIVIL ACTION NO. C07 0943 WHA

18 

   **DECLARATION OF RONALD S. KATZ IN SUPPORT OF CLASS COUNSELS' RESPONSE TO OBJECTIONS AND CLASS COUNSELS' OBJECTION TO PARTICIPATION BY NON-CLASS MEMBERS IN ANY PHASE OF THE SETTLEMENT PROCEEDINGS**

19         Plaintiffs,

20     vs.

21 NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,

22 

23 

   Date: Thursday, November 19, 2009
   Time: 2:00 p.m.
   Judge: Honorable William H. Alsup
   Place: Courtroom 9, 19th Floor

24         Defendants.

25

26

27

28

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

300014888.1                         1

KATZ DECL. ISO CLASS COUNSELS'
RESPONSE RE OBJECTIONS
CASE NO.  C 07-0943 WHA

I, Ronald S. Katz, declare as follows:

1. I am an attorney duly licensed to practice law before the Courts of the State of California and am a counsel of record in this matter. I am a partner with the law firm of Manatt, Phelps and Phillips, LLP ("Manatt"), and I represented plaintiff Herbert Anthony Adderley and the certified class in this action from its onset. I am submitting this Declaration in support of Class Counsels' Response to Objections and Class Counsels' Objection to Participation by Non-Class Members in any Phase of the Settlement Proceedings. The following declaration is based upon my personal knowledge. If called as a witness I could and would competently testify to the facts set forth herein.

2. Attached as **Exhibit A** is a true and correct copy of the form letter Mr. Parrish made available for download on the Internet as early as September 20, 2009.

3. Attached as **Exhibit B** is a true and correct copy of the Report of the Third Circuit Task Force regarding the percentage of the fund approach.

4. Attached as **Exhibit C** is a true and correct copy of the draft settlement agreement Class Counsel submitted to the Court on July 13, 2009.

5. Attached as **Exhibit D** is a true and correct copy of the amicus brief that Manatt, Phelps & Phillips submitted on behalf of Herb Adderley and James "Jim" Brown in the matter of *Keller v. Electronic Arts, Inc.*, Case No. CV-09-1967 CW (N.D. Cal. 2009).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Signed this 5th day of November, 2009, at Palo Alto, California.

       /s/ Ronald S. Katz
       Ronald S. Katz

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

300014888.1

2

KATZ DECL. ISO CLASS COUNSELS'
RESPONSE TO OBJECTIONS
CASE NO. C 07-0943 WHA