|   |   |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
|   | RONALD S. KATZ (Bar No. CA 085713) |
| 2 | E-mail: rkatz@manatt.com |
|   | RYAN S. HILBERT (California Bar No. 210549) |
| 3 | E-mail: rhilbert@manatt.com |
|   | NOEL S. COHEN (California Bar No. 219645) |
| 4 | E-mail: ncohen@manatt.com |
|   | 1001 Page Mill Road, Building 2 |
| 5 | Palo Alto, CA 94304-1006 |
|   | Telephone: (650) 812-1300 |
| 6 | Facsimile: (650) 213-0260 |
| 7 | MCKOOL SMITH, P.C. |
|   | LEWIS T. LECLAIR (Bar No. CA 077136) |
| 8 | E-mail: lleclair@mckoolsmith.com |
|   | JILL ADLER NAYLOR (Bar No. CA 150783) |
| 9 | E-mail: jnaylor@mckoolsmith.com |
|   | 300 Crescent Court |
| 10 | Dallas, TX 75201 |
|   | Telephone: (214) 978-4984 |
| 11 | Facsimile: (214) 978-4044 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>   vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>                Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**CLASS COUNSELS' NOTICE OF COMPLIANCE WITH PARAGRAPH 4 OF COURT'S ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT**<br><br>Date: Thursday, November 19, 2009<br>Time: 2:00 p.m.<br>Judge: Honorable William H. Alsup<br>Place: Courtroom 9, 19th Floor |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

NOTICE RE CLASS COUNSELS' COMPLIANCE
CASE NO. C 07-0943 WHA

Dockets.Justia.com

1 Pursuant to Paragraph 4 of the Court's August 18, 2009 Order ("Order") preliminarily approving the parties' proposed settlement, Counsel for the GLA Class ("Class Counsel") hereby certifies that it caused copies of the Notice of Proposed Settlement and Settlement Hearing, substantially in the form attached as Exhibit 3 of the Notice of Motion and Motion for Preliminary Approval of Settlement, to be distributed to all Class Members on August 26, 2009, which was within twenty (20) days of the Order.

Dated: November 5, 2009

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By:  /s/ Ronald S. Katz  .
Ronald S. Katz (SBN 085713)
Ryan S. Hilbert (SBN 210549)
Noel S. Cohen (SBN 219645)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

MCKOOL SMITH, P.C.
Lewis T. LeClair (SBN 077136)
Jill Adler Naylor (SBN 150783)
300 Crescent Court
Dallas, TX 75201
Telephone:  (214) 978-4984
Facsimile:  (214) 978-4044

*Attorneys for Plaintiffs*

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

NOTICE RE CLASS
COUNSELS' COMPLIANCE
CASE NO. C 07-0943 WHA