MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jnaylor@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**NOTICE RE UNAVAILABILITY OF CLASS REPRESENTATIVE HERBERT ANTHONY ADDERLEY**<br><br>Date: Thursday, November 19, 2009<br>Time: 2:00 p.m.<br>Judge: Honorable William H. Alsup<br>Place: Courtroom 9, 19th Floor |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

NOTICE RE HERB ADDERLEY
CASE NO. C 07-0943 WHA

Dockets.Justia.com

Plaintiff Herbert Anthony Adderley ("Plaintiff"), through undersigned counsel ("Class Counsel"), hereby informs the Court that he is unable to travel from Mantua, New Jersey to California for the November 19, 2009 hearing on Plaintiffs' Motion for Final Approval of Settlement because of long-standing medical issues resulting from his former career as an NFL player. Attached hereto as <u>Exhibit A</u> is a note from Mr. Adderley's physician attesting to his unavailability. Mr. Adderley can be available telephonically for the November 19, 2009 hearing if the Court requires that.

Dated: November 5, 2009

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Ronald S. Katz
Ronald S. Katz (SBN 085713)
Ryan S. Hilbert (SBN 210549)
Noel S. Cohen (SBN 219645)
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
Lewis T. LeClair (SBN 077136)
Jill Adler Naylor (SBN 150783)
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*