United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>    Defendants.<br>_____ / | No. C 07-00943 WHA<br><br>**ORDER REGARDING EXHIBIT A OF DECLARATION OF JENNIFER M. KEOUGH RE CLASS NOTIFICATION** |

Class counsel submitted a declaration of Jennifer M. Keough in support of their motion for final approval of class settlement. Attached thereto as Exhibit A is a sample of the notice packet mailed by class counsel to effectuate individual notice to class members of the pending settlement. Exhibit A, however, contains a "Notice of Pendency of Class Action." The Court requests that class counsel explain why Exhibit A contains this document and resubmit the declaration with a correct sample of the notice packet mailed to class members if this is a result of a filing error. Please submit your response by **NOON ON NOVEMBER 13, 2009**.

**IT IS SO ORDERED.**

Dated: November 12, 2009.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE