| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | RONALD S. KATZ (Bar No. CA 085713) |
| 2 | E-mail: rkatz@manatt.com |
| | RYAN S. HILBERT (California Bar No. 210549) |
| 3 | E-mail: rhilbert@manatt.com |
| | NOEL S. COHEN (California Bar No. 219645) |
| 4 | E-mail: ncohen@manatt.com |
| | 1001 Page Mill Road, Building 2 |
| 5 | Palo Alto, CA 94304-1006 |
| | Telephone: (650) 812-1300 |
| 6 | Facsimile: (650) 213-0260 |
| 7 | MCKOOL SMITH, P.C. |
| | LEWIS T. LECLAIR (Bar No. CA 077136) |
| 8 | E-mail: lleclair@mckoolsmith.com |
| | JILL ADLER NAYLOR (Bar No. CA 150783) |
| 9 | E-mail: jnaylor@mckoolsmith.com |
| | 300 Crescent Court |
| 10 | Dallas, TX 75201 |
| | Telephone: (214) 978-4984 |
| 11 | Facsimile: (214) 978-4044 |
| 12 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated, | | CIVIL ACTION NO. C07 0943 WHA |
| | Plaintiffs, | **RESPONSE TO NOVEMBER 12, 2009 COURT ORDER** |
| | vs. | Date: Thursday, November 19, 2009 |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation, | | Time: 2:00 p.m. |
| | | Judge: Honorable William H. Alsup |
| | | Place: Courtroom 9, 19th Floor |
| | Defendants. | |

Dockets.Justia.com

1   Pursuant to the Court's November 12, 2009 Order, Plaintiffs' Counsel is filing
2   contemporaneously herewith a revised version of the declaration of Jennifer M. Keough.  This
3   version includes as Exhibit A the correct Notice Packet that was sent to the Class Members.  This
4   mistake is addressed in Paragraph 4 and Footnote 1 of Ms. Keough's revised declaration.  Class
5   Counsel apologizes to the Court for the inconvenience caused by this clerical error.

7   Dated:   November 12, 2009          MANATT, PHELPS & PHILLIPS, LLP

9                                       By:      /s/ Ronald S. Katz                .
                                            Ronald S. Katz (SBN 085713)
10                                          Ryan S. Hilbert (SBN 210549)
                                            Noel S. Cohen (SBN 219645)
11                                      MANATT, PHELPS & PHILLIPS, LLP
                                        1001 Page Mill Road, Building 2
12                                      Palo Alto, CA  94304-1006
                                        Telephone:    (650) 812-1300
13                                      Facsimile:    (650) 213-0260

14                                      McKOOL SMITH, P.C.
                                        Lewis T. LeClair, Esq.
15                                      Jill Adler Naylor
                                        300 Crescent Court
16                                      Suite 1500
                                        Dallas, TX 75201
17                                      214-978-4984
                                        214-978-4044 (fax)
18
                                        *Attorneys for Plaintiff*