IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendant.<br>_____/ | No. C 07-00943 WHA<br><br>**ORDER SEEKING ADDITIONAL RESPONSE BY CLASS COUNSEL TO OBJECTIONS RE CLASS LIST** |

Class counsel's response to objections regarding the proposed settlement agreement failed to sufficiently address the merits of claims by non-class members that they were improperly or inadvertently excluded from the class list (*e.g.,* Letters of Bielski, R. Khayat, E. Khayat, House, Barnes, and Bramlett). Additionally, class counsel failed to sufficiently address letters alleging that the class list contained clearly ineligible individuals (*e.g.,* Letters of E. Khayat and Barnes).

The Court, to fulfill its duty to protect the interests of absent class members, must determine whether these letters are indicative of a larger problem with the class list's accuracy, and requests that class counsel file a brief response that addresses these specific concerns **BY 2:00 P.M. ON WEDNESDAY, NOVEMBER 18, 2009.**

**IT IS SO ORDERED.**

Dated: November 17, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE