| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | RONALD S. KATZ (Bar No. CA 085713) |
| 2 | E-mail: rkatz@manatt.com |
| | RYAN S. HILBERT (California Bar No. 210549) |
| 3 | E-mail: rhilbert@manatt.com |
| | NOEL S. COHEN (California Bar No. 219645) |
| 4 | E-mail: ncohen@manatt.com |
| | 1001 Page Mill Road, Building 2 |
| 5 | Palo Alto, CA 94304-1006 |
| | Telephone: (650) 812-1300 |
| 6 | Facsimile: (650) 213-0260 |
| 7 | MCKOOL SMITH, P.C. |
| | LEWIS T. LECLAIR (Bar No. CA 077136) |
| 8 | E-mail: lleclair@mckoolsmith.com |
| | JILL ADLER NAYLOR (Bar No. CA 150783) |
| 9 | E-mail: jnaylor@mckoolsmith.com |
| | 300 Crescent Court |
| 10 | Dallas, TX 75201 |
| | Telephone: (214) 978-4984 |
| 11 | Facsimile: (214) 978-4044 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated, | CIVIL ACTION NO. C07 0943 WHA |
| Plaintiffs, | **DECLARATION OF RYAN S. HILBERT IN SUPPORT OF CLASS COUNSELS' RESPONSE TO NOVEMBER 17, 2009 ORDER** |
| vs. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation, | |
| Defendants. | |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

DECLARATION OF RYAN S. HILBERT
CASE NO. C 07-0943 WHA

I, Ryan S. Hilbert, declare as follows:

1. I am an attorney duly licensed to practice law before the Courts of the State of California and am a counsel of record in this matter. I am an associate with the law firm of Manatt, Phelps and Phillips, LLP ("Manatt"), co-counsel for plaintiff Herb Adderley and the certified class in this action. I am submitting this Declaration in support of Class Counsels' response to the Court's November 17, 2009 Order. The following declaration is based upon my personal knowledge. If called as a witness I could and would competently testify to the facts set forth herein.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of Plaintiffs' First Set of Interrogatories to Defendant National Football League Players Association, dated November 20, 2007.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of National Football League Players Association's Responses to Plaintiffs' First Set of Interrogatories, dated December 20, 2007.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of an email sent by Defendants' counsel on October 16, 2008 regarding trial Exhibit 2057.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Signed this 18th day of November, 2009, at Palo Alto, California.

_____
Ryan S. Hilbert