MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jnaylor@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**MOTION REGARDING PAYMENT OF ADMINISTRATION COSTS FROM THE SETTLEMENT FUND**<br><br>Date: Thursday, November 19, 2009<br>Time: 2:00 p.m.<br>Judge: Honorable William H. Alsup<br>Place: Courtroom 9, 19th Floor |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

MOTION RE GCG INVOICE
CASE NO. C 07-0943 WHA

Dockets.Justia.com

## I. INTRODUCTION

By this motion, Class Counsel seeks an order approving a disbursement from the Settlement Fund (as defined in the Settlement Agreement) in order to pay an October 14, 2009 invoice from Garden City Group, Inc. ("Garden City"), the class administrator in this matter.

## II. ARGUMENT

On June 5, 2009 the parties to this action entered into a Settlement Agreement ("Settlement Agreement"). *See* Declaration of Lewis LeClair in Support of Motion Regarding Payment of Administration Costs from the Settlement Fund ("LeClair Decl."), Exhibit A. Paragraph 36 of the Settlement Agreement provides that administrative costs incurred in connection with effectuating the settlement agreement and distributing monies from the settlement will be paid from the Settlement Fund:

> [d]isbursements for Notice and Administration Costs, including reasonable expenses associated with providing notice of the settlement to the Class [and] expenses associated with administering the settlement . . . shall be paid from the Settlement Fund when incurred.

Class counsel hired Garden City to act as the class administrator in this action. Garden City has been tasked with administering the Settlement Agreement, including, but not limited to (i) mailing class notices, (ii) establishing and maintaining a filing process from claims of Class Members, (iii) processing returned and/or undeliverable mail, (iv) responding to class member inquiries and (iv) distributing checks to class members.

On October 14, 2009, Garden City submitted an invoice for $11,689.75 to Class Counsel for services rendered during the period from July 1, 2009 through September 30, 2009 (the "Invoice"). *See* LeClair Decl, Ex. B. The Invoice is for services that were rendered in connection with "Notice and Claims Administration."

Because the Invoice relates to services rendered in connection with the administration of the Settlement Agreement, the Invoice should be paid from the Settlement Fund pursuant to paragraph 36 of the Settlement Agreement.

### III.   CONCLUSION

For the foregoing reasons, Class Counsel respectfully requests that the Court approve payment of the Invoice from the Settlement Fund.

Dated: November 19, 2009

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: _____/s/ Ronald S. Katz_____.
  Ronald S. Katz (SBN 085713)
  Ryan S. Hilbert (SBN 210549)
  Noel S. Cohen (SBN 219645)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

MCKOOL SMITH, P.C.
Lewis T. LeClair (SBN 077136)
Jill Adler Naylor (SBN 150783)
300 Crescent Court
Dallas, TX 75201
Telephone:  (214) 978-4984
Facsimile:  (214) 978-4044

*Attorneys for Plaintiffs*