**Exhibit B
To The
Declaration Of Lewis T. Leclair In Support Of
Motion Regarding Payment Of Administration
Cost From Settlement Fund**



**The Garden City Group, Inc.**

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201
Toll Free 1-888-404-8013
www.gardencitygroup.com

October 14, 2009

**VIA EMAIL & FEDERAL EXPRESS**

Lewis T. LeClair, Esq.
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201

RE: *Adderley, et al.v. National Football League Players Association, et al.* (GCG Invoice for Notice and Claims Administration)

Dear Lew:

Enclosed, please find GCG's invoice for fees and costs associated with Notice and Claims Administration for the above-mentioned case from July 1, 2009 through September 30, 2009. The total amount due is $11,689.75.

Please have payment directed to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C #1500237410. If you have any questions about the enclosed invoice, please do not hesitate to contact me at the numbers above.

Thank you and best regards.

Very truly yours,

Jennifer M. Keough
Executive Vice President

Enclosure





The Garden City Group, Inc.

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 10/14/2009 | 07800 | FLP | Lewis T. LeClair, Esq.<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201 |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Adderley, et al. v. National Football League Players Association, et al. | $11,689.75 | Net 30 Days |

### GCG Notice and Claims Administration Fees: July 1, 2009 through September 30, 2009

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice |
|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | |
| Printing of Notice Packet (6-page Notice, 1-page Claim Form with personalization, 4-page W-9 Form in #10 Envelope) | $0.99 each | 2,103 | $2,081.97 |
| Remails & Fulfillment of Notice Packet Requests | $0.65 each | ---- | ---- |
| | | | |
| **DATA ENTER NAMES & ADDRESSES** | | | |
| From Returned Mail and Notice Requests | $0.55 each | 32 | $17.60 |
| | | | |
| **IMAGING DOCUMENT MANAGEMENT AND STORAGE** | | | |
| Sort Mail | $0.45 each | 172 | $77.40 |
| Prep Mail | Standard hourly rates | | Included with Claims Processing |
| Scan Mail | $0.12 per image | 39 | $4.68 |
| Document Storage – Electronic | $0.008 per image/record per month | 91 | $1.49 |
| Document Storage – Paper | $1.50 per box per month | 1 | $4.50 |

1

Case3:07-cv-00943-WHA   Document668-2   Filed11/20/09   Page4 of 5



The Garden City Group, Inc.

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| | | | |
|---|---|---|---|
| Process Undeliverables | $0.25 each | 39 | $9.75 |

| CLAIM VALIDATION | | | |
|---|---|---|---|
| Process Claims/W-9 Forms | $1.25 each | ----- | ----- |
| Additional Processing for non-Conforming Claims | Standard hourly rates | ----- | ----- |
| Prepare Deficiency/Rejection Letters, if needed | $1.50 each | ----- | ----- |
| Handle and Process Exclusions/Objections | Standard hourly rates | ----- | ----- |

| CONTACT SERVICES | | | |
|---|---|---|---|
| IVR Update & Re-Programming | $1,500.00 | | $1,500.00 |
| IVR Minutes | $0.49 per minute | 618.30 | $302.97 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | $0.95 per minute | ----- | ----- |
| Monthly Maintenance Charge | $100.00 per month | 7/1/09 - 9/30/09 | $300.00 |
| Management of Call Center | Standard hourly rates | ----- | ----- |
| Handling of Class Member Communications (call backs, emails and other correspondence) | Standard hourly rates | 5.1 | $522.10 |

| WEBSITE SERVICES | | | |
|---|---|---|---|
| Standard Set-Up & Design | $3,500.00 | | Billed Invoice #06229 |
| Monthly Maintenance Charge | $100.00 per month | 7/1/09 - 9/30/09 | $300.00 |
| Website Updates | Standard hourly rates | 3.3 | $412.50 |

| DISTRIBUTION SERVICES | | | |
|---|---|---|---|
| Printing of Checks/1099 Forms | $1.25 each | ----- | ----- |
| Check Reissues | $1.95 each | ----- | ----- |
| Handling Undeliverable Checks/W-2 Forms | $5.00 each | ----- | ----- |



815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

The Garden City Group, Inc.

| PROJECT MANAGEMENT | | | |
|---|---|---|---|
| Project Management | | 18.8 PM hours | |
| Quality Assurance | | 14.2 QA hours | $4,956.00 |
| Systems Support | | 4.3 SS hours | |

| | |
|---|---|
| **TOTAL FEES:** | $10,490.96 |

| Expenses: July 1, 2009 through September 30, 2009 | |
|---|---|
| DESCRIPTION | AMOUNT |
| Telephone | $1.02 |
| Project Supplies/Equipment | $64.61 |
| Copying/Printing/Facsimile | $70.60 |
| Postage for Initial Notice Mailing | $935.04 |
| Court Document Retrieval Services | $1.60 |
| NCOA Address Search | $75.00 |
| Messenger/Courier | $50.92 |
| **TOTAL EXPENSES:** | $1,198.79 |

**TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES):**     $11,689.75

Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C # 1500237410. Thank you.