| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | RONALD S. KATZ (Bar No. CA 085713) |
| 2 | E-mail: rkatz@manatt.com |
| | RYAN S. HILBERT (California Bar No. 210549) |
| 3 | E-mail: rhilbert@manatt.com |
| | NOEL S. COHEN (California Bar No. 219645) |
| 4 | E-mail: ncohen@manatt.com |
| | 1001 Page Mill Road, Building 2 |
| 5 | Palo Alto, CA 94304-1006 |
| | Telephone: (650) 812-1300 |
| 6 | Facsimile: (650) 213-0260 |
| 7 | MCKOOL SMITH, P.C. |
| | LEWIS T. LECLAIR (Bar No. CA 077136) |
| 8 | E-mail: lleclair@mckoolsmith.com |
| | JILL ADLER NAYLOR (Bar No. CA 150783) |
| 9 | E-mail: jnaylor@mckoolsmith.com |
| | 300 Crescent Court |
| 10 | Dallas, TX 75201 |
| | Telephone: (214) 978-4984 |
| 11 | Facsimile: (214) 978-4044 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated, | CIVIL ACTION NO. C07 0943 WHA |
| Plaintiffs, | [PROPOSED] ORDER GRANTING CLASS COUNSELS' MOTION REGARDING PAYMENT OF ADMINISTRATION COSTS FROM THE SETTLEMENT FUND |
| vs. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation, | |
| Defendants. | |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER
CASE NO. C 07-0943 WHA

Class Counsel has moved the court to approve a disbursement from the Settlement Fund (as defined in the Settlement Agreement) in order to pay an October 14, 2009 invoice (the "Invoice") from Garden City Group, Inc. ("Garden City"). Garden City is the class administrator hired by Class Counsel in this matter. Garden City's Invoice totals $11,689.75 for services rendered in connection with "Notice and Claims Administration" from July 1, 2009 through September 30, 2009.

Paragraph 36 of the Settlement Agreement provides that "[d]isbursements for Notice and Administration Costs, including reasonable expenses associated with providing notice of the settlement to the Class [and] expenses associated with administering the settlement . . . shall be paid from the Settlement Fund when incurred."

Having considered Class Counsels' Motion ("Motion"), and all other papers filed herein, the records of the case, and the oral argument on the Motion, if any, the Court hereby orders as follows:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Class Counsel shall cause Garden City to be paid $11,689.75 from the Settlement Fund in full satisfaction of the Invoice .

IT IS SO ORDERED.

Dated: November 23 , 2009 

_____
Honorable William H. Alsup
United States District Court

2

[PROPOSED] ORDER
CASE NO. C 07-0943 WHA

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO