## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  November 19, 2009                Total Hearing Time: 24 minutes

Case No.   C 07-00943 WHA

Title:  HERBERT ADDERLEY v. NATIONAL FOOTBALL LEAGUE PLAYERS

Plaintiff Attorney(s): Ryan Hilbert; Ronald Katz; Lewis LeClair; Donna Wishon

Defense Attorney(s): Charles Samel

Deputy Clerk:  Dawn Toland              Court Reporter: Lydia Zinn

### PROCEEDINGS

1)   Final Approval of Settlement and Plan of Distribution - HELD

2)  _____

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Bench Trial

**ORDERED AFTER HEARING:**

The settlement and distribution plan are approved, but the fees will be adjusted.