MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jnaylor@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>        Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**CLASS COUNSELS' NOTICE OF COMPLIANCE WITH ORDER GRANTING FINAL APPROVAL OF SETTLEMENT** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

NOTICE RE CLASS COUNSELS' COMPLIANCE
CASE NO. C 07-0943 WHA

Dockets.Justia.com

Pursuant to the Court's November 23, 2009 Order ("Order") for final approval of the settlement agreement and proposed plan of distribution, Counsel for the GLA Class ("Class Counsel") hereby certifies and attests as follows:

(1) On December 3 and 4, 2009, Class Counsel sent a pair of letters to those five non-class members previously identified by the Court informing them of their non-class member status under the settlement agreement.[1]

(2) On December 11, 2009, Class Counsel caused to be delivered, through our professional mailing service, The Garden City Group, Inc., via U.S. mail to each Class Member for whom we have a known address, a filled-in Claim Form and Release in the form of the blank Claim Form and Release attached as <u>Exhibit A</u> to the Declaration of Ronald S. Katz, filed concurrently herewith.

(3) Class Counsel anticipate that the first payments out of the escrow fund will be made within thirty (30) days pursuant to the methodology set out in the first paragraph of the second page of the Court-approved Proposed Plan of Distribution, which is attached as <u>Exhibit B</u> to the Katz Declaration.

Dated: December 16, 2009

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: \_\_\_\_\_/s/ Ronald S. Katz_____.
      Ronald S. Katz (SBN 085713)
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Tel: (650) 812-1300; Fax: (650) 213-0260

MCKOOL SMITH, P.C.
Lewis T. LeClair (SBN 077136)
300 Crescent Court
Dallas, TX 75201
Tel: (214) 978-4984; Fax: (214) 978-4044

*Attorneys for Plaintiffs*

---

[1] The five non-class members were Edward M. Khayat, Robert C. Khayat, John Bramlett, Billy Ray Barnes and Dick Bielski. Class Counsel intended to send a letter to the sixth non-class member previously identified by the Court, Kevin House, Sr., but could not locate Mr. House's address. Mr. House did not submit his address in connection with the copy of the notice Class Counsel obtained on his behalf from the Court. In addition, we are informed that Mr. House's address does not appear in any of the last two retired NFL player directories and repeated attempts to reach Mr. House's son, Kevin House, Jr., were unsuccessful.