MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jnaylor@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**DECLARATION OF RONALD S. KATZ IN SUPPORT OF CLASS COUNSELS' NOTICE OF COMPLIANCE WITH ORDER GRANTING FINAL APPROVAL OF SETTLEMENT** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

KATZ DECL ISO NOTICE RE CLASS COUNSELS' COMPLIANCE
CASE NO. C 07-0943 WHA

Dockets.Justia.com

I, Ronald S. Katz, declare as follows:

1.     I am an attorney duly licensed to practice law before the Courts of the State of California and am a counsel of record in this matter. I am a partner with the law firm of Manatt, Phelps and Phillips, LLP ("Manatt"), and served as lead counsel for my firm and co-counsel for plaintiff Herb Adderley and the certified class in this action. I am submitting this Declaration in support of Class Counsels' Notice of Compliance with Order Granting Final Approval of Settlement. The following declaration is based upon my personal knowledge. If called as a witness I could and would competently testify to the facts set forth herein.

2.     On December 3 and 4, 2009, Class Counsel sent a pair of letters to those five non-class members previously identified by the Court informing them of their non-class member status under the settlement agreement.

3.     On December 11, 2009, Class Counsel caused to be delivered, through our professional mailing service, The Garden City Group, Inc., via U.S. mail to each Class Member for whom we have a known address, a filled-in Claim Form and Release in the form of the blank Claim Form and Release attached hereto as Exhibit A.

4.     Attached hereto as Exhibit B is a true and correct copy of the Court-approved Proposed Plan of Distribution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Signed this 16th day of December, 2009, at Palo Alto, California.

                                                     /s/ Ronald S. Katz_____
                                                     Ronald S. Katz