MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
RYAN S. HILBERT (California Bar No. 210549)
E-mail: rhilbert@manatt.com
NOEL S. COHEN (California Bar No. 219645)
E-mail: ncohen@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
LEWIS T. LECLAIR (Bar No. CA 077136)
E-mail: lleclair@mckoolsmith.com
JILL ADLER NAYLOR (Bar No. CA 150783)
E-mail: jnaylor@mckoolsmith.com
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**SECOND MOTION REGARDING PAYMENT OF ADMINISTRATION COSTS FROM THE SETTLEMENT FUND**<br><br>Date: Thursday, March 11, 2010<br>Time: 8:00 a.m.<br>Judge: Honorable William H. Alsup<br>Place: Courtroom 9, 19th Floor |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

SECOND MOTION RE GCG INVOICE
CASE NO. C 07-0943 WHA

Dockets.Justia.com

## I. INTRODUCTION

By this motion, Class Counsel seeks an order approving a disbursement from the Settlement Fund (as defined in the Settlement Agreement) in order to pay a January 20, 2010 invoice from Garden City Group, Inc. ("Garden City"), the class administrator in this matter.[1] Class Counsel have contacted Defendants' counsel, who have indicated that Defendants do not oppose this motion.

## II. ARGUMENT

On June 5, 2009 the parties to this action entered into a Settlement Agreement ("Settlement Agreement"). *See* Declaration of Lewis LeClair in Support of Second Motion Regarding Payment of Administration Costs from the Settlement Fund ("LeClair Decl."), Exhibit A. Paragraph 36 of the Settlement Agreement provides that administrative costs incurred in connection with effectuating the settlement agreement and distributing monies from the settlement will be paid from the Settlement Fund:

> [d]isbursements for Notice and Administration Costs, including reasonable expenses associated with providing notice of the settlement to the Class [and] expenses associated with administering the settlement . . . shall be paid from the Settlement Fund when incurred.

Class counsel hired Garden City to act as the class administrator in this action. Garden City has been tasked with administering the Settlement Agreement, including, but not limited to (i) mailing class notices, (ii) establishing and maintaining a filing process from claims of Class Members, (iii) processing returned and/or undeliverable mail, (iv) responding to class member inquiries and (iv) distributing checks to class members.

On October 14, 2009, Garden City submitted an invoice for $11,689.75 to Class Counsel for services rendered during the period from July 1, 2009 through September 30, 2009. This invoice was for services that were rendered in connection with "Notice and Claims

---

[1] On November 23, 2010, the Court issued an Order approving a disbursement from the Settlement Fund to Garden City Group in the amount of $11,689.75 for services rendered during the period from July 1, 2009 through September 30, 2009. The present invoice, dated January 20, 2010 is for services rendered during the period from October 1, 2009 through December 31, 2009.

1  Administration." On November 23, 2010, the Court issued an Order approving a disbursement
2  from the Settlement Fund to Garden City Group to cover this invoice.

3  On January 20, 2010, Garden City submitted a second invoice in the amount of
4  $27,113.91 to Class Counsel for services rendered during the period from October 1, 2009
5  through December 31, 2009 (the "Invoice"). *See* LeClair Decl, Ex. B. This Invoice was for costs
6  incurred and services rendered in connection with the preparation, printing and sending of claim
7  validation forms and with responding to retired player inquiries.

8  Because the January 20, 2010 Invoice relates to services rendered in connection with the
9  administration of the Settlement Agreement, Class Counsel respectfully requests that the Invoice
10 be paid from the Settlement Fund pursuant to paragraph 36 of the Settlement Agreement.

11 Class Counsel have contacted Defendants' counsel, who have indicated that Defendants
12 do not oppose this motion.

### III. CONCLUSION

14 For the foregoing reasons, Class Counsel respectfully requests that the Court approve
15 payment of the Invoice from the Settlement Fund.

Dated: February 1, 2010

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

By: _____/s/ Ronald S. Katz_____ .
    Ronald S. Katz (SBN 085713)
    Ryan S. Hilbert (SBN 210549)
    Noel S. Cohen (SBN 219645)
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MCKOOL SMITH, P.C.
Lewis T. LeClair (SBN 077136)
Jill Adler Naylor (SBN 150783)
300 Crescent Court
Dallas, TX 75201
Telephone: (214) 978-4984
Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*