1  MANATT, PHELPS & PHILLIPS, LLP
   RONALD S. KATZ (Bar No. CA 085713)
2  E-mail: rkatz@manatt.com
   RYAN S. HILBERT (California Bar No. 210549)
3  E-mail: rhilbert@manatt.com
   NOEL S. COHEN (California Bar No. 219645)
4  E-mail: ncohen@manatt.com
   1001 Page Mill Road, Building 2
5  Palo Alto, CA 94304-1006
   Telephone: (650) 812-1300
6  Facsimile: (650) 213-0260

7  MCKOOL SMITH, P.C.
   LEWIS T. LECLAIR (Bar No. CA 077136)
8  E-mail: lleclair@mckoolsmith.com
   JILL ADLER NAYLOR (Bar No. CA 150783)
9  E-mail: jnaylor@mckoolsmith.com
   300 Crescent Court
10 Dallas, TX 75201
   Telephone: (214) 978-4984
11 Facsimile: (214) 978-4044

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation,<br><br>Defendants. | CIVIL ACTION NO. C07 0943 WHA<br><br>**DECLARATION OF LEWIS T. LECLAIR IN SUPPORT OF SECOND MOTION REGARDING PAYMENT OF ADMINISTRATION COST FROM SETTLEMENT FUND** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

DECLARATION OF LEWIS LECLAIR
CASE NO. C 07-0943 WHA

I, LEWIS T. LeCLAIR, declare as follows:

1. I am an attorney and a member of the bar of the State of California. I am a shareholder at the law firm of McKool Smith, P.C. in Dallas, and served as lead counsel for my firm and co-counsel for plaintiff Herb Adderley and the certified class in this action. The facts below are true and correct and within my own personal knowledge. If called on to testify to them, I could and would competently do so.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the June 5, 2009 Settlement Agreement in this matter.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of a January 20, 2010 invoice from Garden City Group, Inc., the class administrator in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 1, 2010.

                                               /s/ Lewis T. LeClair
                                               Lewis T. LeClair

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ronald S. Katz hereby attests that concurrence in the filing of this document has been obtained.*