**Exhibit B
to the
Declaration of Lewis T. LeClair in Support of
Second Motion Regarding Payment of
Administration Cost from Settlement Fund**

Dockets.Justia.com



The Garden City Group, Inc.

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| DATE | INVOICE # | ACCOUNT | BILL TO |
|---|---|---|---|
| 1/20/2010 | 08322 | FLP | Lewis T. LeClair, Esq.<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201 |

| PROJECT | TOTAL DUE THIS INVOICE (fees and expenses) | PAYMENT DUE DATE |
|---|---|---|
| Adderley, et al. v. National Football League Players Association, et al. | $27,113.91 | Net 30 Days |

### GCG Notice and Claims Administration Fees: October 1, 2009 through December 31, 2009

| Transactional Item | Agreed Fee | Actual Volume This Invoice | Amount Due This Invoice |
|---|---|---|---|
| **DISSEMINATION OF NOTICE** | | | |
| Printing of Notice Packet (6-page Notice, 1-page Claim Form with personalization, 4-page W-9 Form in #10 Envelope) | $0.99 each | | Billed Invoice #07800 |
| Printing of 4-page Proof of Claim form with personalization in #10 window Envelope | $0.77 each | 2,025 | $1,559.25 |
| Remails & Fulfillment of Notice Packet Requests | $0.65 each | 15 | $9.75 |
| **DATA ENTER NAMES & ADDRESSES** | | | |
| From Returned Mail and Notice Requests | $0.55 each | 22 | $12.10 |
| **IMAGING DOCUMENT MANAGEMENT AND STORAGE** | | | |
| Sort Mail | $0.45 each | 1,222 | $549.90 |
| Prep Mail | Standard hourly rates | | Included with Claims Processing |
| Scan Mail | $0.12 per image | 4,267 | $512.04 |

1



The Garden City Group, Inc.

| | | | |
|---|---|---|---|
| Document Storage – Electronic | $0.008 per image/record per month | 4,358 | $10.10 |
| Document Storage – Paper | $1.50 per box per month | 2 | $5.25 |
| Process Undeliverables | $0.25 each | 18 | $4.50 |
| **CLAIM VALIDATION** | | | |
| Process Claims/W-9 Forms | $1.25 each | 1,198 | $1,497.50 |
| Additional Processing for non-Conforming Claims | Standard hourly rates | --- | --- |
| Prepare Deficiency/Rejection Letters, if needed | $1.50 each | --- | --- |
| Handle and Process Exclusions/Objections | Standard hourly rates | | |
| **CONTACT SERVICES** | | | Billed Invoice #07800 |
| IVR Update & Re-Programming | $1,500.00 | | |
| IVR Minutes | $0.49 per minute | 609.60 | $298.70 |
| CSR/Live Operator Including Transcriptions of Recorded Messages | $0.95 per minute | 156.00 | $148.20 |
| Monthly Maintenance Charge | $100.00 per month | 10/1/09 - 12/31/09 | $300.00 |
| Management of Call Center | Standard hourly rates | 14.3 | $3,147.50 |
| Handling of Class Member Communications (call backs, emails and other correspondence) | Standard hourly rates | 18.1 | $2,141.50 |
| **WEBSITE SERVICES** | | | Billed Invoice #06229 |
| Standard Set-Up & Design | $3,500.00 | | |
| Monthly Maintenance Charge | $100.00 per month | 10/1/09 - 12/31/09 | $300.00 |
| Website Updates | Standard hourly rates | 0.1 | $12.50 |
| **DISTRIBUTION SERVICES** | | | |
| Printing of Checks/1099 Forms | $1.25 each | 1,027 | $1,283.75 |
| Check Reissues | $1.95 each | --- | --- |
| Handling Undeliverable Checks/W-2 Forms | $5.00 each | --- | --- |

2

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

Case3:07-cv-00943-WHA Document676-2 Filed02/01/10 Page4 of 4



The Garden City Group, Inc.

815 Western Avenue
Suite 200
Seattle, WA 98104
Phone 206-876-5300
Fax 206-876-5201

| PROJECT MANAGEMENT | | |
|---|---|---|
| Project Management | 52.7 PM hours | |
| Quality Assurance | 31.2 QA hours | $13,289.00 |
| Systems Support | 8.5 SS hours | |

TOTAL FEES: $25,081.54

| Expenses: October 1, 2009 through December 31, 2009 | |
|---|---|
| DESCRIPTION | AMOUNT |
| P.O. Box Renewal | $660.00 |
| Postage for Initial Notice/Remails/Distribution | $1,350.30 |
| Court Document Retrieval Services | $13.36 |
| Messenger/Courier | $8.71 |
| TOTAL EXPENSES: | $2,032.37 |

TOTAL AMOUNT DUE THIS INVOICE (FEES AND EXPENSES): $27,113.91

Please forward payment directly to the address printed on the invoice or wire funds to Signature Bank, ABA #026013576, A/C # 1500237410. Thank you.

3