| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
|   | RONALD S. KATZ (Bar No. CA 085713) |
| 2 | E-mail: rkatz@manatt.com |
|   | RYAN S. HILBERT (California Bar No. 210549) |
| 3 | E-mail: rhilbert@manatt.com |
|   | NOEL S. COHEN (California Bar No. 219645) |
| 4 | E-mail: ncohen@manatt.com |
|   | 1001 Page Mill Road, Building 2 |
| 5 | Palo Alto, CA 94304-1006 |
|   | Telephone: (650) 812-1300 |
| 6 | Facsimile: (650) 213-0260 |
| 7 | MCKOOL SMITH, P.C. |
|   | LEWIS T. LECLAIR (Bar No. CA 077136) |
| 8 | E-mail: lleclair@mckoolsmith.com |
|   | JILL ADLER NAYLOR (Bar No. CA 150783) |
| 9 | E-mail: jnaylor@mckoolsmith.com |
|   | 300 Crescent Court |
| 10 | Dallas, TX 75201 |
|   | Telephone: (214) 978-4984 |
| 11 | Facsimile: (214) 978-4044 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated, | CIVIL ACTION NO. C07 0943 WHA |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING CLASS COUNSELS' SECOND MOTION REGARDING PAYMENT OF ADMINISTRATION COSTS FROM THE SETTLEMENT FUND** |
| vs. | |
| NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC, a Virginia corporation, | |
| Defendants. | |

[PROPOSED] ORDER
CASE NO. C 07-0943 WHA

Class Counsel has moved the court to approve a disbursement from the Settlement Fund (as defined in the Settlement Agreement) in order to pay a January 20, 2010 invoice (the "Invoice") from Garden City Group, Inc. ("Garden City"). Garden City is the class administrator hired by Class Counsel in this matter. Garden City's Invoice totals $27,113.91 to Class Counsel for services rendered during the period from October 1, 2009 through December 31, 2009.

Paragraph 36 of the Settlement Agreement provides that "[d]isbursements for Notice and Administration Costs, including reasonable expenses associated with providing notice of the settlement to the Class [and] expenses associated with administering the settlement . . . shall be paid from the Settlement Fund when incurred."

Having considered Class Counsels' Motion ("Motion"), and all other papers filed herein, the records of the case, and the oral argument on the Motion, if any, the Court hereby orders as follows:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Class Counsel shall cause Garden City to be paid $27,113.91 from the Settlement Fund in full satisfaction of the Invoice.

IT IS SO ORDERED.

Dated: February 1, 2010

IT IS SO ORDERED
Judge William Alsup

2

[PROPOSED] ORDER
CASE NO. C 07-0943 WHA