IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation<br><br>Defendants.<br>_____/ | No. C 07-00943 WHA<br><br>**CLASS ACTION**<br><br><br>**ORDER REGARDING UNDELIVERABLE CLAIM FORMS** |

The undersigned has reviewed the supplemental declarations provided by class counsel and the claims administrator regarding "undeliverable" settlement notices and claim forms. Based upon these declarations, 202 class members — or roughly ten percent of the class — did not receive either the first or second round of mailings informing them that they were entitled to participate in this settlement. This is troubling. The undersigned is especially concerned that defendants will argue that the release in the settlement agreement will bar any and all claims by these 202 retired NFL players, despite the fact that they never received notice of the settlement in the mail, never received their claim forms, and will not receive any payments from the settlement fund (especially if their share of the settlement is allocated and disbursed to other class members).

The parties shall meet and confer, and address **BY NOON ON MONDAY, JULY 19, 2010**, how these 202 class members should be treated under the settlement agreement and distribution plan. Please cite authority in your filings.

**IT IS SO ORDERED.**

Dated: July 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE