IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation<br><br>    Defendants.<br>                                        / | No. C 07-00943 WHA<br><br>**CLASS ACTION**<br><br><br>**ORDER APPROVING ADDITIONAL SEARCHES AND MAILINGS** |

       Given the fact that 202 class members — or roughly ten percent of the class — did not receive either the first or second round of mailings informing them that they were entitled to participate in the settlement (and will be foreclosed from receiving any payments once the final round of disbursements has been approved), the undersigned judge believes that additional efforts to reach these 202 class members are necessary. This order therefore **APPROVES** class counsel's proposal to use the social security numbers of these 202 class members to search for additional contact information. If a new address is found, counsel — as they have proposed — shall mail the class member a claim form at the new address and allow an appropriate amount of time for the form to be returned.

Counsel shall apprise the Court **BY THURSDAY, JULY 29, 2010,** of the dates that these claim forms will be mailed to class members and that responses will be due. To be clear, this order is limited to those class members where the claim forms were returned as "undeliverable" in both mailings. Counsel need not perform additional searches for non-responsive class members where delivery of the forms appeared to be successful.

**IT IS SO ORDERED.**

Dated: July 21, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE