IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation<br><br>Defendants. / | No. C 07-00943 WHA<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING REQUEST FOR STATUS CONFERENCE AND EXTENSION OF TIME** |

The undersigned has reviewed the letter submitted by class counsel regarding the recently filed malpractice action and the upcoming third round of claim form mailings to class members. In their letter, class counsel request a status conference to discuss these two topics.

With respect to the pending malpractice action, there is no need for a status conference at this time. Class counsel have been previously approved and appointed by the Court in this class action and therefore have a continuing duty to represent the interests of the class until, if ever, they are relieved of their duties. Until a formal motion is filed and granted to relieve class counsel of these duties, they must continue to fulfill them. A status conference at this juncture would only be an occasion for idle comments to be made.

As for the upcoming third round of claim form mailings to the 202 class members where both prior mailings were returned as "undeliverable," class counsel's request for additional time to extend their search for new (and hopefully valid) addresses for these class members is **GRANTED**. Counsel shall apprise the Court **BY THURSDAY, AUGUST 12, 2010**, of the dates that these claim forms will be mailed to class members and that responses will be due.

**IT IS SO ORDERED.**

Dated:  August 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE