IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation<br><br>    Defendants.<br>_____/ | No. C 07-00943 WHA<br><br>**CLASS ACTION**<br><br><br>**ORDER AUTHORIZING THIRD ROUND OF MAILINGS** |

    The undersigned has reviewed the submissions from class counsel and believes the second option set forth in the filings is the proper course of action. Class counsel are therefore authorized to immediately send out claim forms to class members with updated contact information, giving them four weeks to respond. The second round of payments shall not be distributed until after the time to return the third claim forms has expired and all the claim forms have been counted.

    **IT IS SO ORDERED.**

Dated: August 13, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE