IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT ANTHONY ADDERLEY, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, a Virginia corporation, and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a PLAYERS INC., a Virginia corporation,<br><br>        Defendants. | No. C 07-00943 WHA<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING UNCASHED CHECKS** |

Class counsel report that the first and second rounds of settlement checks have been distributed, and that all outstanding checks from those distributions have become void. The second-round checks became void in early February, ninety days after they were issued. Eleven checks (one first-round check and ten second-round checks) expired without being cashed. Two of those checks were returned as undeliverable, and further investigation revealed that their intended recipients had passed away. Two other class members have requested that their uncashed checks be re-issued. The other seven checks remain unaccounted for (Dkt. No. 750).

Class counsel are directed to follow up regarding those seven uncashed checks. Counsel should contact the class members by telephone, mail, or any other means reasonably necessary. Counsel shall inquire of the class members why the checks were not cashed. Counsel also must explain to the class members that the checks may or may not be re-issued, and that the inquiry is being made as a courtesy and out of a desire to protect class members. Class counsel shall report their findings by **MAY 13, 2011**.

**IT IS SO ORDERED.**

Dated: April 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE